UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMELO MILLAN, Individually and on Behalf of
All other persons similarly situated,

        Plaintiff,

Vs

CITIGROUP, INC.

       Defendant.

**Index No.**
07Civ. 3769

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On May 17, 2007 at 1:10 p.m. at 399 Park Avenue, New York, NY 10022, I served the within SUMMONS & COMPLAINT on CITIGROUP, INC., defendant therein named, by delivering a true copy of same to MARIA GONCALVES, designated agent.

The person served is a white female, blonde hair, 45-55 years old, 5'4"-5'7" in height, 140-150 pounds.

                *Julio De Lara*
                Julio De Lara
                License No. 991178

Sworn to before me this
17th day of May 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

---

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796