UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMELO MILLAN, Individually and
on Behalf of All other persons similarly situated,

                Plaintiffs,

        -against-                        **NOTICE OF APPEARANCE**

CITIGROUP, INC.                      07cv3769

                Defendant.
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for CARMELO MILLAN, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> BERGER & GOTTLIEB
> Jeffrey M. Gottlieb, Esq.
> 150 East 18th Street.
> Suite PHR
> New York, NY 10003
> Tel: (212) 228-9795
> Fax: (212) 982-6284

Dated: New York, New York
          May 21, 2007

                          Respectfully submitted,

                          **BERGER & GOTTLIEB**

                          By: /s/ Jeffrey M. Gottlieb
                               Jeffrey M. Gottlieb (JG 7905)