UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMELO MILLAN, Individually and :
on Behalf of All other persons similarly situated, :
: 
                      Plaintiffs, :
: **NOTICE OF**
       -against- : **APPEARANCE**
:
CITIGROUP, INC. : 07cv3769
:
                     Defendant. :
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for CARMELO

MILLAN, in the above-entitled action. All further notice and copies of pleadings,

papers, and other material relevant to this action should be directed to and served upon:

                BERGER & ASSOCIATES
                Bradley Berger, Esq.
                321 Broadway
                New York, NY 10007
                Tel: (800) 529-4444

Dated: New York, New York
        May 21, 2007

                              Respectfully submitted,

                              **BERGER & ASSOCIATES**

                              By: /s/ Bradley Berger
                                  Bradley Berger (BB1127)