HELLERSTEIN, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARMELO MILLAN, Individually and          :
on Behalf of All other persons similarly situated,   :
                                          :
                    Plaintiff,            :
                                          :
        -against-                         :       Civil Action No. 07 CV 3769 (AKH)
                                          :
CITIGROUP, INC.                           :
                                          :
                    Defendant.            :
------------------------------------------------------x

### STIPULATION EXTENDING TIME FOR
### DEFENDANT CITIGROUP, INC. TO ANSWER, MOVE
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this

matter that Defendant Citigroup, Inc. was required to answer, move or otherwise respond to Plaintiff's

Complaint by June 6, 2007, and Citigroup, Inc. shall have an extension until Thursday, June 21, 2007

to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter. The

parties have not requested any previous extensions.

Dated: New York, New York
       June 5, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                       By: Carrie Gonell /HCR
                                       _____
                                       Samuel S. Shaulson
                                       Carrie A. Gonell
                                       101 Park Avenue
                                       New York, NY 10178
                                       (212) 309-6000

                                       Michael L. Banks
                                       Sarah E. Bouchard
                                       Sarah B. Pontoski
                                       Kelly Basinger Charnley
                                       1701 Market Street
                                       Philadelphia, PA 19103
                                       (215) 963-5000

Dated: New York, New York
      June 5, 2007

Attorneys for Defendant

LOCKS LAW FIRM, PLLC

By: _____

Fran L. Rudich (FR 7577)
Seth R. Lesser (SL 5560)
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

Jeffrey M. Gottlieb (JG 7905)
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

Attorneys for Plaintiff

SO ORDERED

6/6/05

-2-