Hellerstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CARMELO MILLAN, Individually and
on Behalf of All other persons similarly situated,

         Plaintiff,

-against-                    Civil Action No. 07 CV 3769 (AKH)

CITIGROUP, INC.

         Defendant.

----------------------------------------------------------------x

### SECOND STIPULATION EXTENDING TIME FOR DEFENDANT CITIGROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this matter that Defendant Citigroup, Inc. was required to answer, move or otherwise respond to Plaintiff's Complaint by June 21, 2007, and Citigroup, Inc. shall have an extension until Thursday, June 28, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter. The parties requested one previous extension, and they have requested this extension because Plaintiff has indicated that he will amend his complaint, at which time Citigroup, Inc. will answer, move, or otherwise respond pursuant to Rule 15.

Dated: New York, New York
         June 21, 2007             MORGAN, LEWIS & BOCKIUS LLP

                                 By: _____
                                   Samuel S. Shaulson
                                   Carrie A. Gonell
                                   101 Park Avenue
                                   New York, NY 10178
                                   (212) 309-6000

                                   Michael L. Banks
                                   Sarah E. Bouchard
                                   Sarah E. Pontoski

                                 Kelly Basinger Charnley
                                 1701 Market Street
                                 Philadelphia, PA  19103
                                 (215) 963-5000

                                 Attorneys for Defendant

Dated: New York, New York
       June 21, 2007              LOCKS LAW FIRM, PLLC

                                 By: _____
                                 Seth R. Lesser (SL 5560)
                                 Fran L. Rudich (FR 7577)
                                 110 East 55th Street, 12th Floor
                                 New York, New York 10022
                                 (212) 838-3333

                                 Jeffrey M. Gottlieb (JG 7905)
                                 BERGER & GOTTLIEB
                                 150 East 18th Street, Suite PHR
                                 New York, New York 10003
                                 (212) 228-9795

                                 Attorneys for Plaintiff   6-22-07

                                 _____
                                 SO ORDERED