UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated,

                       Plaintiff,

- against -

CITIGROUP, INC.

                       Defendant.

Civil Action No. 07 CV 3769

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel S. Shaulson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Michael L. Banks |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Phone Number: | (215) 963-5387 |
| Fax Number: | (215) 963-5001 |

Michael L. Banks is a member in good standing of the Bar of the State of Pennsylvania and of the Eastern District of Pennsylvania.

There are no pending disciplinary proceedings against Michael L. Banks in any State or Federal court.

Dated:    June 22, 2007

City, State:    New York, New York

Respectfully submitted,

Samuel S. Shaulson
SDNY Bar SS-0460
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Phone Number: (212) 309-6718
Fax Number: (212) 309-6001

SDNY (Rev. 10/2006) Affidavit in Support of Motion to Admit Counsel Pro Hac Vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and on
Behalf of All other persons similarly situated,

                    Plaintiff,

- against -

CITIGROUP, INC.

                    Defendant.

Civil Action No. 07 CV 3769

**AFFIDAVIT OF
SAMUEL S. SHAULSON
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York   )
                           )  ss:
County of New York )

Samuel S. Shaulson, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Morgan, Lewis & Bockius and counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Michael L. Banks as counsel pro hac vice to represent Defendant in this mater.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 14, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael L. Banks since May of 2002.

4. Mr. Banks is a Partner at Morgan, Lewis & Bockius in Philadelphia, Pennsylvania.

5. I have found Mr. Banks to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael L. Banks, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael L. Banks, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael L. Banks, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:     June 22, 2007

City, State:    New York, New York

Notarized: *Lorraine Landau*

LORRAINE LANDAU
Notary Public, State of New York
No. 604879478
Qualified in Westchester County
Certified in New York County
Commission          2010

Respectfully submitted,

Samuel S. Shaulson
SDNY Bar SS-0460

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

}

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Michael L. Banks , Bar # 35052, was duly admitted to practice in said Court on December 9, 1981, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                          Clerk of Court

on June 5, 2007.                                 BY _____
                                                      Aida Ayala,    Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and
on Behalf of All other persons similarly
situated,

                Plaintiff,

- against -

CITIGROUP, INC.

                Defendant.

Civil Action No. 07 CV 3769

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Samuel S. Shaulson, attorney for Citigroup, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael L. Banks |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA  19103-2921 |
| Telephone/Fax: | Telephone (215) 963-5387<br>Fax (215) 963-5001 |
| Email Address: | mbanks@morganlewis.com |

is admitted to practice pro hac vice as counsel for Citigroup, Inc in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:         June ___, 2007

City, State:   New York, New York

                                                                                _____
                                                                                United States District/Magistrate Judge

1-PH/2677221.1

## **CERTIFICATE OF SERVICE**

I, Samuel S. Shaulson, hereby certify that on June 22, 2007, I served a true and correct copy of the foregoing Motion upon the following via U.S. Mail:

>Fran L. Rudich, Esquire
>Seth R. Lesser, Esquire
>LOCKS LAW FIRM
>110 East 55th Street, 12th Floor
>New York, New York 10022
>(212) 838-3333
>
>Jeffrey M. Gottlieb, Esquire
>BERGER & GOTTLIEB
>150 East 18th Street, Suite PHR
>New York, New York 10003
>(212) 228-9795
>
>Attorneys for Plaintiff

_____
Samuel S. Shaulson