SDNY (Rev 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated,

       Plaintiff,

- against -

CITIGROUP, INC.

       Defendant.

Civil Action No. 07 CV 3769

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel S. Shaulson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name: Sarah E. Bouchard
  Firm Name: Morgan, Lewis & Bockius LLP
  Address: 1701 Market Street
  City/State/Zip: Philadelphia, PA 19103-2921
  Phone Number: (215) 963-5077
  Fax Number: (215) 963-5001

Sarah E. Bouchard is a member in good standing of the Bars of the States of Pennsylvania and New Jersey and of the Eastern District of Pennsylvania.

There are no pending disciplinary proceedings against Sarah E. Bouchard in any State or Federal court.

Dated: June 22, 2007

City, State: New York, New York

    Respectfully submitted,

    _____
    Samuel S. Shaulson
    SDNY Bar SS-0460
    Morgan, Lewis & Bockius LLP
    101 Park Avenue
    New York, NY 10178
    Phone Number: (212) 309-6718
    Fax Number: (212) 309-6001

SDNY (Rev. 10/2006) Affidavit in Support of Motion to Admit Counsel Pro Hac Vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and on
Behalf of All other persons similarly situated,

                Plaintiff,

- against -

CITIGROUP, INC.

                Defendant.

Civil Action No. 07 CV 3769

**AFFIDAVIT OF
SAMUEL S. SHAULSON**
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                                ) ss:
County of New York  )

Samuel S. Shaulson, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Morgan, Lewis & Bockius and counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Sarah E. Bouchard as counsel pro hac vice to represent Defendant in this mater.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 14, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sarah E. Bouchard since May of 2002.

4. Ms. Bouchard is a Partner at Morgan, Lewis & Bockius in Philadelphia, Pennsylvania.

5. I have found Ms. Bouchard to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sarah E. Bouchard, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Sarah E. Bouchard, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sarah E. Bouchard, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:    June 22, 2007

City, State:    New York, New York

Notarized: *[signature]*

LORRAINE LANDAU
Notary Public, State of New York
No. 604879478
Qualified in Westchester County
Certified in New York County
Commission Expires December 1, 2010

Respectfully submitted,

*[signature]*

Samuel S. Shaulson
SDNY Bar SS-0460

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Sarah E. Bouchard , Bar # 77088, was duly admitted to practice in said Court on March 28, 1996, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                       Clerk of Court

on June 5, 2007.                               BY *[signature]*
                                                  Aida Ayala,     Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SARAH ELIZABETH BOUCHARD** (No. **028071995**) was constituted and appointed an Attorney at Law of New Jersey on **November 03, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **7TH** day of **June**, 20 **07**

Clerk of the Supreme Court

-453a-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated,

        Plaintiff,

- against -

CITIGROUP, INC.

        Defendant.

Civil Action No. 07 CV 3769

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Samuel S. Shaulson, attorney for Citigroup, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sarah E. Bouchard |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Telephone/Fax: | Telephone (215) 963-5077<br>Fax (215) 963-5001 |
| Email Address: | sbouchard@morganlewis.com |

is admitted to practice pro hac vice as counsel for Citigroup, Inc in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:      June ___, 2007

City, State:   New York, New York

                                                                United States District/Magistrate Judge

1-PH/2677225.1

## CERTIFICATE OF SERVICE

I, Samuel S. Shaulson, hereby certify that on June 22, 2007, I served a true and correct copy of the foregoing Motion upon the following via U.S. Mail:

> Fran L. Rudich, Esquire
> Seth R. Lesser, Esquire
> LOCKS LAW FIRM
> 110 East 55th Street, 12th Floor
> New York, New York 10022
> (212) 838-3333
>
> Jeffrey M. Gottlieb, Esquire
> BERGER & GOTTLIEB
> 150 East 18th Street, Suite PHR
> New York, New York 10003
> (212) 228-9795
>
> Attorneys for Plaintiff

_____
Samuel S. Shaulson