SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated,

                Plaintiff,

- against -

CITIGROUP, INC.

                Defendant.

Civil Action No. 07 CV 3769

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Samuel S. Shaulson, attorney for Citigroup, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael L. Banks |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA  19103-2921 |
| Telephone/Fax: | Telephone (215) 963-5387<br>Fax (215) 963-5001 |
| Email Address: | mbanks@morganlewis.com |

is admitted to practice pro hac vice as counsel for Citigroup, Inc in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:       June 29, 2007

City, State:   New York, New York

                                                United States District/Magistrate Judge

1-PH/2677221.1