HELLERSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CARMELO MILLAN, Individually and
on Behalf of All other persons similarly situated,

        Plaintiff,

-against-                        Civil Action No. 07 CV 3769 (AKH)

CITIGROUP, INC.

        Defendant.
---------------------------------------------------------------x

### THIRD STIPULATION EXTENDING TIME FOR DEFENDANT CITIGROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this matter that Defendant Citigroup, Inc. was required to answer, move or otherwise respond to Plaintiff's Complaint by June 28, 2007. Plaintiff had indicated that he would amend his complaint by June 28, 2007, but he has been unable to do so because of time constraints. As a result, the parties agree that no answer, response or pleading is due until Plaintiff files an Amended Complaint. Once Plaintiff files an Amended Complaint, Citigroup, Inc. will answer, move, or otherwise respond to the Amended Complaint in accordance with Rule 15. The parties have requested two previous extensions.

Dated: New York, New York
         June 28, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                        Samuel S. Shaulson
                                        Carrie A. Gonell
                                        101 Park Avenue
                                        New York, NY 10178
                                        (212) 309-6000

                                        Michael L. Banks
                                        Sarah E. Bouchard
                                        Sarah E. Pontoski

                                                          Kelly Basinger Charnley
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Attorneys for Defendant

Dated: New York, New York      LOCKS LAW FIRM, PLLC
      June 28, 2007

By: _____
Fran L. Rudich (FR 7577)
Seth R. Lesser (SL 5560)
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

Jeffrey M. Gottlieb (JG 7905)
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

Attorneys for Plaintiff

_____
SO ORDERED  7/2/07

*[Handwritten note: No further enlargements will be granted unless on motion showing cause. AKH]*

-2-