# L' | **LOCKS** LAW FIRM

PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com



July 30, 2007

**VIA FACSIMILE (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Court
 Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

> Re:   *Millan v. Citigroup, Inc.*
> Case No.  07 cv 3769 (AKH)

Dear Judge Hellerstein:

This firm represents the interests on the Plaintiff, Carmelo Millan in the above-referenced matter. With the consent of Defendant's counsel, we write to request an adjournment of the Initial Pre-Trial Conference scheduled for Friday, August 3, 2007. This is the first adjournment being requested for this conference.

We are requesting this adjournment for two reasons. First, Plaintiff's counsel is scheduled to appear at an emergency hearing in United States District Court for New Jersey in Camden, New Jersey on that date. Second, Plaintiff intends to amend complaint to add another defendant and thus, the parties have agreed that Defendant Citigroup does not need file an answer until Plaintiff files his amended complaint. Accordingly, it would make more sense to hold the initial conference after all intended parties have been joined and answers have been interposed.

Thank you for your attention and consideration to this matter.

Respectfully submitted,

Fran L. Rudich

cc:    Sarah Bouchard, Esq. (Via Facsimile)

PHILADELPHIA, PA   CHERRY HILL, NJ   MEDIA, PA