UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMELO MILLAN, Individually and :
on Behalf of All other persons similarly situated, :
                                                                                            :
                         Plaintiffs,           :
                                                                                :        **NOTICE OF**
                     -against-                         :        **APPEARANCE**
                                                                                 :
CITIGROUP, INC.                                      :        07cv3769
                                                                                 :
                         Defendant.          :
---------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for CARMELO MILLAN, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Andrew P. Bell, Esq.
        Locks Law Firm, PLLC
        110 East 55th Street
        12th Floor
        New York, NY 10022
        Tel: (212)838-3333
        Fax: (212)838-3735

Dated:  New York, New York
          September 20, 2007

        Respectfully submitted,

        **LOCKS LAW FIRM PLLC**

        By:   /s/ Andrew P. Bell
              Andrew P. Bell (AB 1309)