# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITIGROUP INC.<br>CITIGROUP TECHNOLOGY, INC. )<br>Defendants. ) | Judge Hellerstein<br><br>Case No. 07 CIV 3769 |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants Citigroup Inc. ("Citigroup") and Citigroup Technology, Inc. ("CTI") (collectively "Defendants"), by and through their attorneys, certifies that Citigroup is publicly held and its only United States subsidiary/affiliate that is publicly held is the following: Student Loan Corporation.

Respectfully submitted,

/s/ Kelly Basinger Charnley
Sam S. Shaulson (SS 0460)
Carrie A. Gonell (CG 9931)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Michael L. Banks (Pa. I.D. #35052)
Sarah E. Bouchard (Pa. I.D. #77088)
Sarah E. Pontoski (Pa. I.D. #91569)
Kelly Basinger Charnley (Pa. I.D. #200278)
*Admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5387/5077/5059/5763

Dated: October 11, 2007     Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Kelly B. Charnley, Esquire, hereby certify that a true and correct copy of Defendants' Federal Rule of Civil Procedure 7.1 Disclosure Statement was filed electronically with the Clerk of the Court and served by first class, United States Mail this 11th day of October, 2007 upon the following:

Fran L. Rudich, Esquire
Seth R. Lesser, Esquire
LOCKS LAW FIRM
110 East 55th Street, 12th Floor
New York, New York  10022
(212) 838-3333

Jeffrey M. Gottlieb, Esquire
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, New York  10003
(212) 228-9795

Attorneys for Plaintiff