Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**Sarah E. Bouchard**
Partner
215.963.5077
sbouchard@morganlewis.com



February 19, 2008

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

RE:  Millan v. Citigroup, Inc., et al.
    Case No.: 07-CV-3769

Dear Judge Hellerstein:

We represent Defendants Citigroup Inc. and Citigroup Technology, Inc. in the above referenced matter. On January 31, 2008, the parties sent Your Honor a joint letter, and Plaintiff requested that the Court extend his deadline to depose Defendants' Rule 30(b)(6) designee until February 7, 2008. On February 7, 2008, Your Honor entered an endorsed letter granting Plaintiff's request, and Your Honor ordered the parties to submit a stipulation providing a precise calendar of submissions.

We write to respectfully request that the Court adopt the enclosed Joint Stipulation And Order Regarding Discovery And Briefing Of Dispositive Motions. Specifically, we write to request that Your Honor extend the deadline for Plaintiff to depose Defendants' Rule 30(b)(6) designees until February 20, 2008 because one of Defendant Citigroup Technology, Inc.'s two corporate designees had a medical condition and could not appear for his deposition until the week of February 18, 2008. Plaintiff has indicated that he will not object to this request for an extension.

Despite the postponement of the Rule 30(b)(6) deposition, Defendants intend to submit their motion for summary judgment on February 22, 2008. Currently, the Court has scheduled a status conference for February 22, 2008. Defendants respectfully request that Your Honor continue the

*The case is cancelled.*
*2-20-08*

Hon. Alvin K. Hellerstein
February 19, 2008
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

status conference until the Court holds oral argument on Defendants' motion for summary judgment. Plaintiff has indicated that he does not oppose this request.

Finally, we have enclosed another copy of the Confidentiality Agreement and Order for Your Honor's consideration that the parties submitted for the Court's consideration on January 9, 2008.

Respectfully submitted,

Sarah E. Bouchard
Morgan, Lewis & Bockius
Attorneys for Defendants

Fran L. Rudich
Locks Law Firm,
Attorneys for Plaintiff

SEB/aar
Enclosure