USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, Individually and on Behalf of All other persons similarly situated, | |
| Plaintiffs, | Judge Hellerstein |
| v. | Case No. 07 CIV 3769 |
| CITIGROUP INC. CITIGROUP TECHNOLOGY, INC. Defendants. | |

**JOINT STIPULATION AND ORDER REGARDING
DISCOVERY AND BRIEFING OF DISPOSITIVE MOTIONS**

WHEREAS on February 7, 2008, the Court entered an endorsed joint letter from the parties regarding certain deadlines and requested that the parties submit a stipulation providing a precise calendar of submissions.

WHEREAS pursuant to the Court's endorsed letter, IT IS HEREBY STIPULATED AND AGREED by and between the parties in this matter that:

1. All depositions of Defendant Citigroup Technology, Inc.'s Federal Rule of Civil Produce 30(b)(6) corporate designees shall be completed no later than February 20, 2008;

2. Defendants shall submit their motion for summary judgment by February 22, 2008;

3. Plaintiff shall submit his opposition to Defendants' motion for summary judgment by March 7, 2008;

4. Defendants shall submit their reply brief in further support of their motion for summary judgment by March 14, 2008; and,

5.   The parties shall attend oral argument on Defendants' motion for summary judgment on ~~or before March 28, 2008~~ *a date to be set by the court*.   AKH

Dated: New York, New York
       February 19, 2008                MORGAN, LEWIS & BOCKIUS LLP


                                        By: /s/ Samuel S. Shaulson
                                            Samuel S. Shaulson
                                            Carrie A. Gonell
                                            101 Park Avenue
                                            New York, NY 10178
                                            (212) 309-6000

                                            Michael L. Banks
                                            Sarah E. Bouchard
                                            Sarah E. Pontoski
                                            Kelly Basinger Charnley
                                            1701 Market Street
                                            Philadelphia, PA 19103
                                            (215) 963-5000

                                            Attorneys for Defendant

Dated: New York, New York
       February 19, 2008                LOCKS LAW FIRM, PLLC

                                        By: /s/ Fran L. Rudich
                                            Fran L. Rudich (FR 7577)
                                            Seth R. Lesser (SL 5560)
                                            110 East 55th Street, 12th Floor
                                            New York, New York 10022
                                            (212) 838-3333

                                            Jeffrey M. Gottlieb (JG 7905)
                                            BERGER & GOTTLIEB
                                            150 East 18th Street, Suite PHR
                                            New York, New York 10003
                                            (212) 228-9795

                                            Attorneys for Plaintiff

SO ORDERED
2/20/08

2