LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(21) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated, <br>　　　Plaintiffs, <br>　　　　　　　　vs. <br><br>CITIGROUP, INC., <br>CITIGROUP TECHNOLOGY, INC. <br><br>　　　Defendants. | Civil Action No.  07-CIV-3769 <br><br> *Electronically Filed* |

## <u>ORDER</u>

　　　AND NOW on this _____ day of _____ 2008, after considering Defendants' Motion For Summary Judgment On Claims Of Plaintiff Carmelo Millan and any response thereto, it is hereby ORDERED that Defendants' motion is GRANTED and Plaintiff Carmelo Millan's claims are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J.