LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(21) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br>    Plaintiffs,<br><br>                vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>    Defendants. | Civil Action No. 07-CIV-3769<br><br>*Electronically Filed* |

### AFFIDAVIT OF SARAH E. PONTOSKI

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss.
COUNTY OF PHILADELPHIA           )

SARAH E. PONTOSKI, being duly sworn, deposes and says:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for the Defendants, Citigroup Inc. and Citigroup Technology, Inc., in this proceeding. I am resident in the firm's Philadelphia office, located at 1701 Market Street, Philadelphia, Pennsylvania 19103 and submit this affidavit in support of Defendants' Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of selected pages from Plaintiff's deposition transcript, and accompanying deposition exhibits taken January 16, 2008.

3. Attached as Exhibit B is a true and correct copy of selected pages from Thomas Saranello's deposition transcript, and accompanying deposition exhibits taken February 7, 2008.

4. Attached as Exhibit C is a true and correct copy of selected pages from Amedeo Discepelo's deposition transcript taken February 20, 2007.

5. Attached as Exhibit D is a true and correct copy of an e-mail from Thomas Saranello to Plaintiff, July 17, 2003, which is labeled CTI00001486.

6. Attached as Exhibit E is a true and correct copy of an e-mail from Plaintiff to Thomas Saranello, et al., July 27, 2005, which is Bates labeled CTI00001377-1379.

7. Attached as Exhibit F is a true and correct copy of an e-mail from Thomas Saranello to Plaintiff, September 29, 2005, which is Bates labeled CTI00001435.

8. Attached as Exhibit G is a true and correct copy of an e-mail from Thomas Saranello to Plaintiff, August 24, 2006, which is Bates labeled CTI000001886.

9. Attached as Exhibit H is a true and correct copy from Cisco's website, describing the Interconnecting Cisco Network Devises certification.

10. Attached as Exhibit I is a true and correct copy from Cisco's website, describing the CISCO Certified Network Associate certification.

11. This affidavit is based upon my own personal knowledge, and/or upon my review of what I believe to be true and correct copies of documents kept in the normal course of business by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, Pennsylvania
February 22, 2008

_____
Sarah E. Pontoski

Sworn to and subscribed before
me this 22nd day of February, 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen M. DiPlacido, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 8, 2009

Member, Pennsylvania Association of Notaries