## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion and Motion for Summary Judgment, Defendants' Memorandum of Law in Support of Motion for Summary Judgment, Defendants' Rule 56.1 Statement of Undisputed Material Facts in support of its Motion for Summary Judgment, Affidavit of Sarah E. Pontoski and accompanying exhibits and Defendants' proposed form of Order, via United States Mail and ECF Service, this 22nd day of February, 2008, on:

                      Fran L. Rudich, Esquire
                      Seth R. Lesser, Esquire
                      Janet Walsh, Esquire
                      LOCKS LAW FIRM
                      110 East 55th Street, 12th Floor
                      New York, New York  10022
                      (212) 838-3333

                      Attorneys for Plaintiff

                                     /s/ Sarah E. Pontoski
                                     Sarah E. Pontoski