LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>Defendants. | Civil Action No. 07-CIV-3769<br><br>*Electronically Filed* |

**NOTICE OF MOTION AND UNOPPOSED MOTION TO FILE EXHIBITS,
INFORMATION AND PORTIONS OF STATEMENT OF MATERIAL FACTS IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
<u>WITH CONFIDENTIAL INFORMATION UNDER SEAL</u>**

PLEASE TAKE NOTICE that Defendants Citigroup Inc. ("Citigroup") and Citigroup Technology, Inc. ("Defendants"), pursuant to Rule 6 of the United States District Court, Southern District of New York, Procedures for Electronic Case Filing, and upon the accompanying memorandum of law, will move this Court, before the Honorable Alvin K. Hellerstein, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order: granting Defendants' unopposed motion and allowing

Defendants to file Exhibits A-G of the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment under seal.

## **MOTION**

Defendants Citigroup Inc. and Citigroup Technology, Inc. (collectively "Defendants"), by and through their undersigned counsel Morgan, Lewis & Bockius LLP, hereby request that they be allowed to file certain exhibits attached to the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment, under seal. Plaintiff has agreed not to oppose this motion so long as Defendants' motion is consistent with the Confidentiality Agreement and Order that this Court entered on February 20, 2008. In support of this Motion, Defendants state as follows:

1. On February 20, 2008, the Court entered a Confidentiality Agreement and Order, which the parties agree governs the treatment of confidential discovery material and the filing thereof. (Docket No. 25).

2. Pursuant to the Confidentiality Agreement and Order, discovery materials are defined as Confidential if the "[d]iscovery materials contain[] trade secrets, or other sensitive business, commercial, proprietary, financial, personal or personnel information or any extracts or summaries thereof that is not publicly filed with any state or regulatory authority." (Id.).

3. In addition, pursuant to the Confidentiality Agreement and Order, the parties have agreed to file discovery materials designated as Confidential pursuant to the Confidentiality Agreement and Order under seal with the Court.

4. Due to the confidential nature of the commercial and proprietary business information that is contained in Exhibits A-G of the Affidavit of Sarah E. Pontoski and the confidential nature of the commercial and proprietary business information contained in certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment, Defendants respectfully request that the Court permit them to file Exhibits A-G of the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment under seal.

5. These documents and this information has not been publicly filed with any state or regulatory authority.

6. Defendants' designation of these documents and this information as Confidential is consistent with the terms of the Confidentiality Agreement and Order entered by the Court on February 22, 2008.  (Docket No. 25).

WHEREFORE, the Defendants respectfully request that the Court enter an order allowing them to file Exhibits A-G of the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment under seal.

Dated:  February 22, 2008

Respectfully submitted,

By: /s/ Sam S. Shaulson
Sam S. Shaulson (SS 0460)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Sarah E. Bouchard (Pa. I.D. #77088)
Sarah E. Pontoski (Pa. I.D. #91569)
*Admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5387/5077/5059/5763