UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>　　　　　　　　　Defendants. | Civil Action No. 07-CIV-3769<br><br>*Electronically Filed* |

## ORDER

AND NOW on this _____ day of _____ 2008, after considering Unopposed Motion To File Exhibits And Portions Of Statement Of Material Facts In Support Of Defendants' Motion For Summary Judgment With Confidential Information Under Seal, it is hereby ORDERED that Defendants' motion is GRANTED and Exhibits A-G of the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment are deemed filed under seal.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J.