## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion and Unopposed Motion To File Exhibits, Information and Portions of Statement of Material Facts in Support of Defendants' Motion for Summary Judgment with Confidential Information Under Seal, Defendants' Memorandum of Law in Support of Unopposed Motion to File Exhibits, Information and Portions of Statement of Material Facts in Support of Defendants' Motion for Summary Judgment with Confidential Information Under Seal and proposed form of Order, via United States Mail and ECF Service, this 22nd day of February, 2008, on:

Fran L. Rudich, Esquire
Seth R. Lesser, Esquire
Janet Walsh, Esquire
LOCKS LAW FIRM
110 East 55th Street, 12th Floor
New York, New York  10022
(212) 838-3333

Attorneys for Plaintiff

/s/ Sarah E. Pontoski
Sarah E. Pontoski