LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(21) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br>    Plaintiffs,<br><br>    vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>    Defendants. | Civil Action No.  07-CIV-3769<br><br>***Electronically Filed*** |

**DEFENDANTS' NOTICE OF MOTION**
**AND MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendants Citigroup Inc. ("Citigroup") and Citigroup

Technology, Inc. ("Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure

and in accordance with the February 21, 2008 Stipulation and Order, and upon: (1) the

accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

(2) Defendants' Local Civil Rule 56.1 Statement of Undisputed Facts; and (3) the Affidavit of

Sarah E. Pontoski, and the exhibits attached thereto, will move this Court, before the Honorable

Alvin K. Hellerstein, in the United States District Court, at the United States Courthouse for the

Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at

a time to be designated by the Court, for an Order: (i) granting Defendants' motion for summary

judgment; and (ii) awarding Defendants all costs and attorneys' fees incurred in connection with

the instant action and this motion.

## MOTION

Plaintiff Carmelo Millan has filed an action under the Fair Labor Standards Act

("FLSA"), 29 U.S.C. §§ 201 *et seq.* and the New York Labor Law §§ 650 *et. seq.*  Defendants

move for summary judgment on all claims contained in the Amended Complaint because for the

reasons set forth in Defendants' Memorandum of Law in Support of Motion for Summary

Judgment, accompanying statement of material facts, and exhibits attached to the Affidavit of

Sarah E. Pontoski, Plaintiff has failed to raise a genuine issue of material fact requiring trial and

because Defendants are entitled to summary judgment as a matter of law.


Dated: February 22, 2008
          New York, New York

By:___/s/_Sam_S._Shaulson_____
Sam S. Shaulson (SS 0460)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Sarah E. Bouchard (Pa. I.D. #77088)
Sarah E. Pontoski (Pa. I.D. #91569)
*Admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5387/5077/5059/5763

Attorneys for Defendants