# EXHIBIT H



IT Certification and Career Paths

# 640-811 ICND

**Interconnecting Cisco Networking Devices Exam**

## Retired November 6, 2007

| | |
|---|---|
| **Exam Number:** | 640-811 |
| **Associated Certifications:** | CCNA |
| **Duration:** | 60 minutes (40-50 questions) |
| **Available Languages:** | English |
| **Click Here to Register:** | Pearson VUE |
| **Exam Policies:** | Read current policies and requirements |
| **Exam Tutorial:** | Review type of exam questions |

Exam Description   Exam Topics   Recommended Training   Additional Resources

### Exam Description

The ICND exam is one of the two qualifying exams available to candidates pursuing a two-exam option for the Cisco Certified Network Associate CCNA certification. The ICND (640-811) exam will test materials from the new Interconnecting Cisco Network Devices (ICND) course. The exam will certify that the successful candidate has important knowledge and skills necessary to select, connect, configure, and troubleshoot the various Cisco networking devices. The exam covers topics on Extending Switched Networks with VLANS, Determining IP Routes, Managing IP traffic with Access Lists, Establishing Point-to-Point connections, and Establishing Frame Relay Connections.

### Exam Topics

The following information provides general guidelines for the content likely to be included on the exam. However, other related topics may also appear on any specific delivery of the exam. In order to better reflect the contents of the exam and for clarity purposes the guidelines below may change at any time without notice.

**Planning and Designing**

- Design or modify a simple LAN using Cisco products
- Design an IP addressing scheme to support classful, classless, and private addressing to meet design requirements
- Select an appropriate routing protocol based on user requirements
- Design a simple internetwork using Cisco products
- Develop an access list to meet user specifications
- Choose WAN protocols to meet design requirements

**Implementation and Operations**

- Perform an initial configuration on a switch
- Configure routing protocols given user requirements
- Configure IP addresses, subnet masks, and gateway addresses on routers and hosts
- Configure a router for additional administrative functionality
- Configure a switch with VLANS and inter-switch communication
- Implement a LAN
- Customize a switch configuration to meet specified network requirements
- Implement access lists
- Implement simple WAN protocols

**Troubleshooting**

- Utilize the OSI model as a guide for systematic network troubleshooting
- Perform LAN and VLAN troubleshooting
- Troubleshoot routing protocols
- Troubleshoot IP addressing and host configuration
- Troubleshoot a device as part of a working network
- Troubleshoot an access list
- Perform simple WAN troubleshooting

**Technology**

- Describe the Spanning Tree process
- Evaluate the characteristics of LAN environments
- Evaluate the characteristics of routing protocols
- Evaluate rules for packet control
- Evaluate key characteristics of HDLC, PPP, Frame Relay, DDR, and ISDN technologies

Recommended Training

Interconnecting Cisco Networking Devices (ICND) is the recommended training for this exam.

Courses listed are offered by Cisco Learning Partners, the only authorized source for Cisco IT training delivered exclusively by Certified Cisco Instructors. Check the Global Learning Partner Locator for a Cisco Learning Partner near you.

Additional Resources

A variety of Cisco Press titles may be available for this exam. These titles can be purchased through the Cisco Marketplace Bookstore, directly from Cisco Press.

Return to Top