LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIGROUP, INC., <br> CITIGROUP TECHNOLOGY, INC. <br><br> Defendants. | Civil Action No.  07-CIV-3769 <br><br> *Electronically Filed* |

### MEMORANDUM OF LAW IN SUPPORT OF
### UNOPPOSED MOTION TO FILE EXHIBITS, INFORMATION
### AND PORTIONS OF STATEMENT OF MATERIAL FACTS IN
### SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### <u>WITH CONFIDENTIAL INFORMATION UNDER SEAL</u>

Defendants Citigroup Inc. and Citigroup Technology, Inc. (collectively "Defendants"), by and through their undersigned counsel Morgan, Lewis & Bockius LLP, hereby submit this memorandum of law pursuant to Rule 6 of the United States District Court, Southern District of New York, Procedures for Electronic Case Filing and request that they be allowed to file certain exhibits attached to the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary

Judgment, under seal. Plaintiff has agreed not to oppose this motion so long as Defendants' motion is consistent with the Confidentiality Agreement and Order that this Court entered on February 20, 2008.

On February 20, 2008, the Court entered a Confidentiality Agreement and Order, which the parties agree govern the treatment of confidential discovery material and the filing thereof. (Docket No. 25). Pursuant to the Confidentiality Agreement and Order, discovery materials are defined as Confidential if the "[d]iscovery materials contain[] trade secrets, or other sensitive business, commercial, proprietary, financial, personal or personnel information or any extracts or summaries thereof that is not publicly filed with any state or regulatory authority." In addition, pursuant to the Confidentiality Agreement and Order, the parties have agreed to file discovery materials designated as Confidential pursuant to the Confidentiality Agreement and Order under seal with the Court. (<u>Id.</u>).

Due to the confidential nature of the commercial and proprietary business information that is contained in Exhibits A-G of the Affidavit of Sarah E. Pontoski and the confidential nature of the commercial and proprietary business information that is contained in certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment, Defendants respectfully request that the Court permit them to file Exhibits A-G of the Affidavit of Sarah E. Pontoski and certain portions of the Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Motion For Summary Judgment under seal. These documents and this information has not been publicly filed with any state or regulatory authority. Defendants' designation of these documents and this

information as Confidential is consistent with the terms of the Confidentiality Agreement and

Order entered by the Court on February 22, 2008. (Docket No. 25).

Dated: February 22,2008   Respectfully submitted,

        By:___/s/_Sam_S._Shaulson_____
        Sam S. Shaulson (SS 0460)
        MORGAN, LEWIS & BOCKIUS LLP
        101 Park Avenue
        New York, New York 10178
        (212) 309-6000

        Sarah E. Bouchard (Pa. I.D. #77088)
        Sarah E. Pontoski (Pa. I.D. #91569)
        *Admitted Pro Hac Vice*
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        (215) 963-5387/5077/5059/5763