## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion and Unopposed Motion To File Exhibits, Information and Portions of Statement of Material Facts in Support of Defendants' Motion for Summary Judgment with Confidential Information Under Seal, Defendants' Memorandum of Law in Support of Unopposed Motion to File Exhibits, Information and Portions of Statement of Material Facts in Support of Defendants' Motion for Summary Judgment with Confidential Information Under Seal and proposed form of Order, via United States Mail and ECF Service, this 22nd day of February, 2008, on:

> Fran L. Rudich, Esquire
> Seth R. Lesser, Esquire
> Janet Walsh, Esquire
> LOCKS LAW FIRM
> 110 East 55th Street, 12th Floor
> New York, New York  10022
> (212) 838-3333
>
> Attorneys for Plaintiff

/s/ Sarah E. Pontoski
Sarah E. Pontoski