# Millan v. Citigroup, Inc. and Citigroup Technology, Inc.
# Civ. Action No. 07-CIV-3769 (AKH)

Filed Under Seal

Declaration of Carmelo Millan in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment – Exhibit 6