# Millan v. Citigroup, Inc. and Citigroup Technology, Inc.
## Civ. Action No. 07-CIV-3769 (AKH)

Filed Under Seal

Affidavit of Janet Walsh – Exhibit 14