

Privacy · Citigroup.com
About Citi · Corporate Governance · Investor Relations · Corporate Citizenship · Press Room · Careers

Home | Products & Services | Global Locations | Our Businesses | Search the Site

# About Citi

**About Citigroup**

- Citigroup's History
- Our Shared Responsibilities
- Citigroup USA PATRIOT Act Certification
- Our Businesses

## Our Legacy

Citi is today's pre-eminent financial services company, with some 200 million customer accounts in more than 100 countries. Our history dates back to the founding of Citibank in 1812, Bank Handlowy in 1870, Smith Barney in 1873, Banamex in 1884, and Salomon Brothers in 1910.

Other major brand names in Citi's diverse portfolio include Citi Cards, CitiFinancial, CitiMortgage, CitiInsurance, Primerica, Diners Club, Citi Private Bank, and CitiCapital.

**Citi History**
*The Citi timeline (1998-present) represents major events since Citicorp and Travelers merged in 1998. The global presence chart provides information about the establishment of Citi and its predecessors in the countries and territories where we do business.*

- Citigroup Inc.
- Global Presence
- Family Tree
  - 8.5" x 11"
  - 11" x 17"
  - Multi-Page Version (Print the PDF on eight 8.5" x 11" pages and piece together.)

**Business Histories**
*The timelines represent the history of each business until it joined the Citi family.*

- Bank Handlowy w Warszawie SA
- Citibank, N.A.
- European American Bank
- Golden State Bancorp Inc. & California Federal Bank
- Grupo Financiero Banamex
- Salomon Brothers
- Schroder & Co. Inc.
- Smith Barney
- The Associates
- Primerica



The Story of Citi

Select media format & connection speed.
Windows Media          Quicktime
Streaming Video - 31 minutes

Site Map | Contact Us
Terms, conditions, caveats, and small print
Copyright © 1998 - 2008 Citigroup

http://www.citigroup.com/citigroup/about/
This site is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.