

IT Certification and Career Paths

# Certifications Overview

## GeneralC ertifications and Focused Certifications

The firsts tep in general Cisco Career Certifications begins either with CCENT as an interim step to Associate level, or directly with CCNA for network operations or CCDA for network design.T hink oft he Associate level as the apprentice or foundation level ofn etworking certification.



### General Certifications: Three Levels of Certification

- Associate:T he first step in Cisco networking begins at the Associate level, which also includes CCENT, an interim step to Associates for those with little job experience. Think of the Associate level as the apprentice or foundation level of networking certification.

- Professional. This is the advanced or journeyman level ofc ertification.

- Expert.T his is CCIE,t he highest level of achievementf or network professionals, certifying an individual as an expert or master.

### General Certifications: Six Different Paths

- Routing and Switching: This path is for professionals who install and support Cisco technology-based networks in which LAN and WAN routers and switches reside.

- Design: This path is aimed at professionals who design Cisco technology-based networks in which LAN and WAN routers and switches reside.

- Network Security: This path is directed toward network professionals who design and implement Cisco Secure networks.

- Service Provider:T his path is aimed atp rofessionals working with infrastructure or access solutions in a Cisco end-to-end environmentp rimarily within the telecommunications arena.

- Storage Networking:T his path is for professionals who implement storage solutions over extended network infrastructure using multiple transport options.

- Voice: This path is directed toward network professionals who install and maintain Voice solutions over IP networks.

### Focused Certifications: Specialist

A variety of Specialistf ocused certifications are available to show knowledge in specific technologies, solutions,o r job role. New certifications are added to this list regularly.

Contacts & Feedback | Help | Site Map
© 1992-2008 Cisco Systems Inc. All rights reserved.   Terms & Conditions | Privacy Statement | Cookie Policy | Trademarks of Cisco Systems Inc.