

Recent Program Information
# Recent Articles

Read what industry publications are saying about Cisco Career Certifications.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Current** | 2007 | 2006 | 2005 | 2004 | 2003 | |

| | |
|---|---|
| Dec 03 | Certification Magazine - Paying Off Nicely - CertMag's 2003 Salary Survey<br>"From entry-level programs like CompTIA's A+ to advanced certifications like the Cisco Certified Internetwork Expert (CCIE), each certification program studied provided a noteworthy salary to IT experts." |
| 11 Nov 03 | CertCities Online - Cisco IP Telephony Certs Double in 2003<br>"Cisco Systems announced today that the number of IT professionals holding its IP telephony-related specialty certifications 'more than doubled' from December 31,2 002, to July 1, 2003." |
| 05 Nov 03 | TMCnet.com - Customer Satisfaction, Italtel Ranks Among The First Companies In EMEA<br>"Italtel,o ne of the world's leaders in integrated voice, data and video tlc networks, ranked third among system Integrators in EMEA and firsta mong companies operating with service providers, in terms of customer satisfaction.T his is the outcome of a survey conducted by Cisco Systems which assessed Italtel's performances through thirty questions placed to the most qualified service providers and network operators in EMEA." |
| 04 Nov 03 | CertCities.com - CCIE Program Celebrates 10th Anniversary<br>"When Cisco launched the CCIE in Nov. 1993,i t was Cisco's first certification program. The company later added other professional- and associate-level titles, such as the Cisco Certified Network Associate (CCNA) and the Cisco Certified Network Professional (CCNP)." |
| 28 Oct 03 | CertCities.com - Cisco Extends 2 Betas<br>"Cisco Systems recently extended the life of two beta exams: 643-531 CSIDS, which counts toward the company's Cisco Certified Security Professional (CCSP) title, and 641-821 INTRO, which is part oft he new two-exam Cisco Certified Network Associate (CCNA) track." |
| 21 Oct 03 | NetworldWorld Fusion - A Place for CCIEs to Convene<br>"Cisco this month officially launched a free resource to help your IT staffers do their jobs better - the Cisco Certifications Community." |
| 09 Oct 03 | Enterprise Networks & Servers - Cisco Offers Certification Site<br>"Cisco Systems has officially launched the Cisco Certifications Community, a knowledge sharing portal exclusively for Cisco certified individuals." |
| 30 Sep 03 | SearchNetworking.com - Cisco Reports Ramp-up in IP Telephony Certs<br>"Cisco Systems Inc. recently announced thatt he number of IP telephony certifications it issued between Dec. 31, 2002, and July 2003 was equal to the number of all IP telephony certs the company had previously issued." |
| 29 Sep 03 | NewsFactor Network - Tech-Job Certifications That Still Matter<br>"For IT professionals looking to advance their career or move into |

| | |
|---|---|
| | post-boom years, most IT professionals now know that certification does not equal employment and a high salary. All those tests and fees have become a turnoff or many." |
| 16 Sep 03 | Enterprise Networks & Servers - Cisco Networking Academy Launches Security and Wireless Curricula<br>"After an initial pilot phase that attracted over 250 Academy participants, the Networking Academy program is launching the courses globally." |
| 15 Sep 03 | CRN Online - Vendors Can Influence VAR's Certification Training Decisions<br>"While there is little difference across solution provider size for the Microsoft MSCE or Cisco CCNA certifications, there are distinct differences in other cases." |
| 10 Sep 03 | The Register - Cisco CCNA Self-Study Guides<br>"Cisco Systems has introduced a new CCNA certification, with two paths to attain that valued title." |
| 09 Sep 03 | CertCities Online - Cisco Renames CCIE, Communications and Services<br>"The company said in a Web site statement that the renaming aligns the credential more closely with the segment of the IT community that it serves." |
| Sep 03 | Certification Magazine - Cisco Exam Study Strategies<br>"Given that Cisco's is one of the three biggest IT certification programs, and that exam preparation material is readily available to candidates, an organized program of study is the best approach to tackling any Cisco certification exam." |
| 22 Jul 03 | TCPmag.com - Cisco Launches Updated CCSP Exams<br>"Several of the updated exams also count oward the company's security-related Cisco Qualified Specialist titles, which candidates can earn on their way to pursuing the CCSP or individually." |
| 25 Jun 03 | Certification Magazine - Certifiably Secure: Cisco Certified Security Professional (CCSP)<br>"As Cisco's newest professional level certification, the CCSP has attracted a great deal of interest and attention in the marketplace." |
| 23 Jun 03 | Certcities - Cisco to Launch New CCNA Exam, Add Two Exam Option for Less Experienced Candidates<br>"This week at its Networkers conference in Orlando, Cisco Systems will announce a new Cisco Certified Network Associate (CCNA) exam, 640-801, to launch June 30." |
| 18 Jun 03 | Certification Magazine - Cisco Expands Security Certification and Training Portfolio<br>"Cisco Systems Inc. announced the expansion of its security certification and training program to reflect the latest advances in Cisco security technology and industry expectations for IT professionals." |
| 17 Jun 03 | Certcities - Cisco Debuts Security Design Courses, Considering Cert<br>"Now [students] can see different designs...[what will happen, for example] when you but the firewall in series with the VPN or in parallel." |
| 20 May 03 | Yahoo! Financial - Cisco Enhances Career Certifications Tracking System<br>"Cisco Systems, Inc.® today announced enhancements to the Cisco Career Certifications Tracking System, a secure database that provides a record of exam history and certification progress for Cisco career-certified professionals worldwide." |

Back to Top

Contacts & Feedback | Help | Site Map
© 1992-2008 Cisco Systems Inc. All rights reserved.   Terms & Conditions | Privacy Statement | Cookie Policy | Trademarks of Cisco Systems Inc.