UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMELO MILLAN, Individually and on
Behalf of All Other Persons Similarly Situated,

               Plaintiff,

vs.

CITIGROUP, INC. and CITIGROUP
TECHNOLOGY, INC.,

               Defendants.

Civ. Action No. 07-CIV-3769 (AKH)

## TABLE OF CONTENTS OF EXHIBITS
(In accordance with Judge Hellerstein's Individual Practices)

Declaration of Carmelo Millan In Support of Plaintiff's Opposition
to Defendant's Motion For Summary Judgment

| Exhibit No. | Exhibit |
|---|---|
| 1 | NISS Policies and Procedures Manual |
| 2 | E-mails from Thomas Saranello to Carmelo Millan dated May 6, 2003; May 30, 2003; and July 14, 2003 |
| 3 | E-mail dated August 1, 2003 from Thomas Saranello to Carmelo Millan |
| 4 | E-Mail dated September 9, 2003 from Thomas Saranello to Carmelo Millan |
| 5 | 2002 Year-End Performance Review |
| 6 | 2003 Year-End Performance Review |
| 7 | Extract from Citigroup's Time Record System (2001-2003) |
| 8 | Resume of Carmelo Millan |
| 9 | 2001 Year-End Performance Plan/Summary |
| 10 | Global Engineering Lab-Process Control Manual |
| 11 | 2005 Year-End Performance Review |
| 12 | Extract from Citigroup's Time Record System (2004-2006) |
| 13 | Global Engineering Lab-Process Control Manual-Greenwich Lab |

Affidavit of Janet Walsh

| Exhibit No. | Exhibit |
|---|---|
| 14 | Deposition transcript of Carmelo Millan dated January 16, 2008 |
| 15 | Deposition transcript of Thomas Saranello dated February 7, 2008 |

| | |
|---|---|
| 16 | Deposition transcript of Amedeo Discepolo dated February 20, 2008 and accompanying exhibit |
| 17 | DOL Wage and Hour Op. letter dated October 26, 2006 |
| 18 | DOL Wage and Hour Op. dated May 11, 2001 |
| 19 | DOL Wage and Hour Op. Letter dated November 5, 1999 |
| 20 | DOL Wage and Hour Op. Letter dated August 19, 1999 |
| 21 | Extract from Citigroup's website downloaded on March 12, 2008 |
| 22 | Letter from Defendants' counsel to Plaintiff's counsel dated January 18, 2008 |

Declaration of Peter Garza

| **Exhibit No.** | **Exhibit** |
|---|---|
| 23 | Resume of Peter Garza |
| 24 | CertCities.com article titled "Cisco To Launch New CCNA Exam, Add Two-Exam Option for Less Experienced Candidates" dated June 23, 2003 |
| 25 | Web page: "Certifications Overview – IT Certification and Career Paths – Cisco Systems", printed March 12, 2008 |
| 26 | Web page: "CCNA – Career Certifications & Paths – Cisco Systems" printed March 12, 2008 |
| 27 | Web page: ICND – IT Certification and Career Paths – Cisco Systems", printed March 12, 2008 |
| 28 | Fluke Networks' brochure for MicroScanner Cable Verifier, downloaded March 12, 2008 |