## CERTIFICATION OF SERVICE

**Millan v. Citigroup, Inc., et al.**
**United States District Court**
**Southern District of New York**
**Index No. *07 cv 3769 (AKH)***

I am over the age of 18 years, employed in the county of New York, and not a party to the within action; my business address is 110 East 55th Street, New York, NY 10022.

On March 14, 2008, I caused to be served the within:

1. Plaintiff's Memorandum in Opposition to Defendants Motion for Summary Judgment;
2. Rule 56.1 Statement of Undisputed Material Facts;
3. Affidavit of Janet Walsh with accompanying exhibits;
4. Declaration of Carmelo Millan in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment with accompanying exhibits;
5. Declaration of Peter Garza with accompanying exhibits; and
6. Table of Contents of Exhibits.

on the parties in said action via ECF by electronically filing as set forth below:

| | |
|---|---|
| **Morgan Lewis & Bockius LLP** | **Morgan Lewis & Bockius LLP** |
| Sarah E. Bouchard | Sam S. Shaulson |
| Sarah E. Pontoski | 101 Park Avenue |
| 1701 Market Street | New York, NY 10178 |
| Philadelphia, PA 19103 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2008 at New York, New York.

*/s/ Jennifer Russell*
JENNIFER RUSSELL