Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Sarah E. Pontoski
215.963.5059
spontoski@morganlewis.com

RECEIVED
MAR 17 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

March 17, 2008

**BY FACSIMILE ONLY**

The Honorable Alvin K. Hellerstein
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc., C.A. No. 07CV3769

Dear Judge Hellerstein:

We write to request that Your Honor grant Defendants a one week extension, until March 28, 2008, to submit a reply brief in further support of their motion for summary judgment because Defendants' counsel has an arbitration this week in connection with another matter. Plaintiff has indicated that he will not oppose this request. Thank you for your consideration.

Respectfully submitted,

*[signature]*

Sarah E. Pontoski

SEP/jk

*So ordered
3/17/08
[signature]*

c (via Facsimile): Fran L. Rudich, Esquire
Janet M. Walsh, Esquire