Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

Sarah E. Pontoski
215.963.5059
spontoski@morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

March 25, 2008

**BY FACSIMILE ONLY**

The Honorable Alvin K. Hellerstein
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc., C.A. No. 07CV3769

*[Handwritten note from Judge: The parties should submit or stip in for an order allowing plaintiff to substitute corrected submissions and provide for an enlarged date for reply. 3/26/08 AKH]*

Dear Judge Hellerstein:

We write regarding Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment ("Opposition Brief") and Plaintiff's Local Rule 56.1(b) Statement. ("Plaintiff's Rule 56.1 Statement"). While reviewing Plaintiff's Opposition Brief in connection with our preparation of a reply brief, Defendants realized that Plaintiff never served us with a full copy of the Opposition Brief. Specifically, he did not electronically file or serve Defendants with page 29 of his brief. Yesterday, we requested that Plaintiff correct his filing and provide Defendants with a full copy of the Opposition Brief, and he corrected his filing and served Defendants with a full copy of the Opposition Brief.

In addition, while reviewing Plaintiff's Rule 56.1 Statement, we realized that Plaintiff skipped a paragraph when responding to Defendants' Local 56.1 Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment ("Defendants' Rule 56.1 Statement"). Defendants' Rule 56.1 Statement has 89 paragraphs, but Plaintiff's Rule 56.1 Statement only has 88 paragraphs. Because it appeared that Plaintiff may have skipped a paragraph somewhere in the middle of his Rule 56.1 Statement, it was impossible for Defendants to determine exactly what facts Plaintiff intended to admit and deny in his Rule 56.1 Statement. Defendants' inability to understand exactly what Plaintiff intended to admit and deny has impacted Defendants' ability to draft a reply brief in further support of summary judgment. Because of our confusion, and the confusion that we anticipate that the Court will experience when it reviews Plaintiff's Rule 56.1 Statement, we have requested that Plaintiff file a corrected Rule 56.1 Statement. Plaintiff has

Morgan Lewis
COUNSELORS AT LAW

The Honorable Alvin K. Hellerstein
United States District Court
March 25, 2008
Page 2

indicated that he will file a corrected Rule 56.1 Statement, and that he will likely file the corrected Rule 56.1 Statement today.

Because we are unable to properly draft a reply brief due to Plaintiff's current Rule 56.1 Statement, we write to request that Your Honor grant Defendants a one week extension from the time that Plaintiff files a corrected Rule 56.1 Statement to submit a reply brief in further support of their motion for summary judgment. Plaintiff has indicated that he will not oppose this request. Thank you for your consideration.

Respectfully submitted,

*[signature]*

Sarah E. Pontoski

SEP/jk

c (via Facsimile):   Fran L. Rudich, Esquire
                     Janet M. Walsh, Esquire

The Honorable Alvin K. Hellerstein
United States District Court
March 25, 2008
Page 3

**Morgan Lewis**
COUNSELORS AT LAW

bc (via pdf):   Anne M. Graves, Esquire
                Sarah E. Bouchard, Esquire
                Kelly Basinger Charnley, Esquire