# EXHIBIT K HAS BEEN FILED UNDER SEAL PURSUANT TO THE CONFIDENTIALITY AGREEMENT AND ORDER OF FEBRUARY 20, 2008

*(Motion to file under seal pending)*