## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion and Unopposed Motion To File Exhibits In Support Of Defendants' Reply Brief In Further Support of Motion For Summary Judgment With Confidential Information Under Seal, Defendants' Memorandum of Law in Support thereof and proposed form of Order, via United States Mail and ECF Service, this 1st day of April, 2008, on:

Fran L. Rudich, Esquire
Seth R. Lesser, Esquire
Janet Walsh, Esquire
LOCKS LAW FIRM
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

Attorneys for Plaintiff

/s/ Sarah E. Pontoski
Sarah E. Pontoski