**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br>    Plaintiffs,<br>                             vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>    Defendants. | Civil Action No.  07-CIV-3769<br><br>*Electronically Filed* |

## ORDER

AND NOW on this _____ day of _____ 2008, after considering Defendants' Motion to Strike Peter Garza's Declaration, and any response thereto, it is hereby

ORDERED that Defendants' motion is GRANTED and Peter Garza's declaration is stricken.

_____
                                                                        J.