## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion, Motion to Strike Peter Garza's Declaration, Defendants' Memorandum of Law in Support of Motion to Strike Peter Garza's Declaration, Affidavit of Sarah Pontoski and accompanying exhibits and Defendants' proposed form of Order, via United States Mail and ECF Service, this 1st day of April, 2008, on:

>Fran L. Rudich, Esquire
>Seth R. Lesser, Esquire
>Janet Walsh, Esquire
>LOCKS LAW FIRM
>110 East 55th Street, 12th Floor
>New York, New York  10022
>(212) 838-3333
>
>Attorneys for Plaintiff

/s/ Sarah E. Pontoski
Sarah E. Pontoski