LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br>　　　Plaintiffs,<br>　　　　　　　　vs.<br><br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br><br>　　　Defendants. | Civil Action No. 07-CIV-3769<br><br>*Electronically Filed* |

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PETER GARZA'S DECLARATION

| | **EXHIBIT** |
|---|:---:|
| Letter from Defendants' counsel to Plaintiff's counsel, dated November 8, 2007, regarding the scope of discovery defined by the Court | A |
| Correspondence from Defendants' counsel to Plaintiff's counsel, dated November 5, 2007, November 14, 2007, November 16, 2007 and November 28, 2007, regarding Plaintiff's deposition | B |
| Letter from Defendants' counsel to Plaintiff's counsel, dated December 7, 2007, regarding Plaintiff's deposition | C |
| Letter from Plaintiff's counsel to Defendants' counsel, dated February 22, 2008, regarding the deposition of Paul Holder | D |
| Letter from Plaintiff's counsel to Defendants' counsel, dated March 14, 2007, regarding Plaintiff's response to Defendants' motion for summary judgment | E |
| Paul Garza's Declaration | F |
| Paul Garza's Curriculum Vitae | G |