# EXHIBIT C

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

FILE COPY

**Sarah E. Pontoski**
215.963.5059
spontoski@morganlewis.com

December 7, 2007

## VIA FACSIMILE AND FIRST CLASS MAIL

Fran L. Rudich, Esquire
Locks Law Firm
110 East 55th Street, 12th Floor
New York, NY 10022

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc. and Citigroup Technology, Inc., C.A. No. 07CV3769

Dear Ms. Rudich:

We write again to request that you promptly provide us with alternate deposition dates in December on which Plaintiff's deposition can be taken. Additionally, to date, Plaintiff has failed to provide us with Plaintiff's responses to Defendants' written discovery requests, which were originally due November 15, 2007. Please promptly provide us with Plaintiff's responses to Defendant's written discovery requests.

Very truly yours,

Sarah E. Pontoski

SEP/jk

cc: Jeffrey M. Gottlieb (via Facsimile and First Class Mail)