## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Motion and Unopposed Motion To File Exhibits In Support Of Defendants' Reply Brief In Further Support of Motion For Summary Judgment With Confidential Information Under Seal, Defendants' Memorandum of Law in Support thereof and proposed form of Order, via United States Mail and ECF Service, this 1st day of April, 2008, on:

Fran L. Rudich, Esquire<br>
Seth R. Lesser, Esquire<br>
Janet Walsh, Esquire<br>
LOCKS LAW FIRM<br>
110 East 55th Street, 12th Floor<br>
New York, New York  10022<br>
(212) 838-3333<br>
<br>
Attorneys for Plaintiff

/s/ Sarah E. Pontoski
_____
Sarah E. Pontoski