# EXHIBIT B

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Sarah Pontoski**
215.963.5059
spontoski@morganlewis.com

November 28, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

Fran L. Rudich, Esquire
LOCKS LAW FIRM
110 East 55th Street, 12th Floor
New York, New York 10022

Re:  *Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup Inc. and Citigroup Technology, Inc.;*
U.S. District Court, Southern District of New York - No. 07-3769

Dear Ms. Rudich:

I enclose notification from the Court that the status conference in the above-referenced matter scheduled for this Friday, November 30, 2007 has been adjourned. A status conference has been scheduled for January 4, 2008 at 9:30 a.m.

In light of the January conference, we request that you promptly provide us with alternate deposition dates in December on which Plaintiff's deposition can be taken. Additionally, to date, Plaintiff has failed to provide us with Plaintiff's responses to Defendants' written discovery requests, which were originally due November 15, 2007. Plaintiff has failed to provide responses to Defendants' written discovery requests despite your November 16, 2007 assurances, via electronic mail, that we would receive the responses by November 21, 2007. Yet another week has passed with no discovery responses received. In the event that we do not receive Plaintiff's discovery responses in the next week, by December 5, 2007, and with sufficient time to review such discovery responses prior to Plaintiff's deposition, we will take appropriate action with the Court.

Very truly yours,

Sarah E. Pontoski
SEP/tmm
Enclosure
cc:   Jeffrey M. Gottlieb, Esquire (w/encl.via facsimile)

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton  Chicago  Minneapolis
Palo Alto  Dallas  Houston  Harrisburg  Irvine  Boston  London  Paris  Brussels  Frankfurt  Beijing  Tokyo

## ALVIN K. HELLERSTEIN
### UNITED STATES DISTRICT JUDGE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET
### NEW YORK, NY 10007-1581
### (212) 805-0152

TO:      PLEASE SEE ATTACHED FAX COVER

FROM:   Brigitte Jones, Courtroom Deputy          Date: 11/28/07
         by Order of Judge Alvin K. Hellerstein

RE:   Case : Carmelo Millan v. Citigroup - 07 civ. 3769 (AKH)
The status conf. previously scheduled for November 30, 2007 is adjourned.

You are hereby notified that you are required to appear for a status conf..

            Date:    1/4/08
            Time:    9:30 a.m.
            Place:   U.S. Courthouse - Southern District of New York
                     500 Pearl Street
                     Courtroom 14D
                     New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

NOTE:

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Sarah E. Pontoski**
215.963.5059
spontoski@morganlewis.com

November 16, 2007

**BY FACSIMILE AND REGULAR MAIL**

Fran L. Rudich, Esquire
Locks Law Firm
110 East 55th Street, 12th Floor
New York, NY 10022

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc., C.A. No. 07CV3769

Dear Ms. Rudich:

I write regarding Plaintiff's deposition and written discovery responses. On November 14, 2007, we wrote and asked you to please provide us with alternative deposition dates for Plaintiff's deposition and Plaintiff's responses to Defendants' written discovery by the close of business on November 15, 2007. To date, you have not provided us with alternative deposition dates or responses to Defendants' written discovery. If we do not receive alternative dates for Plaintiff's deposition and responses to Defendants' written discovery by the close of business on November 19, 2007, we will have no choice but to file a motion to compel.

Very truly yours,

Sarah E. Pontoski

SEP/jk

cc: Jeffrey M. Gottlieb (via Facsimile only)

FILE COPY

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Sarah E. Pontoski**
215.963.5059
spontoski@morganlewis.com

November 5, 2007

**BY FACSIMILE AND REGULAR MAIL**

Fran L. Rudich, Esquire
Locks Law Firm
110 East 55th Street, 12th Floor
New York, NY 10022

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc., C.A. No. 07CV3769

Dear Ms. Rudich:

I write regarding Plaintiff's deposition that is currently scheduled for November 19, 2007 at 9:30 a.m. Please confirm that Mr. Millan will appear for his deposition on November 19, 2007. If Mr. Millan is not available on November 19, 2007, please contact us so that we may schedule Mr. Millan's deposition on a mutually convenient date prior to the November 30, 2007 discovery deadline.

Very truly yours,

Sarah E. Pontoski

SEP/jk

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



## Morgan Lewis
COUNSELORS AT LAW

**Sarah E. Pontoski**
215.963.5059
spontoski@morganlewis.com

November 14, 2007

**BY FACSIMILE AND REGULAR MAIL**

Fran L. Rudich, Esquire
Locks Law Firm
110 East 55th Street, 12th Floor
New York, NY 10022

Re: Carmelo Millan, Individually and on Behalf of all other persons similarly situated v. Citigroup, Inc., C.A. No. 07CV3769

Dear Ms. Rudich:

I write regarding Plaintiff's deposition and written discovery responses. On October 11, 2007, we noticed Plaintiff's deposition for November 19, 2007. At that time, we asked you to please contact us if he was not available on November 19, 2007, so that the parties could schedule Plaintiff's deposition on a mutually agreeable date. We received no response from you. As a result, on November 5, 2007, we again contacted your office and asked you to confirm that he would appear for his deposition on November 19, 2007. Once again, we asked you to please contact us if he was not available so that the parties could schedule Plaintiff's deposition on a mutually agreeable date.

As of November 13, 2007, we had not received a response to out November 5, 2007 letter. As a result, we again contacted you and asked you to confirm that he would appear for his deposition on November 19, 2007. Finally, more than a month after receiving Defendants' Notice of Deposition, you indicated that Plaintiff was not available on November 19, 2007. Your office, however, did not provide us with an alternative date for his deposition.

As you know, the Court has ordered the parties to complete all fact discovery in connection with Plaintiff's specific claims prior to the November 30, 2007 Court conference. Thus, we must take Plaintiff's deposition prior to that date. Please provide us with at least two alternative dates prior to November 30, 2007 when Plaintiff is available to appear for his deposition by the close of business on November 15, 2007. We are currently available to take Plaintiff's deposition on November 21, 2007 and November 29, 2007.

Fran L. Rudich, Esquire
November 14, 2007
Page 2



In addition, Plaintiff's responses to Defendants' interrogatories and requests for production were due on November 13, 2007. To date, we have not received responses from Plaintiff. Please forward responses to us by the close of business on November 15, 2007.

We look forward to hearing from you regarding proposed dates for Plaintiff's deposition and to receiving Plaintiff's discovery responses.

Very truly yours,

Sarah E. Pontoski

SEP/jk

cc: Jeffrey M. Gottlieb (via Facsimile only)