# EXHIBIT E

Case 1:07-cv-03769-AKH   Document 50-7   Filed 04/02/2008   Page 1 of 2

03/14/2008  17:05   2128383735                GENE LOCKS PLLC                              PAGE  02/02

# LOCKS LAW FIRM
### PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

March 14, 2008

**VIA DHL**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    RE:   *Millan v. Citigroup, Inc.*
             *Case No. 07 cv 3769 (AKH)*

Dear Judge Hellerstein:

    We represent the Plaintiff in the above referenced action. Enclosed please find a courtesy copy of Plaintiff Carmelo Millan's Memorandum in Opposition to Defendants' Motion for Summary Judgment; Rule 56.1 Statement of Undisputed Material Facts; Affidavit of Janet Walsh with accompanying exhibits; Declaration of Carmelo Millan in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment with accompanying exhibits; Declaration of Peter Garza with accompanying exhibits; Table of Contents of Exhibits; and Certificate of Service, which were filed electronically today.

    Please be advised that certain portions of Plaintiff's Opposition have been filed under seal pursuant to the Confidentiality Agreement and Order entered in this case on February 20, 2008.

Respectfully submitted,

Janet Walsh

Enclosures

cc:   Sarah Pontoski, Esq. (via facsimile, w/o enclosures)
       Sarah Bouchard, Esq. (via facsimile, w/o enclosures)
       Sam Shaulson, Esq. (via facsimile, w/o enclosures)

PHILADELPHIA, PA   CHERRY HILL, NJ   MEDIA, PA