USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,

Plaintiffs,

vs.

CITIGROUP, INC.,
CITIGROUP TECHNOLOGY, INC.

Defendants.

Civil Action No. 07-CIV-3769

*Electronically Filed*

## ORDER

AND NOW on this __8th__ day of __April__ 2008, after considering Unopposed Motion To File Exhibits In Support Of Defendants' Reply Brief In Further Support of Motion For Summary Judgment With Confidential Information Under Seal, it is hereby ORDERED that Defendants' motion is ~~GRANTED~~ **Denied** and Exhibits J-M of the Affidavit of Sarah E. Pontoski are ~~deemed filed under seal~~ to be filed with all other papers of this motion, in the public records of this court. Defendants have made no adequate showing of any need for confidentiality.

4/8/08

/s/ AKH