

*Motion to Strike Garza*

*Mot'n will be granted unless (a) the objections noted by defendant are remedied and (b) the pl't presents expert evidence and not argumentative rebuttals. Remedied pl't will be due w/in 7 days. 4-8-08*

/s/ Alvin Hellerstein

LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,
  Plaintiffs,

vs.

CITIGROUP, INC.,
CITIGROUP TECHNOLOGY, INC.

  Defendants.

Civil Action No. 07-CIV-3769

*Electronically Filed*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/08

## DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE

PLEASE TAKE NOTICE that Defendants Citigroup Inc. ("Citigroup") and Citigroup Technology, Inc. ("Defendants"), pursuant to Rule 702 of the Federal Rules of Evidence, and upon: (1) the accompanying Memorandum of Law in Support of Defendants' Motion to Strike; (2) the Affidavit of Sarah E. Pontoski, and the exhibits attached thereto, will move this Court, before the Honorable Alvin K. Hellerstein, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order: (i) granting Defendants' motion to strike; and (ii) awarding Defendants all costs and attorneys' fees incurred in connection with the instant action and this motion.

## MOTION

Plaintiff Carmelo Millan filed a declaration of Plaintiff's expert Peter Garza, in support of Plaintiff's opposition to Defendants' motion for summary judgment. Defendants move to strike the declaration of Peter Garza because for the reasons set forth in Defendants' Memorandum of Law in Support of Motion to Strike and exhibits attached to the Affidavit of Sarah E. Pontoski, the declaration is inadmissible pursuant to Federal Rule of Evidence 702.

Dated: April 1, 2008
New York, New York

By: /s/ Sarah E. Bouchard
Sam S. Shaulson (SS 0460)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Sarah E. Bouchard (Pa. I.D. #77088)
Sarah E. Pontoski (Pa. I.D. #91569)
*Admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5387/5077/5059/5763

Attorneys for Defendants