LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

ATTORNEYS FOR DEFENDANTS
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMELO MILLAN, individually, and on Behalf of All Other Persons Similarly Situated,<br>　　　Plaintiffs,<br>　　　　　　　　vs.<br>CITIGROUP, INC.,<br>CITIGROUP TECHNOLOGY, INC.<br>　　　Defendants. | Civil Action No.  07-CIV-3769<br><br>*Electronically Filed* |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

| | **EXHIBIT** |
|---|---|
| Selected Pages from Thomas Saranello's Deposition Transcript, and Accompanying Deposition Exhibits taken February 7, 2008 | J |
| Selected Pages from Amedeo Discepolo's Deposition Transcript taken February 20, 2008 | K |
| Selected Pages from Plaintiff's Deposition Transcript, and Accompanying Deposition Exhibits taken January 16, 2008 | L |
| Selected pages from the NISS Policies and Procedures Manual, labeled CTI00001673. | M |