# EXHIBIT J

THOMAS SARANELLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, Individually and on Behalf of All Other Persons Similarly Situated, <br>     Plaintiff <br><br> vs. <br><br> CITIGROUP, INC., and CITIGROUP TECHNOLOGY, INC., <br>     Defendants | : NO. 07CIV3769 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

DEPOSITION OF THOMAS G. SARANELLO

Taken in the Locks Law Firm, 110 East 55th Street, 12th Floor, New York, New York, on Thursday, February 7, 2008, commencing at 11:30 a.m. before Sally A. Slifer, CSR, Registered Merit Reporter, Certified Realtime Reporter.

APPEARANCES:

    LOCKS LAW FIRM
    By: JANET C. WALSH, ESQ.
    110 East 55th Street, 12th Floor
    New York, NY  10022
      -- For the Plaintiff

APPEARANCES:    (Continued)


MORGAN LEWIS

By: SARAH E. BOUCHARD, ESQ.

   SARAH E. PONTOSKI, ESQ.

1701 Market Street

Philadelphia, PA  19103

  -- For the Defendant

THOMAS SARANELLO

Page 14

```
 1   don't talk about anything that was exchanged between
 2   attorneys.
 3   Q.       Did you talk to anybody at CitiGroup
 4   Technologies -- withdrawn.
 5                When I refer to CitiGroup
 6   Technologies, is it okay if I use the term CTI?
 7   A.       Yes.
 8   Q.       Is that a term you use?
 9   A.       That's fine.
10   Q.       What would you typically call -- refer to
11   your employer as?
12   A.       CitiGroup Technology Infrastructure.
13   Q.       Is it commonly referred to as CTI or no?
14   A.       Yes.
15   Q.       To distinguish between CitiGroup and
16   CitiGroup Technologies, Inc., I am going to refer to
17   CitiGroup Technologies, Inc., as CTI, if that's okay
18   with you.
19   A.       That's fine.
20   Q.       To the extent I say CitiGroup, I am referring
21   to CitiGroup, Inc.
22   A.       Okay.
23   Q.       Did you speak to anybody at CitiGroup
24   Technologies, other than what you already testified to
25   with respect to coming to your deposition today?
```