# EXHIBIT K

AMEDEO DISCEPOLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - -

CARMELO MILLAN, Individually :
and on Behalf of All Other    :
Persons Similarly Situated,   :
    Plaintiff,             :
                           :
  vs.                      :
                           :
CITIGROUP, INC., and          :
CITIGROUP TECHNOLOGY, INC.,   :
    Defendants.            :  No. 07-CIV-3769

- - -

Wednesday, February 20, 2008

- - -

Oral deposition of

AMEDEO DISCEPOLO, taken at the Locks Law Firm,

110 East 55th Street, New York, New York,

commencing at 11:05 a.m., before Jennifer S.

Walker, a Federally Approved Registered

Professional Reporter and Notary Public.

- - -

VERITEXT NATIONAL COURT REPORTING COMPANY
Philadelphia, Pennsylvania
(215) 241-1000   (888) 777-6690

- - -

AMEDEO DISCEPOLO

Page 2

1   APPEARANCES:

2         LOCKS LAW FIRM
          BY:  JANET C. WALSH, ESQUIRE
3         110 East 55th Street
          New York, New York  10022
4         (212) 838-3333
          jwalsh@lockslawny.com
5         Representing the Plaintiff

6


7         MORGAN, LEWIS & BOCKIUS LLP
          BY:  SARAH E. BOUCHARD, ESQUIRE
8         BY:  SARAH E. PONTOSKI, ESQUIRE
          1701 Market Street
9         Philadelphia, Pennsylvania  19103-2921
          (215) 963-5000
10        sbouchard@morganlewis.com
          spontoski@morganlewis.com
11        Representing the Defendants

12                        - - -

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   deposition testimony?
 2         A.    No.
 3         Q.    Do you know if Thomas Saranello
 4   has been deposed in the case?
 5         A.    Yes, I heard he has.
 6         Q.    And have you reviewed his
 7   testimony?
 8         A.    I've seen bits and pieces, but
 9   I have not reviewed, I guess, an entire
10   deposition or what constituted an entire
11   deposition.
12         Q.    But you've read some of his
13   testimony from his deposition?
14         A.    Yes.
15         Q.    Did you speak to Mr. Saranello
16   about his testimony?
17         A.    No.
18         Q.    Now, you gave me your address
19   earlier, your business address?
20         A.    Um-hum.
21         Q.    You're currently an employee of
22   CTI?
23         A.    Yes, I am.
24         Q.    And what's your current
```