# EXHIBIT M

| Originator(s): <br> John Franzitta <br> Tom Saranello <br> Rick Braunagel | Original Date <br> August 3, 2001 | Document Name <br> InfraInt-Manual-v1.8.doc |
|---|---|---|
| Document Type <br> Policy / Procedures - <br><br> Version 1.8 | Revision Date/Number <br> August 29th, 2003 | Maintained by: <br> Carmelo Millan <br> Noel Velez <br> Tom Saranello <br> Garfield Spence |

# Citigroup Technology Infrastructure

# NISS Policies and Procedures Manual

| Group | Manager | |
|---|---|---|
| CTI Network Infrastructure & Site Support | Garfield C. Spence | |
| CTI Network Integration Services | Douglas J. Johnston | |
| CTI North America Distributed Systems and Support Operations | Donald V. Alecci | |

CTI00001644
CONFIDENTIAL

## 4.0 RESOURCE MANAGEMENT

### 4.1 Switch Port Capacity Management

Port capacity is addressed by Infrastructure Integration on several different levels. During the initial build out of a Data Center, Infrastructure Integration works in conjunction with Infrastructure Engineering to help determine proper port capacity for a given build out. Port Capacity is based on several factors including site-specific considerations, physical number of cabinets, type of equipment being installed, Citiplex pod architecture, or GSS architecture being utilized. In this initial phase we Q&A the design for any possible port capacity issues.

After a baseline for port capacity has been established, port capacity is managed on a weekly basis by cross-referencing the site-specific cable management database against physical port capacity and then comparing that with server forecast from the weekly NA Data Center Integration meeting.

If switch port capacity does not meet or exceed the need projected for the next three months in the data center forecast, a trigger is set for appropriate action.

In cases where there is physical cabinet space and room for additional module expansion within the switch, modules are added as needed. This is done in conjunction with Network Integration and in compliance of standard Change Management procedures.

In cases where there is either insufficient physical cabinet space or insufficient port capacity, a PIF is initiated to resolve the issue.

CTI00001673
CONFIDENTIAL