

**CISCO**

IT Certification and Career Paths
# Certifications Overview

## GeneralC ertifications and Focused Certifications

The firsts tep in general Cisco Career
Certifications begins either with CCENT as
an interim step to Associate level, or
directly with CCNA for network operations
or CCDA for network design.T hink oft he
Associate level as the apprentice or
foundation level ofn etworking certification.



### General Certifications: Three Levels of Certification

- Associate:T he first step in Cisco
  networking begins at the Associate level, which also includes CCENT, an
  interim step to Associates for those with little job experience. Think of the
  Associate level as the apprentice or foundation level of networking
  certification.

- Professional. This is the advanced or journeyman level ofc ertification.

- Expert.T his is CCIE,t he highest level of achievementf or network
  professionals, certifying an individual as an expert or master.

### General Certifications: Six Different Paths

- Routing and Switching: This path is for professionals who install and support
  Cisco technology-based networks in which LAN and WAN routers and
  switches reside.

- Design: This path is aimed at professionals who design Cisco technology-
  based networks in which LAN and WAN routers and switches reside.

- Network Security: This path is directed toward network professionals who
  design and implement Cisco Secure networks.

- Service Provider:T his path is aimed atp rofessionals working with
  infrastructure or access solutions in a Cisco end-to-end environmentp rimarily
  within the telecommunications arena.

- Storage Networking:T his path is for professionals who implement storage
  solutions over extended network infrastructure using multiple transport
  options.

- Voice: This path is directed toward network professionals who install and
  maintain Voice solutions over IP networks.

### Focused Certifications: Specialist

A variety of Specialistf ocused certifications are available to show knowledge in
specific technologies, solutions,o r job role. New certifications are added to this
list regularly.

Contacts & Feedback | Help | Site Map
© 1992-2008 Cisco Systems Inc. All rights reserved.  Terms & Conditions | Privacy Statement | Cookie Policy |
Trademarks of Cisco Systems Inc.