## CERTIFICATION OF SERVICE

**Millan v. Citigroup, Inc., et al.**
**United States District Court**
**Southern District of New York**
**Index No.** *07 cv 3769 (AKH)*

I am over the age of 18 years, employed in the county of New York, and not a party to the within action; my business address is 110 East 55th Street, New York, NY 10022.

On April 15, 2008, I caused to be served the within:

1. Amended Declaration of Peter Garza pursuant to Hon. Alvin Hellerstein's April 8, 2008 order.

on the parties in said action via ECF by electronically filing as set forth below:

| | |
|---|---|
| **Morgan Lewis & Bockius LLP**<br>Sarah E. Bouchard<br>Sarah E. Pontoski<br>1701 Market Street<br>Philadelphia, PA 19103 | **Morgan Lewis & Bockius LLP**<br>Sam S. Shaulson<br>101 Park Avenue<br>New York, NY 10178 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008 at New York, New York.

*/s/ Andrea Maiorana*
ANDREA MAIORANA