# EXHIBIT G

Peter Garza • Curriculum Vitae
Senior Vice President, Electronic Evidence



**FIRST**Advantage
*Facts first.*

| Name: | Peter Garza |
|---|---|
| Address: | First Advantage Litigation Consulting |
| | 8380 Maple Place, Suite 140 |
| | Rancho Cucamonga, CA 91730 |
| Telephone: | 909.948.7714 |
| Mobile: | 909.994.3487 |
| E-mail: | peter.garza@FADV.com |

## Professional Experience

| | |
|---|---|
| **First Advantage Litigation Consulting – Senior Vice President** | *October 2006 to present* |
| **EvidentData, Inc. – President & Founder** | *November 1999 to October 2006* |

Peter Garza is Senior Vice President of First Advantage Litigation Consulting, specializing in computer forensics, electronic discovery, expert consulting. Mr. Garza has worked as an expert consultant in hundreds of civil cases, including lawsuits against Arthur Andersen and the Board of Directors of Enron, and a successful $45 million lawsuit by sports agent Leigh Steinberg. Case assignments have included working as an independent expert, court-appointed special master, or otherwise advising courts on computer forensics and electronic discovery matters. Mr. Garza founded EvidentData, which was acquired by First Advantage in 2006. Mr. Garza continues to lead his team of computer forensics experts in a wide array cases.

**Naval Criminal Investigative Service – Special Agent**          *March 1989 to November 1999*

Mr. Garza worked as a special agent with the Naval Criminal Investigative Service (NCIS), where he recovered and analyzed a wide array of computer evidence, including electronic business records used to expose defense procurement fraud, as well as electronic evidence used in successful criminal and counterintelligence investigations. As an agent with NCIS, Mr. Garza conducted the first court-ordered Internet wiretap in the United States while investigating the "El Griton" hacker case. The Argentine was convicted of using Harvard University's computer network as a staging point to hack in to computer networks at the Department of Defense, NASA, and other U.S. and foreign research sites.

## Expert Consulting

- **Expert Consulting in Computer Evidence Protocols**
  As an independent expert, Mr. Garza is often called upon to craft or review proposed protocols for the review of a producing party's enterprise systems, and balance production obligations with the protection of proprietary and sensitive information.

- **Computer Forensics and Electronic Discovery Consulting**
  Routinely works with companies and their counsel, from pre-litigation investigation through to trial. Assists with identifying the universe of data, and then preserving and investigating relevant sources of electronic evidence.

- **Special Master/Independent Expert for Court**
  Works as a special master or independent expert in electronic evidence. Works with litigants to resolve electronic evidence issues ranging from crafting acceptable computer evidence acquisition protocols, acceptable search and analysis protocols, along with proper privilege review by legal staff and method of production to opposing party.

- **Expert Testimony**
  Has qualified as a testifying expert in computer forensics in federal and state courts. Cases have included testimony regarding operating system and software artifacts recovered in computer forensic analysis, testimony to show the failure to produce data, testimony in the analysis of metadata of questioned documents, and testimony regarding indicators of the use of evidence destruction software.

## Case Examples

- **Electronic Discovery Consulting in Large Production**
  Consulted with a healthcare provider who had used IT vendor to collect computer media across many locations with a large number of users. With a deadline looming, worked with outside counsel to plan and execute the processing of over one thousand items of electronic media with sparse information from IT vendor.

- **Independent Expert in Theft of Trade Secrets Case**
  Developed protocol to properly acquire evidence within defendant's enterprise and perform forensic analysis. Identified proprietary information at issue in litigation, removed plaintiff's data from defendant's systems, and reported findings to court.

- **Computer Forensics in Contract Dispute**
  Examined metadata in questioned documents. Metadata analysis showed opposing expert had missed crucial data, and that metadata showed documents had been edited as plaintiff claimed.

- **Computer Forensics in Theft of Trade Secrets**
  Recovered remnant data which confirms theft of proprietary data by former employees of technology company. Inspection order is obtained and additional evidence is recovered from defendant's computers further confirming the theft.

- **Expert Consulting in Production to Government Agency**
  Worked with client's counsel to respond to Department of Justice investigation. Directed forensic analysis of relevant user workstations. Met with Assistant U.S. attorney and successfully refuted charge of tampering with electronic evidence.

- **Computer Incident Response and Remediation**
  Investigated report of compromise of popular web commerce site. Directed investigation, assisted with reporting to appropriate jurisdiction, and consulted on remediation plan.

- **Internet Investigations** - Prepared and executed the first court-ordered wiretap on an Internet connected network, exposing an Argentine computer hacker using Harvard University's network to compromise research-facility computer networks at the Department of Defense, NASA, and elsewhere around the world. The case was publicized by U.S. Attorney General Janet Reno in March 1996.

## Other Relevant Experience

- Designed forensic protocols for computer forensic labs which he continues to manage

- Provides industry and CLE presentations to law firms and conferences
- Directs internal, and evaluates external, training programs to develop analyst staff in computer forensics

## Education

- Master of Science in Information Systems, Claremont Graduate University, 2001
- Bachelor of Business Administration, National University, 1988

## Teaching

- California State Polytechnic University, Pomona, 2004
  - Graduate level course in advanced computer forensics in Computer Information Systems Department

- Computer Security Institute, 2001-2002
  - Management of Information Technology Investigations
  - Technical recovery of Electronic Evidence

## Training

Coursework successfully completed in investigative and computer-evidence topics including: criminal investigations, advanced interviewing, International Association of Computer Investigative Specialists computer seizure and computer-forensics examination, network-intrusion detection, Novell Networking Technologies, UNIX system administration, and Federal Law Enforcement Training Center Telecommunications Fraud and Computer Evidence Analysis Training Programs. Forensics software vendor training courses.

## Recent Expert Deposition and Trial Testimony

- Bowlby, Laurie vs. McKernan, Mackenzie Scott, Case No. RFL-043564 (Superior Court, County of San Bernardino, California), May 2006.

- Caruso Affiliated Holdings, LLC vs. General Growth Properties, Inc., Case No. EC 038518 (Superior Court, County of Los Angeles, California), July 2007.

- Seth D. Bulow, M.D. vs. North County OB-GYN Medical Group, Inc., Case No. GIC 854573 (Superior Court, County of County of San Diego), September 2007.

* A complete list of cases in which Mr. Garza has provided trial or deposition testimony as a computer forensics expert available upon request.

## Professional Memberships

- High Technology Crime Investigation Association, Past President Southern California Chapter
- International Association of Computer Investigative Specialists
- Forensic Expert Witness Association



Peter Garza • Curriculum Vitae
Senior Vice President, Electronic Evidence

## Expert Deposition and Trial Testimony of Peter Garza

McMillan, Eldon, et al., vs. Chrysler Corporation, et al., Case No. 99-9013-278-06 (District Court (278th District), Madison County, Texas), January 2002.

Cliff, Donald vs. Daimler-Chrysler Corporation, et al., Case No. 3:01-CV-186 (Eastern District, Tennessee), April 2002.

Comps Infosystems, et al., vs. Andrew Blount, et al., Case No. 00697714 (Superior Court, County of San Diego, California), April 2002.

People vs. Stephan Shoemaker, et al., Case No. 9SB04308 (Superior Court, County of Los Angeles, California), May 2002.

McKibbons, Phillip vs. International Business Machines, Inc., et al., Case No. CV-99-04465 (U.S. District Court, Central District of California), September 2002.

Steinberg, Moorad & Dunn, Inc. vs. David Dunn, et al., Case No. 01-7009 RSWL (U.S. District Court, Central District of California), October 2002.

Madison/Graham Colorgraphic, Inc. vs. Graphic Press, Inc., et al., Case No. 00CC12959 (Superior Court, County of Orange, California), April 2003.

Beckman Coulter, Inc. vs. Dovatron International, Inc., et al., Case No. 01CC08395 (Superior Court, County of Orange, California), July 2003.

Ampac JV Group, et al., vs. General Motors Corporation, et al., Case No. BC 206274 (Superior Court, County of Los Angeles, California), December 2004.

Epiphany, Inc. vs. Sigma Dynamics, Inc., et al., Case No. 439133 (Superior Court, County of San Mateo, California), May 2005.

Creative Science Systems, Inc., vs. Forex Capital Markets, LLC, et al., Case No. C04-03746 JF (U.S. District Court, Northern District of California), March 2006.

Bowlby, Laurie vs. McKernan, Mackenzie Scott, Case No. RFL-043564 (Superior Court, County of San Bernardino, California), May 2006.

Julie Hollen vs. Glendale Unified School District, et. al., Case No. EC040414 (Superior Court, County of Los Angeles, California), August 2006.

<u>Caruso Affiliated Holdings, LLC  vs.  General Growth Properties, Inc.</u>, Case No. EC 038518 (Superior Court, County of Los Angeles, California), July 2007.

<u>Seth D. Bulow, M.D. vs. North County OB-GYN Medical Group, Inc.</u>, Case No. GIC 854573 (Superior Court, County of County of San Diego), September 2007.