**CERTIFICATE OF SERVICE**

I, Sarah E. Pontoski, Esquire, hereby certify that a true and correct copy of Defendants' Defendants' Reply Brief In Further Support Of Motion To Strike Peter Garza's Declaration and supporting affidavit of Sarah Pontoski was filed electronically with the Clerk of the Court and served by first class, United States Mail this 22nd day of April, 2008 upon the following:

> Fran L. Rudich, Esquire
> Janet Walsh, Esquire
> LOCKS LAW FIRM
> 110 East 55th Street, 12th Floor
> New York, New York  10022
> (212) 838-3333
>
> Attorneys for Plaintiff
>
>         /s/ Sarah E. Pontoski
>         Sarah E. Pontoski