| Originator(s):<br>John Franzitta<br>Tom Saranello<br>Rick Braunagel | Original Date<br>August 3, 2001 | Document Name<br>InfraInt-Manual-v1.7doc |
|---|---|---|
| Document Type<br>Policy / Procedures -<br>Version 1.7 | Revision Date/Number<br>April 10, 2003 | Maintained by:<br>Carmelo Millan<br>Tom Saranello<br>Garfield Spence |

# Citigroup Technology Infrastructure

## NISS Policies and Procedures Manual

| Group | Manager | |
|---|---|---|
| CTI Network Infrastructure & Site Support | Garfield C. Spence | |
| CTI Network Integration Services | Douglas J. Johnston | |
| CTI North America Distributed Systems and Support Operations | Donald V. Alecci | |

CTI00001550
CONFIDENTIAL

# Infrastructure Integration Policies & Procedures

## Table of Contents

| | | |
|---|---|---|
| 1.0 | **OVERVIEW** | |
| 1.1 | Introduction | |
| 1.2 | Scope | |
| 1.3 | Objective | |
| 1.4 | Updates | |
| 1.5 | Org Chart | |
| 2.0 | **WORKFLOW PROCEDURES** | |
| 2.1 | ComTrack | |
| 2.2 | TAS | |
| 2.3 | GPMS | |
| 2.4 | Infoman | |
| 2.5 | Cable Management | |
| 2.6 | Telnet | |
| 2.7 | MS-DOS | |
| 2.8 | Layer 2 Switch Port Change Request | |
| 3.0 | **BUILDINGS SUPPORTED** | |
| 3.1 | 388 Greenwich Street New York, NY | |
| 3.2 | 390 Greenwich Street New York, NY | |
| 3.3 | 250 West Street New York, NY | |
| 3.4 | 333 West 34th Street New Youk, NY | |
| 3.5 | 140 58th Street (Brooklyn Army Terminal) Brooklyn, NY | |
| 3.6 | 2 Journal Square Plaza Jersey City, NJ | |
| 3.7 | 20 Broad Street (New York Stock Exchange) New York, NY | |
| 3.8 | 86 Trinity Place (American Stock Exchange) New York, NY | |
| 3.9 | 14 Wall Street New York, NY | |
| 3.10 | 111 Wall Street New York, NY | |
| 3.11 | 125 Broad Street New York, NY | |
| 3.12 | 700 Edwin L. Ward Sr Memorial Highway Rutherford, NJ | |
| 3.13 | Metro SOE | |
| 3.13.1 | 77 Water St | |
| 3.13.2 | 2 Tower Center East Brunswick, NJ | |
| 4.0 | **STANDARDS** | |
| 4.1 | TIA/EIA Wiring Standards & Common Pinouts | |
| 4.2 | Cable Specifications | |
| 4.3 | Interface Types | |
| 4.4 | Hardware Specifications | |
| 4.5 | Redundancy Scenarios | |
| 4.6 | Server Installations | |
| 4.7 | Network Device Installations & ESD Prevention | |
| 4.8 | Probes | |
| 4.9 | Encryptors | |
| 4.10 | Testing & Troubleshooting Techniques | |

CTI00001551
CONFIDENTIAL

# Infrastructure Integration Policies & Procedures

## Table of Contents (con't)

5.0   DDC/IDF ACCESS PROCEDURE ..................................................................................
5.1   DDC Access Review Procedure ...........................................................................
5.2   388 Tel-Key Box Procedure ..................................................................................
5.3   Data Center Access Request Form .......................................................................
5.4   Data Center Visitor's Log .....................................................................................

6.0   NETWORK DIAGRAM AND ELEVATION APPENDIX ..................................
6.1   Infrastructure Contact List ...................................................................................
6.2   Elevations and Diagrams ......................................................................................

CTI00001552
CONFIDENTIAL

## 1.0 Overview

### 1.1 Introduction

CTI Network Infrastructure & Site Support group is responsible for the installation and maintenance of network connectivity for the Global Corporate Investment Bank's (GCIB's) network and all related devices. Network Connectivity is defined as any and all interconnects throughout GCIB's cable infrastructure. It includes homeruns, directly connected cabling, point-to-point communications, and circuits required for interoperability with internal and external clients and vendors. The mission of the group is to provide a structured and well-managed cable plant by maintaining infrastructure and inter-connectivity management at the most efficient level. This is achieved in conjunction with WAN Integration and Cable Management, and works toward avoiding impact to the firm caused by connectivity disruptions.

### 1.2 Scope

The group provides inter-connectivity and daily support of the premise infrastructure, cable plant, and cable management for all businesses within the firm at various sites. The businesses are inclusive, but not limited to, the following groups: Investment Banking, Research, Fixed Income, Capital Markets, Futures, Equities, Municipals, Public Finance, General Services, CITIPLEX, Global Shared Services, E-Commerce, and all Distributed Environments. By directly interfacing with Network Integration we accomplish business objectives and technical specifications as outlined by our business partners, Network Engineering, and IT management.

### 1.3 Objective

This manual will provide Citigroup employees with an understanding of the Network Infrastructure group's daily functions, express workflow procedures and outline the standards and manner in which Infrastructure employees operate by on a daily basis, in an attempt to provide awareness and the proper channels of communication to clients.

### 1.4 Updates

This manual is updated quarterly in March, June, September, and December.

CTI00001553
CONFIDENTIAL



1.5 Organizational Chart (April 2003)

Network Infrastructure Integration Services

- **Garfield Spence** — Infrastructure Integration — VP — 25.5
  - **Thomas Sarnacchi** — 388G / Exchanges/ 34th St / Brooklyn Army Terminal / ISQ — AVP — 8.5
    - Joseph Delgado - BAT
    - Chris DePino - 388 DDC / Exchanges
    - Bryan Haughton - 388 DDC / 185 Asylum Street
    - Ken McMahon (p/t) - 388 Greenwich
    - Carmelo Millan - 388 Greenwich
    - William O'Donnell - 34th Street
    - Noel Velez - 388/DDC
    - John Walter - 388 Greenwich
  - **Richard Brannagd** — 390G / 250W / 77 Water / Rutherford / 125B / 111W / 425 Park — AVP — 14
    - Kevin Allen - 390 Greenwich
    - Peter Amodio - Rutherford
    - Norman Bowden - 390 Greenwich
    - Philip Bisogglio - 390 Greenwich
    - Vic Fekete - Rutherford
    - Andrew Francis - 111 Wall / 77 Water
    - Kenneth Haar - 111 Wall / 77 Water
    - Matt Hradecky (c) - 250 West St
    - Tom Lento - Rutherford
    - Todd Lichtmann (c) - 390 Greenwich
    - Andrew Moss - 425 Park / 125 Broad
    - Frank Tatafi - 390 Greenwich
    - Steven Tinker - 390 Greenwich
  - **Cable Management (Data Vox)** — Vincent Margiotta (c) — 3
    - Lou Feola (c)
    - Richard O'Connell (c)

*See appendix for contact information

## 2.0 Workflow Procedures

Process flowcharts can be found following application descriptions.

### 2.1 ComTrack

ComTrack is used to provide clients with the ability to submit communications service requests. All work that is done by the Infrastructure group is accompanied by a CSR.

Upon logging in, the user is at the survey box for his/her tasks. You can view all tasks for your group by clicking on the filter options at the top right of the screen.



SLA's automatically generate an estimated start and end date based on task, at which point the CSR is moved into the assigned box.

Below is a listing of tasks, descriptions, and SLA's.

Infrastructure Connectivity

Physical installation of servers, network equipment, SAN connectivity and CATV connectivity.

SLA: 5 days

Network Connectivity

Cabling only, no equipment.

SLA: 3 days.

Port Speed/Duplex

Network switch configuration to accommodate IMAC's.

SLA: 1 day.

Cable Management

Provision of floor plans, end-to-end cable connectivity, traces, and misc. docs.    SLA: 1 day.



The user can drill down on the details of the request by clicking on the desired request. This request is to add server/network connectivity.



In accordance with the Citigroup Network Operating Directive, section three, issued on November 16, 2001, Infrastructure Integration maintains compliance by disabling inactive network connections whenever locations are vacated.

CTI00001557
CONFIDENTIAL

By clicking on the yellow file folder, you can see all those whom have a task to complete to fulfill the request. The status of each individuals task can be seen by checking if their dates are closed out and by scrolling to the right and clicking on the pencil to view comments.

By clicking on the yellow pencil next to the service description, the user can see the detail regarding that specific task.



Once the user enters a comment and closes out the actual start and end dates, the CSR disappears from their box. Once all tasks are completed by all techs, the CSR is put into QA check where the requestor verifies completion and rates the work that was completed.

Reports can be run in order to provide monthly status and customer rating statistics for the group or the individual.

CTI00001558
CONFIDENTIAL

# ComTrack-L2MAC Infrastructure Workflow

```
Requestor enters a new CSR
        │
        ▼
Requestor's PM assigns tasks & distributes move sheets to the responsible groups' team lead.
        │
        ▼
Team leader reviews & distributes the daily work load & move sheets to the team members.
        │
        ▼
Tech surveys the CSR &/or move sheet requirements for connectivity type, qty, speed, & duplex & assignes estimated start and end dates from their survey box.
        │
        ├──NG──▶ Tech confers with team leader to address & resolve port capacity & cable plant issues.
        │
        OK
        ▼
CSR is now in the tech's assigned box with estimated dates.
        │
        ▼
Tech sends connectivity schedule to the PM, SA & stores the file on a shared network drive. Tech schedules coverage.
        │
        ▼
Tech ensures proper inter-connectivity at the requested location according to the building spec.
        │
        ├──NG──▶ Tech installs network connection.
        │
        OK
        ▼
Tech ensures proper port configuration according to the request.
        │
        ├──NG──▶ Tech submits L2 MAC request for port configuration.
        │
        OK
        ▼
Tech tests connections with Fluke tester.
        │
        ├──NG──▶ Tech trouble-shoots and resolves connectivity issues.
        │
        OK
        ▼
Tech enters info into CSR & cable mgt database & closes respective tasks.
        │
        ▼
(Re-work cycle)
        │
        ▼
CSR status is "QA Check" once all tasks are complete.
        │
        OK
        ▼
Requestor verifies completion and gives quality ratings and comments
        │
        ▼
CSR is closed.
```

CTI00001559
CONFIDENTIAL

## 2.2    TAS

TAS is the Technology Asset System. It is an Intranet web-based application, which serves as an accounting and inventory tool for all devices connected to the network. TAS has a workflow queue that allows for server installations to be requested and processed across various disciplines.

Upon logging in, the user reaches the following home page indicating the number of servers in the work queue that need to be installed.



CTI00001560
CONFIDENTIAL

By clicking on the number of servers in the work queue, the following screen is displayed:



There are 2 work queues: active and inactive.

A server is placed in the active work queue if:

- The SA has successfully entered the request.
- The SA or the respective hardware integration team has all of the equipment and all required components (monitor, kvm switch, kvm cables, mounting accessories and rails) assembled, configured, labelled, and ready to be installed.

A server is placed in the inactive work queue if:

- The SA has successfully entered the request.
- All of the equipment and all required components (monitor, kvm switch, kvm cables, mounting accessories and rails) are not assembled, configured, labelled, or has not arrived yet and therefore is not ready to be installed.

CTI00001561
CONFIDENTIAL



- The group that the user belongs to has completed their task.

Queue's are group specific. In other words, each group only views what they are responsible to complete. From an Infrastructure Integration standpoint it is based on location.

Once the server is in the active work queue, there is a 10-day maximum turnaround for Infrastructure Integration and all other dependencies to be completed, at which point the SA approves the work and then TAS admin reviews the request and writes it to the database..

CTI00001562
CONFIDENTIAL

The Infrastructure Integration member must check off and fill out the network integration and infrastructure portions of the request when completed as pictorially depicted below.



The Elevation task is complete when Infrastructure Engineering properly allocates and assigns space and power for the request and updates the request with a pdf of the proposed cabinet elevation.

The Network Integration task is complete when valid network segments have been determined, and switch slot/port and terminal server connectivity have been configured and updated in the request.

The Infrastructure task is complete when the hardware is physically installed, the interconnectivity is run, tested, labelled and all cable management databases are updated.

CTI00001563
CONFIDENTIAL



CTI00001564
CONFIDENTIAL

### 2.3 GPMS

GPMS is the Global Problem Management System. The Infrastructure group uses this application to act quickly on perceived problems reported by a technology user or the corporate help desk by resolving any connectivity issues or verifying connectivity is good and forwarding the problem to the next logical support group.

Upon logging in, the user reaches the following home page:



CTI00001565
CONFIDENTIAL