By clicking on "chart my group's tickets", the Infrastructure Integration member can view all pending tickets in the queue that are sorted by severity, quantity and status.



CTI00001566
CONFIDENTIAL

By clicking on the category and desired problem #, the following page is displayed.  The tech updates the assignment name field and saves all status and information updates. If the problem is not related to the field that the group supports it is reassigned to the next logical group in an attempt to solve the problem.  If the problem can be resolved by the group it is currently assigned to, then the tech clicks on resolve at the top of the screen, enters a required incident end time and resolution.

CTI00001567
CONFIDENTIAL

The page below is obtained by clicking on search for a problem. You can search by ticket number, group, requestor, etc. for tickets that are open or closed or encompass both criteria in you are unsure.

CTI00001568
CONFIDENTIAL

GPMS also has a paging feature that the group can use to swat a page to everyone at once as pictured below.

CTI00001569
CONFIDENTIAL

**GPMS Infrastructure Workflow**



CTI00001570
CONFIDENTIAL

## 2.4        Infoman

Infoman is the system used for all network changes that occur within Citigroup. The Infrastructure group utilizes this program to schedule and coordinate network changes that require physical cabling infrastructure changes or the support thereof.

Upon logging in to Infoman, a screen will display a variety of options. You will be able to create a change parent record, query a previously entered record, or perform a search of events taking place in respective buildings.

CTI00001571
CONFIDENTIAL

You can search a specific reference number and receive a summary screen of the change as seen below.  It displays summary of change, location of event, and requester information.



CTI00001572
CONFIDENTIAL

By scrolling further, you can display the details of the change:



```
Trouble Report Number......
Trouble Report System......
Rdv or Sav Change......... H
Approved Pricing Tool...... NA
Change Counts
    Number of Routers...... .. 00008008
    Number of Switches..... .. 00000001
    Number of Circuits..... .. 00000000
    Misc Devices............... 00008000
    Total Change Count......... 00000001

Description:
1. Description of change:-
Telnet to s344f1-02(10.10.115.128)
wr net -ald
power off switch
insert 5013 card into slot 12
power on switch
set vlan 41    12/1-12
set vlan 42    12/13-24
set port disable    12/1-24
set port speed    12/1-24   10
set port duplex    12/1-24  half
set port broadcast  12/1-24  50%
set spantree portfast  11/1-24 enable
wr net -config
```

You can also view a calendar of daily events for a specific region, for example, North America:



### Change Records - Search Results List

**Your Search was: SE PROD/C TYPE/NET DAT//2003/01/16 REG//NA**

**1 to 12 of 12 records found.**

| Select Action | | Record ID | Record Status | Application ID | Type Rec | Description |
|---|---|---|---|---|---|---|
| Review | ▾ | 03389944 | DESIGN | DCNVCC | C | FIX PROBLEM NO 03388531 |
| Review | ▾ | 03389554 | COMPLETED | SBNOPS | C | ENABLE SWITCH PORT ON VLAN 2 |
| Review | ▾ | 03387061 | COMPLETED | SBNINT | C | PORT NAME AND ENABLE FOR NEW SERVERS 390/8 |
| Review | ▾ | 03384533 | COMPLETED | SBNENG | C | NAT CHANGES FOR SIAC-FUND SPEED ROUTING # 390 |
| Review | ▾ | 03380192 | COMPLETED | NAPNEI | C | CALFED CYBERGUARD FIREWALL CHANGES MD38/MJ19 |
| Review | ▾ | 03379324 | COMPLETED | DCNJLAN | C | MAKE CHANGES ON THE WEEHAWKEN PBX |
| Review | ▾ | 03373907 | COMPLETED | DCSDTD | C | IMPLEMENT SUB-INTERFACES FOR EBT2 REMOTE SITE |
| Review | ▾ | 03371869 | COMPLETED | SBNENG | C | ACCEPT NEW ROUTE FROM ACCENTURE TO 390C/TEST |
| Review | ▾ | 03370897 | COMPLETED | NAPNEI | C | CBNA FINANCIAL CTR CLOSURE-B0242 BA CLEANUP |
| Review | ▾ | 03370680 | COMPLETED | NAPNEI | C | BRANCH SERVER CABINET RELO AT B0077-UTOPIA |
| Review | ▾ | 03313051 | COMPLETED | WASDSDY | C | CLEAN UP OLD LOGGING FILES FOR ATLANTA |
| Review | ▾ | 03329542 | COMPLETED | SBNENG | C | MODIFY NAT ON NYCEP2-NJCEP2 FOR BOTCC.COM |

| Return To Freeform Search

Main Index  Chg Mgmt  Prb Mgmt  App Recs  Srvr Recs  Pol Record  Prv Chg  Act Inv  Job Doc  User Setup

**CTI00001574**
**CONFIDENTIAL**

## Infoman Infrastructure Workflow



CTI00001575
CONFIDENTIAL