## 2.5  Cable Management

IT Links is the cable management database software package that allows for the documentation of all cabling infrastructure and inter-connects throughout Citigroup's distributed cable plant. The following groups rely heavily on the IT-Links application:

- Network Infrastructure Integration (LAN)
- WAN Integration
- Telecom Systems (Voice)

The documentation within IT-Links is maintained at the 390 Greenwich St., 125 Broad St. and East Rutherford, NJ sites to ensure the accuracy of point-to-point connectivity that traverses the distribution frames. Microsoft Access and Excel are also used at various sites for documentation purposes. The cable management team performs installs, moves, adds & changes (IMAC's) utilizing the IT-Links form tool below.

Below is an example of a typical voice tabular trace. These traces provide circuits containing selected equipment to be connected/disconnected as needed per the MAC request. These tabular traces are also used during the troubleshooting process by on-site technicians.



CTI00001576
CONFIDENTIAL

The underlying technology of IT-Links is a database model that reflects both present and future planned communications infrastructure. As future changes to the infrastructure are planned, previously used resources become available and new resources are added allowing infrastructure as it exists to be preserved. The ability to maintain more than one view of the infrastructure is a benefit provided by IT-Links.

In addition, IT-Links integrates with AutoCad through the use of an embedded CAD link.

This feature enables the IT-Links user to identify the position of an outlet within a floorplan and review IT-Links related attributes (port availability, telephone extension, carrier circuit ID, connectivity…etc).

CTI00001577
CONFIDENTIAL

## 2.6 Telnet

Telnet is used to access networked devices from any machine connected to the same logical network for discovery and allocation of ports and interfaces. DES GOLD cards ensure secure access by generating dynamic passwords once a user enters their static id and then their pin into their Safe Word access card.

To begin a telnet session, go to start -> run -> and type in telnet followed by device name as indicated below:



All production switches and routers have Cisco Secure, Tacacs, and Cypherlock with Des Gold enabled for secure logon. You will see the following screen when logging into a production switch:

CTI00001579
CONFIDENTIAL

You will need to have an active logon (user ID) and Safe Word Token 8 passcard issued by Citibank Global Network Security Services and follow the sequence below:

1) Press the "ON" button on your card. Prompt should read "EP"

2) Enter the 4-digit PIN code listed on the Pin mailer accompanying the card. Prompt should change to "EH"

3) Telnet to the device you wish to access (ie. s38813e01) and enter your UserID. You should see output similar to the following:

```
                                    login.txt
***************************************************************
*                                                             *
*  You are authorized to use this system for approved business purposes only.  *
*  Use for any other purpose is prohibited. All transactional records, reports, *
*  e-mail, software, and other data generated by or residing upon this System   *
*  are the property of the Company and may be used by the Company for any      *
*  purpose. Authorized and unauthorized activities may be monitored.           *
*                                                             *
*                                                             *
*   CONTACT GLOBAL NETWORK CONTROL CENTER FOR ANY PROBLEMS @ 212-723-5500      *
*                                                             *
***************************************************************

Username: cm76322

Password:
```

4) Press the number 8 on the numerical pad. The card will then in turn generate an alphanumeric password that you will enter at the "Password" prompt on your screen. Any character within the password that can be interpreted as both a letter and number will always be the number.

**IMPORTANT:**

For each device you access after the initial session, you can hit the <Entr> button on the card keypad. This is helpful if you are accessing multiple devices at the same time. You do not need to power off/on and re-enter your 4-digit pin from the mailer. You only need to enter the "8" if you power off/on the card and/or it resets itself. You will know that you are doing it correctly if after you hit <Entr> you receive a valid six digit password.

5) Perform normal router/switch functions.

CTI00001580
CONFIDENTIAL

## PROCEDURE TO REQUEST REPLACMENT DES-GOLD CARD FOR SSB ACCESS:

If someone calls in a trouble ticket for a lost or malfunctioning DES-Gold Card please refer to the procedure below. Note: This procedure applies only to requests for SSB Router/Switch accesses. Other access, such as Citibank VPN, is handled directly by Citibank Support groups. Interim access for SSB GNCC staff will be via read-only account (i.e. lvl1, lvl2) until replacement card is received. All other support areas will be **WITHOUT** access until replacement module is received. No interim accounts or static passwords will be granted.

========================================================================

Go to the URL below and fill out the form to request a replacement card. This is the new procedure going forward for individual requests for replacement/new access.

http://mobile.corp.smb.com → Documents → WWDS/CitiVPN Individual Request

========================================================================

If additional assistance is required you may contact the WWDS Helpdesk:

**Weehawken Customer Care Center:**
(800) 934-2484

The CCC will open a ticket and if necessary pass of to their second level support, which would be the Safeword Administrators. Make sure to get the ticket number and follow up status. If you find you are not being helped in a timely fashion, ESCALATE through SSB Level II Netops @ 723-4844:

CTI00001581
CONFIDENTIAL

Daily functions using Telnet will be described in upcoming sections.

Below is an example of what would be displayed when accessing a global shared services data center switch.



CTI00001582
CONFIDENTIAL

## 2.7  MS-DOS Prompt

The MS-DOS Prompt is used for network testing and troubleshooting and verification of connectivity for networked devices.

To open the command line screen, go to start -> run -> and type in cmd as indicated below:



CTI00001583
CONFIDENTIAL

Below is an example of pinging a device that is defined in DNS and also obtaining its MAC address which will assist in identifying its physical connection to the switch.



Daily functions using the command prompt will be described in upcoming sections.

CTI00001584
CONFIDENTIAL

## 2.8 Layer 2 Switch Port Change Request

In accordance with CITMP and Operational Procedures, all Layer 2 Switch Port Changes must be entered and executed through this system. Infrastructure-Integration performs survey and creates request based on Comtrack ticket, GPMS ticket or move profile for execution by GNCC at a specified time.

The system is a web based application accessed through the corporate Intranet at the following URL.

https://gnccmac.ny.ssmb.com/siteminderagent/forms/login.fcc

Users log in using the single sign-on method and the screen below is displayed.

CTI00001585
CONFIDENTIAL

Upon successfully logging in the screen below is displayed. The most common function performed is "Add a Request."



CTI00001586
CONFIDENTIAL

The details of the request are entered on the following screen. The GNCC will execute a normal priority request within twenty-four hours of submission. GNCC will execute an "Expedited Priority" request within eight hours, or a specified time that is given to them by the requestor. An e-mail is sent to the requestor by the GNCC prior to and upon completion of request.

*L2MAC workflow is incorporated into Comtrack workflow procedure

CTI00001587
CONFIDENTIAL