**3.0    Buildings Supported / Type of Support / Cable Layout**

**3.1    388 Greenwich St**
- Onsite coverage
- Drawings can be found in the appendix.

**3.2    390 Greenwich St**
- Onsite coverage
- Drawings can be found in the appendix.

**3.3    250 West St**
- Onsite coverage
- Drawings can be found in the appendix.

**3.4    333 West 34th St**
- Onsite coverage
- Drawings can be found in the appendix.

**3.5    140 58th Street Brooklyn Army Terminal**
- Remote (Dispatch form 388 Greenwich)
- Drawings can be found in the appendix.

**3.6    2 Journal Square Plaza**
- Remote (Dispatch form 388 Greenwich)
- Drawings can be found in the appendix.

**3.7    20 Broad Street (New York Stock Exchange)**
- Remote (Dispatch form 388 Greenwich)
- Drawings can be found in the appendix.

**3.8    86 Trinity Place (American Stock Exchange)**
- Remote (Dispatch form 388 Greenwich)
- Drawings can be found in the appendix.

**3.9    14 Wall St**
- Remote (Dispatch form 388 Greenwich)
- Drawings can be found in the appendix.

**3.10    111 Wall St**
- Onsite coverage
- Drawings can be found in the appendix.

CTI00001588
CONFIDENTIAL

**3.11     125 Broad St**

- Onsite coverage
- Drawings can be found in the appendix.

**3.12     700 Edwin L. Ward Sr Memorial Highway, Rutherford, NJ**

- Onsite coverage
- Drawings can be found in the appendix.

**3.13     NY Metro SOE**

**3.13.1   77 Water St  (Remote dispatch from 390 Greenwich)**

**3.13.2   2 Tower Center East Brunswick, NJ (Remote dispatch from 388 Greenwich)**


*Drawings can be found in the appendix.

CTI00001589
CONFIDENTIAL

## 4.0    Standards

### 4.1    TIA/EIA Wiring Standards & Common Pinouts

<u>568A</u>

- Pins 1,2 = Pr. 3   Pins 3,6 = Pr. 2        Pins 4,5 = Pr. 1   Pins 7,8 = Pr. 4

<u>568B</u>  (Most commonly used)

- Pins 1,2 = Pr. 2   Pins 3,6 = Pr. 3   Pins 4,5 = Pr. 1   Pins 7,8 = Pr. 4

<u>USOC</u> (Telephone standard)

- Pins 4,5 = Pr. 1   Pins 3,6 = Pr. 2   Pins 2,7 = Pr. 3   Pins 1,8 = Pr. 4

<u>Type 1</u>

- IBM 4 wire shielded cabling standard. Most commonly used for token ring.

<u>Ethernet</u>

- Uses pins 1,2,3 & 6 on an RJ45 across CAT5 cable.

<u>Token Ring</u>

- Uses pins 3,4,5 & 6 on an RJ45 across at least CAT3 cable.  It sometimes requires a DB9 media filter impedance matcher to RJ45.

<u>RS232</u>

- Standard for data communications equipment addressing signaling timing, function, and voltage issues between 2 terminals without a computer involved.

<u>FDDI</u>

- Fiber distributed data interface consisting of fiber that provides two-counter-rotating rings for redundancy.

<u>T1/256K (Full or fractional combinations)</u>

- Uses pins 1,2,4 & 5 across a 22-awg individually shielded wire on an RJ45.

<u>T3</u>

- Uses RG59 coax and terminates BNC.

<u>OC3</u>

- Uses fiber. Most commonly across single mode, but also across multi-mode terminating in SC or FC.

<u>DSL</u>

- Uses pins 4 &5 on an RJ45 across at least CAT3 cable.

<u>56K</u>

- Uses pins 1,2,7 & 8 on an RJ45 across at least CAT3 cable.

<u>POTS</u>

CTI00001590
CONFIDENTIAL

- Uses pins 4 & 5 across at least Level1 cable.

ISDN

- Uses pins 4 & 5 across at least CAT3 cable.

Terminal Server pinouts and other modular db plugs

- Chart located in the appendix

### 4.2    Cable Specifications

Copper cable distances (CAT 5E)

Ethernet @ 10/100mbps

Link: 300ft of solid infrastructure.

Channel: 330ft of solid and stranded end-to-end infrastructure.

Patch cables are labeled at both ends from manufacturer with unique numbering schemes.

Token Ring @ 4/16mbps

Link: 300ft of solid infrastructure.

Channel: 330ft of solid and stranded end-to-end infrastructure

Type 1

Link: 300ft of solid infrastructure.

Channel: 330ft of solid and stranded end-to-end infrastructure

Fiber

Single Mode (SM)

One solid piece of glass, allowing for increased speed and less loss of light.

Multimode (MM)

Many individual strands of glass fused together.

Mode-conditioning

Fiber patch cables that fuse the multimode fiber into singlemode to utilize an existing MM infrastructure while achieving the benefits of SM fiber across a distribution frame.

62.5 micron

Diameter of the core of the strand of glass in a fiber. Multimode fiber used for all backbone network connectivity. It can accommodate connections up to 3,000 ft apart from each other at 100/FD and 1,650 ft apart from each other at 1000/FD.

50 micron

Diameter of the core of the strand of glass in a fiber. Multimode fiber used for SAN connectivity. It can accommodate connections up to1650ft apart from each other. The smaller diameter core has a smaller light gathering capacity.

9 micron

CTI00001591
CONFIDENTIAL

Diameter of the core of the strand of glass in a fiber. Single mode fiber used for LAN and WAN connectivity. It can accommodate connections up to 5km apart from each other. The smaller diameter core has a smaller light gathering capacity and laser based equipment is used as opposed to LED equipment used for multi-mode applications.

Simplex

Single strand of fiber.

Duplex

Dual strands of fiber.

### 4.3     Interface Types

F-connector

Coax cable termination head. It is identical to the kind you use for cable tv in your home.

BNC

Coax cable termination head. It has two knobs that interlock and twist on, to secure connections.  It is most widely used in telecom applications requiring coax.

RJ45(RJ48)

Modular 8-pin remote jack used for network connectivity.

RJ11

Modular 4-pin remote jack used for phone lines.

RJ12

Modular 6-pin remote jack used for phone lines.

DB9/15/25

"D" shaped 9, 15, or 25 pin RS232 type connectors. Used for serial connections to other pc's, local printers, and terminal server console connections.

HD DB

"D" shaped connector whose pins are more densely packed to provide increased speed for data or video across cable.

ST

Round fiber connector used for MM or SM.

SC

Square fiber connector used for MM or SM.

FC

Round, threaded connector used for MM or SM.

MTRJ

CTI00001592
CONFIDENTIAL

Mini RJ type fiber connector that takes 2 strands of fiber into one connector for increased port density.

<u>BICONIC</u>

Older type of a threaded, screw-on fiber connector. It is a cross between FC and ST.

<u>FDDI(MIC)</u>

Duplex fiber connector head that requires a duplex cable and reverses transmit and receive automatically. Used in FDDI networks.

<u>LC</u>

Mini square fiber connector used for MM or SM.

<u>ESCON</u>

IBM termination head that has retractable connectors. It is used to connect to IBM type and mainframe devices.

**4.4     Hardware Specifications**

<u>GBIC's / Attenuators</u>

Gigabit Interface Cards.  Attenuators are used in conjunction with them to accommodate db loss of great distances

<u>SX</u>

Used with MM fiber. Maximum distance is 1500ft.

<u>LX/LH</u>

Used with MM fiber when distance is between 150'-1000'. Used with SM or mode-conditioning cables, when the distance is <50' or >1000'. Maximum distance is 1650 feet.

<u>ZX</u>

Used over dark fiber. For distances less than 25km use a 10db attenuator. For distances between 25km and 50km use a 5db attenuator. Maximum distance is 70km.

<u>Line cards</u>

ST fiber 10mg: 12 port

SC fiber 100mg: 12 port

MTRJ fiber 100mg: 24 port

SUP I, II, III: Various fiber, copper, and operating ability supervisor cards for switches.

Copper 10mg: 24 port un-switchable

Copper 10/100mg: 24 or 48 port switchable

CTI00001593
CONFIDENTIAL

## 4.5     Redundancy Scenarios

### Salt & Pepper

Provisioning of multiple redundant connections to a device from a pair of network switches or routers.

### Fiber diversification

Separation of redundant trunk links by using different bundles of fiber infrastructure cabling to prevent an outage in the event one bundle is severed.

### Connectivity diversification

Servers requiring multiple connections are salt and peppered across 2 switches and furthermore across different segments, and cards

## 4.6     Server Installations

### UNIX HA Cluster

Typically requires 2 servers and 2 subsystems with a terminal concentrator. The cluster can be a –phys & -bkup scenario or have 2 active nodes. Servers connect at 100/fd on the same segment. Terminal concentrator connects at 10/hd.

### NT Cluster

Typically consists of 2 servers and 2 subsystems with fiber arrays. All servers are dual-homed and set to 100/fd, all on the same segment.

### NetApp Cluster

NAS that consists of 2 servers and 2 subsystems with fiber directly between each device.

### Compaq

NT shelf and rack-mountable servers requiring keyboard, video, and mouse capability.

### SUN

Shelf and Rack mountable Unix servers, requiring terminal server connectivity.

### Term server requirement types

*Chart located in the appendix

*A sample cabinet elevation, mounting accessories, and infrastructure labeling format can be found in the appendix

CTI00001594
CONFIDENTIAL

## 4.7    Network Device Installation & ESD Prevention

Electrostatic Discharge (ESD) can be very costly to Citigroup. ESD is the transfer of electrical charge between two bodies of different potential. The same phenomenon that can create a shock when you walk across a carpet & touch a doorknob can potentially damage or ruin the electronic network equipment we install and support everyday. Unlike this scenario however, a shock doesn't necessarily have to occur to do damage to the equipment.

Electrostatic energy from friction can build up from common everyday activities including:

- Transporting non-Electrostatic shielding bag enclosed modules, components, or electronic boards either on a cart or by foot
- Walking across any type of floor
- Removing tape from a roll
- Handling a common plastic bag

In order to protect our equipment from being inadvertently damaged by ESD, the following precautionary step should be taken when performing installations and support:

1) Electronic boards, modules, and components should never be stored or transported without the use of Electrostatic shielding bags.

2) Storage & installation of networking equipment & modules should always be done in environmentally controlled areas (Data Centers & IDF's)

3) Electronic boards, modules, and components should be handled only by edges when possible

4) Grounding wrist straps should be used whenever removing, installing, or coming in contact with sensitive modules or switch/router components. Straps are issued to all technicians & can also be found near or at the Data Center and IDF locations where networking devices are installed. The wrist strap should always be properly grounded to one of the following:

- Captive installation screw on an installed module or power supply
- Any unpainted surface on the chassis
- Or ESD wrist strap connector location pictured in the following diagrams

CTI00001595
CONFIDENTIAL



Catalyst 5002 (w/175w)



Catalyst 5000 & 5505



Catalyst 5500, 5509, 6500, & 6509

Note: Avoid contact between modules & clothing.  The wrist strap protects the module from ESD voltages on the body only.  ESD voltages on clothing can still cause damage to equipment.

*Additional diagrams on our grounding system found in appendix

**4.8    Probes**

Network management devices that report on usage, traffic, and bandwidth, across backbone links.

<u>Copper</u>

Probes require management segment connectivity and have taps that serve as coupler and a splitter between the point-to-point connection. The taps provide an un-interrupted connection while allowing monitoring of the data traversing the link.

<u>Fiber</u>

Probes require management segment connectivity. Their taps can accommodate MM and SM fiber as well as mode-conditioning cables.

CTI00001596
CONFIDENTIAL

### 4.9     Encryptors

Devices that are put inline on a connection, along with probes if required, to encrypt and decrypt sensitive data across a WAN circuit.

T1/Frame

Uses V.35 to HD DB cabling to the CSU and router and an RJ45 connection for management connectivity.

T3

Uses HSSI to HSSI cabling to the CSU and router and an RJ45 connection for management connectivity.

*Drawings are located in the appendix

### 4.10     Testing & Troubleshooting Techniques

Loopbacks

Loopback plugs are made to test connectivity issues back to the device side. This is useful in determining hardware problems

Troubleshooting/Testing Techniques

All cabling that is installed is tested before it is turned over to the requestor. When troubleshooting a possible cable problem, the inter-connect path is verified by checking cable numbers and ports against the connectivity database and then tested using various equipment to certify the cable. If the problem persists, additional testers are used which assume the settings of the box and further help determine if the hardware, network or cable itself is bad.

CTI00001597
CONFIDENTIAL

## 5.0     DDC/IDF Access Procedure

### 5.1     DDC Access Review Procedure

Access

The Security system for the DDC's are on a fully automated platform consisting of cameras and card keys. These systems support DDC mantraps, access and exit doors, communication closets and floor access from elevators. Physical access to each of these zones is controlled by GSVC. GSVC is responsible for the physical security of these controlled spaces. Applications can be made for access by completing Distributed Data Center Access Request Form (DDCARF). The form can be obtained electronically from Network Integration by contacting Garfield Spence at: garfield.c.spence@citigroup.com. The form requests personal, company information as well as reason for access from the requestor. Requestor then submits to his manager for approval. Form is then forwarded to the Network Integration for review and overall approval. Authorized personnel must escort vendors and guests. Access will be granted after appropriate logbook entry.

Building Access will be reviewed on a monthly basis. The Tech Support Manager will receive the access list for all his areas of responsibility from building security each month.

This list contains the individuals that have previously approved access to the Tech Support area doors and entryways in addition to Telco closets and other areas that have telecommunications equipment residing in them. Tech Support management will review this list for accuracy. After the list is reviewed and the appropriate additions and deletions have been made, the Network Integration manager signs and stamps the documents and sends them to the security department for filing. A copy is then made and the lists posted by the entry way to each area.

*Visitors*
*All visitors escorted into the Technical Support Area will sign in and out upon arriving and leaving. An authorized person is required to sign the log as authorization for entry. Additionally Management will review access logs for the area. See access logbook section.*

CTI00001598
CONFIDENTIAL

## 5.2    388 TEL-KEY BOX PROCEDURES

Dual Control Lockbox

Communication closet keys are located in the 388 12th Floor old server room.  The lockbox requires two keys for locking and unlocking.   The key designated "A," is kept by the 388 Infrastructure supervisor and a deputy.  Another designated Infrastructure staff keeps the other "B" key as well as a designated deputy.  No individual is permitted to possess a copy of both an "A" key and a "B" key at any time.  Spare copies will not be kept together in any location. "A" key holders may only keep spares of "A" keys; likewise, "B" key holders may only keep spares of "B" keys.

A logbook is maintained and entries made each time the lockbox is opened.  It is the responsibility of the Infrastructure supervisor to verify the logs and complete a key reconciliation on a monthly basis.  Any individuals present when the box is opened must have their names recorded in the log entry, and must sign the log at that time. The log must indicate the Trouble Ticket number obtained from the help desk, as well as record the details of the event or transaction necessitating the opening of the box. Entries should also be made verifying that no items are missing or show signs of tampering. When removing a key from the lockbox, both an individual having an "A" key and another individual having a "B" key must be present.  The designated "A" key holder and the designated "B" key holder complete the sign-out log upon removing the key and enter the "Time Returned" section upon re-securing the key in the box.

A list of all authorized key holders is posted on or adjacent to the lockbox.

CTI00001599
CONFIDENTIAL

# DISTRIBUTED DATA CENTER ACCESS REQUEST FORM

## Personal Information

| | | | |
|---|---|---|---|
| Card Number | | | |
| Last Name | | First Name | Middle Init |

## Company Information

| | | |
|---|---|---|
| Company Name | | Card Number |
| Office Phone | | Desk ID |
| Site Location | | |
| Department | | Days Worked |

| 388 Building Access | | 388 Sec Card#: | | 125 Building Access | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 12th Floor Server Room | | Comm Room Access 1-15 | | | |
| 12th Floor LAB | | Comm Room Access 16-27 | | 125 All IDF's (Keys) | |
| 12th Floor PBX Room | | Comm Room Access 28-39 | | Gulf Insurance 7 & 8 Floor | |

| 390 Building Access | | 390 Sec Card #: | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Hardware Maint. Room | | 6th Floor Office Areas | | | |
| 390 - All IDF's | | 6th Floor Test Lab | | MTR Voice Recording | |
| 390 - IDF - 1st Floor | | | | 6th Floor Telco Room | |
| 390 - IDF - 2nd Floor | | 8th Floor Lan OPS  Room | | 8th Floor PBX Room | |
| 390 - IDF - 3rd Floor | | Infrastructure  Lab | | | |
| 390 - IDF - 4th Floor | | Freight Elevators - All Floors | | | |
| 390 - IDF - 5th Floor | | Freight Elevators - 1-6 | | 8th Floor Office Areas | |
| 390 - IDF - 8th Floor | | | | | |

| 34th Street Building Access | | 250 West Access | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 34th St. All IDF's | | 250 W ALL IDF's | |
| 34th St. - Floors 1-5 | | 250 W - IDF - Floors 2-6 | |
| 34th St. - Floors 6-10 | | 250 W - IDF 7-11 | |
| Basement - Training Rm | | 250 W - 2nd Fl. Comm. Rm. | |
| N34COMPROP | | 250 W - 5th Fl. Prod. Sup. Lab | |

## Reason for Access

| Department Mgr. Approval | | Network Integration Approval | |
|---|---|---|---|
| Issue a Temp Access | | Date Expires | | Date Updated | |

CTI00001600
CONFIDENTIAL

**DDC VISITORS LOG**

| Date | Time In | Time Out | Visitor's Printed Name (PRINT) | Purpose of Visit | Ammunition |
|------|---------|----------|-------------------------------|------------------|------------|
|      |         |          |                               |                  |            |
|      |         |          |                               |                  |            |
|      |         |          |                               |                  |            |
|      |         |          |                               |                  |            |
|      |         |          |                               |                  |            |
|      |         |          |                               |                  |            |

CTI00001601
CONFIDENTIAL

| NAME | OFFICE # | BEEPER # | PIN# | BLDG | TITLE |
|---|---|---|---|---|---|
| DOUG JOHNSTON | 2-3676 | 800-946-4644 | 1741114 | ALL | SENIOR VP |
| GARFIELD SPENCE | 2-3597 | 800-250-6323 | 9173231481 | ALL | VP |
|  |  |  |  |  |  |
| 388 Infra Hotline | 6-2488 |  |  |  |  |
| 390/8 DDC Hotline | 5-4744 |  |  |  |  |
| TOM SARANELLO | 6-4102 | 800-250-6323 | 69548 | 388/34/BAT | AVP |
| JOE DELGADO | 6-9635 | 800-250-6323 | 9178025197 | 388/34/BAT |  |
| CHRIS DEPINTO | 6-0400 | 800-250-6323 | 9172408159 | 388/34/BAT |  |
| BRYAN HAUGHTON | 6-5955 | 800-250-6323 | 9174963790 | 388/34/BAT |  |
| KENNY McMAHON | 6-3864 | 800-250-6323 | 9172405206 | 388/34/BAT |  |
| CARMELO MILLAN | 6-1506 | 800-250-6323 | 9178204994 | 388/34/BAT |  |
| BILL ODONNELL | 3-9890 | 800-250-6323 | 9172053827 | 388/34/BAT |  |
| NOEL VELEZ | 6-6688 | 800-250-6323 | 9174010454 | 388/34/BAT |  |
| JOHN WALTER | 6-3331 | 800-250-6323 | 9172407111 | 388/34/BAT |  |
|  |  |  |  |  |  |
| 390 Infra Hotline | 5-9288 |  |  |  |  |
| 390/6 MTR Hotline | 5-4804 |  |  |  |  |
| Ruth DDC Hotline | 3-1000 |  |  |  |  |
| RICK BRAUNAGEL | 5-5757 | 800-250-6323 | 399442 | 390/250/Ruth | AVP |
| KEVIN ALLEN | 5-5428 | 800-800-7759 | 229429 | 390/250 |  |
| PETE AMODIO | 201-231-2245 | 800-250-6323 | 9179047780 | RUTHERFORD |  |
| PHIL BRIGUGLIO | 5-9035 | 800-250-6323 | 9172054812 | 390/250 |  |
| VICTOR FEKETE | 3-3306 |  |  | RUTHERFORD |  |
| ANDREW FRANCIS | 212-657-1557 | 800-250-6323 | 9172058112 | 111 WALL |  |
| KEN HAAR | 212-657-2188 | 800-250-6323 | 9172057649 | 111 WALL |  |
| MATT HRADECKY | 5-2710 | 800-759-4726 | 1150883 | 390/250 |  |
| TODD LICTHMANN. | 5-5921 | 800-759-8888 | 1151210 | 390/250 |  |
| ANDREW MOSS | 2-2932 | 800-250-6323 | 9172053283 | 125 |  |
| FRANK TATULLI | 5-5017 | 800-250-6323 | 9179049404 | 390/250 |  |
|  |  |  |  |  |  |
| WAN Integration Hotline | 5-4969 |  |  |  |  |
| NORMAN BOWDEN | 5-5215 | 800-250-6323 | 9172051655 | 390/250 |  |
| TOM LENTO | 3-3246 | 800-250-6323 | 9173146501 | ALL | AVP |
| STEVE TINKER | 5-4638 | 800-250-6323 | 9179047978 | ALL |  |
|  |  |  |  |  |  |
| DataVox Hotline | 5-5932 |  |  |  |  |
| VINNY MARGIOTTA | 5-4715 | 800-800-7759 | 215792 | ALL |  |
| LOU FEOLA | 5-4713 | 800-800-7759 | 247104 | ALL |  |
| RICH O'CONNELL | 5-9022 | 800-800-7759 | 7889977 | ALL |  |

CTI00001602
CONFIDENTIAL



CTI00001603
CONFIDENTIAL



588 34th E-10F Room Rack Elevations

CTI00001604
CONFIDENTIAL

**Floors 1 through 39 Surface Box Office/Outside Cubicle:**
Voice (Port 1) - Blue to 48S, Green to 36S.
Aux (Port 2) - Orange to 48S, Brown 36S.
Data (Port 3) - 568B wiring used.
Data (Port 4) - 568B wiring used.
Data (Port 5) - 568B wiring used.

**Each row of 24 port switch panels is designated by a letter, beginning at panel position A and ending at P. This follows the last type 1 cabling standard.**

**Voice infrastructure is terminated at outboard end is independent of the data ports found in the cubic. (See telecom closet elevations for details.)**



**OFFICE/CUBICLE OUTLET NOMENCLATURE:**
XX XXXX
01 = Floor
E = Telecom closet where outlet terminates
1 = Rack number where outlet terminates
J = Patch panel position where outlet terminates
2 = Outlet count for given office/cubicle area

**Outlet Port Name:**
Port 1 = Voice, Port 2 = Aux, Port 3 = Data, Port 4 = Data,
D5 = Data, D6 = Blank

SALOMON SMITH BARNEY
388 Greenwich Street
New York, NY 10013

444 Park Street, 5th Floor
New York, NY 10024
Phone: (212) 301-1146
http://www.datcom.com

| ISSUED FOR | | AS-BUILT | |
|---|---|---|---|
| **388 GREENWICH STREET** | | | |
| **DESKTOP WIRING CONFIGURATION** | | | |
| REVISION | | DATE | 12-05-2001 |
| SCALE | | DWG NO | |

CTI00001605
CONFIDENTIAL





SALOMON SMITH BARNEY
A member of citigroup

390/02

CTI00001606
CONFIDENTIAL



390 / 3rd Fl N. Comm Room Elev-Front View - "A" Row

CTI00001607
CONFIDENTIAL



CTI00001608
CONFIDENTIAL



SALOMON SMITH BARNEY
A member of citigroup
250/05

CTI00001609
CONFIDENTIAL



250 / 4th Floor - Cabinet / Rack Elevation

CTI00001610
CONFIDENTIAL



**OFFICE/CUBICLE OUTLET NOMENCLATURE:**

XX-YZZ

BB = Floor
2 = Rack number where outlet terminates
H = Patch panel position in rack where outlet terminates
E = Outlet count for given office/cubicle area

**WIRING STANDARD:**

Same is used as the building wiring standard

**Outlet Port Usage:**

V1 = Voice, V2 = Fax, D3 = Printer, D4 = Any,
D5 = Unix, D6 = PC

**Floor 1 through 11 Office/Cubicle Outlets:**

2 Voice jacks use CAT.3 wired for 4 pair use.
4 Data jacks are CAT.5 wired for 4 pair use.

**CITIGROUP**
2nd West Street
New York, NY 10013

Data Vac

2 West Street, 8th Floor
New York, NY 10028
Phone (212) 201-4300
http://www.datavac.com

250 West Street

DESKTOP WIRING CONFIGURATION

| HELD FOR | AS-BUILT | |
|---|---|---|
| REVISION | DATE | 12-05-2001 |
| SCALE | DWG NO | |

CTI00001611
CONFIDENTIAL



SALOMON SMITH BARNEY

A member of citigroup

333 W. ST.

7TH FLOOR

CTI00001612
CONFIDENTIAL



8th Floor - Rack Elevation

CTI00001613
CONFIDENTIAL