**OFFICE/CUBICLE OUTLET NOMENCLATURE:**

XX.XXX
01 = Floor
1 = Back number where outlet terminates
J = Patch panel position where outlet terminates
2 = Outlet count for given office/cubicle area

**Outlet Port Usage:**
Port 1 = Voice, Port 2 = Aux, Port 3 = Data, Port 4 = Data,
D5 = Data, D6 = Data

**Floors 1 through 10 Service Box Office/Cubicle Outlets:**

Voice (Port 1) - 568B wiring,
Aux (Port 2) - 568B wiring.
Data (Port 3) - 568B wiring used.
Data (Port 4) - 568B wiring used.
Data (Port 5) - 568B wiring used.
Data (Port 6) - 568B wiring used.

Each row of 24 port patch panels is designated by a letter, beginning at panel position A and ending at P. This follows the IBM type 1 cabling standard.

Voice infrastructure is terminated at wallboard and is independent of the data ports found in the racks. (See telecom closet elevations for details).



**SALOMON SMITH BARNEY**
388 Greenwich Street
NEW YORK, NY 10013

Dura-Vox
1 Penn Plaza, 5th Floor
New York, NY 10006
Phone: (212) 301-0300
http://www.duravox.com

**34TH STREET**
**DESKTOP WIRING CONFIGURATION**

| | |
|---|---|
| CREATED BY: | AS-BUILT |
| REVISION: | DATE 12-05-2001 |
| SCALE: | DWG NO. |

CTI00001614
CONFIDENTIAL



BAT/01

SALOMON SMITH BARNEY
A member of citigroup

CTI00001615
CONFIDENTIAL



NOTE

1. F&I PATCH PANELS AND ASSOCIATED WIREMANGERS.

2. CAT5 HUBS AND ASSOCIATED TELCO PATCH PANELS ARE PROVIDED BY SMITH BARNEY BUT INSTALLED BY COMMUNICATION CONTRACTOR.

3. HORIZONTAL STATION AND TIE CABLES WILL TERMINATED WITHIN THE COMMUNICATION CLOSET.

New Data Communications Room - 71

CTI00001616
CONFIDENTIAL

Ports 1, 5, 7, 8 Surface Mount Office/Cubicle Outlet
Voice (Port 1) – Blue to 46A, Green to 3 &A.
Voice (Port 2) – Orange to 46B, Brown to 3 &6.
Data (Port 3) – Home wiring Used.
Data (Port 4) – 568B wiring used.

Each row of 24 port patch panels is designated by a letter, beginning at panel partition A and ending at V. This follows the IDW type 3 cabling standard.

Voice infrastructure is terminated at rackmount and is independent of the data ports found in the racks. (See telecom closet elevations for details).



OFFICE/CUBICLE OUTLET NOMENCLATURE:
XX XXX
01 = Floor
1 = Rack number where outlet terminates
3 = Patch panel partition where outlet terminates
2 = Outlet used for given office/cubicle area

WIRING STANDARD:
568B is used as the building wiring standard

Outlet Port Usage:
Port 1 = Voice, Port 2 = Voice, Port 3 = Data, Port 4 = Data

CITIGROUP
Brooklyn Army Terminal
Brooklyn, NY 11220
2 Gold Street, 4th Floor
New York, NY 10038
Phone: (212) 291-1000
http://www.citibank.com

BROOKLYN ARMY TERMINAL
DESKTOP WIRING CONFIGURATIONS

| DESIGNED FOR: | | AS-BUILT | |
|---|---|---|---|
| REVISION | | DATE | 12-05-2001 |
| SCALE | | DWG. NO | |

CTI00001617
CONFIDENTIAL



ADP – JERSEY CITY

CTI00001618
CONFIDENTIAL



Salomon Smith Barny 20Broad/4th NYSE Cabinet Layouts

Power Requirements – 2 120v @ 20amp CKT'S. Plugmold shall be hardwired.
Connect to separate PDUs

CTI00001619
CONFIDENTIAL



OFFICE/CUBICLE OUTLET NOMENCLATURE:

X00-AX

2 = Cabinet Number

A = Fiber Slot Position A

1-11 = Ports 1-11

**Surface Mount:**
* Fiber is directly wired from Data Center on 5th floor to trading bench locations

Salomon Smith Barney
NY Stock Exchange
New York, NY 10005

2 Rector Street, 5th Floor
New York, NY 10006
Phone (212) 291-4500

| ISSUED FOR | AS-BUILT | |
|---|---|---|
| DESIGN | DATE | 12-05-2001 |
| SCALE | DWG. NO. | |

**NY STOCK EXCHANGE**

**DESKTOP WIRING CONFIGURATION**

CTI00001620
CONFIDENTIAL



AMEX Server Cabinet Layout — Salomon Smith Barney Network

Front View

Power Requirements — 2 120v @ 20amp CKT'S. Plugmold shall be hardwired.
Connect to separate PDUs

CTI00001621
CONFIDENTIAL



**Surface Box**

\* Filter is directly wired from Data Center on 5th floor to building basement locations

**OFFICE/CUBICLE NOMENCLATURE**
XXX-XX
2 = Cabinet Number
A = Filter Box Position A
1-12 = Ports 1-12

Salomon Smith Barney
American Stock Exchange
New York, NY 10013

2 Peuler Street, 9th Floor
New York, NY 10038
Phone: (212) 201-4700
http://www.dmv-vex.com

| ISSUED FOR | AS-BUILT | |
| PREVISION | DATE | 12-03-2001 |
| SCALE | DWG. NO. | |

**AMERICAN STOCK EXCHANGE**
**DESKTOP WIRING CONFIGURATION**

CTI00001622
CONFIDENTIAL



CTI00001623
CONFIDENTIAL



CTI00001624
CONFIDENTIAL



XXX
**OFFICE/CUBICLE OUTLET NOMENCLATURE:**

1 = Rack number where outlet terminates
3 = Patch panel position where outlet terminates
2 = Outlet count for given office/cubicle area

**Outlet Port Usage:**
Port 1 = Voice, Port 2 = Data, Port 3 = Data

**Floor 12 Flush Mount Office/Cubicle Outlet**
Voice (Port 1) - 568B wiring used.
Data (Port 2) - 568B wiring used.
Data (Port 3) - 568B wiring used.

Each row of 24-port patch panels is designated by a letter, beginning at panel position A and ending at P. This follows the IBM Type 1 cabling standard.

Voice infrastructure is terminated at wallboard and is independent of the data ports found in the racks.
(See telecom closet elevations for details.)

SALOMON SMITH BARNEY
14 Wall Street
New York, NY 10013

2 Rector Street, 9th Floor
New York, NY 10006
Phone: (212) 321-4200
http://www.datavox.com

| | | |
|---|---|---|
| **14 WALL STREET** | ISSUED FOR | AS-BUILT |
| **DESKTOP WIRING CONFIGURATION** | DRAWN BY | DATE 12-05-2001 |
| | SCALE | DWG NO |

CTI00001625
CONFIDENTIAL



**SALOMON SMITH BARNEY**
A member of citigroup

111 Wall Street/06

CTI00001626
CONFIDENTIAL



CTI00001627
CONFIDENTIAL



**Floor 1 - 5, 8, 9-16, 17-20, 22-24 Office/Cubicle Outlet:**
2 Voice jacks are CAT.5 wired for 4 pair use.
4 Data jacks are CAT.5 wired for 4 pair use.

**Floor 6, 7, 18 & 21 Office/Cubicle Outlet:**
2 Voice jacks are CAT.5 wired for 4 pair use.
2 Data jacks are CAT.5 wired for 4 pair use.

**OFFICE/CUBICLE OUTLET NOMENCLATURE:**

X-X-XXX
X = Floor
A = Telecom closet where outlet terminates
XXX = Outlet count for given office/cubicle area

**WIRING STANDARD**
Refer to the building wiring standard

**Outlet Port Values:**
V1 = Voice, V2 = Modem, D9 = PC, D4 = PC,
D3 = Voice, D4 = PC

CITIGROUP
111 Wall Street
New York, NY 10005

Data Vox

2 Penn Plaza, 5th floor
New York, NY 10004
Phone: (212) 201-1300
http://www.datavox.com

| | ISSUED FOR | AS-BUILT | |
| --- | --- | --- | --- |
| 111 Wall Street | REVISION | DATE | 12-05-2001 |
| DESKTOP WIRING CONFIGURATIONS | SCALE | | DWG. NO. |

CTI00001628
CONFIDENTIAL



SalomonSmithBarney
A member of citigroup

125 BROAD ST/10

CTI00001629
CONFIDENTIAL



## 125 Broad St./3rd Fl. IDF Rm. East Rack Elevation
### Front View

12 Strands multimode fiber
12 Strands singlemode fiber

24 Cat 5e cables backboard ties

Cable TV distribution patch panel

24 port patch panel
for 3270 terminals/printers
25pr — 1pr per port
backboard tie

Station Cables

R1

R2

2 20amp CKts(L5-20R)

2 20amp CKts(L5-30R)
1 20amp CKt(Quad) "Cabot BU"*

Power Requirements — Each 20a L5-20R must be powered from a different PDU
Each 20a ckt. powered from a different PDU

Floors 3 through 11 Office/Cubicle Outlets
2 Voice Jacks are CAT.5 rated for 4 pair use.
4 Data Jacks are CAT.5 rated for 4 pair use.

**4W1B6**

| V01 | V02 |
| D03 | D04 |
| D05 | D06 |

OFFICE/CUBICLE OUTLET NOMENCLATURE:

XXXXX
4 = Floor
W = Telecom closet where outlet terminates
1 = Rack number in closet where outlet terminates
B = Patch panel position in rack where outlet terminates
6 = Outlet count for the given office/cubicle area

WIRING STANDARD:
568B is used as the building wiring standard

Outlet Port Usage:
D1 = Voice, D2 = Fax, D3 = Printer, D4 = Any
D5 = Data, D6 = PC

CITIGROUP
125 Broad St - 4th Fl
New York, NY 10004

2 Rector Street, 9th Floor
New York, NY 10006
Phn: (212) 321-XXXX

125 BROAD STREET
DESKTOP WIRING CONFIGURATIONS

| ISSUED FOR | AS-BUILT | |
| REVISION | DATE | 12-05-2001 |
| SCALE | DWG. NO | |

CTI00001631
CONFIDENTIAL



SALOMON SMITH BARNEY
A member of citigroup
RUTHERFORD/02

CTI00001632
CONFIDENTIAL



New Rutherford 3rd Floor South Comm Closet Racks Elevations "Front View"

Power Requirements Per Rack - Each L5-20R must be powered from a different PDU.
Each 20 amp circuit powered from a different PDU.

CTI00001633
CONFIDENTIAL



**Floor 2, 3, 4 and 5 (with South Office/Cubical Outlets:**
2 Voice jacks are CAT.5 wired for 4 pair use.
4 Data jacks are CAT.5 wired for 4 pair use.

**Floor 1 and 6 Office/Cubical Outlets:**
2 Voice jacks are CAT.5 wired for 4 pair use.
4 Data jacks are CAT.5 wired for 4 pair use.

**Floor 8 North Trading Desk Outlets:**
2 Voice jacks are CAT.5 wired for 4 pair use.
2 Data jacks are CAT.5 wired for 4 pair use.

**OFFICE/CUBICLE OUTLET NOMENCLATURE:**
XXXXX
3 = Floor
N = Telecom closet where outlet terminates
1 = Jack number where outlet terminates
B = Patch panel position where outlet terminates
4 = Outlet count for given Office/cubical area

**WIRING STANDARD:**
568B is used as the building wiring standard

**Outlet Port Usage:**
V1 = Voice, V2 = Fax/Modem, D3 = NT, D4 = Unix,
D5 = Printer, D6 = Any

CITIGROUP
780 Edwin L. Ward, Sr. Memorial Hwy
RUTHERFORD, NJ 07070
2 Bears Drive, 8th Floor
New York, NY 10006
Phone: (212) 291-4000
http://www.citibank.com

**EAST RUTHERFORD, NJ**

**DESKTOP WIRING CONFIGURATIONS**

| ISSUED FOR | AS-BUILT | |
|---|---|---|
| REV&DATE | DATE | 12-05-200 |
| SCALE | DWG. NO. | |

CTI00001634
CONFIDENTIAL

**Floors 7, 8, 9 & 10 Office/Cubicle Outlets:**
2 Data jacks are CAT-5 wired for 4 pair use.

Voice jacks mate on another outlet.

**OFFICE/CUBICLE OUTLET NOMENCLATURE:**
XX-XXX
08 = Floor
046 = Outlet count for given office/cubicle area

**WIRING STANDARD:**
xxxx is used as the building wiring standard

**Outlet Port Usage:**
D1 = Network, D2 = Network

**CITIGROUP**
77 Water Street
New York, NY 10004

2 Rector Street, 9th Floor
New York, NY 10006
Phone (212) 201-4000
Mike7@yorktelecom.com

Data Vox

77 Water Street

**DESKTOP WIRING CONFIGURATION**

| SIZE/TECH | | AS-BUILT | |
|---|---|---|---|
| REVIEW | | DATE | 12-05-2001 |
| DRAWN | | DRW. WR | |

CTI00001635
CONFIDENTIAL



390/8 DDC3 Cabinet Layouts

Power Requirements – 2 120v @ 20amp CXTS. Plugmold shall be hardwired.
Connect to separate PDUs

Front View

CTI00001636
CONFIDENTIAL

# SALOMON SMITH BARNEY FIBER LABEL TEMPLATES



CTI00001637
CONFIDENTIAL



# T1 Configuration

CTI00001638
CONFIDENTIAL

# T3 Configuration



CTI00001639
CONFIDENTIAL

## Hardware Grounding

1. Within Citigroup the system grounding is achieved via the ground wire in the electrical cord.
2. Typically external grounds are required when the internal system ground configurations is inadequate.
3. Grounding straps are utilized whenever maintenance is performed on network switches and routers.
4. Grounding straps are issued to every technician performing maintenance on this hardware. Grounding straps are also located in areas where this hardware is housed.

**Catalyst 6500 System Ground Connection**



**Cabinet Ground:**

All Citigroup cabinets and racks are connected to the building grounding system via the greenfield whips.

CTI00001640
CONFIDENTIAL

If flowcontrol hardware is set on any of the lines, the pinouts are different on adapters. A R/O (rollover) adapter (see below) will work on both ???

**(R)**

| | RJ45(F) | | DB25(M) |
|---|---|---|---|
| (Blue) | 1 | <---> | 5 |
| (Orange) | 2 | <---> | 8 |
| (Black) | 3 | <---> | 2 |
| (Red) | 4 | <---> | 7 |
| (Green) | 5 | <---> | |
| (Yellow) | 6 | <---> | 3 |
| (Brown) | 7 | <---> | 20 |
| (White) | 8 | <---> | 4 |

| | RJ45(F) | | DB9(F) |
|---|---|---|---|
| (Blue) | 1 | <---> | 7 |
| (Orange) | 2 | <---> | 4 |
| (Black) | 3 | <---> | 3 |
| (Red) | 4 | <---> | 5 |
| (Green) | 5 | <---> | 2 |
| (Yellow) | 6 | <---> | 6 |
| (Brown) | 7 | <---> | 8 |
| (White) | 8 | <---> | 8 |

**(R/O)**

| | RJ45(F) | | DB25(M) |
|---|---|---|---|
| (Blue) | 1 | <---> | 4 |
| (Orange) | 2 | <---> | 20 |
| (Black) | 3 | <---> | |
| (Red) | 4 | <---> | 7 |
| (Green) | 5 | <---> | |
| (Yellow) | 6 | <---> | 3 |
| (Brown) | 7 | <---> | 8 |
| (White) | 8 | <---> | 5 |

| | RJ45(F) | | DB9(F) |
|---|---|---|---|
| (Blue) | 1 | <---> | 5 |
| (Orange) | 2 | <---> | 7 |
| (Black) | 3 | <---> | 3 |
| (Red) | 4 | <---> | 7 |
| (Green) | 5 | <---> | 2 |
| (Yellow) | 6 | <---> | 8 |
| (Brown) | 7 | <---> | 4 |
| (White) | 8 | <---> | 1 |

| | RJ45(F) | | DB25(M) |
|---|---|---|---|
| (Blue) | 1 | <---> | 5 |
| (Orange) | 2 | <---> | 8 |
| (Black) | 3 | <---> | 3 |
| (Red) | 4 | <---> | 7 |
| (Green) | 5 | <---> | |
| (Yellow) | 6 | <---> | 2 |
| (Brown) | 7 | <---> | 20 |
| (White) | 8 | <---> | 4 |

| | RJ45(F) | | DB25(F) |
|---|---|---|---|
| (Blue) | 1 | <---> | 4 |
| (Orange) | 2 | <---> | 20 |
| (Black) | 3 | <---> | 2 |
| (Red) | 4 | <---> | 7 |
| (Green) | 5 | <---> | |
| (Yellow) | 6 | <---> | 3 |
| (Brown) | 7 | <---> | 6 |
| (White) | 8 | <---> | 5 |

| | RJ45(M/F) | | DB15(F) |
|---|---|---|---|
| | 1 | <---> | 11 |
| | 2 | <---> | 3 |
| | 3 | | |
| | 4 | <---> | 9 |
| | 5 | <---> | 1 |
| | 6 | | |
| | 7 | | |
| | 8 | | |

**CISCO SWITCH/ROUTER**

| DEVICE | CONSOLE REQUIREMENT |
|---|---|
| Cisco 2500, 2600 | Straight-through RJ45 |
| Cisco 5000, 5505, 5500 (Sup I, II) | Straight-through RJ45 w/ straight-through DB25-RJ45 |
| Cisco 5000, 5505, 5500 (Sup III) | Rollover RJ45 |
| Cisco 6500 | Straight-through RJ45 |
| Cisco 7500 | Straight-through RJ45 w/ straight-through DB25-RJ45 |
| Cisco 8540 | Straight-through RJ45 w/ straight-through DB25-RJ45 |

| DB26HD(M/F) | | V.35 (M/F) |
|---|---|---|
| 1 | <---> | A |
| 2 | <---> | NN |
| 3 | <---> | F |
| 5 | <---> | X |
| 6 | <---> | V |
| 7 | <---> | B |
| 8 | <---> | N |
| 9 | <---> | L |
| 10 | <---> | J |
| 11 | <---> | E |
| 13 | <---> | AA |
| 14 | <---> | Y |
| 15 | <---> | H |
| 17 | <---> | S |
| 18 | <---> | P |
| 19 | <---> | W |
| 20 | <---> | U |
| 21 | <---> | D |
| 23 | <---> | T |
| 24 | <---> | R |
| 25 | <---> | C |

| DB9(F) | | DB9(F) |
|---|---|---|
| 1 | <---> | 4 |
| 6 | <---> | 8 |
| 2 | <---> | 3 |
| 3 | <---> | 2 |
| 4 | <---> | 1 |
| | <---> | 6 |
| 5 | <---> | 5 |
| 7 | <---> | 8 |
| 8 | <---> | 7 |

CTI00001641
CONFIDENTIAL

# ENCLOSURES



ASTP-KI-S
Optional
Solid Insert

ASTP-KI-M
Optional
Mesh Insert

Digital
Temperature
Control Module

Sm 226 CFM
Fan Assembly

Smoked
Acrylic
Door
Baffle
Front &
Rear

Two
Upper
Barrier
Bars

AS-SFM-2424 or
AS-SFM-2430
Optional Full
Mesh Shelves

AS-BTS-24
Optional Bottom
Tile Stop Brackets

ASSB-S-7736
Optional Side
Barrier Plates

See ENCLOSURE ACCESSORY Section
for KOOL-IT accessories available

* PATENTED *



## OVERHEAD KOOL-IT CABINET ASC-OH-KI-746-NS

| Horizontal Panel Space | Vertical Panel Space | Rack Units | Overall Dimensions | | | Approx Weight |
|---|---|---|---|---|---|---|
| | | | Height | Width | Depth | |
| 24 1/16" | 77 1/8" | 44 | 83 1/2" | 30" | 37" | 392# |

The AFCO OVERHEAD KOOL-IT CABINET ASSEMBLY has been engineered to accurately monitor internal temperature and efficiently regulate airflow within the enclosure according to heat loads in each cabinet. The balance between cool air from above and room air is achieved through the use of airflow regulating door baffles. The digital temperature control module accurately monitors the enclosures internal temperature and energizes the six exhaust fans when the pre-programmed temperature setpoint is reached. Fans will power down once the cabinets temperature has been reduced to the correct level.

### Cabinet includes:

AGF-KI-772436  Cabinet frame - 36" deep
ASR-77  Mounting Rails - Two Pair
ASMD-OH-KI-7724-F  Mesh Front Door with Baffles for overhead cooling
ASMD-OH-KI-7724-R  Mesh Rear Door with Baffles for overhead cooling
AS-UBB-24  Upper Barrier Bar - 2 supplied
ASBP-40-2436  Bottom Plenum Plate
AS-KI-THER  Digital Thermometer with Set Point and Alarm
ASTP-KI-FAN  Exhaust Fan Assembly - 6 supplied
Note: Less Fan Assemblies can be installed on the cabinet if it is determined that all six fans are not be necessary. Solid Top Inserts are to be installed in place of the unused Fan Assemblies. Contact AFCO for assistance.

### Features

- Conforms to EIA-310 standards for 24" enclosed racks
- Furnished with two bar of #12 GA steel EIA mounting rails - fully adjustable front to back - tapped #10-32 on 5/8, 5/8, 1/2 centers (universal spacing). Additional rails can supplied upon request
- Cabinet members constructed of #16 ga steel
- Fully welded cabinet construction
- Standard finishes: IBM blue or Pearl white - other colors available upon request
- Cabinet base has a 633 sq" cutout for cables and is prepared for optional castors and levelers
- Top of Cabinet is prepared to receive six modular top inserts: Solid Top Insert, Mesh Top Insert, or Fan Assembly
- To set up as a convection unit replace six fans with six mesh tops. In this application the front and rear Door Baffles must be removed. This application is only recommended for heat caps under 600 watts. Contact AFCO for assistance.

### Optional Accessories

ASSB-S-7736  Side Barrier Plate
ASTP-KI-S  Solid Top Insert
ASTP-KI-M  Mesh Top Insert
ASTP-KI-FAN  Exhaust Fan Assembly
AS-PS-1570  11 outlet vertical power strip - 15 AMP
AS-PS-1570-20AMP  10 outlet vertical power strip - 20 amp
AS-SFM-2424 or AS-SFM-2430  Full Mesh shelves
AS-CA  castor set
AS-WR-CH-VEL-77  wire management channel
ASSP-7736  Hinged Solid Side Panel
AS-LEV  Leveler set
Filter Kits are available upon request

## AFCO
S Y S T E M S

Solutions that Work

CTI00001642
CONFIDENTIAL

# ENCLOSURE ACCESSORIES



### COMPAQ SUB SYSTEM
### UNIVERSAL MOUNTING BRACKETS

Catalog No.

**AS-DA5583-CSSB**

**Features**
- Mounts to 19" EIA cabinets
- Adjusts from 23-5/8" to 30-3/8"
- All steel construction
- Yellow zinc plated finish
- Includes mounting hardware

### COMPAQ SERVER
### UNIVERSAL MOUNTING BRACKETS

Catalog No.

**AS-DA5595-UN-CSSB**

**Features**
- Mounts to 19" EIA cabinets
- All steel construction
- Clear zinc plated finish
- Includes mounting hardware

### 100# CAPACITY
### MESH VENTED FIXED SHELF



| Catalog No. | A | B | C |
|---|---|---|---|
| AS-SFM-19-24 | 19" | 17 5/8" | 24" |
| AS-SFM-19-30 | 19" | 17 5/8" | 30" |
| AS-SFM-24-24 | 24" | 22 5/8" | 24" |
| AS-SFM-24-30 | 24" | 22 5/8" | 30" |

**Features**
- #16 ga. steel construction with perimeter structural members for a 100 lb capacity
- Material is completely perforated for maximum air flow
- Sturdy four point mounting
- Use with AFCO EIA cabinets
- Durable black smooth semi-gloss powder coat finish

### 200# CAPACITY
### MESH VENTED FIXED HEAVY DUTY SHELF



| Catalog No. | A | B | C |
|---|---|---|---|
| AS-SFM-19-24HD | 19" | 17 5/8" | 24" |
| AS-SFM-19-30HD | 19" | 17 5/8" | 30" |
| AS-SFM-24-24HD | 24" | 22 5/8" | 24" |
| AS-SFM-24-30HD | 24" | 22 5/8" | 30" |

**Features**
- #16 ga. steel construction with perimeter and center structural members for a 200 lb capacity
- Material is completely perforated for maximum air flow
- Sturdy four point mounting
- Use with AFCO EIA cabinets
- Durable black smooth semi-gloss powder coat finish

**AFCO**
SYSTEMS

*Solutions That Work*

CTI00001643
CONFIDENTIAL