**Saranello, Thomas G [CCC-OT_IT]**

**From:** Saranello, Thomas G [IT]
**Sent:** Tuesday, May 06, 2003 11:20 AM
**To:** Millan, Carmelo [IT]
**Subject:** Manual Review

Carmelo,

I reviewed the manual and made some changes, below is what needs to be added. I would like to have this done by end of May, let me know if you need any help.

-Add 185 Asylum Street Hartford, CT to Appendix
    -insert drawings of data center, comm closet, techplate
-Add 2 Tower Center East Brunswick, NJ to Appendix in Metro SOE section
    -insert drawings of data center, comm closet, techplate
-Add new 12th floor plan to appendix for 14 Wall Street
-Insert overview drawings of DDC's, Rutherford, MTR, and 34th Street
-Insert additional technical drwaings(we can discuss)
-Safeword portion
-DDC Access Review Procedure

Regards,
Tom Saranello

Tracking:

1

CONFIDENTIAL                                                                                     CTI00001497

**Saranello, Thomas G [CCC-OT_IT]**

| | |
|---|---|
| From: | Saranello, Thomas G [IT] |
| Sent: | Friday, May 30, 2003 2:22 PM |
| To: | Millan, Carmelo [IT] |
| Subject: | Manual |

Carmelo,

Here are the updates that need to be made to our manual:

-Add East Brunswick to Metro SOE
-Add Hartford
-Insert diagrams to East Brunswick and Hartford(hatch, floor plans, comm rooms, dc's) - Updated 14 Wall St floor plan -Insert technical diagrams
    -34th st vertical rings
    -NBLIC vertical ring
    -388 Mainframe diagram
    -BAT Pitney Bowes diagram
    -ddc man07-08 tap diagram
    -ddc ring 1018,1028
    -ddc ring 9
-Add clean desk policy
-Insert COB Call tree list, remove our contact list -Insert overview drawings of ddc, mtr, 34th dc, RUtherford dc's

And anything else you can think of..

Regards,
Tom Saranello

Tracking:

1

CONFIDENTIAL

CTI00001490

**Saranello, Thomas G [CCC-OT_IT]**

From: Saranello, Thomas G [IT]
Sent: Monday, July 14, 2003 4:59 PM
To: Millan, Carmelo [IT]
Subject: Manual

Please update the manual with Bryan's new cel number:

917-496-3790

Regards,
Tom Saranello

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

Tracking:

1

CONFIDENTIAL                                                                                         CTI00001488