**Saranello, Thomas G [CCC-OT_IT]**

| | |
|---|---|
| From: | Saranello, Thomas G [IT] |
| Sent: | Friday, August 01, 2003 8:03 AM |
| To: | Millan, Carmelo [IT] |
| Subject: | PCM |

Carmelo,

Patti was here this week and told me that converting our manual to the structure of the overall pcm is the next deliverable.

Regards,
Tom Saranello

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

**Tracking:**

1

CONFIDENTIAL                                                                                   CTI00001484