## Saranello, Thomas G [CCC-OT_IT]

**From:** Saranello, Thomas G [IT]
**Sent:** Tuesday, September 09, 2003 6:17 PM
**To:** Millan, Carmelo [IT]
**Subject:** RE: The COB Plan and Facilities TRAM
**Attachments:** Ins Ques_14Wall.doc; Ins Ques_34th.doc; Ins Ques_388.doc; Ins Ques_AMEX.doc; Ins Ques_BAT.doc; Ins Ques_JSQ.doc; Ins Ques_NYSE.doc; Insurance14Wall.xls; Insurance34th.xls; Insurance388.xls; InsuranceAMEX.xls; InsuranceAMEX.xls; InsuranceBAT.xls; InsuranceJSQ.xls; InsuranceNYSE.xls

Regards,
Tom Saranello

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

-----Original Message-----
From: Millan, Carmelo [IT]
Sent: Tuesday, September 09, 2003 3:53 PM
To: Spence, Garfield C [IT]
Cc: Saranello, Thomas G [IT]; Braunagel, Richard J [IT]
Subject: The COB Plan and Facilities TRAM

Garry, the COB Plan is basically finished. I'm just waiting on two or three phone numbers before I can send out a final copy to you, Tommy, and Rick. Once you guys approve it we should send out a copy to all the staff and schedule a meeting for next Thursday. I need the rest of this week to finish the Facility Tram.

As far as the Facility TRAM (due date 9/15) is concerned we really only have a few major; issues.

I need to know wether you or the business control access to the closets at the BAT. The cipherlocks are a big issue when it come to compliance and I'm trying to figure out how to proceed on this.

We need to get an e-mail from Jim Carney stating that the 34th Street data center is above a sub-basement and is to expensive to relocate. Patti also mentioned there might be a similar issue with 250 West.

The Insurance Questionnaire needs to be filled out by Rick and Tommy again this year.

I need to do a walk-through of all the sites.

And finally, we need to be discuss the possibility of bringing the voice guys over to the Tel-Key process for the sites you do own, which would probably requires having all the locks re-keyed.

CONFIDENTIAL                                                                                              CTI00001476

Thank you,

Carmelo Millan

Citigroup Technology Infrastructure
Network Integration Services
Office: (212) 816-1506
Pager:  (917) 820-4994

Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

**Tracking:**

CONFIDENTIAL

CTI00001477