# citigroup

## Technology
## 2002 Year-End Performance Review

| Name (Last, First, MI) | Job Title | Social Security # |
|---|---|---|
| Millan, Carmelo | Analyst | |
| Organizational Name/Project Team: Network Integration Services / Infrastructure Group | | Review Period From: 1/1/02 To: 12/31/02 |
| Reviewer Name/Job Title Tom Saraneilo / AVP | | |

### Ratings Key

**REDACTED**

(1) <u>Top Performer</u> – Exceptional performance; role model for others in the group
(2) <u>Strong Performer</u>: High performance; one of the stronger performers in the group
(3) <u>Consistent Performer</u>: Consistent performance; responds to coaching and direction.
(4) <u>Inconsistent Performer</u>: Average to below average performance; performance is below the group average
(5) <u>Under Performer</u>: Below average performance; must improve significantly to retain position; performance is at the lowest level of the group

### Section 1 – Key job responsibilities:

1. Facilitate all network related issues at 388 Greenwich Street.
2. Facilitate and maintain all day to day network requests to include MAC's, CSR's, GPMS trouble tickets and database management.
3. SOE network implementation and support.

### Section 2 – Assessment of job-related factors:

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| Job proficiency/knowledge | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo has a good understanding of networking and infrastructure. His knowledge brings value to the group when network issues arise. | | | | |
| Quality of work | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has shown improvement in quality by getting more involved in data center installations. | | | | |
| Productivity/efficiency | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo accepts projects and completes them in a timely manner. Also, his projects are completed without any issues and with very limited guidance from management. | | | | |
| SILC compliance/testing | N/A | | | | |
| Supporting comments | N/A | | | | |
| Teamwork/interpersonal skills | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has displayed good teamworking skills by assisting others with MAC's and trouble tickets. | | | | |
| Service | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has shown improvement in customer service by following up on tasks assigned. | | | | |
| Initiative | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has taken the initiative to assist others in the 390 Data Center 4 build out and the Long Island City SOE conversion. | | | | |
| Communication | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has always communicated properly with others and management. I have received positive feedback from peers and customers regarding his assistance. | | | | |

## Section 3 – Assessment of Managerial Factors (if applicable):

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| **FINANCIALS** | | | | | |
| Job Actual vs. Forecast | N/A | N/A | N/A | N/A | N/A |
| Cost Per FTE | N/A | N/A | N/A | N/A | N/A |
| Recruiting (Cost per hire) | N/A | N/A | N/A | N/A | N/A |
| Expense Management Initiative | N/A | N/A | N/A | N/A | N/A |
| **PEOPLE** | | | | N/A | N/A |
| Turnover | N/A | N/A | N/A | N/A | N/A |
| Internal Mobility | N/A | N/A | N/A | N/A | N/A |
| Staff Development/Training | N/A | N/A | N/A | N/A | N/A |
| Staff Morale | N/A | N/A | N/A | N/A | N/A |
| **PROJECT DELIVERY** | | | | | |
| Completion on Time | N/A | N/A | N/A | N/A | N/A |
| Completion on Budget | N/A | N/A | N/A | N/A | N/A |
| Project Impact (Revenue/Cost Returns) | N/A | N/A | N/A | N/A | N/A |
| **CUSTOMER SATISFACTION** | | | | | |
| Survey Results | N/A | N/A | N/A | N/A | N/A |
| **CONTROLS** | | | | | |
| Major Business Issues | N/A | N/A | N/A | N/A | N/A |
| Business Issues | N/A | N/A | N/A | N/A | N/A |
| Project Issues | N/A | N/A | N/A | N/A | N/A |
| **WELLNESS/OUTAGES** | N/A | N/A | N/A | N/A | N/A |
| Production Support Costs | N/A | N/A | N/A | N/A | N/A |
| Production Problems | N/A | N/A | N/A | N/A | N/A |
| Production Assessment | N/A | N/A | N/A | N/A | N/A |

### OVERALL PERFOMANCE ASSESSMENT 1/1/02 TO 12/31/02

| Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

### OVERALL PERFORMANCE SUMMARY FOR 1/1/02 TO 12/31/02:

Carmelo has played a major role in various large scale moves throughout the year. He was the lead technician in the Human Resources Restack which involved the relocation of 141 users from various metro sites to 388 Greenwich Street. He was also the lead technician in the Stock Plan Services, E-Business and General Services Restacks. Carmelo has also assisted in larger scale projects such as the Long Island City SOE Conversion and 390 Distributed Data Center 4 buildout. He has completed a total of 859 Comtrack tasks for the year and is currently assisting in the 388 Greenwich Street Network Security Directive.

CTI0000327

**PRIMARY AREAS FOR IMPROVEMENT/SKILL ENHANCEMENT:**

I would like to see Carmelo continue to assist data center buildouts and remote SOE conversions. I would like to see him continue to support daily MAC's and Trouble Tickets at 388 Greenwich Street and provide assistance in Communication Room maintenance.

**APPRAISEE'S COMMENTS:**

Employee Signature and Date: _____

(Signature acknowledges that a discussion of this document has taken place, but does not indicate that I necessarily agree with this appraisal of my performances.)

Manager Signature and Date: _____

Next Level Management and Date: _____

3

CTI0000328

**Description of job factors:**

**Job proficiency/Knowledge:** Technical knowledge and ability is commensurate with job title and level of experience. Applies technical skills to the job. Understands technical environment and businesses supported.

**Quality of work:** Work is thorough, accurate, and complete. Develops appropriate test plans and executes them successfully. Adheres to standards, high level of client satisfaction.

**Productivity/efficiency:** Produces required amount of work within planned timeframes.... meets deadlines. Uses corporate resources effectively. Utilizes appropriate tools. Leverages existing assets.

**Teamwork/interpersonal skills:** Successfully works with others to achieve goals. Shares information. Maintains positive working relationships. Lends support and assistance readily.

**Service:** Responsive to client needs and those of others in the firm. Involves other in improving processes. Participates as a partner.

**Initiative:** Takes action beyond requirements. Anticipated and addresses issues directly. Resourceful. Self-starting.

**SILC:** Understands and adheres to SILC policy and good practices.

**Communication:** Expresses thoughts logically, clearly, and concisely. Listens well and respond appropriately.

CTI0000329