# citigroup

# Technology Infrastructure
## 2003 Year-End Performance Review

| Name (Last, First, MI) Millan, Carmelo | Job Title Analyst | GEID # 0003465301 |
|---|---|---|
| Organizational Name/Project Team: Network Infrastructure & Site Support | | Review Period From: 1/1/03 To: 12/31/03 |
| Reviewer Name/Job Title Tom Saranello/Assistant Vice President | | |

## Ratings Key

(1) **Top Performer** – Exceptional performance; role model for others in the group
(2) **Strong Performer**: High performance; one of the stronger performers in the group
(3) **Consistent Performer**: Consistent performance; responds to coaching and direction.
(4) **Inconsistent Performer**: Average to below average performance; performance is below the group average
(5) **Under Performer**: Below average performance; must improve significantly to retain position; performance is at the lowest level of the group

## Section 1 – Key job responsibilities:

1. Facilitate all network related issues at 388 Greenwich Street.
2. Facilitate and maintain all day to day network requests to include MAC's, Comtrack tasks, GPMS trouble tickets and database management.
3. Maintain and address Compliance issues for NISS.
4. SOE network implementation and support.

## Section 2 – Assessment of job-related factors:

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| Job proficiency/knowledge | ☒ | ☐ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo's understanding of networking continues to be a great asset to the 388 team. He constantly provides others with insight and technical information related to daily troubleshooting. | | | | |
| Quality of work | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has improved his quality of work and has used his skillset to assist in the 388 Lab build-out. | | | | |
| Productivity/efficiency | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo has been a strong performer when it comes to productivity. His turnover of projects have improved throughout the year. | | | | |
| SDLC compliance/testing | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Supporting comments | N/A | | | | |
| Teamwork/Interpersonal skills | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo has displayed excellent teamworking skills. He has constantly assisted other team members that lack network knowledge with their projects. | | | | |
| Service | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo's customer/client service skills have improved immensely. He has a good understanding of what is necessary to provide quality turnover of daily technical requests. | | | | |
| Initiative | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo has taken the initiative to address all COB, TRAM, and PCM related issues for the metro NISS team. | | | | |
| Communication | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo continues to display good communication skills by updating management on all projects and infrastructure related issues. He has constantly made management aware of any network capacity issues at 388. | | | | |

## Section 3 – Assessment of Managerial Factors (if applicable):

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| **FINANCIALS** | | | | | |
| Job Actual vs. Forecast | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Cost Per FTE | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Recruiting (Cost per hire) | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Expense Management Initiative | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| **PEOPLE** | | | | ☐ | ☐ |
| Turnover | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Internal Mobility | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Staff Development/Training | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Staff Morale | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| **PROJECT DELIVERY** | | | | | |
| Completion on Time | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Completion on Budget | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Project Impact (Revenue/Cost Returns) | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| **CUSTOMER SATISFACTION** | | | | | |
| Survey Results | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| **CONTROLS** | | | | | |
| Major Business Issues | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Business Issues | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Project Issues | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| **WELLNESS/OUTAGES** | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Production Support Costs | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Production Problems | ☐ N/A | ☐ | ☐ | ☐ | ☐ |
| Production Assessment | ☐ N/A | ☐ | ☐ | ☐ | ☐ |

### OVERALL PERFOMANCE ASSESSMENT 1/1/03 TO 12/31/03

| Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

CTI0000331

**OVERALL PERFORMANCE SUMMARY FOR 1/1/03 TO 12/31/03:**

Carmelo has continued to be a major asset to the 388 team. His knowledge of networking and his initiative to address all compliance issues for the group has been a major part of our success. He successfully organized and articulated procedures for our annual COB test, which has been documented and modeled for other TI groups to use. He has also completed major projects such as the Futures Trading and Network Engineering restacks. He has also assisted other team members with projects such as the Solaris 8 Upgrade and the GTS restack. He is currently the lead technician for the 388 Lab build-out that requires daily interaction with multiple engineering groups. Carmelo has also completed a total of seven hundred and sixty Comtrack tasks for 2003. For his efforts, I would like to see Carmelo promoted to an Associate Technical Analyst.

**PRIMARY AREAS FOR IMPROVEMENT/SKILL ENHANCEMENT:**

- Continue to assist management with all COB, TRAM, and PCM related issues
- Better understanding of data center build-outs
- Assume lead role for the 388 Lab build-out

**APPRAISEE'S COMMENTS:**

Employee Signature and Date: _____

(Signature acknowledges that a discussion of this document has taken place, but does not indicate that I necessarily agree with this appraisal of my performances.)

Manager Signature and Date: _____

Next Level Management and Date: _____

3

CTI0000332

**Description of job factors:**

**Job proficiency/Knowledge:** Technical knowledge and ability is commensurate with job title and level of experience. Applies technical skills to the job. Understands technical environment and businesses supported.

**Quality of work:** Work is thorough, accurate, and complete. Develops appropriate test plans and executes them successfully. Adheres to standards, high level of client satisfaction.

**Productivity/efficiency:** Produces required amount of work within planned timeframes.... meets deadlines. Uses corporate resources effectively. Utilizes appropriate tools. Leverages existing assets.

**Teamwork/interpersonal skills:** Successfully works with others to achieve goals. Shares information. Maintains positive working relationships. Lends support and assistance readily.

**Service:** Responsive to client needs and those of others in the firm. Involves other in improving processes. Participates as a partner.

**Initiative:** Takes action beyond requirements. Anticipated and addresses issues directly. Resourceful. Self-starting.

**SDLC:** Understands and adheres to SDLC policy and good practices.

**Communication:** Expresses thoughts logically, clearly, and concisely. Listens well and respond appropriately.

4