| Project_ID | Project_Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2001 | Hours - trshrs Feb Hours 2001 | Hours - trshrs Mar Hours 2001 | Hours - trshrs Apr Hours 2001 | Hours - trshrs May Hours 2001 | Hours - trshrs Jun Hours 2001 | Hours - trshrs Jul Hours 2001 | Hours - trshrs Aug Hours 2001 | Hours - trshrs Sep Hours 2001 | Hours - trshrs Oct Hours 2001 | Hours - trshrs Nov Hours 2001 | Hours - trshrs Dec Hours 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200108892 | Infrastructure Integration Base Support | Carmelo Millan | cm76322 | - | - | 129 | 169.5 | 257 | 163 | 111.5 | 184 | 129.5 | 56 | 39 | 68 | 41 | 0 |
| 200108894 | Infrastructure Integration Projects | Carmelo Millan | cm76322 | - | - | 50.5 | 0 | 0 | 42 | 32.5 | 71 | 42.5 | 77.5 | 0 | 19 | 30 | 0 |
| 200111384 | Harrison Network Buildout for SOE Conver | Carmelo Millan | cm76322 | - | - | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200120119 | Infrastructure CSR Request | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 4 | 8.5 | 115 | 114 | 225 |
| 200120128 | Infrastructure Trouble Calls | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 6.5 | 3 | 0 | 2 | 4.5 | 7 | 10 | 0 |
| 200131275 | WTC-COB Network Integration | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 | 0 | 0 | 0 |

CTI0001249
CONFIDENTIAL

| Project_ID | Project_Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2002 | Hours - trshrs Feb Hours 2002 | Hours - trshrs Mar Hours 2002 | Hours - trshrs Apr Hours 2002 | Hours - trshrs May Hours 2002 | Hours - trshrs Jun Hours 2002 | Hours - trshrs Jul Hours 2002 | Hours - trshrs Aug Hours 2002 | Hours - trshrs Sep Hours 2002 | Hours - trshrs Oct Hours 2002 | Hours - trshrs Nov Hours 2002 | Hours - trshrs Dec Hours 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200108875 | Network Change Management Processing | Carmelo Millan | cm76322 | - | - | 49.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4.5 | 50 | 0 | 101 |
| 200120119 | Infrastructure CSR Request | Carmelo Millan | cm76322 | - | - | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200219154 | Base Support - Infrastructure | Carmelo Millan | cm76322 | - | - | 0 | 38 | 20 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 30 |
| 200219157 | INF - Projects | Carmelo Millan | cm76322 | - | - | 0 | 14 | 8 | 14 | 21.5 | 4 | 10.5 | 5 | 0 | 30 | 36 | 0 |
| 200222997 | Infrastructure CSR Processing | Carmelo Millan | cm76322 | - | - | 32 | 112 | 195 | 167 | 172 | 190.5 | 170 | 182 | 166.5 | 118 | 125 | 64 |
| 200223018 | INF - 390/8 DDC4 Decommission | Carmelo Millan | cm76322 | - | - | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200223024 | Infrastructure Problem Management | Carmelo Millan | cm76322 | - | - | 0 | 8 | 8 | 12 | 19 | 24 | 23.5 | 35 | 24 | 9 | 19 | 5 |

CTI00001250 CONFIDENTIAL

| Project_ID | Project_Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2003 | Hours - trshrs Feb Hours 2003 | Hours - trshrs Mar Hours 2003 | Hours - trshrs Apr Hours 2003 | Hours - trshrs May Hours 2003 | Hours - trshrs Jun Hours 2003 | Hours - trshrs Jul Hours 2003 | Hours - trshrs Aug Hours 2003 | Hours - trshrs Sep Hours 2003 | Hours - trshrs Oct Hours 2003 | Hours - trshrs Nov Hours 2003 | Hours - trshrs Dec Hours 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200254688 | Audit & Compliance Activity - Infrastruc | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 37 | 67 | 45 | 79 | 44 | 201 | 93 | 67 | 0 |
| 200311518 | Base Support - Infrastructure | Carmelo Millan | cm76322 | - | - | 86 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12.5 | 0 |
| 200311519 | Integrat Tech Req (CSR) - Infrastructure | Carmelo Millan | cm76322 | - | - | 67 | 77 | 185 | 123 | 124 | 171 | 100 | 47.5 | 37 | 96 | 118 | 130 |
| 200311520 | Infrastructure Inte Problem Management - Infrastructure | Carmelo Millan | cm76322 | - | - | 4 | 5 | 60 | 13 | 22 | 26 | 4 | 2 | 17 | 4 | 8 | 10 |
| 200311593 | Integration - SOE Infrastructure | Carmelo Millan | cm76322 | - | - | 0 | 4 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200311681 | Integration - MAN Backbon Infrastructure | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200311684 | Integration - NY / NJ Opt Infrastructure | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200311731 | Integration - Partial DDC Infrastructure | Carmelo Millan | cm76322 | - | - | 11 | 3 | 20 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200328725 | Continuity of Business Planning - | Carmelo Millan | cm76322 | INFRASTRUCTURE - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 0 | 0 | 0 | 0 |
| 200345330 | Solaris 8 Migration Networ | Carmelo Millan | cm76322 | INFRASTRUCTURE - | - | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 |
| 200349940 | Su 2003 Power Outage Network Integration | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 |

CTI00001251 CONFIDENTIAL

| 200355201 | Core - BAU Lab Testing/Standards | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 104.5 |
| 200355201 | Core - BAU Lab Testing/Standards | Carmelo Millan | cm76322 | TESTING SUPPORT | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17.5 |

CTI00001252
CONFIDENTIAL

| Project_ID | Project Name | Employee | Employee_StdID | Phase Name | Task_Name | Hours - trshrs Jan Hours 2004 | Hours - trshrs Feb Hours 2004 | Hours - trshrs Mar Hours 2004 | Hours - trshrs Apr Hours 2004 | Hours - trshrs May Hours 2004 | Hours - trshrs Jun Hours 2004 | Hours - trshrs Jul Hours 2004 | Hours - trshrs Aug Hours 2004 | Hours - trshrs Sep Hours 2004 | Hours - trshrs Oct Hours 2004 | Hours - trshrs Nov Hours 2004 | Hours - trshrs Dec Hours 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200355201ds | Core - BAU Lab Testing/Standar | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 120 | 109 | 112 | 148 | 107 | 96 | 0 | 87 | 121 | 143 | 103 | 0 |
| 200355201ds | Core - BAU Lab Testing/Standar | Carmelo Millan | cm76322 | TESTING SUPPORT | - | 115 | 128 | 102 | 98 | 127 | 76 | 0 | 108 | 89 | 144 | 81 | 0 |
| 200417757 | Core - BAU Bandwidth Analysis | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CTI00001253
CONFIDENTIAL