# CARMELO MILLAN

CARMELO MILLAN 9012 Bergenwood Ave. North Bergen, NJ 07047
e-mail: cmillan1@optonline.net home: 201-430-6928

Miln 1

## SUMMARY

Well rounded technology enthusiast looking for interesting opportunities that will enhance my current skill set and allow me to provide quality technology support to the worlds evolving technology movements.

## HIGHLIGHTS OF QUALIFICATIONS

- Capable of providing all around technology support, design, implementation, and troubleshooting for Small Office, Home Office, Enterprise, LAN, WAN, Server, and Workstation

- Solid experience configuring a large variety of software and hardware

- Excellent PC, network, hardware, and analytical troubleshooting skills

- Design, Install, configure routed LAN/WAN networks

- Proficient with Cisco IOS, UNIX, Windows 9x, NT, 2000, XP, and DOS
- Thorough understanding of the Seven Layer OSI Model and what protocols operate at what layers

- Solid understanding of TCP/IP filtering via Firewalls & ACL's to maximize network security

- Good understanding of Windows vulnerabilities and how to harden the OS and network for maximum security

- Excellent Microsoft Office/Visio productivity skills
- Heavy Cisco 6500 Layer 3 10/100/1000 switched LAN environment experience

## PROFESSIONAL EXPERIENCE

**07/07-Current**      **Self-Employed, Technology Consultant - North Bergen, NJ**

Self-Employed Technology Consultant providing technology services on a per project basis.

Recent Projects include:

National Amusement- Fandango Rollout

Papyrus Stationary- POS Rollout

Cara Accessories- horizontal cabling and cable abatement

**01/03 – 03/07** <u>Citigroup, Global Engineering, Lab Coordinator/Network Engineer – Warren, NJ</u>

- Participated in build out and daily operations of 6000 sq. ft. 1000+ device Lab/Development Data Center which serviced over 400 Research and Development Engineers

- Participated and implemented Lab/Data Center

- Consolidated/Migrated five major Citigroup Global Engineering labs to the Warren Facility mentioned above

- Participated in team of Data Center Support Technicians

- Evaluated all incoming testing efforts and built the proper environment or engaged the proper engineering discipline to assist in test effort

- Configured, maintained, documented, and supported development network

- Upgraded Cisco IOS on routers and switches.

- Managed network connectivity, implementation, integration and troubleshooting for servers, routers, and storage devices

- Ordered and installed networking gear, servers, and lab supplies

- Performed installations of the latest technology equipment for testing in Lab/Development Data Center in accordance with Citigroup Standards

- Determined the placement and power provisioning of servers, network and storage devices for installation in Lab/Development Data Center

- Worked with vendors and engineers to determine equipment environmental requirements prior to on-site delivery

- Setup and configured console and KVM connections on all gear

- Installed and configured all network connections for servers, SAN, and networking gear

- Aggressively monitored, managed and resolved customer request and trouble tickets

- Maintained connectivity and Data Center elevation databases

- Utilized test equipment to ensure reliability of cabling and connectivity

- Reviewed and scheduled all testing requests

- Monitored power consumption, environmental issues and change control activities

- Provided input for Development Data Center policies and communicated them to our

engineers, teams, internal staff, business units and vendors

### 06/00 - 01/03    SalomonSmithBarney – Network Integration, Network Analyst – New York, NY

- Handle Help Desk calls regarding network & network connectivity issues as well as application issues.

- Handle the network connectivity and software checkout aspect of Moves, Adds, and Changes to the company network.

- Conduct proactive internal/external escalation, trouble ticketing, and reporting for 38 floors in a mixed DHCP/static, 10/100 switched Ethernet, gigabit backbone environment.

- Rack/Stack, troubleshoot, test, and support 2500, 2600, 4000, 7500, & 8500 series routers and 5500, 6500 series switches in production and pre-production environment.

- Participated in installation and activation of all equipment in Data Center and Comm Closets.

- OC3, ISDN, T1/T3, Frame Relay, Analog circuit installation, extension, termination, & troubleshooting.

- Created & implemented Salt & Peppering schemes to provide desktop, server, and network redundancy

- Worked with Network Operations, Engineering, Integration, as well as company business units in diagnosing, troubleshooting, & resolving company wide network problems

- Tested different media types with different testing devices including but not limited to butt sets, fiber testers, Mod-Taps, and Fluke meters

- Responsible for creation, maintenance, and accuracy of all network connectivity related databases/worksheets

### 01/99 - 6/00    Data-Tele – Telecommunications Technician – New York, NY

- Responsible for installation of data/voice infrastructure

- Implemented & installed Fiber (MMF and SMF), UTP (Cat3, Cat5, and Cat5E), Coax, BNC connectors, Patch Panels (Fiber, BNC, and Copper), RJ-45 Jacks, RJ-11 Jacks, Tech Plates, Hatches, Equipment Racks and Cabinets, Ladder Rack, Conduit, and Splice Boots. Primarily in Star and Extended Star topologies, involving large Copper and Fiber risers

- Conducted Pre-installation surveys to help determine possible IDF and MDF candidates as well as media type, implementation routes, necessary splice points (if any)

- Conducted Post-installation surveys to verify end to end connectivity, specification compliance, and resolve any over-looked problems

**01/97 – 01/99 <u>ACS – Field Technician – Hoboken, NJ</u>**

- Installed Peer to Peer and Client/Server Networks using Windows
- Performed service calls to small and medium sized businesses regarding general PC and networking problems
- Built and configured PC's to customer Specifications
- Provided and implemented technology based solutions to customer problems

<u>EDUCATION</u>

1993-1994 Rutgers University Newark, NJ
Pursued Bachelors in Computer Science

Former CCNA, completed the CCNP, A+, Network+, Security+ curriculums but did not take exams due to training budget issues at Citigroup.

<u>LANGUAGE</u>

Speak, read, and write Spanish Fluently.