

Salomon Smith Barney & Citibank

# CIB Technology
## 2001 Year-End Performance Plan/Summary

| Name (Last, First, MI) Millan, Carmelo | Job Title Intermediate Telecom Analyst | Social Security # |
|---|---|---|
| Organizational Name/Project Team: Network Integration Services / Infrastructure Group | | Review Period From: 1/1/01 To: 12/31/01 |
| Reviewer Name/Job Title Richard J. Braunagel / Assistant Vice President | | |

## Section 1 – Key job responsibilities:       REDACTED

| | |
|---|---|
| 1. | Facilitate and maintain all day-to-day network requests to include MAC's, CSR's, GPMS trouble tickets, and LOIS server requests. |
| 2. | Network Engineering/Integration deliverables to include all network related projects. |
| 3. | Provide neat and accurate cabling documentation. |
| 4. | |

## Section 2 – Assessment of job-related factors:

| | Does not meet expectations | Occasionally meets expectations | Consistently meets expectations | Usually exceeds expectations | Consistently exceeds expectations |
|---|---|---|---|---|---|
| Job proficiency/knowledge | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has a great understanding of Networking. He has successfully completed his CCNA and is currently attending classes to achieve his CCNP. I would like to see him deal more with the project at hand. | | | | |
| Quality of work | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo can be more thorough with his installations to include cable neatness, labeling, and documentation. | | | | |
| Productivity/efficiency | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo utilizes his time productively when working on particular projects. | | | | |
| SDLC compliance/testing | ☐ | ☐ | ☐ | ☐ | ☐ |
| Supporting comments | Not applicable | | | | |
| Teamwork/interpersonal skills | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Would like to see Carmelo work more effectively with all people across different levels associated with a particular task. | | | | |
| Service | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo should provide more follow through with his tasks. | | | | |
| Initiative | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo needs to be told what to do on a constant basis. I would like to see him become more proactive in his assignments. | | | | |
| Communication | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo should learn to communicate better with his peers and people across different levels. He should become more respectful of peoples' ideas and opinions. | | | | |

CTI0000322

## Section 3 – Assessment of Managerial Factors:

| | Does not meet expectations | Occasionally meets expectations | Consistently meets expectations | Usually exceeds expectations | Consistently exceeds expectations |
|---|---|---|---|---|---|
| **FINANCIALS** | | | | | |
| Job Actual vs. Forecast | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cost Per FTE | ☐ | ☐ | ☐ | ☐ | ☐ |
| Recruiting (Cost per hire) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Expense Management Initiative | ☐ | ☐ | ☐ | ☐ | ☐ |
| **PEOPLE** | | | | | |
| Turnover | ☐ | ☐ | ☐ | ☐ | ☐ |
| Internal Mobility | ☐ | ☐ | ☐ | ☐ | ☐ |
| Staff Development/Training | ☐ | ☐ | ☐ | ☐ | ☐ |
| Staff Morale | ☐ | ☐ | ☐ | ☐ | ☐ |
| **PROJECT DELIVERY** | | | | | |
| Completion on Time | ☐ | ☐ | ☐ | ☐ | ☐ |
| Completion on Budget | ☐ | ☐ | ☐ | ☐ | ☐ |
| Project Impact (Revenue/Cost Returns) | ☐ | ☐ | ☐ | ☐ | ☐ |
| **CUSTOMER SATISFACTION** | | | | | |
| Survey Results | ☐ | ☐ | ☐ | ☐ | ☐ |
| **CONTROLS** | | | | | |
| Major Business Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| Business Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| Project Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| **WELLNESS/OUTAGES** | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Support Costs | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Problems | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Assessment | ☐ | ☐ | ☐ | ☐ | ☐ |

### OVERALL PERFOMANCE ASSESSMENT 1/1/01 TO 12/31/01

| Does not meet expectations | Occasionally meets expectations | Consistently meets expectations | Usually exceeds expectations | Consistently exceeds expectations |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

### OVERALL PERFORMANCE SUMMARY FOR 1/1/01 TO 12/31/01:

Carmelo has successfully completed his CCNA class approximately 5 months ago and is currently attending classes to achieve his CCNP. I believe that his being a part of the Infrastructure group is not utilizing his experience to the utmost of his abilities. I believe that Carmelo may not feel challenged by the work within the Infrastructure group and I find that relocating him into another group whether it be Integration or Systems Admin may be a little more beneficial to his needs.

**PRIMARY AREAS FOR IMPROVEMENT/SKILL ENHANCEMENT:**

I believe that Carmelo should spend more of his time with the problem at hand. I believe that when faced with a problem, the solution may be right in sight but he spends too much time analyzing the issue.

I believe that Carmelo should put more effort into his communication skills and learn to deal with people across different levels.

**APPRAISEE'S COMMENTS:**

Employee Signature and Date: _____

(Signature acknowledges that a discussion of this document has taken place, but does not indicate that I necessarily agree with this appraisal of my performances.)

Manager Signature and Date: _____

Next Level Management and Date: _____

3

CTI0000324

**Ratings guide:**

1. **Consistently exceeds expectations**
   - Performance always exceeds required level of proficiency; tasks were consistently completed with a high level of quality that was clearly visible and recognized by others.
   - Performance expectations were met with little direction from management; appraisee took on and completed work that was beyond the normal scope of the job responsibilities and demonstrated high levels of participation, initiative, and success.

2. **Usually exceeds expectations**
   - Performance usually exceeded required level of proficiency.
   - Performance expectations were met with less direction from management than anticipated; appraisee initiated ideas and methods that improved the work area of changed the position.

3. **Consistently meets expectations**
   - Performance consistently met required level of proficiency.
   - Performance expectations were met at a normal pace with average direction from management.

4. **Occasionally meets expectations**
   - Performance sometimes met required level of proficiency; improvement needed.
   - Completion of responsibilities required more than acceptable time and attention by manager.

5. **Does not meet expectations**
   - Performance consistently did not meet required level of proficiency and expected performance; immediate improvement is necessary.
   - Completion of responsibilities required excessive time and attention by manager.

**Description of job factors:**

**Job proficiency/Knowledge:** Technical knowledge and ability is commensurate with job title and level of experience. Applies technical skills to the job. Understands technical environment and businesses supported.

**Quality of work:** Work is thorough, accurate, and complete. Develops appropriate test plans and executes them successfully. Adheres to standards, high level of client satisfaction.

**Productivity/efficiency:** Produces required amount of work within planned timeframes.... meets deadlines. Uses corporate resources effectively. Utilizes appropriate tools. Leverages existing assets.

**Teamwork/interpersonal skills:** Successfully works with others to achieve goals. Shares information. Maintains positive working relationships. Lends support and assistance readily.

**Service:** Responsive to client needs and those of others in the firm. Involves other in improving processes. Participates as a partner.

**Initiative:** Takes action beyond requirements. Anticipated and addresses issues directly. Resourceful. Self-starting.

**SDLC:** Understands and adheres to SDLC policy and good practices.

**Communication:** Expresses thoughts logically, clearly, and concisely. Listens well and respond appropriately.

CTI0000325