# citigroup

## Technology Infrastructure
## 2005 Year-End Performance Review

| Name (Last, First, MI) | Job Title | GEID # |
|---|---|---|
| Millan, Carmelo | Associate Engineer | 0003465301 |
| Organizational Name/Project Team: | | Review Period |
| Network Engineering / Product Management | | From: 1/1/05 To: 11/30/05 |
| Reviewer Name/Job Title | | |
| Paul Holder / Manager | | |

### Ratings Key

(1) Performance is at a level consistently and significantly beyond what is required in the position
(2) Performance is at a level that frequently goes beyond what is required in position
(3) Performance is at a level that meets what is required in position.
(4) Performance may sometime meet what is required in position, but often falls short of what is required in incumbent's position
(5) Performance is at a level that consistently falls short of what is required in position.
(6) Too soon to rate; in position less than six (6) months.

### Section 1 – Key job responsibilities:

| | |
|---|---|
| 1. | Management of the CTI GE Lab Migration to Warren, NJ |
| 2. | Coordination of all Product Development lab activities for CTI GE |
| 3. | Staging and preparation of all CTI GE test environments |
| 4. | Tracking of all evaluation equipment into the CTI GE Lab |
| 5. | Oversight of control processes and procedures for the CTI GE Lab |

### Section 2 – Assessment of job-related factors:

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| Job proficiency/knowledge | | ☒ | | | |
| Supporting comments | Drawing on his experience, Carmelo was able to perform multiple roles in the Lab Migration Project. He acted as project manager, infrastructure technician, datacenter management, and network integration ||||||
| Quality of work | | | ☒ | | |
| Supporting comments | Consistently meets the expectations of his clients on a timely basis regardless of the technologies involved. ||||||
| Productivity/efficiency | | ☒ | | | |
| Supporting comments | Along with being able to consistently manage multiple tasks from eight different engineering disciplines, Carmelo was able to work on the Lab migration project and at the same time train a new resource in the lab coordinator role ||||||
| SDLC compliance/testing | | | ☒ | | |
| Supporting comments | Performed access entitlement review for CTI GE Lab and software licensing inventory for GNE. Carmelo also finalized the overall Procedure Control Manual for the Global Engineering Lab ||||||
| Teamwork/interpersonal skills | | | ☒ | | |
| Supporting comments | Carmelo has been able to maintain good working relationships with representatives from eight different engineering disciplines whose requirements and priorities often contradict each other ||||||
| Service | | ☒ | | | |
| Supporting comments | Has continually been able to maintain a high level of client satisfaction in spite of increased duties and scope ||||||
| Initiative | | ☒ | | | |

| | | | | | |
|---|---|---|---|---|---|
| Supporting comments | Carmelo, without being asked, will stay late and come in on weekends to make sure that the job gets done | | | | |
| Communication | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Keeps manager informed of important issues and escalates issues when necessary | | | | |

## Section 3 – Assessment of Managerial Factors (if applicable):

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| **FINANCIALS** | | | | | |
| Job Actual vs. Forecast | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cost Per FTE | ☐ | ☐ | ☐ | ☐ | ☐ |
| Recruiting (Cost per hire) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Expense Management Initiative | ☐ | ☐ | ☐ | ☐ | ☐ |
| **PEOPLE** | | | | | |
| Turnover | ☐ | ☐ | ☐ | ☐ | ☐ |
| Internal Mobility | ☐ | ☐ | ☐ | ☐ | ☐ |
| Staff Development/Training | ☐ | ☐ | ☐ | ☐ | ☐ |
| Staff Morale | ☐ | ☐ | ☐ | ☐ | ☐ |
| **PROJECT DELIVERY** | | | | | |
| Completion on Time | ☐ | ☐ | ☐ | ☐ | ☐ |
| Completion on Budget | ☐ | ☐ | ☐ | ☐ | ☐ |
| Project Impact (Revenue/Cost Returns) | ☐ | ☐ | ☐ | ☐ | ☐ |
| **CUSTOMER SATISFACTION** | | | | | |
| Survey Results | ☐ | ☐ | ☐ | ☐ | ☐ |
| **CONTROLS** | | | | | |
| Major Business Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| Business Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| Project Issues | ☐ | ☐ | ☐ | ☐ | ☐ |
| **WELLNESS/OUTAGES** | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Support Costs | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Problems | ☐ | ☐ | ☐ | ☐ | ☐ |
| Production Assessment | ☐ | ☐ | ☐ | ☐ | ☐ |

## OVERALL PERFOMANCE ASSESSMENT 2005

| Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

## OVERALL PERFORMANCE SUMMARY FOR 2005

Carmelo continues to be an integral part of CTI Global Engineering efforts and successes. The scope of Carmelo's job has increased significantly over the last twelve months. In addition to his overwhelming day-to-day responsibilities, he assumed total responsibility for the build out of the Warren lab facility. Multiple teams usually manage a project of this scope. Because this was not categorized as a "production" migration, some of these groups were not involved. Carmelo had to fill a number of different roles throughout the project. In spite of this, Carmelo has continued to provide great service to his many clients in CTI Global Engineering, as well as train a new member to the Lab Coordination team.

Carmelo has shown a great deal of versatility, commitment and resilience to ensure that the CTI GE Lab migration to Warren, NJ will be a success. He has had to act as the central point of contact to multiple external groups as part of the GE Lab Migration to Warren. He was the central point for everything from phones and desktops to the design and layout out of the new Warren facility.

There were many hurdles and roadblocks during the CTI GE Lab Migration project. Carmelo did everything from tracking missing purchase orders, to correcting mistakes in project paperwork such as the CEP, to ensuring that all GE requirements were accounted for by the PMO. In addition to all the administrative tasks surrounding the project, Carmelo was also responsible for gathering all the technical requirements from all GE disciplines to ensure that these groups would not lose any functionality / productivity when they move to Warren. Carmelo effectively performed the tasks of at least 4 different teams (Network infrastructure, Network Integration, Datacenter Planning, Project Management Office).

As challenging as it is, the CTI GE Lab Migration project is a good growth opportunity for Carmelo. It allows him to utilize many of the skills and technical knowledge that he already has, and at the same time enhance his project management, task prioritization and organizational skills.

Carmelo has grown a great deal professionally over the last year. This growth will help him to better cope with the increased responsibilities and opportunities that await him in Warren. With his continued dedication and commitment, Carmelo will make the new Global Engineering Lab facility in Warren a model to be emulated across Citigroup.

**2005 Accomplishments:**

1) Finalized all lab processes and procedures and enforced them for BAU
2) Built the network infrastructure to firewall the Warren GE Lab from Citigroup production network
3) Finalized work request procedures and SLA's for the Warren lab
4) Coordinated the lab-insource of infrastructure services to have a local presence in the Warren lab in order to minimize required access to production – (There were budget and hardware constraints. All services that were not affected by these constraints were replicated in the lab)

CTI0000343

**PRIMARY AREAS FOR IMPROVEMENT/SKILL ENHANCEMENT:**

**Management of Expectations** – Carmelo has improved in this area with the use of project plans. There is still some room for improvement though. Project Management training should help Carmelo to improve more in this area.

**Task Prioritization** – Improve on "quick wins". When faced with tasks of similar priority, Carmelo should try to accomplish tasks that do not require much effort first and utilize SLA's to assist in task prioritization. Carmelo has improved in this area as well. Based on the number of tasks and deliverables required for the Lab Migration project and a lack of resources to assist, Carmelo had to get as many "quick wins" as possible. An example was taking the time to identify non-critical equipment that could me migrated early to minimize downtime to critical systems during their migration.

**Communication: Reporting of accomplishments** – Carmelo needs to consistently provide weekly highlights for inclusion into monthly rollup reports. One of Carmelo's goals for 2006 will be to implement automation of Lab Requests with the Work Tracking System (WTS). This way he can quickly run reports to generate metrics and accomplishments.

**2006 Goals:**
1) Complete the migration of 388 Greenwich, 250 West St., Rutherford, NJ, 111 Wall St. labs to Warren
2) Migrate EMS/NMS management platforms to the GE Warren Lab facility
3) Look for opportunities to continually automate processes
   a. Integrate Lab Requests into the WTS system to streamline workflow and enable metric reporting
   b. Ensure that WiseTrac is fully functional and accurate for inventory control
   c. Investigate a matrix switching solution to facilitate remote reconfiguration of testbeds in the lab

**2006 Skill Enhancement:**
1) Continue to work on items noted in mid-year 2005
2) Communication: Carmelo is very dedicated and cares tremendously about the work that he does, and the quality of that work. Carmelo can at times let his emotions show too much. Example: The Warren Lab Migration project was not run effectively nor was it smooth-flowing by any means (by no fault of Carmelo). It made Carmelo's job that much more difficult and was constant source of frustration. At times, on the conference calls with GE stakeholders, Carmelo let his frustration show a little too much. I think that in some instances, it may have raised the anxiety level of some stakeholders prematurely. The course "Increasing Communication Skills" should help Carmelo in this area.
3) Carmelo should also complete Project Management and Time Management training.

**APPRAISEE'S COMMENTS:**

Employee Signature and Date: _____

(Signature acknowledges that a discussion of this document has taken place, but does not indicate that I necessarily agree with this appraisal of my performances.)

Manager Signature and Date: _____

Next Level Management and Date: _____



CTI0000344

**Description of job factors:**

**Job proficiency/Knowledge:** Technical knowledge and ability is commensurate with job title and level of experience. Applies technical skills to the job. Understands technical environment and businesses supported.

**Quality of work:** Work is thorough, accurate, and complete. Develops appropriate test plans and executes them successfully. Adheres to standards, high level of client satisfaction.

**Productivity/efficiency:** Produces required amount of work within planned timeframes.... meets deadlines. Uses corporate resources effectively. Utilizes appropriate tools. Leverages existing assets.

**Teamwork/Interpersonal skills:** Successfully works with others to achieve goals. Shares information. Maintains positive working relationships. Lends support and assistance readily.

**Service:** Responsive to client needs and those of others in the firm. Involves other in improving processes. Participates as a partner.

**Initiative:** Takes action beyond requirements. Anticipated and addresses issues directly. Resourceful. Self-starting.

**SDLC:** Understands and adheres to SDLC policy and good practices.

**Communication:** Expresses thoughts logically, clearly, and concisely. Listens well and respond appropriately.

CTI0000345