| Project_ID | Project Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2004 | Hours - trshrs Feb Hours 2004 | Hours - trshrs Mar Hours 2004 | Hours - trshrs Apr Hours 2004 | Hours - trshrs May Hours 2004 | Hours - trshrs Jun Hours 2004 | Hours - trshrs Jul Hours 2004 | Hours - trshrs Aug Hours 2004 | Hours - trshrs Sep Hours 2004 | Hours - trshrs Oct Hours 2004 | Hours - trshrs Nov Hours 2004 | Hours - trshrs Dec Hours 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200355201ds | Core - BAU Lab Testing/Standar | Carmelo Millan | cm76322 | INFRASTRUCTURE | | 120 | 109 | 112 | 148 | 107 | 96 | 0 | 87 | 121 | 143 | 103 | 0 |
| 200355201ds | Core - BAU Lab Testing/Standar | Carmelo Millan | cm76322 | TESTING SUPPORT | | 115 | 128 | 102 | 98 | 127 | 76 | 0 | 108 | 89 | 144 | 81 | 0 |
| 200417757 | Core - BAU Bandwidth Analysis | Carmelo Millan | cm76322 | INFRASTRUCTURE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CTI00001253
CONFIDENTIAL

| Project_ID | Project_Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2005 | Hours - trshrs Feb Hours 2005 | Hours - trshrs Mar Hours 2005 | Hours - trshrs Apr Hours 2005 | Hours - trshrs May Hours 2005 | Hours - trshrs Jun Hours 2005 | Hours - trshrs Jul Hours 2005 | Hours - trshrs Aug Hours 2005 | Hours - trshrs Sep Hours 2005 | Hours - trshrs Oct Hours 2005 | Hours - trshrs Nov Hours 2005 | Hours - trshrs Dec Hours 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200518090 | C1_CTI Global Engineering Lab Management | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 228 | 60 | 147 | 214 | 84 | 154 | 242 | 216 | 0 | 277 | 232 | 0 |
| 200518094 | C1_CTI GNE - Lab Testing/Standards | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 104 | 50 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200518098 | C4_CTI GNE - Audit Activities | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200518184 | NE_Control Processes and Procedures | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 8 | 36 | 84 | 25 | 0 | 24 | 0 | 0 | 0 | 0 |
| 200518188 | C4_CTI GNE_Compliance Deliverables | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 44 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200518208 | E1_CTI GNE_Product Development QA | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200518210 | C4_CTI GNE_Self Assessment | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CTI00001254 CONFIDENTIAL

| Project_ID | Project_Name | Employee | Employee_StdID | Phase_Name | Task_Name | Hours - trshrs Jan Hours 2006 | Hours - trshrs Feb Hours 2006 | Hours - trshrs Mar Hours 2006 | Hours - trshrs Apr Hours 2006 | Hours - trshrs May Hours 2006 | Hours - trshrs Jun Hours 2006 | Hours - trshrs Jul Hours 2006 | Hours - trshrs Aug Hours 2006 | Hours - trshrs Sep Hours 2006 | Hours - trshrs Oct Hours 2006 | Hours - trshrs Nov Hours 2006 | Hours - trshrs Dec Hours 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200518090 | C1_CTI Global Engineering Lab Management | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 280 | 204 | 280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200518184 | NE_Control Processes and Procedures | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 0 | 0 |
| 200623188 | GVCC - Warren Lab Development | Carmelo Millan | cm76322 | INFRASTRUCTURE | - | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200623188 | GVCC - Warren Lab Development | Carmelo Millan | cm76322 | PROJECT MANAGEMENT | - | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200623188 | GVCC - Warren Lab Development | Carmelo Millan | cm76322 | SME SUPPORT | - | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200623188 | GVCC - Warren Lab Development | Carmelo Millan | cm76322 | TESTING SUPPORT | - | 0 | 0 | 0 | 0 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200627754 | NE_Lab Support | Carmelo Millan | cm76322 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 136 | 152 | 184 |

CTI00001255
CONFIDENTIAL