CARMELO MILLAN

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN, individually, :  CIVIL ACTION

and on Behalf of All Other      :

Persons Similarly Situated      :

        Plaintiffs      :

                :

                :

    vs.      :

                :

                :

                :

CITIGROUP, INC.,                :

CITIGROUP TECHNOLOGY, INC.      :

        Defendants      :  NO. 07-CIV-3769



----------

Wednesday, January 16, 2008

----------

    Deposition of CARMELO MILLAN, taken pursuant to
notice at the law office of Morgan, Lewis & Bockius,
LLP, 101 Park Avenue, New York, New York, on the above
date, beginning at approximately 10:00 a.m., before
Charles P. Carmody, Registered Professional Reporter
and Notary Public.

-------------------------------------------

CHARLES P. CARMODY & ASSOCIATES

Court Reporting Services

P.O. Box 525

Ambler, Pennsylvania  19002

(215) 646-2599 * deposition1@verizon.net

CARMELO MILLAN

Page 2

```
 1    APPEARANCES:

 2

 3       LOCKS LAW FIRM
         BY:   JANET WALSH, ESQUIRE
 4             110 East 55th Street, 12th Floor
               New York, New York  10022
 5       Representing the Plaintiffs

 6

         MORGAN, LEWIS & BOCKIUS, LLP
 7       BY:   SARAH E. BOUCHARD, ESQUIRE
               SARAH E. PONTOSKI, ESQUIRE
 8             1701 Market Street
               Philadelphia, Pennsylvania  19103
 9       Representing the Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

CARMELO MILLAN

Page 3

```
1                          INDEX
2    WITNESS                                    PAGE
3    CARMELO MILLAN
4        Examination by Ms. Bouchard              5
         Examination by Ms. Walsh               133
5
                         ----------
6
7                        EXHIBITS
8    NUMBER            DESCRIPTION              PAGE
9    Millan-1      Resume of Carmelo Millan       15
10   Millan-2      Formal Written Warning, dated  26
                   09/06/06
11
     Millan-3      Technology 2004 Year-End       37
12                 Performance Review
13   Millan-4      CCNA Career Certification      55
                   and Paths
14
     Millan-5      Technology 2003 Year-End       74
15                 Performance Review
16   Millan-6      Technology 2004 Year-End       98
                   Performance Review
17
     Millan-7      Technology 2005 Year-End      109
18                 Performance Review
19   Millan-8      Combined Assessment Year End  112
                   2006
20
     Millan-9      Pay Inquiry for Pay Period    119
21                 12/16/06 to 12/31/06
22   Millan-10     2001 Payroll Summary as of    120
                   12/28/01
23
24
```

CARMELO MILLAN

Page 4

1                          EXHIBITS

2   NUMBER              DESCRIPTION                    PAGE

3   Millan-11    CTI-Global Engineering Lab            128
                 Process Control Manual,
4                388/12 Greenwich Street, NY, NY,
                 04/18/05
5
    Millan-12    CTI-Global Engineering Lab            128
6                Process Control Manual,
                 Warren, NJ, 02/24/06
7
    Millan-13    CTI-Global Engineering Lab            128
8                Process Control Manual,
                 Warren, NJ, 08/11/06
9
10  Millan-14    CTI-Global Engineering Lab            128
                 Process Control Manual,
11               Warren, NJ, 11/06/06
12  Millan-15    CTI-Global Engineering Lab            128
                 Process Control Manual,
13               Warren, NJ, 11/06/06
14
    Millan-16    CTI-Global Engineering Lab            128
15               Process Control Manual,
                 Warren, NJ, 02/22/07
16
17
18
19
20
21
22
23
24

CARMELO MILLAN

Page 5

```
 1                         PROCEEDINGS

 2

 3                    CARMELO MILLAN,

 4         having been first duly sworn, was examined and

 5         testified as follows:

 6

 7                    EXAMINATION

 8

 9  BY MS. BOUCHARD:

10  Q.           Mr. Millan, my name is Sarah Bouchard, and

11  this is my colleague, Sarah Pontoski.  Together we

12  represent CTI and Citigroup in the case that you've

13  brought against it.

14              Today we're going to be taking your

15  deposition.  What that means is that the court reporter

16  is going to be taking down everything that you say.

17              So as a result, I need you to allow me to

18  complete my question before you begin to answer, so

19  that the court reporter can get down both completely,

20  the question and the answer.

21              Do you understand that?

22  A.           Yes.

23  Q.           Please speak clearly to each answer.  The

24  court reporter can't take down nods of the head or
```

CARMELO MILLAN

Page 6

1   visual inferences.  So "yes," "no," and verbal

2   responses are the best answers.

3           Do you understand that?

4   A.      Yes.

5   Q.      If you don't understand or hear a question,

6   just let me know and I'll repeat it.  If there's a term

7   that you don't understand, let me know that as well and

8   I'll try to explain it to you.

9           If you do answer a question, though, I'm

10  going to assume that you've understood it, unless you

11  tell me otherwise.

12          So please tell me if I ask a confusing

13  question or if you don't understand the question, okay?

14  A.      That's fine, yes.

15  Q.      If you're tired or if you need to take a

16  restroom break, this isn't an endurance contest, so

17  please feel free to do that.

18          All I ask is that you answer the questions

19  which I've posed to you that are pending, and then you

20  can take a break.

21          Do you understand that?

22  A.      Yes.

23  Q.      Your attorney at times may object to a

24  certain question that I'm asking.  She will be noting

CARMELO MILLAN

Page 7

1    the objection for the record.

2           Unless she specifically instructs you not to

3    answer, you should answer the question once her

4    objection is noted for the record.

5           Do you understand that?

6    A.      Yes.

7    Q.      Finally, you're under oath, which is no

8    different than if you were sitting in a courtroom in

9    front of a judge and jury.

10          Do you understand that?

11   A.      Yes.

12   Q.      Okay.  Great.

13          Mr. Millan, are you on any medication that

14   would possibly impair your memory today?

15   A.      No.

16   Q.      Have you taken any medication today?

17   A.      No.

18   Q.      Is there any reason why your memory of past

19   events while you worked at CTI, would be impaired in

20   any way?

21   A.      Not that I'm aware.

22   Q.      Are you under a doctor's care for any

23   condition?

24   A.      No.

CARMELO MILLAN

Page 8

1    Q.        Have you produced all documents relating to

2    your employment at CTI?

3    A.        Everything I could, yes.

4    Q.        We did not receive W-2s and tax information.

5             Do you still have that on record?

6    A.        I probably have my 2006 W-2.

7             I have moved in the interim and I might have

8    misplaced, like, my 2005.  I think my accountant might

9    have copies of it, but Citigroup should have copies of

10   it.

11   Q.        What we're looking for specifically is your

12   tax returns, okay?

13   A.        Yeah.

14   Q.        Do you think you could get those from your

15   accountant?

16   A.        Yes.

17                    MS. WALSH:  We'll take that under

18        advisement.

19                    MS. BOUCHARD:  Okay.

20                    MS. WALSH:  I'm sure we agreed to

21        produce the tax returns.

22                    MS. BOUCHARD:  Okay.

23   BY MS. BOUCHARD:

24   Q.        The reason why we would be asking for the tax

CARMELO MILLAN

Page 9

1    returns is to see if you had any other employment while

2    at Citigroup.

3            It goes to the hours worked and how much

4    potential overtime you may have worked if you had

5    another job.

6    A.      I wasn't employed anywhere else other than

7    Citigroup for my entire career there.

8    Q.      Do you recall receiving discovery requests in

9    this case?

10   A.      What exactly is a discovery request?

11           I received interrogatories.

12   Q.      Do you remember receiving the

13   interrogatories?

14   A.      Yes.

15   Q.      When about did you receive the

16   interrogatories?

17   A.      I don't know.  About two months ago, I think.

18   Q.      Two months ago?

19   A.      Yes.

20   Q.      So would that be December?

21   A.      No, I'm sorry.  No.

22                   MS. WALSH:  This is January.

23                   THE WITNESS:  This is January.  It

24        was probably sometime in November.

CARMELO MILLAN

Page 10

1   BY MS. BOUCHARD:

2   Q.        **You received the interrogatories in November?**

3   A.        Yes.

4                   MS. WALSH:  If you don't recall

5         specifically, you can respond --

6                   THE WITNESS:  Yeah, I don't recall

7         specifically.

8                   MS. WALSH:  -- that you don't

9         recall.

10  BY MS. BOUCHARD:

11  Q.        **But it was sometime in November?**

12  A.        No, I can't -- you can't hold me to that.  I

13  mean, I'm just saying more or less about two months

14  ago.

15        It could have been two -- anywhere from two

16  to four months ago.  I know it's been in the past four

17  months.

18  Q.        **You provided answers to your attorneys about**

19  **those interrogatories?**

20  A.        Correct.

21  Q.        **Did you review those answers before they went**

22  **out?**

23  A.        Yes, I did.

24  Q.        **When about did you do that?**

CARMELO MILLAN

Page 11

1  A.        I think about a month ago.

2  Q.        **Now, in your interrogatories you mentioned**

3  **various people that you thought had knowledge of your**

4  **claims.**

5  A.        Correct.

6  Q.        **One was Don Allecci.**

7            **For the record, that's A-L-L-E-C-C-I.**

8  A.        I believe that's the spelling, yeah.

9  Q.        **What does he have knowledge of with respect**

10 **to your claims?**

11 A.        Don was essentially a manager of Citigroup

12 and he was -- he was the CTI manager.  So he was just

13 familiar with titles, job descriptions, job functions,

14 so on and so forth -- compensation practices.

15 Q.        **Did he have a day-to-day understanding of**

16 **what you did on a daily basis?**

17 A.        That, I wouldn't be able to tell you.

18 Q.        **Did he manage you directly?**

19 A.        No, he did not.

20 Q.        **You say he was the CTI head?**

21 A.        He was one of the three CTI technology heads.

22 In particular, he was the technology head, I'm not

23 mistaken, in charge of support.

24                    (Whereupon, a discussion was held

CARMELO MILLAN

Page 12

```
 1            off the record.)

 2                        THE WITNESS:  He was the technology

 3            head in charge of support, of technology support.

 4   BY MR. BOUCHARD:

 5   Q.        This is not a criticism, but, if you could,

 6   just go a little slower for the court reporter, if

 7   that's okay.

 8   A.        That's fine.

 9   Q.        Where was CTI located?

10                        MS. WALSH:  When?

11   BY MS. BOUCHARD:

12   Q.        At the time of your resignation.

13   A.        It was, I mean, everywhere.

14            I wouldn't be able to answer that quite

15   specifically, because from the standpoint -- what

16   aspect of CTI.

17            I mean, CTI was an organization that

18   supported Citigroup Technology, if I'm not mistaken.

19            So, it's like 90 percent of the technology

20   within Citigroup, right.

21   Q.        Where did Don Allecci sit?

22   A.        He sat at 388 Greenwich Street.

23   Q.        Did you say 338 Greenwich Street?

24   A.        388.
```

CARMELO MILLAN

1    Q.        388 Greenwich Street?

2    A.        Yes.

3    Q.        That's in New York City?

4    A.        Yes.  It's downtown Manhattan.  Tribeca.

5    Q.        At the time of your resignation, where did

6    you work?

7    A.        Warren, New Jersey.

8    Q.        When did you start working in Warren, New

9    Jersey?

10   A.        I think about 2005.

11   Q.        Did you work in Warren through your

12   resignation in 2007?

13   A.        Yes, I did.

14   Q.        Who is Meredith Prange, P-R-A-N-G-E?

15   A.        Meredith Prange, she was the managing

16   director for global engineering.

17   Q.        What were her responsibilities, if you know?

18   A.        She essentially was in charge of the global

19   engineering department.

20   Q.        What was the global engineering department?

21   A.        The global engineering department was the

22   department that created standards for Citigroup --

23   technology standards to Citigroup.

24   Q.        Was that part of CTI?

CARMELO MILLAN

Page 14

1   A.        Yeah, I assume so.

2   **Q.        Did she have any day-to-day supervision over**

3   **you?**

4   A.        Not directly, no.

5   **Q.        Would she have knowledge of your job duties?**

6   A.        I would assume so, yeah.

7   **Q.        Why would you assume so?**

8   A.        Because I worked for her for -- I mean, the

9   lab was a large part of what global engineering did.

10  So she was aware of the fact that I was in the lab

11  supporting it.

12  **Q.        When you say, "the lab," do you mean the lab**

13  **in Warren, New Jersey?**

14  A.        No, the lab -- I mean -- I'm referring to the

15  lab as an entity, right.  Like essentially what was

16  used to form the evaluations that global engineering

17  did, right.

18            So there was various lab facilities.

19  Initially, I started working out of 388 Greenwich, and

20  then eventually moved in to Warren.

21  **Q.        When did you start working at 388 Greenwich.**

22  A.        I think around 2005 -- no, I think it was

23  actually earlier than 2005.  Probably 2003, probably.

24  **Q.        2003?**

CARMELO MILLAN

Page 15

1    A.         Yeah.

2    Q.         **Who is Doug Johnston?**

3    A.         Doug Johnston was the -- he was the first VP

4    in network integration, the group I worked for prior to

5    global engineering.

6    Q.         **When did you work in network integration?**

7    A.         The dates are listed on my resume.  I don't

8    recall them exactly off the top of my head.

9                       MS. BOUCHARD:  Let's mark your

10        resume.

11                       (Whereupon, a discussion was held

12        off the record.)

13                       (Whereupon, Exhibit Millan-1 was

14        marked for identification.)

15   BY MS. BOUCHARD:

16   Q.         **Mr. Millan, what we've marked as Millan-1 is**

17   **a resume that you provided to us today, and you said**

18   **that we should be able to rely on the dates in your**

19   **resume as an accurate reflection of the times of**

20   **employment at CTI?**

21   A.         More or less, yeah.

22                       MS. WALSH:  I just wanted to note

23        an objection to the mischaracterization of his

24        testimony, but go ahead.

CARMELO MILLAN

1    BY MS. BOUCHARD:

2    Q.        **Is everything in your resume, true and**

3    **correct?**

4    A.        For the most part.

5    Q.        **What isn't true and correct?**

6    A.        I mean, the resume should accurately reflect

7    -- dates might be off by a month or two.  I mean, as

8    far as recollection, it sounds great.

9    Q.        **So other than dates being off perhaps by a**

10   **month or two, are there any material errors in your**

11   **resume, that you're aware of?**

12   A.        What do you mean by material errors?

13   Q.        **I guess it's true and correct to the best of**

14   **your knowledge?**

15   A.        Yes.

16   Q.        **You prepared it?**

17   A.        Yeah.

18   Q.        **When did you prepare it?**

19   A.        Recently, I've been seeking employment.  So I

20   was -- actually when I left Citigroup, I was trying to

21   be self employed and incorporate myself.

22            In the meantime, recently I've decided to

23   begin to look for work outside of that.  So I've been

24   working on my resume.  It's been an ongoing thing.

CARMELO MILLAN

Page 17

1    Q.        So when is the first time you started working

2    on your resume?

3    A.        Probably say like a month ago.

4    Q.        Did you ever get incorporated?

5    A.        No.

6    Q.        I'm going to come back to your resume, but

7    I'm going to finish off with some of the names that

8    you've listed in your interrogatories.

9    A.        That's fine.

10   Q.        You mentioned Garfield Spence.

11   A.        Yes.

12   Q.        Who is he?

13   A.        He was the hiring manager who pretty much

14   gave me the job at Citigroup and gave -- he walked me

15   through my initial responsibilities there.

16   Q.        Was he your direct or indirect manager in

17   network integration?

18   A.        With all the re-orgs and stuff, at some point

19   he might have been my direct.  At other points --

20             What do you mean by direct manager, because

21   we had team leads, we had VPs, we had assistant VPs.

22   Q.        That's a good question.

23             Would the team leads have the most day-to-day

24   knowledge of your responsibilities?

CARMELO MILLAN

Page 18

1    A.        Yeah.

2              In which case, he was not a team lead.

3    Q.        **He was not a team lead?**

4    A.        No.

5    Q.        **So he may have some knowledge, but not what I**

6    **would call the most day-to-day knowledge?**

7    A.        No.

8    Q.        **Now, let's go to Richard Braunagel.**

9    A.        Yes.

10   Q.        **Who is he?**

11   A.        He was my initial day-to-day manager at

12   Citigroup.

13   Q.        **What about Thomas Saranello?**

14   A.        He was one of my day-to-day managers at

15   Citigroup as well, routinely.

16   Q.        **Paul Holder?**

17   A.        Paul Holder was my day-to-day manager when I

18   was in global engineering.

19   Q.        **What about Naseer Ibrahim?**

20             **Is that how you say his name?**

21   A.        Yes.

22             He was my coworker in the lab.

23   Q.        **When you say, the lab, do you mean at**

24   **Greenwich Street, or do you mean at Warren, New Jersey?**

CARMELO MILLAN

1    A.        Both.

2    Q.        **Both, okay.**

3             **So since 2003, was he your coworker?**

4    A.        No.  I think he got hired on in 2005.

5    Q.        **Was your title in Warren lab coordinator?**

6    A.        No.  Actually, my title was network engineer.

7    Q.        **Network engineer?**

8    A.        Yeah.

9             Which was not indicative of my job

10   responsibility.  I was not engineering networks.

11   Q.        **Understood.**

12            **Was that the title of Naseer?**

13   A.        Maybe junior network engineer, for lack of a

14   better title.

15            Essentially, we were -- what had occurred in

16   the Warren lab -- well, in the lab facilities with

17   global engineering in general, was that they tried to

18   in-source the technology support for the facility

19   because it was costing them too much money.

20            I came from network integration.  When I was

21   working in network integration, I was supporting the

22   lab facilities at 388 Greenwich for global engineering.

23            We supported the entire building from a

24   network standpoint, right.  So as far as connections to

CARMELO MILLAN

Page 20

1    the network, cabling, installing hardware, right.  So

2    essentially I served in that capacity while I was in

3    network integration.

4           They realized that it was costing them too

5    much money due to the frequency of their changes.

6    Since it was a lab facility, they were receiving

7    equipment all the time, evaluating it in three-month

8    cycles and returning it, right.

9           So they created a position to support the lab

10   within global engineering.  I went into that position.

11   They gave me a network engineering title.  But in

12   essence, I was actually supporting the lab from the

13   same perspective, from a cabling, installation, you

14   know, helping them facilitate through a testing

15   standpoint.

16   Q.        I'm going to be asking you some more job

17   duties a little bit later.

18   A.        That's fine.

19   Q.        Was Naseer doing the same job duties as you?

20   A.        Correct.

21   Q.        I understand that you had responsibility for

22   the integration of the Warren lab.

23             Was he responsible for that?

24                  MS. WALSH:  Objection to the form

CARMELO MILLAN

1          of the question.

2                    Go ahead.  You can answer.

3                        THE WITNESS:  What do you mean by

4          the integration of the lab?

5    BY MS. BOUCHARD:

6    Q.        **We'll go through your job descriptions in a**

7    **little bit.**

8              **But would you say that at all times that he**

9    **had the same job duties as you?**

10                       MS. WALSH:  At all times?

11   BY MS. BOUCHARD:

12   Q.        **At all times when he was your coworker.**

13   A.        We were both essentially responsible in

14   support of the lab, yeah.  That was our responsibility.

15   Q.        **I'll ask you some further questions about**

16   **that a little later.**

17             **Then in your interrogatories, you referenced**

18   **various telecom analysts?**

19   A.        Correct.

20   Q.        **What's a telecom analyst?**

21   A.        I think a better title would be a network

22   support person, because that's essentially what he did.

23             We were responsible for the cable plants, all

24   the cabling, all the computer cabling within a given

CARMELO MILLAN

Page 22

1    Citigroup site that we were given to support.

2            So if a person had an issue with a network

3    connection and getting connectivity to the corporate

4    network or the company network, we would go there and

5    troubleshoot.

6            I mean, essentially, we'd use two primary

7    systems, a trouble ticketing system and a customer

8    service request system, which was proprietary to

9    Citigroup to receive direction on the work we were

10   performing.

11   Q.      How would you get the trouble ticket?

12           Where would that come from?

13   A.      The trouble tickets were received -- there

14   was various systems over the years.  I mean,

15   essentially they all worked the same way.

16           You were assigned a queue -- depending on the

17   side that you worked on, you were assigned to a queue.

18   People would submit tickets to the help desk, support

19   tickets to the help desk.

20           The help desk tickets would then based on

21   location and source of the problem, be routed to the

22   appropriate support personnel.

23   Q.      So you wouldn't take the intake call in the

24   first instance, right?

1    A.        No.  The help desk would receive the call

2    initially.

3    Q.        Now, in Interrogatory Number 2 you stated

4    that you worked 50 hours per week.

5                  MS. WALSH:  I'm just going to

6        object to what it actually says.

7    BY MS. BOUCHARD:

8    Q.        Would you like me to read your response?

9    A.        Sure.

10                 MS. WALSH:  Off the record.

11                 (Whereupon, a discussion was held

12        off the record.)

13    BY MS. BOUCHARD:

14    Q.        Mr. Millan, I'm sorry.  I made a mistake.

15    It's Interrogatory 3.

16              You said that you estimated that between

17    June 1st, 2001, through the last date of your

18    employment, that you worked at least 50 hours per week.

19              Is that a correct statement?

20    A.        It might fluctuate.  But for the most part,

21    yeah.

22    Q.        When might it have fluctuated?

23    A.        That, I wouldn't be able to tell you.

24              I mean, I worked for Citigroup a long time.

CARMELO MILLAN

Page 24

1    When I took vacations, if I was sick, if the workload

2    wasn't there, right.

3             But on average, I mean, we were instructed

4    actually to try and go 50 hours, right, especially when

5    the company was going through financial turmoil.

6             I mean, it was common knowledge within the

7    company.

8    Q.        **When was the company going through financial**

9    **turmoil?**

10   A.         Whenever the stock market was going through

11   issues, which was pretty much from like 2000, until

12   like -- well, they always made it seem like they were

13   going through turmoil.

14   Q.        **Why would you have to work more in your**

15   **position if the stock was going through alleged**

16   **turmoil?**

17                  MS. WALSH:  Objection to the form.

18             Go ahead.

19                  THE WITNESS:  I would assume -- I

20        mean, I can't speculate -- I mean, I was just

21        basically going on what the conversations were,

22        right.

23             We were told to try to book 50 hours just

24        to maintain the workload, keep ourselves busy, so

CARMELO MILLAN

Page 25

1          on and so forth, right.

2     BY MS. BOUCHARD:

3     Q.          Were you selling Citigroup products?

4     A.          No, I wasn't selling Citigroup products.

5     Q.          So you were supporting those people that sold

6     Citigroup products through your support of their

7     computer systems, correct?

8                    MS. WALSH:   Object to the form.

9                    THE WITNESS:   I was supporting

10         computer networks.  What the people did over the

11         computer networks, I wasn't necessarily aware of

12         because there was a lot of different departments

13         within Citigroup.

14             The nature of their business really

15         wasn't my concern.

16    BY MS. BOUCHARD:

17    Q.          But you weren't in the business of selling

18    Citigroup or CTI products, your job responsibilities?

19    A.          My job responsibility is to support the

20    network from a connection and connectivity standpoint,

21    right.

22    Q.          Did you ever take any leaves of absence when

23    you were working there?

24    A.          No.

CARMELO MILLAN

1    Q.         Any weeks off for illness?

2    A.         I took my vacation time.

3    Q.         Did there ever come a time when you were

4    warned that you were taking too much time off?

5    A.         Yeah, towards the end of my time at

6    Citigroup.  The end of my career at Citigroup.

7                         (Whereupon, a discussion was held

8         off the record.)

9                         (Whereupon, Exhibit Millan-2 was

10        marked for identification.)

11   BY MS. BOUCHARD:

12   Q.         Mr. Millan, what's been placed before you as

13   Exhibit 2 appears to be a formal written warning that

14   you received on September 6th, 2006.

15              What I want you to do is to read it, and then

16   we can talk about it.  Read it to yourself, and then

17   we'll talk about it.

18   A.         Okay.

19   Q.         Have you read the second page as well?

20   A.         I'm sorry.

21   Q.         Have you read the document?

22   A.         Yeah.

23   Q.         Did you receive this document around this

24   time?

CARMELO MILLAN

Page 27

1    A.          Correct.

2    Q.          **Why were you coming in late and leaving**

3    **early?**

4    A.          Essentially, first --

5                        MS. WALSH:  Objection to the form.

6    Foundation.

7                        THE WITNESS:  First and foremost, I

8    mean, at the time I signed this I was really

9    contemplating leaving Citigroup, right.

10                       This is 9/6/06.  I was leaving Citigroup

11   by March -- I left Citigroup in March of '07.

12                       We had hired -- they had hired two

13   consultants on, right.  They were supposed to

14   keep them on for six months.  Make them permanent

15   employees.  They never did.

16                       The validity of this really to me, and

17   the question at the time, I just received it and

18   pretty much signed it because I was stressed out

19   from the workload and the lack of fulfilled

20   promises that I had received while I was at

21   Citigroup.

22                       I mean, I was on -- I received this in

23   '06.  I was with global engineering since like

24   '03.

CARMELO MILLAN

Page 28

1          And from the time I took the position, I

2     told them that in order for the actual job they

3     had envisioned to be possible, right, for it to

4     be a steppingstone into global engineering, and

5     into engineering responsibilities as opposed to

6     day-to-day, like, racking, stacking, and cabling

7     responsibilities, right, that they would need

8     more people to do it.

9          I mean, on the production side of the

10    company, essentially, like the business critical,

11    on the business side of the company, the

12    income-producing side of the company, right,

13    similar jobs in similar facilities, right, were

14    staffed by more people.  So by telecommunications

15    analysts, not network engineers, right.

16          And like a facility the size of the

17    Warren facility, right, would typically be

18    staffed and really wasn't even telecommunications

19    analysts, you know, it's what Citigroup referred

20    to them as.

21          Really, what they were, were rack and

22    stack technicians and network support technicians

23    is what the industry would refer to them as.

24   BY MS. BOUCHARD:

CARMELO MILLAN

Page 29

1  Q.        Mr. Millan, I'm going to get into your job

2  duties in more detail --

3                    MS. WALSH:  Do you want to let him

4        answer the question or --

5                    MS. BOUCHARD:  Well, he really

6        isn't answering the question.

7  BY MS. BOUCHARD:

8  Q.        What I want to know is why you were late and

9  left early.

10                   MS. WALSH; Yes, he's answering the

11       question.  It's not a simple yes/no.

12                   Are you answering that question?

13                   THE WITNESS:  Yes, I'm answering

14       the question.

15 BY MS. BOUCHARD:

16 Q.        So you were stressed out --

17                   MS. WALSH:  Are you finished

18       answering the question?

19 BY MS. BOUCHARD:

20 Q.        -- because you were --

21                   MS. WALSH:  Can you let him finish

22       answering the question?  He's not done.

23                   MS. BOUCHARD:  I'll let him finish.

24 BY MS. BOUCHARD:

CARMELO MILLAN

Page 30

1   Q.        So you were stressed out because you were

2   understaffed?

3   A.        Essentially.  And because the position had

4   never really turned into what they had offered me,

5   right.

6             Like what they had offered me, was a position

7   that I believe, if I'm not mistaken, that you have a

8   job description of what they had actually offered me,

9   right.

10            What it ended up being was what they

11  advertised when I left the company, right.  Which was

12  more of an operational position as opposed to like a

13  steppingstone into engineering.

14            And I had had conversations with Amedeo about

15  staffing and, you know, essentially at that point I

16  felt abused, really, by the company.

17  Q.        Can you turn to your resume, please?

18  A.        That's fine.

19  Q.        Let's turn to the second page.

20            I know you're not going to be able to give me

21  exact dates and times when you did this, but I want to

22  go through 1/3 through 3/7 that you listed here for

23  your job duties, and ask you when in time you did these

24  job duties, okay?

CARMELO MILLAN

Page 31

1          When did you participate in the build-out and

2    daily operations in the first bullet point?

3    A.        There in the Warren migration.

4    Q.        The Warren migration?

5    A.        Yes.

6    Q.        When did that occur?

7    A.        I'm assuming -- I believe we started to

8    prepare for it like a year prior to the date that we

9    moved in.

10   Q.        So you moved in 2005?

11   A.        Yeah.

12   Q.        So you started the build-out process in 2004?

13   A.        No.  They made us aware that we were moving

14   in 2005.  I wouldn't be able to tell you exact dates,

15   but we were made aware that we would be moving to

16   Warren.

17            We started collecting information, right, in

18   regards to the lab and the assets that we needed to

19   move, so on and so forth, which was my primary input

20   into it, right, what we needed to move, capacity based

21   on what we had.

22            So essentially I was helping to collect

23   information based on the stuff that I was already

24   supporting within the lab, right.

CARMELO MILLAN

Page 32

1   Q.        When you say, participated and implemented

2   the lab data center, is that relating to the Warren

3   migration too?

4   A.        Correct.

5   Q.        Consolidating and migrating five major

6   Citigroup global engineering labs to the Warren

7   facility, was that your responsibility as well?

8   A.        No.  That was done in conjunction with a lot

9   of people.

10          They had five different facilities -- lab

11   facilities in the metro area.  I was responsible for

12   388 Greenwich.

13          Being that I would be a supporting lab in

14   Warren ultimately, they asked me to collect the

15   information of all the equipment that needed to move

16   from the tri-state labs to the Warren lab.

17   Q.        Did you evaluate all incoming testing efforts

18   and build the proper environment or engage the proper

19   engineering discipline to assist in the test efforts?

20   A.        Based on the engineer's direction, yes -- the

21   engineering staff's direction for 388 Greenwich at

22   least.  And then eventually the Warren facility, right.

23   Q.        When you were working with the engineers, how

24   many engineers were you working with in Warren?

CARMELO MILLAN

Page 33

1  A.       I think there was like three or 400 engineers

2  within, but not all three or 400 engineers were in the

3  lab at any given time.

4        I mean, they would come to us with a

5  requirement that they had for testing an implementation

6  plan, and we would receive the equipment and set it up

7  as they directed, right, based on their testing

8  requirements.

9        And if they needed help from somebody else

10  and weren't familiar -- I mean, there was 400

11  employees.  They all didn't necessarily know each

12  other.

13        We were the central point in the lab taking

14  and processing requests, right.  So we would tell them

15  who the proper people to deal with would be.

16  Q.       **Did you ever help them troubleshoot?**

17  A.       Yeah, we provided all of the network support

18  for the lab.

19  Q.       **So you weren't just taking direction, you**

20  **were helping them solve problems, correct?**

21              MS. WALSH:  Objection to the form.

22              THE WITNESS:  I was providing

23        technology support, yes.  I was helping them

24        solve problems.

CARMELO MILLAN

Page 34

1    BY MS. BOUCHARD:

2    Q.         **You say in your resume, you configured,**

3    **maintained, documented and supported development**

4    **network.**

5              **What does that mean?**

6    A.         The lab network when we moved to Warren -- I

7    took on a lot of responsibilities besides my primary

8    responsibility of supporting the lab in Warren, right.

9    Q.         **That's what I was getting at with respect to**

10   **Naseer --**

11                      MS. WALSH:  Hold on.  He's not

12        done.

13             Let him finish answering the question

14        before you come in with another question.

15                      MS. BOUCHARD:  All right.  Okay.

16   BY MS. BOUCHARD:

17   Q.         **Go ahead.  Why don't you explain those**

18   **additional responsibilities.**

19   A.         That's not what I was doing.

20             I mean, you made me lose my train of thought.

21   Q.         **Okay.  Go ahead.**

22   A.         Essentially, what was your question prior to

23   that.

24                      MS. WALSH:  Do you want to have the

CARMELO MILLAN

1          court reporter read it back?

2                    MS. BOUCHARD:  No.  I'm going to

3          ask a different question.

4    BY MS. BOUCHARD:

5    **Q.          I had asked you from your resume, you said**

6    **that you configured, maintained, documented and**

7    **supported development network.**

8    A.          All right.  When we were moving to Warren,

9    essentially we were responsible for maintaining the lab

10   network, right.

11           The lab network was essentially the

12   development network, right.  So when we moved to

13   Warren, it was deemed that we would have a general lab

14   network that would be considered the primary network

15   for the lab and would not be used for testing purposes,

16   right.

17           Paul Holder engineered the network, gave me

18   the specs and the configurations for this network,

19   right.

20           We got together, placed the orders for the

21   equipment, installed the equipment.  He gave me all the

22   configurations for the equipment.

23           I got the configurations on the equipment,

24   interconnected it, and made sure it came up from a

CARMELO MILLAN

Page 36

1    connectivity standpoint -- from a network standpoint.

2    **Q.        So you got an initial design, but then you**

3    **planned the physical layout.**

4              **Is that a good way to put it?**

5                   MS. WALSH:   Objection to the form

6         of the question.

7                   THE WITNESS:   No.   I received the

8         design and configurations for the network, right.

9         And I just made sure that they were put on the

10        equipment.

11   BY MS. BOUCHARD:

12   **Q.        So it was per spec.**

13             **Is that what you're saying?**

14   A.        I don't recall, really, if there was issues

15   for him.

16   **Q.        Did you provide Paul any input in that**

17   **process?**

18   A.        Port capacity.   So what we needed based on

19   the amount of equipment that we had, and we were moving

20   to Warren, more or less, the amount of network ports we

21   would need to house that.

22             Actually, in addition to that as well, the

23   different groups that were supported within the lab

24   were actually accounted for as well.

CARMELO MILLAN

Page 37

1              So like the port capacity per group, that's

2   it.

3                    (Whereupon, a discussion was held

4        off the record.)

5                    (Whereupon, Exhibit Millan-3 was

6        marked for identification.)

7   BY MS. BOUCHARD:

8   Q.      What's been marked as Millan-3 is your

9   performance evaluation for the period of July 1st,

10  2004, through December 31st, 2004.

11          Do you see that?

12  A.      Yeah.

13  Q.      Are you familiar with this document, or do

14  you need to read it?

15  A.      I'll go through it.

16  Q.      Okay.

17                   (Whereupon, a discussion was held

18       off the record.)

19  BY MS. BOUCHARD:

20  Q.      Looking at the first page, Section 1, "Key

21  Job Responsibilities," were those your key job

22  responsibilities?

23  A.      The wording might be misleading, right.  Let

24  me read them though.

CARMELO MILLAN

Page 38

1          The context that they should be taken in,

2    right, is as far as equipment entering and leaving the

3    lab like management of CTIG lab migration to Warren,

4    right.

5          The equipment that I was supporting, right,

6    which was my responsibility to support from a technical

7    standpoint, right, it was the management of that

8    equipment, right, moving from the 388 facility to the

9    Warren facility.

10   Q.          Let me ask you a question with that.

11              How much equipment needed to be moved and

12   migrated to Warren, New Jersey?

13   A.          From the 388 labs, probably like a couple

14   hundred devices.

15   Q.          Any estimate on how much that equipment cost?

16   A.          We were -- we had to prepare a yearly

17   insurance questionnaire.  I mean, the numbers varied,

18   but it was in the millions, essentially.

19   Q.          What about the other job responsibilities,

20   are those accurate?

21   A.          Coordination of all product development lab

22   activities for CTI GE, again, from a standpoint of --

23   no, not really, because it wasn't the coordination of

24   all product development lab activities, right.

CARMELO MILLAN

Page 39

```
 1              It was actually the installation and support,

 2    right, of the equipment that allowed the product

 3    development activities to take place.

 4    Q.        Mr. Millan --

 5                   MS. WALSH:  I'm going to object.

 6                   You keep interrupting him before he's

 7         finished his question.

 8                   MS. BOUCHARD:  Can we --

 9                   MS. WALSH:  I'm going to ask you to

10         give him the ability of allowing him to finish

11         his question.

12                   MS. BOUCHARD:  Sure.

13    BY MS. BOUCHARD:

14    Q.        Please, go ahead and finish.

15                   MS. WALSH:  Or his answer, sorry.

16    BY MS. BOUCHARD:

17    Q.        Finish your answer.

18    A.        Again, it was the installation of the

19    equipment that allowed the product development lab

20    activities to take place.

21              My support in the lab was a support role.  My

22    primary responsibilities in the lab were support roles.

23    I mean, what was envisioned, right, for the position,

24    right, and what actually was taking place on the ground
```

Page 40

1    were two different things.

2          Additional responsibilities beyond the

3    support responsibilities were thrown at me, and I was

4    told to deal with them, you know.

5          Was -- what -- I was -- throughout this

6    entire time, I was being told that they would be

7    staffing the lab properly, right, and that eventually

8    we would have a support team within the lab to handle

9    the support.

10          But really my entire time there, what I was

11    doing was supporting the lab.  And on top of supporting

12    the lab, right, I was assisting in other issues, but

13    really it was all centric, right, to me being able to

14    support the lab.

15          If the lab wasn't functioning, I didn't have

16    a job, right, essentially.

17    **Q.        So is it accurate to say that in addition to**

18    **supporting the lab, you had these other key job**

19    **responsibilities?**

20                    MS. WALSH:  Objection to the form.

21                    THE WITNESS:  No, it's not accurate

22          to say that.

23    BY MS. BOUCHARD:

24    **Q.        Mr. Millan, when you received this year-end**

CARMELO MILLAN

Page 41

1    **performance review and you read these key job**

2    **responsibilities, did you speak to Mr. Holder and say,**

3    **no, these are not my job responsibilities, these are**

4    **misleading?**

5    A.        Essentially, the performance review process

6    in Citigroup was filled with inconsistencies.

7              They would decide the amount of money that we

8    were receiving sometime in December -- well, actually,

9    probably November.

10             Like late in the year in the fourth quarter,

11   they would decide the amount of money that we were

12   receiving and how they would divide it, right.  And by

13   the time we would receive our review, the compensation

14   was already accounted for.

15             So realistically, when I looked at these

16   reviews, right, it was -- to me, it was irrelevant.  It

17   was irrelevant to what was actually written on review,

18   what the performance was, because the numbers were

19   already actually in, right.

20             So this review, that was the big beef I had

21   with Citigroup as far as like their practices were

22   concerned, right.

23             They would turn around and determine their

24   compensation, and then give you the review.  That makes

CARMELO MILLAN

1    no sense to me, right.

2    **Q.        That wasn't my question though, okay.  I**

3    **appreciate that answer.**

4              **But my question was, did you ever tell**

5    **Mr. Holder after you read these key job**

6    **responsibilities that these job responsibilities are**

7    **misleading, these are not my job responsibilities?**

8    A.        It was not relevant.  So I didn't take it in

9    that context.

10   **Q.        The question is, did you ever tell**

11   **Mr. Holder, I don't agree that these are my job**

12   **responsibilities?**

13             **It's a yes or no question.**

14   A.        I'm actually reflecting, right, upon

15   conversations we had regarding the review, right.

16             I wouldn't specifically be able to tell you

17   regarding this review.

18             But I knew throughout the course of our

19   professional relationship, I constantly asked Paul to

20   give me a proper job description -- on several

21   occasions, I asked Paul and Amedeo to give me proper

22   job descriptions, right, because the amount of

23   responsibility being thrown at me, right, pretty much

24   superceded, right, like what I was able to do based on

CARMELO MILLAN

Page 43

1    the staffing and my support responsibilities, right.

2              So I might quite possibly had that

3    conversation with Paul, not directly in regards to this

4    review.  I wouldn't be able to tell you that.

5              I can't recall if specifically I spoke to him

6    about this review, right, but I know that I had the

7    conversation with him about my job responsibilities in

8    general.

9    Q.        Can you turn to page 4 of 5 of this document?

10             I'm looking at the section titled, "Overall

11   Performance Summary."

12             In the overall performance summary box, it

13   says, "Carmelo has been able to maintain good working

14   relationships with representatives from eight different

15   engineering disciplines whose requirements and

16   priorities often contradict each other."

17             Did you agree with that statement?

18   A.        Yes.

19   Q.        The next paragraph says, "Carmelo continues

20   to be an integral part of CTI Global Engineering

21   efforts and successes.  The scope of Carmelo's job has

22   increased significantly over the last six months.  In

23   addition to his overwhelming day-to-day

24   responsibilities, he assumed responsibility for the