CARMELO MILLAN

Page 44

1   build-out of the Warren lab facility.  As time

2   consuming as this is, Carmelo has continued to provide

3   great service to his many clients in CTI global

4   engineering."

5           Do you agree with that paragraph?

6   A.      From the standpoint of supporting the

7   equipment that I was -- essentially, this -- the

8   context this all should be taken in, right, is

9   essentially my support of the lab facility, right.

10          If there is no lab facility, I have no job,

11  right.  So essentially everything that was done here,

12  right, was centric to me keeping my job, right.

13          I have a family to support.  I have a

14  daughter, right.

15  Q.      Is there anything that is misleading about

16  that paragraph?

17  A.      Depending on what spin you decide to put on

18  it, it could be misleading, yeah.  I think it's in the

19  context of really me providing support, right, really,

20  because I maintained relationships with representatives

21  of eight different engineering disciplines whose

22  requirements contradict each other.

23          Essentially, what ended up happening in the

24  lab is, you had all these different groups that were

CARMELO MILLAN

1    paying for different cabinets or different areas within

2    the lab, right.

3           Based on that, they would divvy up space,

4    they managed their space, they told me whether I can

5    use their space to install the equipment or not.  And

6    essentially, I was just going back and forth, right,

7    with them figuring out where equipment needed to be

8    installed, right.

9    **Q.      Did you assume responsibility for the**

10   **build-out of the Warren lab facility?**

11   A.      Not completely.

12          I mean, it was done -- for the aspects that

13   pertain to me as far as my job function was concerned,

14   right, and being able to move the existing lab facility

15   from 388 Greenwich to Warren, the equipment that I

16   supported, yeah, I took responsibility for that aspect

17   of it, yeah.

18   **Q.      You never told Paul Holder that you disagreed**

19   **with that portion of your performance review?**

20                 MS. WALSH:  Objection to the form.

21                 THE WITNESS:  Maybe I should

22          elaborate on exactly what was taking place,

23          right.

24                 We had a couple of hundred computers in

CARMELO MILLAN

Page 46

1       the 388 Greenwich facility that I supported,

2       right.  Those computers needed to move from 388

3       Greenwich to the Warren lab facility, right.

4              In order for them to move to the Warren

5       lab facility, right, they needed input as far as

6       what type of cabling would be necessary, what

7       type of facilities would be necessary, the amount

8       of cabinets that were necessary, based on our

9       existing setup, right.

10             So I assisted in collecting information,

11      right, and provided this information to the

12      appropriate people.

13             There were teams of people working on

14      these projects, right.  There was various labs.

15      If I'm not mistaken, they were building out 18

16      labs within the Warren facility, right.

17             So the equipment that I supported needed

18      to get to Warren, right.  Global engineering,

19      right, wasn't -- the project for whatever reason,

20      was really -- I didn't have enough experience at

21      the time, right, to determine exactly what was

22      going on.

23             I was taking direction from Paul, Amedeo,

24      Yesim Akdeniz, as far as what I needed to be

CARMELO MILLAN

Page 47

1    doing.

2        So I was doing my support

3    responsibilities.  And then on top of it they

4    were like, look, we need to move the lab to

5    Warren, right.  So, you know, help us, you know,

6    gauge what needs to happen to make that occur,

7    right.

8        It wasn't my primary job responsibility,

9    I wouldn't say, right, because my primary job

10    responsibilities and my reviews were based on the

11    lab being up and functioning.

12        If I walked in on any given date and the

13    lab was down, right, from a connectivity -- a

14    network connectivity standpoint, or the requests

15    that were taking place in the lab weren't being

16    processed and equipment wasn't getting installed,

17    right, that was my primary evaluation.

18        That's what I was primarily held to in

19    addition to all these other, like, information

20    gathering exercises that I performed, right, and

21    helping them gauge what they needed within the

22    facility at Warren, right.  That's what this is

23    relevant to.

24        So essentially we had a lab in 388

1          Greenwich.  The lab needed to move to Warren.  I

2          supported the lab, right.  The lab wasn't going

3          to move if I didn't help them do it, right.  And

4          they asked me to assist them in it.

5    BY MS. BOUCHARD:

6    **Q.        Did Naseer have the same responsibilities**

7    **with respect to the build-out of the Warren lab**

8    **facility?**

9    A.        He helped in the information gathering

10   process.  He helped to stage the equipment prepare

11   sheets, gather information, yeah.

12   **Q.        At some point did you have a dispute with**

13   **Naseer?**

14   A.        Yeah.  I don't think it's relevant to this,

15   but, I mean, what would you like to know about it?

16   **Q.        What was your dispute with Naseer?**

17   A.        Essentially, me and Naseer were coworkers.

18   And Naseer tended to go on vacation, takes days off,

19   and do other things that would affect my workload

20   within the lab.

21          So being that there was only two technicians

22   within the lab that were supporting lab requests and

23   supporting the lab in general --

24   **Q.        You and Naseer?**

CARMELO MILLAN

1    A.        Me and Naseer, right.

2              If he failed to -- if he installed something

3    and he failed to document it properly, right, and then

4    there was an issue with that machine and I went to

5    troubleshoot that issue, I would essentially need to do

6    all of the work he did all over again, right.

7              I would basically need to perform the entire

8    installation again and document it properly, so on and

9    so forth, in addition to the already excessive workload

10   that I had.

11             So I used to try to approach him on a

12   personal basis just to avoid, you know, like the whole

13   back and forth.

14             I don't want to seem like a child constantly

15   going to our managers and explaining to them that, you

16   know, this guy is grossly inadequate for the job he's

17   performing, right.  Because, really, I mean, why would

18   I even put him up there in that fashion.

19             So as a professional courtesy, right, I would

20   approach him about the things that he was failing to do

21   that were affecting me, right, which were part of his

22   job responsibilities as far as supporting the lab.

23             So he never really took to that very well.

24   He was always in denial about it, right, and he was

CARMELO MILLAN

Page 50

1    constantly causing me problems.

2              And, I mean, these are the conversations I

3    had with Paul and Amedeo about it.  And it got to the

4    point where really I wouldn't even deal with him.  I

5    would just go speak to Paul about the things that were

6    happening, right, and I would just highlight the errors

7    that he made and I wouldn't even fix them, right.

8              Because it was -- I guess since they weren't

9    in the lab performing the day-to-day activities, they

10   weren't fully aware of like what was going on and the

11   types of issues that were occurring, right, between us.

12   Q.        **So was Naseer not taking your efforts to**

13   **mentor him very seriously?**

14              MS. WALSH:  Objection to the form

15        of the question.  Mischaracterization of his

16        testimony.

17              THE WITNESS:  No, he was not -- he

18   was not cooperating.  He wasn't being a good

19   coworker, right.

20              Naseer explicitly told me that I was not

21   his manager, right.  And he was taking it from

22   the point where I was trying to manage him, and I

23   wasn't trying to manage him, right.

24              Essentially, what was occurring -- his

CARMELO MILLAN

Page 51

1    perception of what was happening, right, and what

2    was really occurring -- first of all, I didn't

3    hire him.  I didn't interview him.  If I could

4    have fired him, I would have, right.

5         And as far as the whole situation where

6    Paul was concerned, I was like, you know what?

7    Not for nothing, but really you should get rid of

8    the guy.

9         And that was my personal opinion, right,

10   as an employee speaking to our manager, right,

11   the person who does have the capacity to hire,

12   fire, discipline, so on and so forth, right.

13   BY MS. BOUCHARD:

14   Q.      **But they -- I'm sorry.  Continue.**

15   A.      But Naseer, right, my problem with Naseer was

16   that the work efforts that we cooperatively were

17   supposed to be working towards, right, weren't

18   completed cleanly on his behalf.

19         He wasn't -- he didn't take his work

20   seriously, right.  I don't know if it was due to lack

21   of knowledge or whatever the case may be.

22         Really, most of it was typos.  Like data

23   entry typos, failures to follow, like, you know,

24   industry best practices, company best practices, so on

CARMELO MILLAN

Page 52

1    and so forth, right.

2              And these things would affect me and cause

3    me, right, if I was troubleshooting -- he was so

4    notoriously sloppy that he would install a computer and

5    then, you know, and then put it on the wall, plug it

6    into the wrong networks, right, and now we're

7    responsible for network connectivity.

8              When these people bring up this device and it

9    doesn't function as it's supposed to, right, from a

10   network perspective, they put in a trouble ticket for

11   support.   Then I have to deal with it.

12             So now I'm realizing that everything Naseer

13   did was in vain or he ran them in the wrong direction,

14   and I would have to repeat his work efforts over in

15   addition to the stuff I was processing.

16             So from a network support perspective, the

17   guy was severely lacking, right.  And that was the

18   nature of my issue with him his entire time there.

19   Q.        **Now, you said that Amedeo and Paul didn't see**

20   **it because they were sitting somewhere else.**

21             **Where were they located?**

22   A.        Well, actually, Naseer, Amedeo and Paul --

23   Paul was -- when we moved to Warren, Paul was not -- he

24   lived in New York.  He wasn't moving to Warren.  So he

CARMELO MILLAN

Page 53

1    actually ended up transferring.  But then even before

2    the transfer, he was sitting here in New York.

3            Amedeo sat upstairs on the fourth floor.  The

4    lab facility was on the first floor.  Naseer sat

5    upstairs on the fourth floor.

6            But they didn't see it due to physical

7    proximity, they didn't see it just because they were

8    not performing the work, right, they weren't performing

9    the support work.

10           So they weren't aware of what the nature of

11   the issue was, right.

12   **Q.        You said that Amedeo was on the fourth floor?**

13   A.        Correct.

14   **Q.        You were on the first floor?**

15   A.        Correct.

16   **Q.        Did you have a set desk or cube?**

17   A.        We had cubes on the fourth floor.  And then

18   there was a lab facility where we performed the

19   majority of our work and really was where we should be.

20           Throughout our career there, there was like

21   an ongoing question as to whether we should even have

22   cubicles, right.

23           When we were at 388 Greenwich, they were

24   trying to get rid of our cubicles because the vast

CARMELO MILLAN

Page 54

1   majority of our time was spent in the lab supporting

2   it.

3   Q.        Did you have a computer?

4   A.        Yes.

5   Q.        E-mail?

6   A.        Yeah.

7   Q.        Phone?

8   A.        Yes.

9   Q.        I understand that you have some Cisco

10  certifications?

11  A.        They're not currently active.

12            I had a Cisco and CCNA.

13  Q.        What's involved with a CCNA?

14  A.        A Cisco CCNA is essentially a general

15  networking certification for Cisco equipment.  They

16  familiarize you with Cisco IOS, which is the operating

17  system for Cisco equipment, right.

18            And basically, they give you like an overall

19  understanding of network technologies as they relate to

20  Cisco equipment.

21  Q.        Did you have that since 2001?

22  A.        Yeah.  I got it my first year, if I'm not

23  mistaken, when I was with Citigroup.

24            It was a self -- essentially, it was a self

CARMELO MILLAN

Page 55

1    -- I took the curriculum by myself, right, and I went

2    and I took the test outside of Citigroup.

3            Citigroup wasn't involved in my Cisco

4    certification efforts.

5                    (Whereupon, a discussion was held

6        off the record.)

7                    (Whereupon, Exhibit Millan-4 was

8        marked for identification.)

9    BY MS. BOUCHARD:

10   **Q.        Mr. Millan, what's been placed before you as**

11   **Exhibit 4, this is something that we got off the**

12   **Internet from Cisco.**

13           **I just want you to review this to see if**

14   **these are the types of classes that you took for your**

15   **CCNA.**

16                   MS. WALSH:  Do you want him to read

17       through the whole thing?

18           I'm just going to object to this being

19       shown to him as an exhibit.

20           There's no foundation with respect to

21       whether he's seen this document before or whether

22       it's anything that was provided to him at

23       Citigroup, and I'm not sure of the relevance of

24       the question.

CARMELO MILLAN

Page 56

```
 1              If you want to ask him if he did specific
 2        things from this document, I think that might be
 3        a better way of doing this.
 4              I think it might be misleading to show
 5        him a lengthy document and ask him if he did the
 6        things that are contained in it.
 7              MS. BOUCHARD:  Well, he did say
 8        that he got his CCNA certification.
 9              This document goes through the CCNA exams
10        and recommended training.
11              And I'm just wondering if this is the
12        type of training he took and the courses he took
13        to get his certification.
14              MS. WALSH:  Okay.  I'm just going
15        to reiterate my objection to the extent that he
16        testified that he took it in 2001.  This document
17        was printed in 2008.
18              And again, I think it might be more
19        appropriate if you asked him specifically if he
20        did certain types of classes or what the classes
21        consisted of.
22              I'm going to continue to object to the
23        use of this as an exhibit.
24              MS. BOUCHARD:  Okay.  I understand
```

CARMELO MILLAN

Page 57

1          your objection.

2    BY MS. BOUCHARD:

3    Q.        **Could you just review the document and let me**

4    **know if these are the types of classes that you took in**

5    **2001 or 2000, before you got your certification?**

6                    MS. WALSH:  An ongoing objection to

7          this line of questioning.

8                    (Witness reviewing document.)

9                    THE WITNESS:  It would appear the

10         curriculum has changed since I studied for the

11         test.

12                    And, no, I didn't take any courses.  I

13         actually read a self-prep book and took the CCNA

14         exam based on that.

15    BY MS. BOUCHARD:

16    Q.        **But at that time that allowed you to get the**

17    **certification?**

18    A.        Correct.

19    Q.        **Then I understand that you were taking**

20    **courses for the CCNP?**

21    A.        Yes, I was.

22    Q.        **Did you take all the courses for that?**

23    A.        No.

24                    Actually, when I transferred, when I was

CARMELO MILLAN

Page 58

1    given the lateral move from the network integration

2    group to the global engineering group, Yesim Akdeniz

3    cancelled my training apparently because she didn't

4    think it was fair that it -- I didn't quite understand,

5    right, because CTI as a whole, paid for the training

6    within the company, right.

7            And somehow she ended up cancelling my

8    training because she didn't think it was fair to the

9    rest of the engineering staff, and, I mean, probably

10   went and said that she probably didn't think it was

11   relevant to my job responsibilities, right.

12   Q.        **Did she say that, or --**

13   A.        No.  I mean, she didn't say anything to me

14   directly.

15           She had told Paul that essentially, you know,

16   Carmelo can't receive this training because -- whatever

17   reason.

18           She didn't really specifically specify.  She

19   said that it -- she didn't think it was fair to the

20   rest of the engineering staff and thought that it might

21   affect their budgeting.

22   Q.        **But she didn't give any other reason that you**

23   **know of?**

24   A.        They didn't give any clear reason, no.

Page 59

1  Q.        What were the unforeseen circumstances for

2  your resignation?

3                    MS. WALSH:  Objection to the form.

4                    THE WITNESS:  Unforeseen

5        circumstances to my resignation?

6              The fact that I was promised one job,

7        right.  And what I was actually doing was a

8        totally different job, right.

9              I was promised a steppingstone into

10       engineering.  And really what I ended up being,

11       right, was a data center tech.  It was just

12       facilitating, you know, server installs.

13             Just the utter volume of it, right, meant

14       that that was what I was going to be spending the

15       majority of my time doing.

16             And there was no way out of it without

17       them staffing the lab properly.  And it really

18       wasn't in Yesim -- again, due to the budgeting

19       issues and the separate budget -- budgets within

20       global engineering, it really wasn't in

21       Yesim Akdeniz' best interest to turn around and

22       hire a support staff for the lab.

23             Because then it would mean that she would

24       be taking a monetary hit in the form of four

CARMELO MILLAN

Page 60

1    additional full-time employees, right, to support

2    the lab for all of global engineering, right.

3        Essentially, the budget should have been

4    under global engineering and it should have been

5    a separate, you know, lab support department,

6    right.

7        But being that they had no better place

8    to put it, they put us in the network engineering

9    because it was the central component to the

10   various engineering groups, right.

11       Everybody needed to get on the network in

12   order to do their work and perform their

13   certification efforts, right, so they put us with

14   a network.

15       Yesim did not want to pay, right, to hire

16   a lab support team.  She didn't even want to

17   categorize it as a lab support team.

18       The reason I was called a network

19   engineer, right, and not a support technician,

20   was because they put me within network

21   engineering because CTI as a whole -- I mean,

22   this goes back to the whole reason that they

23   created the position in the first place, right,

24   and the whole reason I went from network

CARMELO MILLAN

Page 61

1          integration, right, to network engineering and my

2          title was changed, right.

3                  So I left because they had hired two

4          consultants, and those two consultants were

5          supposedly supposed to be here six months and

6          then be hired on full time.

7                  That would give us four people within the

8          lab, right, and really would give the opportunity

9          for the original job function that was

10         envisioned, right, as a steppingstone into

11         network engineering to take place.

12                 At the end of their six-month contract,

13         right, they turned around and they let these guys

14         go.

15                 Now, I'm stuck back with Naseer, this guy

16         who doesn't even work with me properly, who

17         doesn't even want to do the job he's doing,

18         right, who doesn't even like me, right.  So why

19         am I going to be there?

20                 I mean, I left on my birthday, really.

21     BY MS. BOUCHARD:

22     **Q.        Did human resources need to get involved with**

23     **your dispute with Naseer?**

24     A.        Naseer would run behind my back.  I mean, I

CARMELO MILLAN

Page 62

1    was shown -- well, I was read statements from --

2                    MS. WALSH:  I'm just going to

3         caution you not to disclose anything that reveals

4         any attorney-client privileges.

5                    THE WITNESS:  That's fine.

6              Naseer apparently -- no, I was never

7         aware of it, right, because I never went to HR,

8         right.  And HR never, like, approached me.

9              The conversations I had were essentially

10        with Paul and Amedeo.  And they didn't

11        necessarily disclose to me that HR was involved.

12             Like they might have mentioned it once,

13        but they didn't delve into what the situation

14        was.

15   BY MS. BOUCHARD:

16   Q.        **What statements are you referring to?**

17   A.        What was that?

18   Q.        **You said that you read a statement.**

19   A.        No, no.  I didn't say I read a statement.

20   Q.        **You did.**

21                    MS. WALSH:  He said a statement was

22        read to him.

23   BY MS. BOUCHARD:

24   Q.        **A statement was read to you?**

CARMELO MILLAN

Page 63

1   A.        Yes.

2   **Q.        What was that?**

3   A.        Should I answer this?

4                        MS. WALSH:  Off the record for a

5         second.

6                        (Whereupon, a discussion was held

7         off the record.)

8   BY MS. BOUCHARD:

9   **Q.        Are you aware that Naseer felt threatened by**

10  **you?**

11                       MS. WALSH:  Objection to the form.

12                       THE WITNESS:  Apparently, that's

13        what he was saying.  I recently became aware of

14        it.

15                I became aware of it yesterday based on

16        an e-mail that was read to me.

17  BY MS. BOUCHARD:

18  **Q.        Are you aware that Naseer was threatened by**

19  **you because you said that God was talking to you at**

20  **work?**

21                       MS. WALSH:  Objection to the form.

22                       THE WITNESS:  I'm aware that Naseer

23        was a liar, right, is really what I'm aware of.

24                I'm aware that I approached Naseer,

CARMELO MILLAN

Page 64

1      right, and he turned around and pretty much took

2      the entire situation out of context, right, and

3      created a pack of lies, right, regarding what had

4      actually occurred.

5              What had actually occurred was that

6      Naseer was on a basketball alias {sic}, right,

7      and he supposedly hurt his foot, and he's out of

8      work for -- essentially, he can't install servers

9      for like six months, right.

10             Again, this is increasing my workload

11     going back to the issue that I had with him, and

12     I've always had with him, right.  This is

13     increasing my workload.

14             We're on the same basketball alias {sic},

15     and they're sending out e-mails, oh, yeah, we're

16     going to go play basketball at five o'clock.  And

17     Naseer is responding with, yeah, I'll be there.

18             Then I go to catch the shuttle that's by

19     the gym, and I see Naseer walking into the gym,

20     right, and pretty much working out while

21     supposedly he's too hurt to perform his regular

22     job functions, right.

23             So I print up the e-mail the next day.

24     And I go up to him again as a professional

CARMELO MILLAN

Page 65

```
1          courtesy, as a coworker, right, not to put him

2          out there and get him fired by our managers,

3          right.

4                    And I go up to his desk and I give him

5          the e-mail.  And he looks at it.  And he's on his

6          cell phone.  And he brushes me off.

7                    And I'm like, you know, like we're on

8          company time.  Shouldn't you get off the phone

9          and like have this conversation with me, right?

10                   And he's like, yeah, well, you don't need

11         to be yelling at me and yada, yada, yada {sic},

12         and all this stuff, because he's obviously

13         feeling guilty about the fact that he's been

14         caught in his web of lies, right, and that I can

15         obviously see through him, right.

16                   I had a conversation with him as a

17         friend.  I think the statement he made was out of

18         context, right, really.

19                   We had a conversation about spirituality

20         while we were working.  I didn't realize that he

21         was going to take it out of context.

22                   And I don't think it clearly indicates

23         anything that occurred between me and him.

24   BY MS. BOUCHARD:
```

CARMELO MILLAN

Page 66

1  Q.          How did you --

2  A.          And I don't even see how it's relevant, to be

3  quite honest, right, to the central theme here, right,

4  which is really Citigroup being in the practice, right,

5  of compensating hourly employees, right, people who are

6  performing network support actions, right.

7              People who are performing network support

8  within Citigroup, right, are being compensated on a

9  salary basis, right.

10             This basically gives Citigroup the

11 opportunity to turn around and work -- I don't know --

12 50 employees, right, 100 employees, 10,000 employees --

13 the 10,000 employees that run the IT support department

14 for Citigroup, right.

15             It gives Citigroup the opportunity, right, to

16 turn around and work those 10,000 salaried employees,

17 right, 60 hours a week, right, because they're not

18 paying time and a half for those additional 20 hours,

19 right.

20             They can do it indefinitely because they're

21 not paying time and a half for the additional 20 hours

22 that it's taking for these people to perform their

23 day-to-day job responsibilities, right.

24             Whereas, really, if they were being

CARMELO MILLAN

1    compensated on an hourly basis, right, Citigroup would

2    reconsider paying time and a half for those additional

3    20 hours for all 10,000 employees, right, because it

4    would be cheaper for them to hire on full-time salaried

5    -- full-time hourly employees, right.

6    **Q.        I understand your claims, and thank you for**

7    **the speech.**

8            **But what I'm wondering is whether you**

9    **referenced God in a conversation that you had with**

10   **Naseer, and if you --**

11   A.        I don't recall.

12                   MS. WALSH:  Hold on.  Let her

13        finish the question.

14   BY MS. BOUCHARD:

15   **Q.        -- if you could explain how that was taken**

16   **out of context?**

17                   MS. WALSH:  I'm just going to

18        object to the question on the grounds of

19        relevance.

20                   THE WITNESS:  Again, I don't

21        understand.  I wasn't aware of the communication

22        up until yesterday when the e-mail was read to

23        me, and I have no clue in what context he's

24        stating it.

CARMELO MILLAN

Page 68

1          It might have had a conversation with

2     him, right, that I was going through a lot of

3     things in my life, right.

4          I might have had conversations with him

5     about spirituality in general just in our working

6     environment while we were working together,

7     right, but it was in no way, shape, or form

8     anything like what he made it out to seem,

9     really.

10          And I don't understand what he gets

11     off -- really, to be quite honest with you, I

12     think Naseer felt -- Naseer was constantly trying

13     to get over on our job responsibilities.  He was

14     constantly trying to get over on people.

15          He was very deceiving.  He would tell

16     people that he was going to deliver certain

17     things, and then not deliver them.

18          I mean, you could probably look at his

19     job reviews and his e-mails and his work ethic

20     and you can end up telling the difference, right.

21          You can look at e-mail trails that took

22     place between me and him, right, and we could

23     bring those into the realm of this conversation,

24     right, if you want to truly discover what was

Page 69

1          going on between me and Naseer, right, and you

2          might get a better understanding of what it was.

3                  So really, I don't recall where he got

4          that from, to be quite honest.

5    BY MS. BOUCHARD:

6    **Q.        You were telling him that you were having**

7    **some problems in your life.**

8                  **Were you seeing a counselor at the time?**

9                    MS. WALSH:  Objection to the

10         relevance.

11                   THE WITNESS:  Yeah, again, I don't

12         see the relevance of this line of questioning.

13                 Towards the end of my career at

14         Citigroup, yeah, I did.  I was stressed out

15         because I was overworked.  I had 400 people.

16               I was -- something that I was promised,

17         right, never materialized, right.

18   BY MS. BOUCHARD:

19   **Q.        What was the 400 people you were referring**

20   **to?**

21   A.        The 400 engineers that I was supporting from

22   in the lab facility, right, to help them get their

23   testing done, right.

24   **Q.        When did you start seeing a counselor?**

CARMELO MILLAN

Page 70

1   A.        I went to see her once.  Once or twice.  And

2   I don't recall the date.  It was towards the end of my

3   career.

4             I mean, really when -- around the time when

5   they brought in the additional help, Naseer was

6   obviously not helping with the situation, right.

7             The fact that this was going to be an ongoing

8   thing, you know, I had other responsibilities outside

9   of Citigroup and other things going on in my life,

10  right, as far as --

11  **Q.        What were the other responsibilities outside**

12  **of Citigroup?**

13  A.        I had recently got a divorce, right.  And I

14  needed to obviously maintain my child support payments

15  which were rather high, right.

16            And I was trying to figure out how I was

17  going to get out of this bad situation I was in at

18  Citigroup, right, and still manage to, you know, put

19  food on my daughter's plate, essentially.

20            That was the whole issue.

21                    MS. WALSH:  Can we take a break?

22                    MS. BOUCHARD:  Sure.  That's fine.

23                    (Whereupon, a recess was taken at

24        this time.)

CARMELO MILLAN

Page 71

1                           (Whereupon, a discussion was held

2          off the record.)

3    BY MS. BOUCHARD:

4    Q.          **Mr. Millan, you had said that you had high**

5    **child support payments?**

6    A.          Yes.

7    Q.          **When you resigned, did those get changed?**

8                           MS. WALSH:  I'm going to object to

9          the relevance of this line of questioning.

10                          You can go ahead and answer.

11                          THE WITNESS:  No.

12   BY MS. BOUCHARD:

13   Q.          **Did you go on unemployment after you quit?**

14   A.          Yeah.

15   Q.          **Did you receive it?**

16   A.          Yeah.

17   Q.          **Looking at your resume, let me ask you this:**

18   **I thought you had said that you did not complete your**

19   **CCNP.**

20   A.          No, I didn't.

21   Q.          **On your resume, it states that you completed**

22   **the CCNP.**

23   A.          Curriculum.

24   Q.          **The curriculum, okay.**

CARMELO MILLAN

Page 72

1                    So that's the distinction?

2    A.        Completed the CCNP/A, plus network, plus

3    security, plus curriculas {sic}, but did not take exams

4    due to training budget issues at Citigroup.

5    Q.        So you got through all of the curriculum?

6    A.        Correct.

7    Q.        I had shown you a document which was a formal

8    written warning, which was marked as Exhibit 2.

9                    MS. WALSH:  Yes.

10   BY MS. BOUCHARD:

11   Q.        Were these the types of hours that you were

12   keeping from September through your resignation in

13   March?

14                   MS. WALSH:  Objection to the form

15       of the question.

16             Go ahead.

17                   THE WITNESS:  I don't recall.

18   BY MS. BOUCHARD:

19   Q.        Was this about the time that you felt that

20   you gave up on the job because it was understaffed?

21   A.        To be quite honest with you, I'm not familiar

22   with exactly why this was happening, right.

23             I know in March I ended up leaving, right.

24   This was toward the end.

CARMELO MILLAN

Page 73

1          I don't recall, like, the exact chain of

2    events, right, but I know that there was -- I don't

3    recall, to be quite honest with you, completely.

4          I mean, I know that there was issues

5    surrounding the whole situation, right, but I'm not

6    going to be able to tell you exactly when this took

7    place.

8          I mean, it's not 606.  I don't recall exactly

9    what the scenario was and exactly what the situation

10   was.

11   Q.       **When you say, issues around the situation, do**

12   **you mean the situation regarding your tardiness and**

13   **leaving early?**

14   A.       No.  Actually, probably the main issue around

15   my tardiness and leaving early, that was -- it might

16   have been construction on 78 at the time, but I can't

17   even say that this is accurate, right.

18   Q.       **Did you ever tell them that it wasn't**

19   **accurate?**

20   A.       At that point, like, you promised me a

21   position, you --

22   Q.       **I'm asking you the question if whether you**

23   **ever raised with them that you thought that this memo**

24   **was inaccurate?**

CARMELO MILLAN

Page 74

1    A.        No, I didn't deem it necessary.

2    Q.        Have you worked for any employer other than

3    yourself, since your employment ended at Citigroup?

4    A.        No.

5                     (Whereupon, a discussion was held

6         off the record.)

7                     (Whereupon, Exhibit Millan-5 was

8         marked for identification.)

9    BY MS. BOUCHARD:

10   Q.        Mr. Millan, what's been marked as Exhibit 5

11   is a Performance Review of you from date period

12   January 1st, 2003, through December 31st, 2003.

13             I'd like you to read it, and then I'm going

14   to ask you some questions on it.

15   A.        Okay.

16   Q.        Have you read it?

17   A.        Yes, I have.

18   Q.        The reviewer on this is Tom Saranello; is

19   that correct?

20   A.        Correct.

21   Q.        How was he as a manager?

22                     MS. WALSH:   Objection to the form.

23                In what respect?

24   BY MS. BOUCHARD:

CARMELO MILLAN

Page 75

1   Q.        Did you like him as a manager?

2   A.        Tom is a good manager.

3   Q.        When you worked for him, he gave you a pretty

4   big pay bump, didn't he?

5   A.        Yeah.

6   Q.        It was about 18 percent?

7   A.        Yeah.

8   Q.        Did he tell you why he was giving you that?

9   A.        Not particularly.  I mean, it was a review.

10  Q.        Pretty good review, isn't it?

11  A.        Yeah.

12  Q.        Let's turn to the second to the last page.

13  The overall performance summary.

14            Did you read that?

15  A.        Yeah.

16  Q.        Is that an accurate statement of your

17  performance for 2003?

18  A.        From what standpoint?

19  Q.        Did you feel he was accurately describing

20  your performance in 2003?

21  A.        Not completely.  I mean, there's stuff that's

22  not included there.  That's probably what he chose to

23  highlight, right.

24  Q.        That's what he chose to highlight; is that

CARMELO MILLAN

Page 76

1    **correct?**

2    A.        Within the context of what we were trying to

3    do at the time, yeah -- I mean, which I should probably

4    elaborate on, right.

5             Citigroup was --

6    **Q.        There's not a question pending.**

7    A.        Okay.

8    **Q.        Did you ever work as a help desk person at**

9    **Citigroup?**

10   A.        We --

11   **Q.        It's a yes or no question.**

12             MS. WALSH:  Can you answer it yes

13       or no?

14             THE WITNESS:  No, I can't.

15   BY MS. BOUCHARD:

16   **Q.        Were you ever on the help desk?**

17   A.        We would receive direct calls from clients.

18   So we had a hotline.  People knew the hotline.  They

19   might call us directly to just avoid the help desk.

20   **Q.        Was the help desk the first point of contact?**

21   A.        Not always.

22   **Q.        I'm not saying practically, but was there a**

23   **group of help desk personnel that was designed to be**

24   **the first point of contact?**

CARMELO MILLAN

Page 77

1               MS. WALSH:  Are you referring to

2       when he was a telecommunications analyst, or when

3       he was at the lab?

4    BY MS. BOUCHARD:

5    Q.        In 2001.

6    A.        I mean, the interaction, the way it took

7    place, right, was sometimes people would call the help

8    desk, sometimes people would call the system

9    administrators, and sometimes people would call us.

10              We all had, essentially, hotlines, right,

11   that ran to the entire group.  So I don't understand

12   what the nature of your question is like.

13   Q.        My question is, did you know of people that

14   worked there in 2001, that were help desk personnel?

15   A.        I knew that we had a help desk, yeah.

16   Q.        Do you know approximately how many people sat

17   at that help desk?

18   A.        No.

19   Q.        What's your estimate?

20   A.        I have no estimate.  I don't know how many

21   people sat there.

22   Q.        I believe your previous testimony, correct me

23   if I'm wrong, is that once a call came into the help

24   desk, you would get a trouble ticket from them?

CARMELO MILLAN

1    A.        The scenario could have taken place in the --

2    Q.        **I'm asking in the situation where help desk**

3    **got the call first.**

4    A.        Could you clarify on the question, because

5    I'm not understanding what it is, what you're trying to

6    get.

7    Q.        **If a Citigroup employee or CTI employee had**

8    **trouble and they called the help desk --**

9    A.        Yeah.

10   Q.        **-- then how would the help desk contact you?**

11            **What would be the mechanism?**

12   A.        Depending on the nature of the issue, they

13   would put in a trouble ticket, I guess.  It was a

14   trouble ticketing system.

15   Q.        **A trouble ticket?**

16   A.        Yeah.

17   Q.        **How would your group determine who would**

18   **handle the trouble ticket?**

19                    MS. WALSH:  At what point in time

20        are we talking about?

21                    MS. BOUCHARD:  2001.

22                    THE WITNESS:  2005?

23   BY MS. BOUCHARD:

24   Q.        **2001.**

CARMELO MILLAN

Page 79

1              MS. WALSH: 2001.

2              THE WITNESS: Oh, 2001. We were

3        responsible for different areas of the building.

4        But, I mean, essentially whoever got to the

5        ticket first did it, whoever was available.

6              Because we had customer service requests

7        and trouble tickets, right. So if someone is --

8        if everybody is working on the trouble tickets --

9        I mean on the customer service requests and a

10       trouble ticket comes in, whoever was available

11       would handle it.

12   BY MS. BOUCHARD:

13   Q.      **What types of trouble tickets would you get?**

14           **What are typical scenarios?**

15              MS. WALSH: Again, this is all

16       relating back to 2001?

17              MS. BOUCHARD: Yes.

18              THE WITNESS: Network support

19       tickets. Typically people -- we would go and

20       test the person's connection at their desk

21       location and find out what network they were on.

22              Make sure the connection was working

23       properly.

24   BY MS. BOUCHARD:

CARMELO MILLAN

Page 80

1    Q.          Now, I'm going to go back to 2003.

2                        MS. WALSH:  Exhibit 5?

3                        MS. BOUCHARD:  Exhibit 5.

4    BY MS. BOUCHARD:

5    Q.          In the overall performance summary, it talks

6    about the 388 lab build-out.

7                In the lab build-out?

8    A.          I don't recall specifically what project it

9    was, but we had three types of work, right, when we

10   were in this group.

11               Essentially, we would have projects where

12   they would need network connectivity -- well,

13   actually -- I'm sorry.

14               This has got to be the 388 Greenwich lab.

15   Q.          When you say there were three main tasks in

16   this group, do you mean as a network analyst?

17   A.          No.  That was the title.  I mean, that was

18   the job function.

19               Ultimately, we were responsible for network

20   support, right.

21   Q.          What I'm asking is, from the time you were

22   employed from 2001 to 2003, are you talking about three

23   main tasks that you had during that period?

24   A.          Yeah.

CARMELO MILLAN

Page 81

1   Q.         Okay.  Go ahead.

2              What were those three main tasks?

3   A.         All right.  Essentially, we would receive

4   trouble tickets.  We work on customer service requests

5   that were also on the system.

6              And then beyond that, we would have things

7   that would come up similar to this like 388 lab if they

8   were remodeling a floor or something.

9              At which case Tommy, our team lead, would

10  meet with the appropriate personnel, right.  Depending

11  on where it was located in the building, he would hand

12  it off to a technician.  And the technician would

13  assist in the cabling of that particular floor, right.

14             So the lab build-out was essentially like

15  providing X amount of network connections and making --

16  testing them and making sure that they're on the

17  network for the lab to work.

18  Q.         Now, why couldn't an electrician just do

19  that?

20  A.         Because the cable plant for the building,

21  right, the cabling for the building, there was specific

22  components that if you disconnected a cable on the

23  seventh floor, right, the 35th floor might get

24  disconnected.

CARMELO MILLAN

Page 82

1            And we support a network connectivity for the

2    entire building, right.  So since we support a network

3    connectivity for the entire building, we were expected

4    to document it.

5            So if we had an electrician in there and he

6    didn't know where a cable was or he cut something or he

7    wasn't familiar with something, right, or he installed

8    something and didn't document it properly, now when it

9    comes back -- when it comes time to troubleshoot a

10   network connectivity issue, right, you can't do it

11   efficiently because you don't have the documentation,

12   right.

13           So it was deemed that central groups would

14   handle network support from a cabling perspective for

15   entire sites, right.  And that's pretty much what we

16   did.

17   **Q.        Now, I think you said that there was a third**

18   **core function?**

19   A.        I just mentioned all three.

20   **Q.        Did you?**

21   A.        Yeah.

22   **Q.        So it was the trouble ticketing, the lab**

23   **build-out, and -- I'm sorry, I missed the third.**

24           **What was the third one again?**

CARMELO MILLAN

Page 83

1                    MS. WALSH:  Customer service.

2                    THE WITNESS:  Customer service,

3          plus trouble ticketing, and like projects that

4          might not necessarily fall within the scope --

5          the customer service request system in Citigroup

6          didn't necessarily -- it was like down to like

7          one user.

8                    So if you needed a couple of hundred

9          connections installed on a given floor, like they

10         might submit a blanket CSR.

11                   Like, there was really not necessarily a

12         work flow around it.  Tommy would deal with those

13         type of requests.  And then he would delegate

14         them appropriately.

15    BY MS. BOUCHARD:

16    Q.        **Is that a restack, or is that something**

17    **different?**

18    A.        A restack would have been considered a

19    project as well.

20    Q.        **Why was your knowledge of networking a help**

21    **in this group?**

22                   MS. WALSH:  Objection to the form

23         of the question.

24                   THE WITNESS:  Why was my knowledge

CARMELO MILLAN

Page 84

1          of networking --

2                        MS. WALSH:  Which group are you

3          referring to?

4                        MS. BOUCHARD:  Well, I'm still on

5          the 2003 review.

6                        MS. WALSH:  Okay.

7    BY MS. BOUCHARD:

8    Q.        **At least Tom, your manager, thought that your**

9    **knowledge of networking and initiative to address all**

10   **compliance issues was a major part of the success.**

11   A.        It might have been a help from the standpoint

12   that -- I mean, really I can't tell you particularly

13   what he meant by that statement, right, but we did have

14   to, like, set port speeds on switches and stuff and

15   turn up the ports after we connected them, right.  And

16   you had to be familiar with Cisco IOS.  And I had a

17   CCNA certification, right.

18          So as it pertained to Cisco IOS, I pretty

19   much knew the commands, right, that you needed.  There

20   was like probably three or four commands that you

21   needed to know to be able to troubleshoot a device

22   properly there from a connectivity standpoint.

23          So that's why I'm assuming he could have

24   wrote that.