CARMELO MILLAN

Page 126

1              (Whereupon, a discussion was held

2      off the record.)

3              (Whereupon, a recess was taken at

4      this time.)

5  BY MS. BOUCHARD:

6  Q.        **Mr. Millan, was there a swipe system where**

7  **you need to swipe in and out of the building?**

8  A.        We had card access to the buildings and stuff

9  like that.

10  Q.        **Were you supposed to use that to show when**

11  **you were in and out of the building?**

12  A.        No.  There was no set procedure.  It depended

13  on the site.  I mean, you would sometimes swipe in and

14  not be able to swipe out.

15  Q.        **Isn't it true that when you were warned about**

16  **your attendance, that you were asked specifically to go**

17  **through the main door so that your swipes could be**

18  **tracked?**

19              MS. WALSH:  Objection to the form.

20              THE WITNESS:  Yeah, I believe so.

21  BY MS. BOUCHARD:

22  Q.        **What types of equipment are in the lab that**

23  **you worked at in the Warren facility?**

24  A.        Servers, networking -- computer -- technology

CARMELO MILLAN

Page 127

1    equipment.

2    **Q.**        **So servers, PCs?**

3    A.        Yeah.

4    **Q.**        **Various types of cables?**

5    A.        Yeah.

6    **Q.**        **Monitors?**

7    A.        Yeah -- well, a minimal amount of monitors.

8    But, yeah, there's monitors.

9    **Q.**        **Well, how do people work on their PCs if they**

10   **didn't have a monitor?**

11   A.        In the general, like, working area, there's

12   ten PCs with ten monitors.  And in the data center

13   portion of the lab it was mostly servers.  They would

14   get connected to a KVM system, a keyboard, video and

15   mouse system.

16   **Q.**        **You said all of this equipment approximates**

17   **about $10 million in assets?**

18   A.        The insurance questionnaire will tell you for

19   sure.

20            I don't recall what the exact figures were.

21   I know it was --

22   **Q.**        **Around that?**

23   A.        Around that, sure.

24                    (Whereupon, a discussion was held

CARMELO MILLAN

1          off the record.)

2                    (Whereupon, Exhibits Millan-11

3          through and including Millan-16 were marked for

4          identification.)

5    BY MS. BOUCHARD:

6    Q.         **Mr. Millan, what's been marked as Millan-11**

7    **through Millan-16 are various Process Control Manuals.**

8               **I'm not going to take these page by page, but**

9    **I just want to confirm that what's been placed before**

10   **you as Exhibits 11 through 16 are the documents that**

11   **you created and then revised.**

12                    MS. WALSH:  I'm going to object to

13          the form of the question.

14                    THE WITNESS:  Essentially, these

15          were created based on an existing template that

16          we received from our compliance and audit

17          departments, right.

18               So there's a lot of information in here

19          that was general to all of Citigroup, right.  And

20          then there's information that was specific to the

21          lab.

22               I had input into the lab's specific

23          portion of it as far as like what the procedure

24          was for what we did, right.

CARMELO MILLAN

1           There was various authors involved in

2     this.  I mean, Paul Holder was involved.

3     Denise Pavona, David Young, Marcella Medina,

4     Yesim Akdeniz and other people whose names I

5     might -- it was a working group.  There was an

6     e-mail -- a list it was sent to.

7           So different people made different

8     revisions, and I implemented their revisions into

9     the document.

10           I was really more the caretaker for the

11     document, right, because it was for the global

12     engineering lab, and I was the only person

13     working in support of the lab, right.

14           So this was an audit framework for the

15     lab, right.  Like, we were getting ready to be

16     audited, and essentially this agency came in and

17     hit the lab.

18           They wanted to have our procedures on

19     paper so they would know whether or not we were

20     compliant, right.

21           And really most of these procedures

22     weren't necessarily what was being followed.

23     It's what we needed to do to be compliant, right.

24     BY MS. BOUCHARD:

Page 130

1    Q.         **They were the best practices?**

2    A.         They were supposed to be the best practices,

3    yes.

4    Q.         **That's why they're called "best," right?**

5                        MS. WALSH:  Objection.

6                        THE WITNESS:  I guess.

7    BY MS. BOUCHARD:

8    Q.         **I understood from your previous testimony,**

9    **though, that you were asked to create the first draft.**

10                       MS. WALSH:  Objection.

11                       THE WITNESS:  I worked on the

12              Process Control Manual based on, like,

13              information I was given from different sources,

14              right.

15   BY MS. BOUCHARD:

16   Q.         **So you compiled it based on various people**

17   **giving you some input?**

18   A.         I'm pretty sure I was given the template,

19   right.

20              And then I was told what procedures in

21   regards to like my lab functions, right, my lab support

22   functions mapped to this, right.

23              So, for instance, like asset tracking, right,

24   if I'm receiving the equipment and I'm keeping track of

CARMELO MILLAN

Page 131

1   the equipment and I'm installing the equipment, right,

2   how does what I do relate to the asset tracking?

3   Q.        **So you wrote down those procedures as they**

4   **related to you?**

5   A.        As they related to the lab or as they related

6   to how it should be done.  I don't remember the scope

7   of this particular document.

8            At the time we were having conversations

9   about, right, how is it that we actually do this,

10  right, and how is it that it's supposed to be done

11  first to be compliant.

12           So various people had input into, you know,

13  what the risks for the Citigroup, what the risks were

14  within the lab environment, so on and so forth.

15  Q.        **So when it says, "key job responsibilities,"**

16  **and it says, "oversight of control processes and**

17  **procedures for the CTI GE lab" --**

18                         MS. WALSH:  What are you referring

19       to?

20  BY MS. BOUCHARD:

21  Q.        **I'm referring to your year-end Performance**

22  **Review.  Section 1.**

23                         MS. WALSH:  Which exhibit?

24  BY MS. BOUCHARD:

CARMELO MILLAN

Page 132

1   Q.          I can just show you it.  You don't need to --

2                    MS. WALSH:  Well, just for the

3          record, I just want to make sure that we have --

4          it's the 2005 midyear or year-end?

5                    MS. BOUCHARD:  Year-end.

6                    MS. WALSH:  Okay.

7   BY MS. BOUCHARD:

8   Q.          Number 5; do you see that?

9                    MS. WALSH:  Just for the record,

10         it's Exhibit 7.

11                   THE WITNESS:  Number 5 here?

12  BY MS. BOUCHARD:

13  Q.          No, Number 5 in the key job responsibilities.

14  A.          Yeah.

15  Q.          So that had to do with your oversight over

16  these manuals?

17  A.          In regards to how they related to my job

18  function, yeah.

19                   MS. BOUCHARD:  Okay.  That's all we

20         have.

21                   MS. WALSH:  I have a couple of

22         questions.  Just give me a minute.

23                   MS. BOUCHARD:  Okay.

24                   (Whereupon, a discussion was held

Page 133

1           off the record.)

2                       EXAMINATION

3

4    BY MS. WALSH:

5    Q.        Mr. Millan, you testified with respect to a

6    time inputting system or a system by which you recorded

7    the time that you spent doing various functions while

8    you worked for the lab; is that correct?

9    A.        Correct.

10   Q.        You testified specifically with respect to

11   reasons why certain months where that time is recorded

12   maybe reflect a zero; is that correct?

13   A.        Yes.

14   Q.        Is there any other reason why you can think

15   of that a certain month over the course of your time

16   working for the lab, might be recorded as zero?

17   A.        It could have been due to vacation time.  It

18   could have been due to the system being closed out at

19   the end of the month.

20             Sometimes it would end like on odd days.  So

21   you might not be able to input your time, right.  So

22   I'm not -- that might have been the reason it wasn't in

23   there.

24             The system, some months closed like on an odd

CARMELO MILLAN

Page 134

1  day.  Like on a holiday or -- it was different.  The

2  timing, it wasn't consistent the time they closed.

3        They closed it for processing at the end of

4  every month, right.  So if your time was logged and you

5  didn't input it into the system, right, it might not

6  necessarily reflect within the system.

7  Q.        So, for example --

8  A.        If the computer network went down and, you

9  know, you weren't able to access the network to get on

10  TRS, you wouldn't be able to get in there.

11  Q.        Or, for example, if you were on vacation on a

12  day that the system closed down, would that be a reason

13  why your monthly --

14  A.        Right.

15  Q.        Let me just finish.

16        -- why your monthly time wouldn't be

17  correctly reflected in the time keeping system?

18  A.        If you were on vacation or if you were sick,

19  so on and so forth, yeah, that might reflect.

20  Q.        You testified with respect to a number of

21  different functions that your performed while you were

22  working for the lab at both the 388 facility and the

23  Warren facility.

24        Can you tell me was there one function that

CARMELO MILLAN

Page 135

1    took up most of your time at the -- we'll start with

2    the 388 Greenwich facility.

3    A.        Day-to-day support of the lab dealing with

4    troubles, dealing with installation, dealing with

5    receiving equipment.

6    Q.        Can you estimate for me at the 388 Greenwich

7    facility, what percentage of your time did those

8    specific tasks take up?

9    A.        At least 80 percent.  Sometimes 90.

10   Q.        With respect to the Warren facility, can you

11   do the same analysis for me?

12   A.        After we were done with the migration, which

13   was probably a period of like six months, same deal.

14              MS. WALSH:  All right.  I don't

15       have any further questions.

16              MS. BOUCHARD:  Okay.  Nothing

17       further.

18              (Whereupon the deposition was

19       adjourned for the day at approximately 3:35 p.m.)

20

21

22

23

24

CARMELO MILLAN

Page 136

1                            CERTIFICATION

2

3

4          I HEREBY CERTIFY that the proceedings and

5    evidence are contained fully and accurately in the

6    stenographic notes taken by me upon the foregoing

7    matter on Wednesday, January 16, 2008, and that this is

8    a correct transcript of same.

9

10

11

12

13

14

15

                    CHARLES P. CARMODY

16                  Registered Professional

                    Reporter and Notary Public

17

18

19

20

21

                    (The foregoing certification

22                  of this transcript does not

                    apply to any reproduction of

23                  the same by any means,

                    unless under the direct

24                  control and/or supervision

CARMELO MILLAN

Page 137

1          WITNESS INSTRUCTIONS FOR READING AND SIGNING
2                          TRANSCRIPT
3
4
           You have elected to exercise your right to read and
5     sign this transcript upon completion of your deposition
      testimony.  Please note that you have thirty (30) days
6     to read the transcript, make gramatical or spelling
      changes, list them on the Errata Sheet, and sign your
7     name to the Witness Signature Page, and then return the
      Original Transcript, along with the Witness Signature
8     Page and Errata Sheet to your counsel, or your rights
      to read and sign will be deemed waived, according to
9     the rules of civil procedure.
10
           The rules do not permit you to make any changes to
11    your testimony.  Please do not write, mark or make any
      corrections to the actual text of the transcript.  All
12    corrections are to be listed on the Errata Sheet, with
      the page and line number of each correction noted.  The
13    Errata Sheet and Witness Signature Page, along with
      these instructions, are the final three pages of the
14    transcript.
15
           Upon completion, please forward to all counsel
16    listed on page two in attendance of the transcript
      a copy of the Errata Sheet and Witness Signature Page.
17    The Original Errata Sheet and Original Witness
      Signature Page should be returned to the attorney who
18    conducted your Direct Examination in order that it be
      attached to the Original Transcript of your deposition
19    which will be filed with the Court.
20
21
22
23
      DATE TRANSCRIPT SHIPPED:
24

CARMELO MILLAN

Page 138

```
 1                  WITNESS SIGNATURE PAGE

 2

 3

 4       I have read the foregoing transcript of my

 5    deposition given on Wednesday, January 16, 2008, and

 6    find it to be true, correct and complete to the best of

 7    my knowledge, recollection and belief, except for any

 8    corrections noted hereon and/or list of corrections,

 9    if any, attached on a separate sheet herewith.

10

11

12

13                        CARMELO MILLAN

14

15

16

17

18

19

      Subscribed and sworn to before me this

20

              day of              , 2008.

21

22

      Notary Public

23

24
```

CARMELO MILLAN

Page 139

1                          ERRATA SHEET

2

3    PAGE, LINE                    CORRECTION

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

**CISCO**

Career Certifications & Paths

# CCNA

## CCNA Certification

The Cisco CCNA network associate certification validates the ability
to install, configure, operate, and troubleshoot medium-size routed
and switched networks, including implementation and verification of
connections to remote sites in a WAN. This new curriculum includes
basic mitigation of security threats, introduction to wireless
networking concepts and terminology, and performance-based skills.
This new curriculum also includes (but is not limited to) the use of
these protocols: IP, Enhanced Interior Gateway Routing Protocol
(EIGRP), Serial Line Interface Protocol Frame Relay, Routing
Information Protocol Version 2 (RIPv2),VLANs, Ethernet, access
control lists (ACLs)



CCNA Instant Answers

| CCNA Prerequisites |
| --- |
| No prerequisites |

### CCNA Exams & Recommended Training

| Required Exam(s) | Recommended Training |
| --- | --- |
| 640-802 CCNA | Interconnecting Cisco Networking Devices Part 1 (ICND1) v1.0<br>Interconnecting Cisco Networking Devices Part 2 (ICND2) v1.0 |

**OR**

| Required Exam(s) | Recommended Training |
| --- | --- |
| 640-822 ICND1 | Interconnecting Cisco Networking Devices Part 1 (ICND1) v1.0 |
| 640-816 ICND2 | Interconnecting Cisco Networking Devices Part 2 (ICND2) v1.0 |


EXHIBIT
PENGAD 800-631-6989
Mellen - 4
1/14/08   dl

### Additional Training

The CCNA Prep Center includes sample questions, simulations, e-learning modules, labs, tips from
CCNA professionals, expert advice, success stories, along with other CCNA resources to help
students preparing for CCNA certification exams.

Cisco Press is the only authorized publisher of books for Cisco certification self-study and network
technology learning. Visit Cisco Press for the latest CCENT and CCNA publications.

### CCNA Recertificaton

CCNA certifications are valid for three years. To recertify, either pass the current CCNA exam, or
pass the ICND2 exam, or pass any 642 professional level or Cisco Specialist exam (excluding Sales
Specialist exams), or pass a current CCIE written exam.

Contacts & Feedback | Help | Site Map
© 1992-2007 Cisco Systems Inc. All rights reserved.

Terms & Conditions | Privacy Statement | Cookie Policy | Trademarks of Cisco S

Close Window


CISCO

LEARNING LOCATOR                                    SUPPORT.NET

Interconnecting Cisco Networking Devices Part 1 (ICND1) v1.0

| | |
|---|---|
| **Associated Certifications:** | CCENT |
| **Duration:** | 5 days,Virtual Classroom hours,Web Based Training 5 days,Classroom 5 days,Remote Labs & Simulations |
| **Click Here to List Offerings:** | Virtual Classroom only Web Based Training only Classroom only Remote Labs & Simulations only All Delivery Types |

Course Content          Course Outline
Prerequisites          Who Should Attend

**Prerequisites**

None

**Course Content**

This course focuses on providing the skills and knowledge necessary to install, operate, and troubleshoot a small branch office Enterprise network, including configuring a switch, a router, and connecting to a WAN and implementing network security. A Student should be able to complete configuration and implementation of a small branch office network under supervision.

# Course Objectives

Upon completion of this course, you should be able to:

- Describe how networks function, identifying major components, function of network components and the Open System Interconnection (OSI) reference model.
- Using the host-to-host packet delivery process, describe issues related to increasing traffic on an Ethernet LAN and identify switched LAN technology solutions to Ethernet networking issues.
- Describes the reasons for extending the reach of a LAN and the methods that can be used with a focus on RF wireless access.
- Describes the reasons for connecting networks with routers and how routed networks transmit data through networks using TCP / IP.
- Describe the function of Wide Area Networks (WANs), the major devices of WANs, and configure PPP encapsulation, static and dynamic routing, PAT and RIP routing.
- Use the command-line interface to discover neighbors on the network and managing the router¿s startup and configuration .

**Course Outline**

- Module 1 - Building a Simple Network
- Module 2 - Ethernet Local Area Networks

- Module 3 - Wireless Local Area Networks
- Module 4 - Exploring the Functions of Routing
- Module 5 - Wide Area Networks
- Module 6 - Network Environment Management

## Who Should Attend

- Channel Partner / Reseller
- Customer
- Employee

Top

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Cisco Systems, Inc.

Close Window

# CISCO

LEARNING LOCATOR                                        SUPPORT.NET

Interconnecting Cisco Networking Devices Part 2 (ICND2) v1.0

**Associated
Certifications:** CCNA

**Duration:** 5 days,Virtual Classroom
hours,Web Based Training
5 days,Classroom
5 days,Remote Labs & Simulations

**Click Here to
List Offerings:** Virtual Classroom only
Web Based Training only
Classroom only
Remote Labs & Simulations only
All Delivery Types

Course Content        Course Outline
Prerequisites         Who Should Attend

## Prerequisites

ICND1

## Course Content

This course focuses on providing the skills and knowledge necessary to install, operate, and troubleshoot a small to
medium-size branch office Enterprise network, including configuring several switches and routers, connecting to a WAN
and implementing network security.

# Course Objectives

- Review how to configure and troubleshoot a small network.
- Expand the switched network from a small LAN to a medium-sized LAN with multiple switches, supporting VLANs,
trunking, and spanning tree.
- Describe routing concepts as they apply to a medium-sized network and discuss considerations when implementing
routing on the network.
- Configure, verify, and troubleshoot OSPF.
- Configure, verify, and troubleshoot EIGRP.
- Determine when to apply ACLs based on network requirements, and to configure, verify, and troubleshoot ACLs on a
medium-sized network.
- Describe when to use NAT or PAT on a medium-sized network, and configure NAT or PAT on routers.
- Identify and implement the appropriate WAN technology based on network requirements.

## Course Outline

Module 1 - Small Network Implementation

Module 2 - Medium-Sized Switched Network Construction

Module 3 - Medium-Sized Routed Network Construction



Module 4 - Single Area OSPF Implementation

Module 5 - EIGRP Implementation

Module 6 - Access Control Lists

Module 7 - Address Space Management

Module 8 - LAN Extensionin to a WAN

## Who Should Attend

- Channel Partner / Reseller
- Customer
- Employee

Top

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy a
Cisco Systems, Inc.

Learning Offerings                                                                                                                    Page 1 of 2



Close Window

LEARNING LOCATOR                                                            SUPPORT.NET

Interconnecting Cisco Networking Devices Part 1 (ICND1) v1.0

**Associated
Certifications:** CCENT

**Duration:** 5 days,Virtual Classroom
hours,Web Based Training
5 days,Classroom
5 days,Remote Labs & Simulations

**Click Here to
List Offerings:** Virtual Classroom only
Web Based Training only
Classroom only
Remote Labs & Simulations only
All Delivery Types

Course Content        Course Outline
Prerequisites         Who Should Attend

**Prerequisites**

None

**Course Content**

This course focuses on providing the skills and knowledge necessary to install, operate, and troubleshoot a small branch office Enterprise network, including configuring a switch, a router, and connecting to a WAN and implementing network security. A Student should be able to complete configuration and implementation of a small branch office network under supervision.

# Course Objectives

Upon completion of this course, you should be able to:

- Describe how networks function, identifying major components, function of network components and the Open System Interconnection (OSI) reference model.
- Using the host-to-host packet delivery process, describe issues related to increasing traffic on an Ethernet LAN and identify switched LAN technology solutions to Ethernet networking issues.
- Describes the reasons for extending the reach of a LAN and the methods that can be used with a focus on RF wireless access.
- Describes the reasons for connecting networks with routers and how routed networks transmit data through networks using TCP / IP.
- Describe the function of Wide Area Networks (WANs), the major devices of WANs, and configure PPP encapsulation, static and dynamic routing, PAT and RIP routing.
- Use the command-line interface to discover neighbors on the network and managing the router¿s startup and configuration .

**Course Outline**

- Module 1 - Building a Simple Network
- Module 2 - Ethernet Local Area Networks

- Module 3 - Wireless Local Area Networks
- Module 4 - Exploring the Functions of Routing
- Module 5 - Wide Area Networks
- Module 6 - Network Environment Management

## Who Should Attend

- Channel Partner / Reseller
- Customer
- Employee

Top

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy a Cisco Systems, Inc.



Close Window

**CISCO**

LEARNING LOCATOR                                        SUPPORT.NET

Interconnecting Cisco Networking Devices Part 2 (ICND2) v1.0

| | |
|---|---|
| **Associated Certifications:** | CCNA |
| **Duration:** | 5 days,Virtual Classroom<br>hours,Web Based Training<br>5 days,Classroom<br>5 days,Remote Labs & Simulations |
| **Click Here to List Offerings:** | Virtual Classroom only<br>Web Based Training only<br>Classroom only<br>Remote Labs & Simulations only<br>All Delivery Types |

Course Content       Course Outline
Prerequisites        Who Should Attend

### Prerequisites

ICND1

### Course Content

This course focuses on providing the skills and knowledge necessary to install, operate, and troubleshoot a small to medium-size branch office Enterprise network, including configuring several switches and routers, connecting to a WAN and implementing network security.

## Course Objectives

- Review how to configure and troubleshoot a small network.
- Expand the switched network from a small LAN to a medium-sized LAN with multiple switches, supporting VLANs, trunking, and spanning tree.
- Describe routing concepts as they apply to a medium-sized network and discuss considerations when implementing routing on the network.
- Configure, verify, and troubleshoot OSPF.
- Configure, verify, and troubleshoot EIGRP.
- Determine how to apply ACLs based on network requirements, and to configure, verify, and troubleshoot ACLs on a medium-sized network.
- Describe when to use NAT or PAT on a medium-sized network, and configure NAT or PAT on routers.
- Identify and implement the appropriate WAN technology based on network requirements.

### Course Outline

Module 1 - Small Network Implementation

Module 2 - Medium-Sized Switched Network Construction

Module 3 - Medium-Sized Routed Network Construction



Module 4 - Single Area OSPF Implementation

Module 5 - EIGRP Implementation

Module 6 - Access Control Lists

Module 7 - Address Space Management

Module 8 - LAN Extensionin to a WAN

**Who Should Attend**

- Channel Partner / Reseller
- Customer
- Employee

Top

© 1992-2006 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and
Cisco Systems, Inc.