Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CARMELO MILLAN,                    : NO. 07CIV3769
Individually and on               :
Behalf of All Other               :
Persons Similarly                  :
Situated,                          :
          Plaintiff                :
                                   :
     vs.                           :
                                   :
CITIGROUP, INC., and               :
CITIGROUP TECHNOLOGY,              :
INC.,                              :
          Defendants               :

DEPOSITION OF THOMAS G. SARANELLO

          Taken in the Locks Law Firm, 110

East 55th Street, 12th Floor, New York, New York, on

Thursday, February 7, 2008, commencing at 11:30 a.m.

before Sally A. Slifer, CSR, Registered Merit

Reporter, Certified Realtime Reporter.


APPEARANCES:


          LOCKS LAW FIRM

          By: JANET C. WALSH, ESQ.

          110 East 55th Street, 12th Floor

          New York, NY  10022

          -- For the Plaintiff

THOMAS SARANELLO

Page 2

APPEARANCES:     (Continued)


MORGAN LEWIS

By: SARAH E. BOUCHARD, ESQ.

    SARAH E. PONTOSKI, ESQ.

1701 Market Street

Philadelphia, PA  19103

  -- For the Defendant

THOMAS SARANELLO

1    2001 Performance Review              78

2    Bates stamped CTI
     00001249 - 1255                      102
3    Bates stamped CTI
     000326 - 329                         120
4    Bates stamped CTI
     0000330 - 333                        130
5    Bates stamped CTI
     00001476- 1479                       135
6    Bates stamped CTI
     00001484- 1485                       138
7    Bates stamped CTI
     00001490 - 1491                      139
8    Bates stamped CTI
     00001262 - 1356                      143
     EXHIBITS NOT IN CUSTODY OF REPORTER
     00001262 - 1356                      143

THOMAS SARANELLO

Page 4

1                    MS. BOUCHARD:  We would like the

2    witness to read and sign the deposition.

3                    What that means is once the court

4    reporter gets the transcript to us you will have an

5    opportunity to review it to make sure everything is

6    taken down correctly.

7                    Okay?

8                    MR. SARANELLO:  Okay.

9                    THOMAS G. SARANELLO, having been

10   duly sworn, was examined and testified as follows:

11                    *   *   *

12                    EXAMINATION

13   MS. WALSH:

14   Q.        Good morning, Mr. Saranello.  My name is

15   Janet Walsh.  I am an attorney representing the

16   plaintiff in this action.  I will be asking you some

17   questions today on the record.  As you can see we have

18   a court reporter here.  So I wanted to go over some

19   ground rules with you.

20                    The first thing is have you ever

21   given deposition testimony before today?

22   A.        No.

23   Q.        Have you ever testified in court before?

24   A.        No.

25   Q.        As I told, you the court reporter is here.

THOMAS SARANELLO

Page 5

1    So some is basic rules we have to follow is because

2    she's taking down everything we say.

3                    I am going to ask you to allow me to

4    finish the question, and I will also allow you to

5    finish your answer.  Frequently when we are speaking

6    with each other, we can anticipate what we are going

7    to say, so we have a tendency to kind of cut off the

8    end of what the other person is saying.  So if you can

9    remember to allow me to finish.

10                   The second thing is if you can give

11   verbal responses as opposed to a shake of the head or

12   a nod of the head or an uh-huh, again something we can

13   understand and read back on the transcript.

14                   If you don't understand any question

15   that I have asked you, I am going to ask if you can

16   tell me that, and I will rephrase the question for you

17   or I will repeat it for you.

18                   If you don't let me know that, I am

19   going to assume you heard and understood the question.

20                   If you need to take a break at any

21   time, that's fine.  I am just going to ask you finish

22   whatever question is pending before you do that.

23                   This isn't a test of your memory

24   here today.  So to the extent you don't remember

25   something, can you tell me you don't remember?  If you

1    don't remember the specific answer to a question I am

2    asking, I may ask you to give an estimate or an

3    approximation, and to the extent you can do that, I

4    would appreciate it if you would.

5    A.        Okay.

6    Q.        You understand that you are under oath today

7    and subject to the penalties of perjury, correct?

8    A.        Yes.

9    Q.        Are you taking any medications today that

10    would impair your ability to testify truthfully?

11    A.        I am taking medication, but not -- I take

12    Singulair for allergies.

13    Q.        Is that going to have any effect on your

14    ability to testify today?

15    A.        No, just for my pet.

16    Q.        Can you state for the record your full name.

17    A.        Thomas Gregory Saranello.

18    Q.        What is your present home address, Mr.

19    Saranello?

20    A.        5 Curve Lane, Levittown, New York, 11756.

21    Q.        And what's your current business address?

22    A.        125 Broad Street, New York, New York.

23    Q.        How old are you currently?

24    A.        I am forty.

25    Q.        Did you attend college?

THOMAS SARANELLO

Page 7

1    A.        Yes, I did.

2    Q.        Where did you attend?

3    A.        Queensborough Community College.

4    Q.        When was that?

5    A.        Approximately '89, '90.

6    Q.        Did you obtain some kind of degree from that

7    college?

8    A.        No, I didn't finish.

9    Q.        How many years did you do?

10   A.        I did a year and a half and also attended

11   LaGuardia Community College as well.

12   Q.        When was that?

13   A.        That was in '97.

14   Q.        Now, going back to Queensborough Community

15   College, what were you studying there, what was your

16   major?

17   A.        Data processing.

18   Q.        And between I think you said

19   approximately '90 was when you stopped attending there

20   and '97 when you were attending LaGuardia, did you

21   take any other courses?

22   A.        No.

23   Q.        And then LaGuardia, how long did you attend

24   LaGuardia for?

25   A.        Approximately a year and a half as well.

THOMAS SARANELLO

Page 8

1    Q.        Did you obtain any degree from there?

2    A.        Just certificates on computer repair.

3    Q.        What certificates did you obtain?

4    A.        Just basic computer repair.  I don't remember

5    exact specifics.

6    Q.        Since attending LaGuardia Community College,

7    have you attended any other colleges?

8    A.        No.

9    Q.        Have you obtained any other certifications

10   with respect to computer repair?

11   A.        Several certifications in local area

12   networking, multiple certifications in cabling and

13   fiberoptics.

14   Q.        So local area networking, cabling and

15   fiberoptics.

16             And what was the other one you said?

17   A.        That was it.  Telecommunication

18   certifications.

19   Q.        Where did you obtain the certifications?

20   A.        Through vendors and through Citi itself.

21   Q.        When you say Citi, you are referring to

22   CitiGroup?

23   A.        Yes.

24   Q.        What certifications do you currently have?

25   A.        Basically what I have just told you.

THOMAS SARANELLO

Page 9

1    Q.         Are there specific titles or numbers that go

2    along with any of those, that you know?

3    A.         I have an ICND certification, which is a

4    Sisco interconnect certification.

5    Q.         Any others you can name specifically like

6    that?

7    A.         The last one was a category six cabling

8    certification from ADC, which is basically a new cable

9    plan.

10   Q.         Any other post college education that you

11   have?

12   A.         No.

13   Q.         Before this deposition, did you speak with or

14   meet with your attorneys with respect to the

15   deposition?

16              MS. BOUCHARD:  You can say whether

17   you met with us.  You can't tell her anything we spoke

18   about.

19   A.         Yes.

20   Q.         When did you meet with them?

21   A.         Yesterday.

22   Q.         For how long?

23   A.         Two hours.

24   Q.         Did you meet with them this morning before

25   coming to the deposition?

THOMAS SARANELLO

Page 10

1   A.        Yes.

2   Q.        For how long?

3   A.        45 minutes.

4   Q.        Prior to meeting with them, did you have any

5    phone conversations to prepare for the deposition,

6    with your attorneys?

7   A.        Yes.

8   Q.        How many conversations?

9   A.        Two or three.

10  Q.        Is that over the period of the last few weeks

11   or longer period of time?

12  A.        I would say about that.

13  Q.        And in total, how long was the time you spent

14   on the phone?

15  A.        Two hours.

16  Q.        Other than your attorneys, was there anyone

17   else present during either meetings with them?

18  A.        Human resources.

19  Q.        From CitiGroup?

20  A.        Yes.

21  Q.        Who was there from human resources?

22  A.        Kristen Salmon.

23  Q.        Anyone else?

24  A.        Ann Graves, I believe from legal.

25  Q.        And during the phone conversations, was there

THOMAS SARANELLO

Page 11

1      anyone else present on the phone conversations other

2      than you and your attorneys?

3      A.          No, not that I know of.

4      Q.          Did you review any documents to help prepare

5      for the deposition today?

6      A.          Yes.

7      Q.          What documents did you review?

8      A.          Resume, e-mails, compliance plans, manuals.

9      Q.          Anything else?

10     A.          That's all I remember.

11     Q.          Resume, when you refer to the resume, is that

12     Mr. Millan's resume?

13     A.          Yes.

14     Q.          With respect to e-mails, what specifically

15     are you referring to?

16     A.          Basically just our e-mails.

17     Q.          When you say our e-mails --

18     A.          Between myself and Carmelo.

19     Q.          I am going to ask counsel, are those the

20     e-mails that were produced yesterday?

21                        MS. BOUCHARD: Yes.

22     Q.          And you referenced compliance plans?

23     A.          Continuity of business plans.

24     Q.          Continuity of business plans.  Okay.

25                        Can you describe for me what those

THOMAS SARANELLO

Page 12

1    are?

2    A.        Continuity of business plans is a requirement

3    for any department in -- well, within technology that

4    I know of that you need to have a plan when a disaster

5    occurs, and Carmelo was the author of our continuity

6    of business plan.

7    Q.        Is there another term or an abbreviated term

8    for the continuity of business plan?

9    A.        COB.

10   Q.        Again, I am going to ask counsel, was that

11   produced to us?

12             MS. PONTOSKI:  No.

13             MS. BOUCHARD:  That was not a

14   document that he reviewed with us.  It was a document

15   that he reviewed.

16             MS. WALSH:  I am going to request it

17   be produced to me.

18             Firstly, on the basis that the

19   allegation is Mr. Millan drafted it.  So I think it's

20   relevant to the issues in the case.

21             Secondly, because it's a document he

22   reviewed in preparation for the deposition, we are

23   entitled to it.

24   BY MS. WALSH:

25   Q.        You also testified that you reviewed manuals

THOMAS SARANELLO

Page 13

1    before the deposition.

2                    Could you tell me what specific

3    manuals?

4    A.        Process and control manual for our

5    department.

6    Q.        Was it just the one manual or more than one

7    manual?

8    A.        It was several versions Carmelo maintained.

9    Q.        How many versions did you review?

10   A.        Roughly between three and five.

11   Q.        Do you know if Mr. Millan was deposed in this

12   case or if his deposition was taken?

13   A.        I have no idea.

14   Q.        Did you review his testimony?

15   A.        No, I did not.

16   Q.        Now, the e-mails you referred to, did you

17   provide those to your attorneys in response to a

18   request for those?

19   A.        Yes.

20   Q.        When did you do that?

21   A.        Yesterday.

22   Q.        When did you receive the request to do that?

23   A.        I don't believe it was any formal request.  I

24   just --

25                    MS. BOUCHARD:  I will request you

THOMAS SARANELLO

Page 14

1    don't talk about anything that was exchanged between

2    attorneys.

3    Q.        Did you talk to anybody at CitiGroup

4    Technologies -- withdrawn.

5                  When I refer to CitiGroup

6    Technologies, is it okay if I use the term CTI?

7    A.        Yes.

8    Q.        Is that a term you use?

9    A.        That's fine.

10   Q.        What would you typically call -- refer to

11   your employer as?

12   A.        CitiGroup Technology Infrastructure.

13   Q.        Is it commonly referred to as CTI or no?

14   A.        Yes.

15   Q.        To distinguish between CitiGroup and

16   CitiGroup Technologies, Inc., I am going to refer to

17   CitiGroup Technologies, Inc., as CTI, if that's okay

18   with you.

19   A.        That's fine.

20   Q.        To the extent I say CitiGroup, I am referring

21   to CitiGroup, Inc.

22   A.        Okay.

23   Q.        Did you speak to anybody at CitiGroup

24   Technologies, other than what you already testified to

25   with respect to coming to your deposition today?

THOMAS SARANELLO

Page 15

1   A.          No.

2   Q.          Do you keep any kind of a file relating to

3   this lawsuit?

4   A.          No.

5   Q.          What's your current position at CTI?

6   A.          I am project leader.

7   Q.          Do you have any other title that goes along

8   with project leader?

9   A.          Vice president.

10  Q.          For how long have you held that position?

11  A.          Past four years.

12  Q.          Is there a specific department within CTI you

13  work for or division?

14  A.          Metro New York site support.

15  Q.          What are your duties and responsibilities in

16  that position?

17  A.          To maintain network infrastructure, cabling

18  backbone, provide services, service providers for

19  MAC's, moves, adds and changes.

20  Q.          Say that again.

21  A.          For moves, adds and changes.

22  Q.          Moves, eds and changes?

23              MS. BOUCHARD:  Adds.

24              MS. WALSH:  Sorry.  Thanks.

25  A.          And troubleshooting support.

THOMAS SARANELLO

Page 16

1    Q.        Moves, adds and changes are referred to as

2    MAC's?

3    A.        Yes, also project builds.  I guess large

4    scale moves would be part of a project or a MAC, but

5    it's larger -- it's more than a MAC.  MAC's are

6    considered small, one, two person.

7                        (Discussion off the record.)

8    Q.        Anything else?

9    A.        Compliance, tech room management and data

10   center management.  That's pretty high level.

11   Q.        When you say high level, what do you mean?

12   A.        Pretty much the brunt of what we do is there.

13   Q.        How many people do you supervise in that

14   position?

15   A.        Currently thirteen.

16   Q.        Do any of the thirteen you supervise

17   supervise other employees?

18   A.        Yes.

19   Q.        And how many would each of the thirteen -- or

20   in total, how many would the thirteen supervise?

21   A.        There are two team leads under me that

22   support the six and seven people that are under me.

23   Out of the thirteen -- out of the thirteen people, one

24   of them supports, I guess, five, and the other one

25   supports five or six, something like that.  I don't

THOMAS SARANELLO

Page 17

1    have the exact number in my head.

2    Q.       Now, at the time that you served in this

3    capacity, were you working directly with Carmelo

4    Millan?

5    A.       When Carmelo was working under me, I was a

6    team leader.

7    Q.       So you weren't the project leader?

8    A.       No.

9    Q.       Immediately prior to this position, what was

10   your role?

11   A.       I was a team leader.

12   Q.       For how long were you a team lead?

13   A.       Three or four years.

14   Q.       So if we worked backwards, you said you are

15   in your current position for approximately four years.

16            So did you start approximately the

17   beginning of 2004?

18   A.       No, '98 I started, when I was a tech.

19   Q.       I am referring specifically to the project

20   leader position.  You indicated that you worked in

21   that position for about four years, so I am trying to

22   work back to when you started the project leader

23   position?

24   A.       I am trying to think back.  It's hard to

25   remember when I got the promotion to vice president

THOMAS SARANELLO

Page 18

1    and when I started managing these thirteen.  Roughly

2    two -- I would say 2 or 3, maybe 3 or 4, I was

3    considered a manager.

4                    Prior to 2004, I was a team lead.

5    Q.        When you were working as a team lead, was it

6    for the same department?

7    A.        Same department -- it was a little different

8    back then, because we had more data centers at the

9    time.

10   Q.        Could you testify which department you were

11   working for when you started as a team lead?

12   A.        I believe it was called network integration

13   site support -- network infrastructure site support,

14   NISS, which fell under network integration.

15   Q.        Was it referred to as a division, department?

16   A.        Department under CGTI, I believe, at the time

17   it was called.

18   Q.        It was a department of CGTI.

19                    What did that stand for?

20   A.        CitiGroup Technology Infrastructure.

21   Q.        So this -- if you were working in that

22   position for about three or four years, would it

23   approximately have been from 2000, 2001, up through

24   2004?

25   A.        Around 2000, I believe.

THOMAS SARANELLO

Page 19

1    Q.         Was it prior to September 11th?

2    A.         The team lead position, yes.

3    Q.         So at that time, CTI was referred to as CGTI?

4    A.         Not that whole period of time, because we

5    didn't fully merge with Citi at the time.  We were

6    Salomon Smith Barney before that.  And I don't know

7    exactly when we were called CTI -- CGTI.  They started

8    using that terminology after we merged with Citi Bank.

9                    MS. BOUCHARD:  I would like to note

10   an objection that he's not here to talk about the

11   structure of CitiGroup versus CTI as a 30(b)6 witness.

12   He can provide testimony in his individual capacity

13   but not as a 30(b)6 witness.

14   Q.         At the time you worked for the network

15   infrastructure site support, and you said that fell

16   under network integration?

17   A.         (Witness nods head.)

18   Q.         Can you testify with respect to other

19   divisions within CTI or CGTI at the time?

20   A.         As far as?

21   Q.         What were the names of the other departments

22   or divisions?

23   A.         I don't know.  Just network integration is

24   pretty much who we rolled up to.

25   Q.         How many people worked in total for network

THOMAS SARANELLO

Page 20

1    integration at the time?

2    A.        I don't know.

3    Q.        Hundreds?

4    A.        I don't know.

5    Q.        Can you go through your duties and

6    responsibilities as a team lead when you started in

7    that position?

8    A.        Same duties, just I had couple of more data

9    centers and less sites, less buildings under me.

10   Q.        Let's start there.  How many data centers did

11   you have under you?

12   A.        I believe it was five.

13   Q.        Where were they located?

14   A.        390 Greenwich Street, 333 West 34th Street,

15   Two Journal Square Plaza. I believe that's it.

16   Q.        You said you thought you had five.  That's

17   three.

18   A.        There were three data centers at 390

19   Greenwich Street.  I believe it was three at the time.

20   Q.        At the time were you -- did you oversee the

21   data center for 388 Greenwich Street?

22   A.        388 Greenwich Street did not have a data

23   center.  388 Greenwich Street collapsed into 390

24   Greenwich.

25   Q.        When you say collapsed into --

THOMAS SARANELLO

Page 21

1    A.          Migrated to, ran out of space, closed the

2    data center down and moved everything over.

3    Q.          When was that?

4    A.          I believe the migration started as early

5    as '98 and finished up in 2000 sometime.

6    Q.          What is a data center?

7    A.          Data center is a central point of

8    communications, from what I understand.  My

9    definition, it is a distribution for voice and data

10   services, houses file servers, network routers and

11   switches and circuits.

12   Q.          Is it network support?

13   A.          It is not considered support.  It's pretty

14   much -- it's a service we provide.  We do

15   installations for other departments and work with

16   multiple teams.

17   Q.          When you say installations, could you go

18   through with me the specifics of what installations

19   you provide?

20   A.          Taking a server request that's submitted by a

21   system administrator, working with the engineering,

22   network engineering teams on proper placement and

23   installation, configuration of network ports,

24   submission of network changes for those network ports.

25   That's a server installation pretty much.

THOMAS SARANELLO

Page 22

1                        For network installations, we work

2      directly with either network engineering or network

3      integration; and work off a design provided, which we

4      QA the infrastructure portions.

5      Q.        What did you say?

6      A.        QA the design, work with engineering to make

7      sure their design is going to work in our environment.

8      Q.        When you started as a team lead in

9      approximately 2000, how many people did you have

10     reporting to you?

11     A.        I think it was five or six.

12     Q.        Were you a vice president at the time --

13     A.        No.

14     Q.        -- or something else?

15     A.        Eventually I was promoted to assistant vice

16     president, but I don't remember when.

17     Q.        When you started you weren't?

18     A.        No.

19     Q.        What were the titles of the people reporting

20     to you?

21     A.        Titles?

22     Q.        Did they have a title?

23     A.        Not that I remember, no.

24     Q.        Prior to working as a team lead, did you have

25     another position with CTI?

THOMAS SARANELLO

Page 23

1    A.        Yes, I was a regular technician when I

2     started.

3    Q.        Was that your first position with CTI?

4    A.        Yes.

5    Q.        Did you have a separate position at any time

6     with CitiGroup, Inc.?

7    A.        No.

8    Q.        Did you work for Salomon Smith Barney?

9    A.        Yes.

10   Q.        When did you start work for Salomon Smith

11    Barney?

12   A.        April of '98.

13   Q.        Was that after the merger of Salomon and

14    Smith Barney or before?

15   A.        I don't recall when it happened.  As far as

16    technology goes, it was after 2000, I believe that we

17    started to come together.

18              MS. BOUCHARD:  Again, I note my

19    objection to corporate structure, which can be

20    complicated for even corporate lawyers.

21              MS. WALSH:  Off the record.

22              (Discussion off the record.)

23   BY MS. WALSH:

24   Q.        So you started to work for Salomon Smith

25    Barney in approximately April of '98?

THOMAS SARANELLO

Page 24

1   A.          Yes.

2   Q.          What was your position when you first started

3    to work there?

4   A.          I don't recall.  I was a technician, we were

5    techs.

6   Q.          In what department did you work?

7   A.          I worked for the same structure as I gave you

8    before, the -- under network integration, we were the

9    network infrastructure site support, whatever it was

10   called.  I don't recall.  We were called

11   infrastructure at the time.  That's what it was before

12   we became NISS, which was under CGTI infrastructure.

13   Q.          What did you do as a technician on a

14   day-to-day basis?

15   A.          On a day-to-day basis I supported all moves,

16   adds and changes.

17   Q.          Before we go any further, what does that

18   mean, if you could explain in layman's terms?

19   A.          That means attending meetings for move

20   relocation.

21   Q.          When you say a move relocation -- can you

22   explain what that is?

23   A.          They are taking 25 people from one floor and

24   moving them to another floor.  Our role is to insure

25   there's network capacity, availability of ports to

THOMAS SARANELLO

Page 25

1    house those users coming over, so we have to survey

2    the tech room to insure there's proper port capacity.

3                    We would have to submit network

4    changes to configure those ports appropriately to

5    however those users are relocating as far as speed

6    duplex and VLAN goes.

7                    If capacity was needed, we needed to

8    engage the network integration team to either supply

9    us with a line card for additional capacity, or if we

10   had one on our own, we would install it ourselves and

11   handle the configurations.

12                   Then we handled the physical wiring

13   from the tech room out to the desktops, which would

14   include network testing, once all the wiring was

15   complete, and insure we established a session.

16   Q.        I want to review this in more specific

17   detail.  So if you had 25 people who were moving from

18   one floor to another floor, you said you would have to

19   determine the network capacity, is that correct?

20   A.        (Witness nods head.)

21   Q.        Explain what that means, how would you

22   determine network capacity?

23   A.        If a switch, a network switch, had at that

24   time 24 port cards in it, and you were able to put in

25   up to 11 cards on that switch, so you would have 24

THOMAS SARANELLO

Page 26

1    times 11.  At times there were less cards in the

2    switch, that you know you wouldn't be able to support

3    the room unless you added a card because the capacity

4    was filled.

5                    Certain people have two or three

6    machines at their desks.  Other people had one machine

7    at their desk.  So depending on the capacity of the

8    floor, you needed to be the judge of that.

9    Q.        So to determine the network capacity

10   physically, what that meant was going to some central

11   location and checking to see how many port cards were

12   there and how many were filled?

13   A.        Absolutely.  And we also managed databases

14   that house that information.  So we would take the

15   database pretty much at a glance and then bring that

16   database with us to those tech rooms to do physical

17   inventory.

18   Q.        When you say you physically took a database,

19   what --

20   A.        We have snapshots pretty much of what the

21   switch looks like in a database.  But when you have

22   fifty floors or forty floors you manage, those

23   databases may be inaccurate at times.  They are, they

24   aren't, but it's used as a guide to go and do your

25   survey.  It helps having a database.

THOMAS SARANELLO

Page 27

1    Q.        So explain to me specifically what the

2    database shows you and how physically it -- are you

3    looking at a computer screen, are you looking at

4    something different?

5    A.        It's either an Excel or Access at the time,

6    and it pretty much shows you port for port, line by

7    line, the desktop where it's connected to on that

8    switch port.

9              We had to physically layer in a

10   database.

11   Q.        You have some kind of spreadsheet

12   essentially --

13   A.        Yes.

14   Q.        -- which shows --

15   A.        -- a mirror of what the switch looks like.

16             (Discussion held off the record.)

17   Q.        Let's take a step back, so I am clear with

18   respect to a few things.

19             The first thing you need to do, you

20   need to physically go look at the ports, at a specific

21   location.

22             Is it a piece of hardware you are

23   looking at?

24   A.        Yes.

25   Q.        What size is that piece of hardware?

THOMAS SARANELLO

Page 28

1   A.          19 inches wide by 30 inches high, I would

2    say.

3   Q.          What is the hardware referred to as?

4   A.          Sisco switch.

5   Q.          Would there on a floor with 25 people --

6    let's say you are doing a 25 person move, how many of

7    those Sisco switches would there be or equivalent of

8    that?

9   A.          There would be one on each side of the floor,

10   pretty much.

11  Q.          Is there a specific number of Sisco switches

12   that can service a specific number of desks, is that

13   how it goes?

14  A.          Yes, absolutely.

15  Q.          What typically would a single Sisco switch,

16   how many desks would that service?

17  A.          24 times 11, which is, I guess -- what is

18   that?

19  Q.          264?

20  A.          Whatever it is.

21  Q.          Is that 264 desks or --

22  A.          264 physical ports.

23  Q.          So if someone has three monitors on their

24   desk or different pieces of equipment, they might be

25   taking up four of those ports or more of those ports?

THOMAS SARANELLO

Page 29

1    A.        Yes.

2    Q.        Typically one person at a desk at that time,

3    how many ports would they be taking up?

4    A.        Depending on the business they were, it would

5    be either one, two, or three, could be as much as four

6    if they were a technology business.

7    Q.        One to four?

8    A.        Yes.

9    Q.        So you would go and you would look at the

10   Sisco switch, you would look at the number of ports,

11   you would make a count of how many ports were being

12   used, and you would record that information somewhere?

13   A.        We go by our database.  We take our database,

14   which is whatever it showed us, and we would match it

15   to the switch, and install conductivity where we

16   needed to, remove conductivity if needed.  You are

17   managing capacity.

18   Q.        And when you say managing capacity, explain

19   to me what you mean.

20   A.        Managing capacity is having control of your

21   network switch and your capacity pretty much.  It's --

22   if you had a business that was in a corner and they

23   took up fifty ports, and now you are moving a business

24   in that only needs one connection per your downsizing

25   to 25 ports, you are taking those ports back and now

THOMAS SARANELLO

Page 30

1    you have the additional capacity if anyone else moves

2    in.

3                    It's pretty much being proactive so

4    that you don't always have to purchase a card.

5    Q.        And when you say removing ports, you are

6    actually removing the piece of hardware?

7    A.        Removing cables pretty much.

8    Q.        Is a port a cable?

9    A.        No.

10   Q.        Or a cable connects to a port?

11   A.        A cable connects to a port.

12   Q.        So when you say removing ports, in addition

13   to removing the cable, are you actually removing

14   something else?

15   A.        You are reclaiming ports.  You are removing

16   cables.

17   Q.        The port stays there?

18   A.        Yes.

19   Q.        The cable is removed?

20   A.        Yes.

21   Q.        So when you are moving people, presumably you

22   are taking away the conductivity, you are ending the

23   connectivity to the network?

24   A.        Yes.

25   Q.        That's the first step of it?

THOMAS SARANELLO

Page 31

1    A.        Yes.

2    Q.        In addition to actually taking out the

3    cables, what else is physically involved in removing

4    that connectivity?

5    A.        Logically you need to shut down that port.

6    You are not supposed to have a port that has nothing

7    plugged into it.  It's not supposed to be live.  So

8    that port needs to be disabled.  We would submit

9    network changes to make that happen.

10   Q.        So essentially you have to shut down the

11   port, and you said you have to submit network changes

12   to do that?

13   A.        Yes.

14   Q.        What does that mean physically, how do you

15   submit a network change, who do you submit it to?

16   A.        Physically it's called a layer two MAC

17   request that is sent to network control.  At the time

18   we had access to switches prior to -- I don't remember

19   which year it was, but before the MAC requests, we

20   were able to shut down ports on our own pretty much.

21   We had privileges to logically telnet to a switch,

22   which means from a computer you could log into a

23   switch, look at the ports, and figure out what you

24   need to configure.  We were able to do that.

25   Q.        You were able to go onto a computer and turn

THOMAS SARANELLO

Page 32

1    off, through the computer, turn off the live feeds to

2    the port?

3    A.        Yes.

4    Q.        And that was -- you weren't allowed to do

5    that at some point?

6    A.        At some point we were -- our write access was

7    taken away for compliance reasons, so the network

8    control group was the only group allowed to make the

9    changes going forward.

10             They set up a layer two MAC system

11   for us, which still meant we managed the capacity.

12   And we submitted the actual changes that the control

13   group had to make, pretty much typing up everything

14   for them, and then they would execute the change.

15   Q.        You created some kind of spreadsheet or other

16   document, and you submitted either by e-mail or

17   physical piece of paper a request to that department?

18   A.        No, it's an actual system.  It was an actual

19   system, layer two MAC system.

20   Q.        Does that mean you are going into a computer

21   and doing it on a computer?

22   A.        Virtual, yes.

23   Q.        So you go into the computer, you enter the

24   information, you make the request, it goes to somebody

25   else, and somebody else is actually in charge of

THOMAS SARANELLO

Page 33

1    switching off the live connection?

2    A.        Yes.

3    Q.        So essentially you are making the request,

4    whereas before you were actually switching off the

5    connection yourself?

6    A.        Yes.

7    Q.        You said the reason it was changed to that

8    system was for compliance --

9    A.        Yes.

10   Q.        -- issues?

11   A.        Yes.

12   Q.        Why was that?

13   A.        I don't really know.

14   Q.        Was that change implemented when you were

15   still a technician?

16   A.        No.  It was, I believe, around 2003.

17   Q.        You were a team lead at that point?

18   A.        Yes.

19   Q.        So up to 2003, part of that process of what

20   we are going through here with moving was actually

21   disconnecting or turning off the live feed to the

22   port?

23   A.        Yes, and also configurations of the port,

24   virtual LAN configurations to the port.

25   Q.        Explain what you mean by that.

THOMAS SARANELLO

Page 34

1    A.          Virtual LAN is attached to a network segment

2    where that segment can hold 255 devices on.  We need

3    to make sure that we don't exceed that limit.  And you

4    also need to understand how the VLAN works and how it

5    matches up to that address.  So each network has a

6    virtual LAN number associated with it.

7    Q.          What would you physically do with respect to

8    working out the configurations for the port, what was

9    physically involved?

10               MS. BOUCHARD:  I am making a

11   standing objection.  You have been using the word

12   physical a lot.  Do you mean body motions, or do you

13   mean --

14               MS. WALSH:  Yes.  Physically did you

15   have to go and remove something, did you have to

16   create a document, did you have to put in a request,

17   physically what did you do?

18   A.          Physically you would have to telnet to the

19   switch.

20   Q.          What does that mean, how do you telnet to the

21   switch?

22   A.          From a computer.  Once you verify the port

23   you are going to be touching, you telnet to the

24   switch, establish a session from a computer, from a

25   telnet prompt.  Then you would connect to that switch

THOMAS SARANELLO

Page 35

1    via IP address.

2    Q.        What was the purpose of doing that?

3    A.        To turn the port on or off and to change the

4    VLAN if necessary.

5    Q.        Why would you have to change the VLAN?

6    A.        If the other VLAN is full and if it has a

7    second VLAN on it, that's why the VLAN would need to

8    be changed.

9    Q.        So you would have to determine if the VLAN

10   was full?

11   A.        Yes.

12   Q.        How would you do that?

13   A.        By telnetting through the router to see how

14   many addresses are actually being used.

15   Q.        Is there a number, is there a maximum

16   capacity that a VLAN has?

17   A.        It depends on how the VLAN's are structured.

18   It's all -- it's the way it's designed from

19   engineering, whether it's 255 addresses, whether 125

20   addresses, it's laid out according to how the floor is

21   designed.

22   Q.        Who determines that?

23   A.        Network engineering.

24   Q.        You don't have any input into that?

25   A.        Absolutely we do.

THOMAS SARANELLO

Page 36

1    Q.        What's your input?

2    A.        If it's a new build-out.  I don't want to get

3    away from a move.  A move is 25 people going from here

4    to there, insuring capacity and making the

5    configuration changes you need, and add the additional

6    cabling.

7                    If we are building out a new floor,

8    where we are adding new switches, we absolutely have

9    the input.

10   Q.        What input do you have?

11   A.        We work with engineering and pretty much give

12   them the amount of people that are going to be

13   occupying the floor, what type of business it is, to

14   determine the capacity.

15   Q.        What impact does the type of business have on

16   determining the capacity?

17   A.        If it's trading, it could be, you know, for

18   our five connections per desk.  If it's back office,

19   it will be one.

20   Q.        It's determining how many connections each

21   person would have to have potentially?

22   A.        Yes.

23   Q.        And communicating that to --

24   A.        Depending on -- it's very important to

25   determine what you need to purchase, because the

THOMAS SARANELLO

Page 37

1    equipment is very expensive.

2    Q.        So we talked about your input with -- I'm

3    sorry, what did you -- network engineering, right?

4    A.        Yes.

5    Q.        Your input to network engineering would be

6    able to communicate to them the number of people on

7    the floor, and the number of devices that each of

8    those people would have?

9    A.        We would have input on it.

10   Q.        Is that your input?

11   A.        That's some of our input.

12   Q.        Go through the rest of your input.

13   A.        The other input is depending on what type of

14   network equipment is being purchased.

15   Q.        What's your input with respect to that?

16   A.        Whether our cable plant can handle what's

17   being ordered, the proper --

18   Q.        Your cable plan or plant?

19   A.        Plant.  Pretty much determining the distance

20   between the end point router and where the local

21   switch is going to be placed.

22                    That's something that engineering

23   cannot determine without us pretty much measuring and

24   putting a tester on that infrastructure and telling

25   them this distance is too great, you shouldn't be

THOMAS SARANELLO

Page 38

1    ordering this part, you should be ordering this part.

2                    So that's part of our QA for a new

3    build of a network switch.

4    Q.        To review that again, you would need to

5    determine the distance between the end point router?

6    A.        Yes.

7    Q.        What's the end point router?

8    A.        That's where the switch connects to.  That's

9    pretty much where the network starts.

10   Q.        The end point router is the starting point

11   for the network?

12   A.        Yes.

13   Q.        You have to determine the distance between

14   the end point router and what else?

15   A.        And the local switch, layer two switch.

16   Q.        What is that?

17   A.        That's the switch that's going in a tech room

18   to support the end users.

19   Q.        That switch is in the tech room?

20   A.        Yes.

21   Q.        Where is the tech room, or where would it be

22   in relation to --

23   A.        On a user floor.

24   Q.        On a user floor?

25   A.        Yes.

THOMAS SARANELLO

Page 39

1   Q.        What is a user floor?

2   A.        Where the offices are and the people sit.  It

3    would be local to the floor.

4   Q.        So every floor --

5   A.        A router would be in a data center.

6   Q.        Every floor that's a user floor has one of

7    these tech centers?

8   A.        Tech rooms.

9   Q.        That involved you physically measuring the

10   distance between the end point router?

11   A.       It would be with a network tester.

12   Q.        Explain that to me, how would you do that?

13   A.        We would wire up fiberoptic cable between the

14   end point router and the location where the proposed

15   switch would be going.  And we would put a

16   microscanner on it, microtest, and that would give us

17   the distance; or we could do it via copper riser with

18   a cable tester, that would also give us the distance,

19   and that helps engineering make their determination

20   whether to use an SXG BIC or LXG BIC.

21   Q.        Engineering makes that determination?

22                MS. PONTOSKI:  Objection.

23   Q.        Was it based on the information you gave

24   them?

25   A.        Yes.  It's a collaborative effort.

THOMAS SARANELLO

Page 40

1    Q.        You referred to the microscanner, is that

2    something you physically connect?

3    A.        Yes.

4    Q.        Describe it for me.

5    A.        It's a tester that goes through all the

6    parameters of a cable, whether it's good or not.  It's

7    a cable tester that used to test network cabling.

8    Q.        What do you actually hook it up to?

9    A.        Cable, Ethernet cable or unshielded twisted

10   pair.

11   Q.        Where is the cable, under the floor, behind

12   the walls, is it evident on the user floor, where is

13   it?

14   A.        The cable is not a direct connection, so we

15   have to install interconnectivity between multiple

16   junctions.

17              Largely a tech room may, on a

18   drawing, may say this tech room connects to this data

19   center, but physically there could be multiple pieces

20   of cable that we have to tie together to get from one

21   point to another.

22              You need to have a good

23   understanding of cable plant to carry out those

24   interconnect.

25   Q.        What is cable plant?

THOMAS SARANELLO

Page 41

1    A.        Cable plant is premises wiring.  It's a

2    combination of fiberoptic and copper cable wiring.

3    Q.        Where did you develop your knowledge of cable

4    plant?

5    A.        I started out in an assembly house when

6    network cabling was becoming very popular.  So I have

7    an understanding of how to assemble cables and how to

8    get devices to talk to each other through multiple

9    types of media.

10   Q.        When you started to work for Salomon Smith

11   Barney, was there a training program you went through

12   as a technician?

13   A.        Training program, no.

14   Q.        Did you receive any on-the-job training at

15   Salomon Smith Barney?

16   A.        Yes.

17   Q.        When was that?

18   A.        Cable certifications that I gave you earlier.

19   Q.        You took cable certifications while you

20   worked for Salomon Smith Barney?

21   A.        Yes.

22   Q.        Were they a requirement for your job?

23   A.        I don't know.

24   Q.        Were there technicians who worked with you

25   that didn't have those certifications --

THOMAS SARANELLO

Page 42

1                    MS. PONTOSKI:   Objection to the form

2      of the question.

3      Q.          -- back when you started at Salomon Smith

4      Barney?

5      A.          What was the question?

6      Q.          Were there technicians working with you when

7      you got your certifications, were there technicians

8      working with you who didn't have their certifications?

9      A.          I don't know.

10     Q.          To get back to what you described as doing

11     the network testing to determine the appropriate

12     distance between the local switch and tech room, the

13     microscanner you actually connect to a cable, is it

14     one connection that determines it or multiple

15     connections to multiple cables?

16     A.          You have to interconnect multiple cables.

17     You have to have an understanding of the cable plant

18     from how to go from one piece to another piece, make

19     sure, if it's an eight wire connection, all your wires

20     come out end to end the same way, so you can get an

21     accurate reading.

22     Q.          Do you put the microscanner on each different

23     part of the cable, or you do all that connection first

24     and then you put the microscanner on to make sure it's

25     correct?