THOMAS SARANELLO

Page 43

1    A.          Yes.  It's got two pieces, one goes on one

2      end, one goes on the other.

3    Q.          The first thing you do before doing the

4      microscanning, you have to make sure the cable plant

5      is correct?

6    A.          Yes.

7    Q.          To make sure that's correct, essentially you

8      need to insure that the correct pieces of cable are

9      connected in a correct manner to the next piece of

10      cable --

11    A.          Yes.

12    Q.          -- so on and so forth?

13    A.          Yes.

14    Q.          Are there plans you follow with respect to

15      this?

16    A.          Plans?

17    Q.          Yes.

18    A.          No, just the knowledge of the building and a

19      knowledge of cabling infrastructure, understanding the

20      pairing, understanding 568 B and 568 A configurations,

21      basically understanding pin outs and wiring.

22    Q.          What are pin outs?

23    A.          A pin out is a configuration of a cable to

24      work with a certain technology, so an Ethernet

25      connection has a certain pin out.  A token ring

THOMAS SARANELLO

Page 44

1    connection has a certain pin out.  It's a wiring

2    schematic.

3    Q.        Are there any books or manuals that explain

4    to you what the different pairings are or different

5    configurations are that you rely on at CTI?

6              MS. PONTOSKI:  Objection to the form

7    of the question.

8    A.        That we rely on, we have configurations in

9    our manual, but it is a requirement to understand the

10   wiring specifications and pin configurations as part

11   of being a technician.

12   Q.        So if you are hired as a technician, it would

13   be expected you would already know what the wiring

14   configurations are?

15   A.        Yes.

16   Q.        I am going to get back to some of this, but I

17   want to move on to when you started to work with Mr.

18   Millan.

19              (Brief recess was had.)

20   Q.        At some point Mr. Millan reported directly to

21   you?

22   A.        Yes.

23   Q.        When was that?

24   A.        I believe it was 2001 through 2003.

25   Q.        When he started to report to you, was he a

THOMAS SARANELLO

Page 45

1    new employee, or had he already been working in the

2    department?

3    A.          No, he had already been working.

4    Q.          How did it come about that he started to

5    report to you?

6    A.          I don't remember.  I know he was in another

7    group under our department and came over to my area.

8    Q.          What area was yours at that time?

9    A.          Infrastructure.

10   Q.          Do you know what department he moved from?

11   A.          Infrastructure as well.

12   Q.          But you said he was in another group.

13                   Did it have a separate title?

14   A.          Separate infrastructure group.

15   Q.          Did each of those two infrastructure groups

16   have different titles?

17   A.          No.

18   Q.          Any reason why they were separate groups?

19   A.          They supported separate buildings, both

20   reported to the same manager.

21   Q.          Which building -- which buildings, if you

22   know, did his prior group support?

23   A.          390 Greenwich Street and 125 Broad Street

24   were two of the sites he worked.

25   Q.          The five sites you listed earlier, or at

THOMAS SARANELLO

Page 46

1    least the three sites, one with the three data

2    centers, were they the sites your group covered at

3    that time when you moved over, or were they different

4    sites?

5                    MS. PONTOSKI:   Objection to the form

6    of the question.

7    BY MS. PONTOSKI:

8    Q.        Do you understand, or do you want me to ask

9    it a better way?

10   A.        Yes, please ask again.

11   Q.        At the time Mr. Millan moved to your group,

12   which buildings were your group services?

13   A.        The sites that I gave you earlier, 388

14   Greenwich Street -- and I don't remember.

15                    What did I give you earlier?

16   Q.        You gave me 390 Greenwich Street, you said

17   there were three data centers, 333 West 34th and Two

18   Journal Square Plaza.

19   A.        On top of those I had 388 Greenwich Street,

20   New York Stock Exchange, American Stock Exchange and

21   14 Wall Street.

22   Q.        In addition to the ones you listed earlier?

23   A.        Yes.  I want to make a note, 390 Greenwich

24   Street was supported by the other manager.  But 390

25   Greenwich Street also had data centers for trading,

THOMAS SARANELLO

Page 47

1    and they had the whole user environment, which was

2    supported by another manager.

3                    The only thing we supported at 390

4    was the eighth floor, the three data centers on the

5    eighth floor at the time.

6    A.        It was two different groups and totally

7    separate, even though it was -- we shared the same

8    building pretty much, some support.

9    Q.        The group you were working for at the time

10   Mr. Millan started to work for you, who was your

11   immediate boss?

12   A.        Garfield Spence.

13   Q.        Who was the head of that group?

14   A.        Garfield Spence.

15   Q.        How many team -- was he -- what was his

16   title?

17   A.        Vice president, I believe.

18   Q.        Aside from being a vice president, did he

19   have another title?

20   A.        I don't know.

21   Q.        Like project manager, something like that?

22   A.        I don't know.

23   Q.        At the time, were you a team leader or

24   something else?

25   A.        Team leader.

THOMAS SARANELLO

Page 48

1    Q.          How many team leaders were reporting to

2    Garfield Spence?

3    A.          Three, I believe.

4    Q.          Including yourself?

5    A.          Yes.

6    Q.          Who were the other two?

7    A.          Rick Braunagel, and I believe Pat Foster.

8    Q.          Did you have interaction with Mr. Millan

9    before he moved over to your group?

10   A.          No.

11   Q.          So that was the first time you met him?

12   A.          Yes.

13   Q.          How many people were reporting to you at the

14   time?

15   A.          Same as I gave you before, when I was a team

16   lead, five or six.

17   Q.          What were the titles of those people when

18   they reported to you?

19   A.          I don't recall.

20   Q.          What did you refer to them as?

21   A.          Techs.

22   Q.          At the time Carmelo Millan transferred to

23   your group, what were his duties and responsibilities

24   at the very beginning when he started to report to

25   you?

THOMAS SARANELLO

Page 49

```
 1   A.        At the very beginning, he was a technician.

 2   Q.        What were his duties and responsibilities as

 3    a technician?

 4   A.        Same as I listed earlier.

 5   Q.        Could you go over them for me again, as you

 6    listed with respect to what --

 7   A.        All the duties --

 8   Q.        -- that you had?

 9   A.        -- my group performed.

10   Q.        Specifically I wanted to go over the duties

11    and responsibilities that he had as opposed to the

12    group that he had.

13   A.        When you asked before I became a team lead

14    and what my duties were, it's those same duties.

15   Q.        What about the rest of the technicians, they

16    all had the same duties?

17   A.        Yes.

18   Q.        Not just for your group --

19   A.        I really can't speak for them, because I

20    don't know how they operated.

21   Q.        How was work assigned to your specific group?

22   A.        Work would be filtered down through me.

23   Q.        Where did you -- who assigned work to you?

24   A.        Project managers, engineers, integration,

25    system administrators.
```

THOMAS SARANELLO

Page 50

1    Q.        How many, back at that time when Mr. Millan

2    started reporting to you, how many devices was your

3    group servicing?

4                    MS. PONTOSKI:  Objection to the form

5    of the question.

6    A.        Over 20,000, I would think.

7    Q.        Was there a specific building you did more

8    work with than any other specific location?

9    A.        388 Greenwich Street.

10   Q.        Any reason?

11   A.        Because of its size, 39 floors.

12   Q.        You said you would have work assigned by

13   project managers, engineers, integration.

14                    I am assuming you mean the

15   integration department?

16   A.        Network integration.

17   Q.        Network integration and system

18   administrators?

19   A.        (Witness nods head.)

20   Q.        How was the work assigned to you, was there a

21   system through which the work was assigned?

22   A.        It would be comtrack was the system we would

23   get requests, TAS, technology asset system, for server

24   installations in the data center, e-mails for network

25   requests, GPMS for problem management.

THOMAS SARANELLO

Page 51

1    Q.        So was comtrack a system that was in place at

2    the time when Mr. Millan first started to report to

3    you?

4    A.        Yes.

5    Q.        Explain to me how comtrack worked.

6    A.        It's a system that generates MAC requests for

7    moves, adds, changes.  I was the team leader.

8    Requests would come in to me, and I would filter them

9    down to the team.

10   Q.        How would a request come to you, like a

11   physical piece of paper, e-mail?

12   A.        It's a virtual system, with a ticket number,

13   assignment group name, and it went to the team lead

14   for review and re-assignment.

15   Q.        Through comtrack, who determined it went to

16   you, was it an automatic system?

17   A.        Project management.

18   Q.        When you refer to project management, what is

19   project management?

20   A.        Project management office that coordinated

21   MAC's with businesses.

22   Q.        That was a separate department?

23   A.        Project management office, yes.

24   Q.        We talked about MAC's earlier, the M stands

25   for move?

THOMAS SARANELLO

Page 52

1    A.          (Witness nods head.)

2    Q.          So that would be what we were talking about

3    if 25 are moving from one floor to another?

4    A.          25, 50, 100, 300.

5    Q.          Adds would be if you were adding more people

6    to a --

7    A.          Adding a work station, new hire.

8    Q.          That could be one person?

9    A.          Printer.

10   Q.          One person or one new device?

11   A.          Add a phone, it can be anything.

12   Q.          The C is a change.  Tell me what -- how that

13   is different to the other two?

14   A.          It's pretty much one in the same.  It's

15   called a MAC, moves, adds, changes.

16   Q.          So a change might be taking out one printer

17   and putting in a new one?

18   A.          Yes.

19   Q.          Instead of adding you are kind of --

20   A.          Yes.

21   Q.          -- replacing?

22   A.          Changing, replacing.

23   Q.          The comtrack system, it would issue a ticket

24   number --

25   A.          Yes.

THOMAS SARANELLO

Page 53

```
1    Q.          -- for a specific job?

2    A.          Yes.

3    Q.          That just was responsible for generating the

4    MAC's?

5    A.          Yes.

6    Q.          And back again at the time when Mr. Millan

7    started to report to you, can you estimate on a weekly

8    basis how many ticket requests you would receive?

9    A.          Weekly, I don't know, maybe a hundred to 150.

10   I don't remember.

11   Q.          Presumably a move would be the most

12   significant in terms of actual work that had to be

13   done?

14   A.          Actually, it would be in the data center,

15   data center was the toughest portion of work that we

16   handled.

17   Q.          Explain to me what you did in the data center

18   and why it was the toughest portion of work.

19   A.          Data center was a -- is a place where we use

20   the TAS system, technology asset system, for server

21   installations.  Server installations involve

22   coordination with system administrators, get the

23   equipment from them, work with the engineering folks

24   on proper placement within the data center.  There

25   would be QA with that, depending on the network
```

THOMAS SARANELLO

Page 54

1    segments required for that server.

2    Q.        Tell me what QA is, is it questions and

3    answers?

4    A.        QA is reviewing what an engineer is giving

5    you.  If an engineer tells you, you will put this box

6    in this cabinet and the network that's requested is in

7    a cabinet on the other side, you have to go back to

8    the engineer and say, you need to give me a cabinet in

9    this area, because the network segment is in this

10   room, not in this room.

11                   Determining the cable system is too

12   great to go from one cabinet to where the network

13   switch is, submittal of network changes to insure the

14   ports are configured as per request.

15   Q.        The TAS system is separate to the comtrack

16   system?

17   A.        Yes.

18   Q.        What I wanted to know, we will get back to

19   the TAS system, through the comtrack system of the

20   moves, adds or changes, move would be the most

21   significant of those three?

22   A.        Yes.

23   Q.        You just testified that aside from that

24   comtrack system, the TAS system was more significant

25   work or greater work --

THOMAS SARANELLO

Page 55

1   A.          Yes.

2   Q.          -- than what came through comtrack?

3   A.          Yes.

4   Q.          On a weekly basis, if you could break down

5    for your group, if you could give me an estimation of

6    percentage of time spent on TAS projects as compared

7    to comtrack projects as compared to GPMS projects as

8    compared to e-mails for network requests, those four

9    different things you testified where you got work

10   from; could you break down by percentage which was the

11   most significant?

12                    MS. PONTOSKI:  Objection to form of

13   the question.

14   A.          Very hard to determine.  I don't know, it's

15   very hard to determine that.  The data center had

16   multiple requests weekly as well.

17   Q.          Could you give me an average on a weekly

18   basis, I know you said 150 from comtrack?

19   A.          Anywhere between 25 and 60 installs a week.

20   And coordinating a service install is a lot more

21   cumbersome than coordinating a move because of the

22   multiple departments that you need to work with.

23                    You need to work with the

24   administrators to insure they deliver the equipment to

25   you properly, that they provide the necessary network

THOMAS SARANELLO

Page 56

1    information in the TAS system, and you need to work

2    with the engineering folks to insure that you have the

3    proper space.

4                        You also need to work with critical

5    systems to insure that there's proper power and

6    cooling; that you are not exceeding any air

7    limitations or any power limitations.

8    Q.        Critical systems is --

9    A.        Power and cooling.

10   Q.        How would you work with critical systems in

11   doing that?

12   A.        If you get a request from an engineer that

13   says put it in this cabinet, and you already have

14   three or four devices in that cabinet, at times you

15   need to check with critical systems to insure you can

16   put a new box in there so that you don't blow a

17   cabinet or, you know, hurt the cooling in the area.

18   Q.        So you would call somebody in critical

19   systems or communicate somehow?

20   A.        Communicate by e-mail, whatever would work

21   with the critical systems folks.

22   Q.        You would tell them there are X number of

23   unit or devices in this cabinet and we want to put in

24   another one, is that okay?

25   A.        Yes.

THOMAS SARANELLO

Page 57

1  Q.        They would tell you whether --

2  A.        Yes.

3  Q.        -- whether it would work or not?

4  A.        Yes.

5  Q.        You said 25 to 60 server install requests for

6     the data center a week.  That's just through the TAS

7     system?

8  A.        Yes.

9  Q.        In terms of e-mails for network requests,

10    again, if you can give me an estimate per week as to

11    how many of those you would get?

12 A.        It would depend on the time frame.  If we

13    were upgrading a building where we were physically

14    taking the equipment out of a communication room and

15    putting in new equipment, I mean, to do forty floors

16    is a huge project, and you would be, you know, doing

17    several installs a week.

18 Q.        Between 2001 and 2003, how many building

19    moves like that would you say occurred?

20 A.        I don't know.  But we did a lot of upgrades

21    to newer versions of Sisco chassis which involved lots

22    of weekend cut-overs, no down times allowed to the

23    businesses, so we would have to cut over after hours.

24             A lot of preparation work, creating

25    new databases for old or new devices going in and a

THOMAS SARANELLO

Page 58

1    lot of physical installations.

2    Q.        If a building move or something similar in

3    terms of it going a big project was not going on,

4    typically how many e-mails would you get for network

5    requests in a week?

6    A.        I don't know.

7    Q.        Would it be more than a hundred?

8    A.        No.

9    Q.        More than fifty?

10   A.        I don't know.

11   Q.        That's fine.  If you don't know, that's fine.

12   I am trying to see if we can narrow it down.

13   A.        It varies.

14   Q.        I know you said through the comtrack system a

15   ticket is generated with a number.

16             So presumably there's a tracking

17   mechanism whereby you can go into comtrack and check

18   to see how many tickets have been issued to your team?

19             MS. BOUCHARD:  Objection to the

20   form.

21   A.        You can't anymore, because comtrack has been

22   dissolved, doesn't exist anymore.

23   Q.        When was it dissolved?

24   A.        Two to three years ago.

25   Q.        Up to that time you could check with comtrack

THOMAS SARANELLO

Page 59

1    to see how many tickets were issued?

2    A.        Yes.

3    Q.        Through the TAS system was there a similar

4    ticketing system with a number?

5    A.        Yes.

6    Q.        So there was a ticket issued with a number?

7    A.        Yes.

8    Q.        Is the TAS system still in place?

9    A.        Yes, it is.

10   Q.        So there would be a way to check to see how

11   many TAS tickets were issued during a certain period

12   of time?

13                  MS. BOUCHARD:   Objection to the form

14   of the question.

15   A.        I don't know.

16   Q.        Did you make any efforts to find out if that

17   could be done?

18   A.        No.

19   Q.        If an e-mail was sent for a network request,

20   would a ticket or something similar have to be created

21   with respect to that specific request?

22   A.        Ultimately a network change would have to be

23   submitted.

24   Q.        Is that something different than a ticket

25   with a number on it?

THOMAS SARANELLO

Page 60

1   A.          It would be a virtual change, which is what

2    it is called now.  Back then it was called info man.

3   Q.          Info man?

4   A.          Yes.  And that would be the change system,

5    the change management system we used for any network

6    changes to the environment.

7   Q.          Is that not in place anymore, the info man?

8   A.          Yes, it is.  It's now called virtual change.

9   Q.          Is there a way to check through virtual

10   change how many network requests would be processed?

11                  MS. PONTOSKI:  Objection to the form

12    of the question.

13   A.          I don't know.

14   Q.          Did you make any efforts to find that out?

15   A.          No.

16   Q.          The GPMS system, could you tell me again what

17    that stands for?

18   A.          Global problem management system, I believe.

19   Q.          Would a similar ticket be issued when a

20    request came through the GPMS system?

21   A.          Yes.

22   Q.          With a number attached to it?

23   A.          Yes.

24   Q.          Is the GPMS system still in place?

25   A.          No.

THOMAS SARANELLO

Page 61

1   Q.         When was that -- at what point was that

2   discontinued?

3   A.         Same time as comtrack, roughly two years ago,

4   I believe, two or three years ago.

5   Q.         Was it replaced with another system?

6   A.         Virtual tech.  And so was comtrack, virtual

7   tech.

8   Q.         That's different to the system that took over

9   from the info man?

10  A.         Yes.

11  Q.         That was again virtual --

12  A.         Info man replaced -- sorry, virtual change

13  replaced info man.

14  Q.         Virtual tech replaced comtrack and GPMS?

15  A.         Yes.  But the comtrack portion is called

16  virtual request, but it's in the same system with a

17  separate tab.

18                    (Discussion off the record.)

19  Q.         Could you give me an estimation how many work

20  requests would come through the GPMS system back at

21  the time that Carmelo Millan first started to report

22  to you on a weekly basis?

23  A.         Between five and fifteen maybe.

24  Q.         Were the work requests generated through the

25  GPMS system more complicated or time consuming than

THOMAS SARANELLO

Page 62

1    the comtrack requests or less?

2                    MS. PONTOSKI:   Objection to the form

3    of the question.

4    A.          Depends, GPMS is a trouble system.

5    Q.          So it could be significant or something

6    minor?

7    A.          Yes.

8    Q.          You have explained to me the type of requests

9    that would come through TAS.  Let's go through in a

10    little more detail the type of requests that would

11    come through comtrack.

12                    Could you tell me?

13    A.          Moves as in changes pretty much.

14    Q.          That's it, through comtrack?

15    A.          Comtrack is moves, adds and changes, at times

16    for a server install.  Even though the request was

17    submitted through TAS, a comtrack request would also

18    be submitted for a purchase of it, because comtrack

19    not only was the MAC system but it was also used for

20    purchasing at the time.

21                    So sometimes we would automatically

22    be tasked to a comtrack purchase.

23    Q.          When you say tasked to a comtrack purchase,

24    what does that mean, assigned to it?

25    A.          Yes.

THOMAS SARANELLO

Page 63

1    Q.         So you would be assigned to make that

2    purchase?

3    A.         No.  We would be assigned as a service

4    provider under that request.

5    Q.         Did you have to do anything in connection

6    with that or --

7    A.         We were doing the work in TAS, so we would

8    close our task and say refer to TAS number.  We did

9    what we had to do.  Very confusing, because again,

10   comtrack was used for MAC's, but it was also used for

11   purchases.

12                   So on a MAC for a new hire PC, you

13   would see the purchase on there for the PC, and then

14   you would see the service providers underneath it.

15   You would have the network, the data people, the voice

16   people, phone people.

17   Q.         You said through the TAS system, for the data

18   center you would get approximately 25 to 60 service

19   install requests per week?

20   A.         Roughly.

21   Q.         Now, I want you to go through for me what a

22   server install request is.

23   A.         I did earlier.

24   Q.         Is that what you -- that's what I was going

25   to ask, is that what you explained earlier --

THOMAS SARANELLO

Page 64

```
 1   A.          Yes.

 2   Q.          -- when talking about the TAS system?

 3   A.          Working with engineering and critical systems

 4    and system administrators, yes, that's a server

 5    installation.

 6   Q.          What would be the first thing you would have

 7    to do with respect to a  server install?

 8   A.          QA the space portion, where it's going.

 9   Q.          When you say QA the space portion, what would

10    you specifically have to do with respect to working

11    out where it was going?

12   A.          The steps I reviewed earlier; working with

13    critical systems, working with network engineering to

14    QA where they put it on the diagram.

15                    MS. BOUCHARD:  Does everyone know

16    for the record what QA is?

17                    MS. WALSH:  I asked him.

18   Q.          You referred to a diagram.  Who generated a

19    diagram and what did the diagram consist of?

20   A.          Network engineering generated an acrobat PDF

21    file for us, which shows the cabinet layout and the

22    placement of the server.

23                    Being we had multiple data centers

24    on the same floor, depending on the segment requested,

25    engineering may have placed it in the wrong room,
```

THOMAS SARANELLO

Page 65

1    wrong cabinet, wrong area.  And that, in turn, is why

2    we QA the engineering portion of a server

3    installation.

4    Q.        So you take the diagram you get from network

5    engineering, and you do what you say QA.

6              What does that actually involve?

7    A.        Visiting the cabinet, understanding where

8    your network is, where the physical Sisco switches are

9    that house the network that the system administrator

10   is requesting, and insuring that it does not exceed

11   the Ethernet distance limitations.

12             Just because an engineer says it

13   goes in this cabinet doesn't mean it goes in that

14   cabinet because; A, it can either exceed the cooling

15   and power requirements of that cabinet; or B, not be

16   near the network segment  that is requested; C, exceed

17   the cable distance limitations.

18   Q.        They are the three things you could have a

19   problem with?

20   A.        Yes.

21   Q.        We talked about exceeding the cooling and

22   heating requirements not near the network segment.

23             What was the network segment?

24   A.        Sisco switches that house the actual network

25   that those servers are going to be plugged into.

THOMAS SARANELLO

Page 66

1    Q.          Not physically near it?

2    A.          Not physically close enough.

3    Q.          Was there a requirement it be a certain

4    distance?

5    A.          330 feet is the Ethernet distance limitation.

6    As I said earlier, we had three data centers on the

7    same floor, pretty big area, and if we were told to

8    put something in one room and the subnet segment was

9    in another room, it doesn't work.

10   Q.          Why not?

11   A.          Because of the distance, it exceeds the

12   distance limitations.

13   Q.          It exceeds the 350 feet --

14   A.          330.

15   Q.          330 feet limitation.   Okay.

16                   Is that actually, say, as the crow

17   flies, or is that cable distance, the length of cable?

18   A.          It is the cable distance and the network

19   dependency.  The network will be latent.  It won't

20   properly function if you exceed those distance

21   limitations.

22   Q.          I am trying to figure out, when you are

23   determining the 330 feet, is it a straight measurement

24   in terms of as the crow flies, or is it a measurement

25   as it goes through cables, turns, and bends?

THOMAS SARANELLO

Page 67

1   A.          It's a measurement with a cable tester,

2   microtest.  Once you install your interconnects

3   between that switch that's connected and the server

4   cabinet, that's where you determine your distance.

5   Q.          So the microscanner tells you the distance?

6   A.          Yes. End to end.

7   Q.          You don't go out and measure it?

8   A.          With a stick, no.  You install your

9   interconnects from your switch to your server.  Then

10  the cable hangs on either side; you put one end of

11  your tester on one end, the smart end on the other

12  end, and you run your cable test to insure they pass.

13  Q.          Do you have to set the microscanner?

14  A.          Yes.

15  Q.          Is there a setting mechanism?

16  A.          Yes.

17  Q.          How do you do that?

18  A.          Through menus on the tester.

19  Q.          What types of information go into determining

20  how you set it?

21  A.          Distance parameters, capacity, loop

22  resistance, impedance.

23  Q.          Go through those a little slower.  Start

24  again, distance parameters?

25  A.          Distance parameters, capacity, loop

THOMAS SARANELLO

Page 68

1    resistance, near and cross talk.

2    Q.        Near and cross talk?

3    A.        Yes.

4    Q.        Anything else?

5    A.        There are a few more, but these are the

6    critical ones, these are the ones we pay attention to.

7    Near and cross talk is how pairs interfere with each

8    other electrically.

9    Q.        Pairs of what?

10   A.        Of wire.  So if our cables, which are four

11   pair cables, eight wire cables, the pairs that are

12   twisted cannot interfere with the other pairs.  As you

13   exceed distances, they tend to interfere and you get

14   failures.

15   Q.        Capacity, you are talking about port

16   capacity?

17   A.        No.

18   Q.        What capacity?

19   A.        Capacity -- I don't know the definition of

20   capacity, but it's another parameter that's tested on

21   cabling.  I don't know if it's the ohms -- no, the

22   impedance is the ohms of the cable to insure it's a

23   hundred ohm or 75 ohm.

24                  Capacitance is a test that pretty

25   much tests the tunnel from end to end to make sure

THOMAS SARANELLO

Page 69

1    that you have the capacitance for that signal to pass

2    through.    That's my definition of capacitance.    I

3    don't know the exact way to define it.

4    Q.        Distance parameters, is that what we already

5    discussed?

6    A.        The 330 feet.

7    Q.        Did you have a system whereby you assigned

8    work to the five to six people that reported to you?

9    A.        Yes, I used every system that we had to

10   re-assign a MAC, basically put the MAC under the

11   technician's name, send them an e-mail to let them

12   know that this ticket has been placed under your name,

13   please proceed.

14   Q.        Did you always re-assign the tasks, or did

15   you do any of them yourself?

16   A.        I did some myself as well, but I did

17   re-assign most of them.

18   Q.        Any particular reason you would keep specific

19   tasks to do yourself?

20   A.        No, just to help with the workload.

21   Q.        It wasn't that you kept more difficult ones

22   and assigned easier ones?

23   A.        No.

24   Q.        So if they were particularly busy, you might

25   chip in?

THOMAS SARANELLO

Page 70

```
 1   A.          Yes.

 2   Q.          You referred earlier to the fact that at some

 3    point you went through a particularly busy period

 4    where you were required to -- I can't remember the

 5    term you used, I think it was --

 6   A.          Sisco --

 7   Q.          Cut-overs, weekend cut-overs?

 8   A.          Yes.

 9   Q.          What is a weekend cut-over, explain that term

10    to me?

11   A.          It is a -- pretty much you are going into a

12    tech room and you are taking out the old switch, Sisco

13    switch, and you are putting in a new one.

14   Q.          That's what a cut-over is?

15   A.          Yes.  That's one cut-over, one form of a

16    cut-over.

17   Q.          There are different forms of cut-over?

18   A.          It could be a move cut-over.  Move cut-over

19    could be moving fifty people overnight.

20   Q.          I am trying to figure out what a cut-over

21    specifically is.

22                         Is it that you are working outside

23    of regular hours?

24   A.          At times, yes.

25   Q.          That's not what a cut-over means.
```

THOMAS SARANELLO

Page 71

1   A.          A cut-over means you are either cutting over

2    that switch to a new switch, new technology, or you

3    are moving people at a certain time.  That's when the

4    cut-over is happening.  The cut-over for these fifty

5    people is 3 p.m. this afternoon, that's the cut-over.

6   Q.          It's essentially the time at which the change

7    is happening or the move is happening?

8   A.          Yes.

9   Q.          You said you were doing a lot of weekend --

10   at one point you were doing a lot of weekend

11   cut-overs?

12  A.          For the Sisco upgrade.  I believe it was

13   prior to 2001.

14  Q.          Was it when Mr. Millan was reporting to you?

15  A.          No.

16  Q.          It was prior to that?

17  A.          Yes.

18  Q.          When Mr. Millan was reporting to you, did he

19   ever have to come in on weekends?

20  A.          I don't recall.

21  Q.          If you wanted to find that information out,

22   is there a way you could do it?

23  A.          Me, physically, no.

24  Q.          Is there somebody you could request that

25   information from?

THOMAS SARANELLO

Page 72

1    A.         Not that I know of.  The time system is not

2    being used anymore from when Carmelo was here.

3    Q.         Did you make any efforts to find out if you

4    could determine whether he came in on weekends?

5    A.         No.

6    Q.         Did you make any effort to find out what his

7    time was when he reported to you?

8    A.         No.

9    Q.         The time system you referred to that is no

10   longer in use, is there a title for that time system

11   or a name for that time system?

12   A.         Time reporting system.

13   Q.         Was the time reporting system in use the

14   entire time Mr. Millan reported to you?

15   A.         Yes. Let me rephrase that.  I don't know if

16   it was the entire time.

17                   At some point I believe he was using

18   TRS?

19                   MS. BOUCHARD:  This exceeds the

20   scope to the extent he's not the custodian of TRS.

21                   THE WITNESS:  No, I am not.

22   Q.         To your recollection, Mr. Millan did come in

23   occasionally on weekends when he reported to you?

24                   MS. BOUCHARD:  Excuse me.

25   A.         I cannot confirm.

THOMAS SARANELLO

Page 73

1    Q.        You don't recall?

2    A.        I don't recall.  I don't keep tabs on ...

3    Q.        Was there a time technicians were coming in

4    on weekends and getting paid a stipend for doing that?

5    A.        I don't know.

6    Q.        Did you, as a technician, ever get paid a

7    stipend for coming in on weekends?

8    A.        What is a stipend?

9    Q.        Extra sum of money for coming in on the

10   weekend.

11   A.        Yes, there was a time.

12   Q.        When was that?

13   A.        I don't recall.  It's been several years.

14   Q.        Was it prior to September 11th?

15   A.        Yes.

16   Q.        For the record, when I say September 11th, I

17   am referring to September 11th, 2001.

18             What was the system by which money

19   was paid if you came in over the weekend?

20   A.        I believe it was eighty dollars for five

21   hours worked on a Saturday or Sunday.  It's been a

22   long time since we had that in place.

23   Q.        Did you get money to buy lunch or food as

24   well?

25   A.        Yes.  It was an extra ten dollars, I believe.

THOMAS SARANELLO

Page 74

1    I don't know if it was seventy plus the ten or seventy

2    for the five hours and then ten, something like that.

3    Q.        Was that when you were team leader or

4    technician?

5    A.        Technician.

6    Q.        Did you yourself come in on weekends and get

7    paid that money on occasion?

8    A.        Yes.

9    Q.        How often did you do that when you were a

10   technician?

11   A.        I don't know.

12   Q.        Could you give me an estimate on a yearly

13   basis how often you did that?

14   A.        I don't recall.

15   Q.        Would it be more than one weekend a year?

16   A.        I would say three or four.  I don't recall.

17   Q.        Was that for a specific reason, would it have

18   been for a specific project going on?

19   A.        Yes.

20              MS. BOUCHARD:  Again, these

21   questions relating to the time he worked is outside

22   the scope of the 30(b)6 deposition.  I don't mind if

23   you ask him the questions in his individual capacity.

24              MS. WALSH:  That's fine.

25   Q.        Now, you said at some point they did away

THOMAS SARANELLO

Page 75

1    with paying technicians this extra money on the

2    weekend to come in and do work.

3                    Do you recall if there was a

4    specific reason for that?

5    A.        No.

6    Q.        Did anybody ever communicate there was a

7    reason for that?

8    A.        Not that I remember, no.

9    Q.        After that was done away with, would you

10    still continue to come in on weekends occasionally?

11    A.        Yes.

12    Q.        And you just weren't paid for it?

13    A.        No.

14    Q.        When Mr. Millan reported to you, was there a

15    specific task that -- withdrawn.

16                    You told me about the system you

17    went through to assign tasks to the technicians that

18    reported to you.

19                    Did you take into consideration

20    which technician you were assigning which project to?

21    A.        Yes.

22    Q.        How did you determine that?

23    A.        Knowledge base, speed.

24    Q.        Anything else?

25    A.        Accuracy.

THOMAS SARANELLO

Page 76

1   Q.          Anything else?

2   A.          Not that I can think of.

3   Q.          At the time Mr. Millan started reporting to

4    you, who were the other technicians reporting to you?

5   A.          John Walter, William O'Donnell, John

6    Franzitta, Chris Depinto, and Brian Haughton,

7    H-A-U-G-H-T-O-N.

8   Q.          Did that change over the course of time that

9    Mr. Millan reported to you?

10  A.          I don't recall.  Employees come, leave, I

11   don't know.

12  Q.          When Mr. Millan first came from the other

13   group to report to you, did you make a determination

14   with respect to his experience?

15  A.          Could you rephrase that?

16  Q.          Did you form an opinion, after Mr. Millan

17   came to work for your group, how he compared with the

18   other technicians in your group in terms of knowledge

19   and experience?

20  A.          Right away.

21  Q.          At some point did you make that

22   determination?

23  A.          During his year end review.

24  Q.          What was the determination?

25  A.          Well-rounded, knowledgeable.

THOMAS SARANELLO

Page 77

| 1 | Q. | Was he accurate? |
|---|----|------------------|
| 2 | A. | Network savvy.  Accurate. |
| 3 | Q. | Was he quick at completing projects? |
| 4 | A. | Yes. |
| 5 | Q. | Do you know who Rich Braunagel? |
| 6 | A. | Braunagel. |
| 7 | Q. | Who is Rich Braunagel? |
| 8 | A. | Carmelo's team leader before me. |
| 9 | Q. | Do you know him personally? |
| 10 | A. | Just through work. |
| 11 | Q. | Is he still working for CTI? |
| 12 | A. | Yes. |
| 13 | Q. | Just to go back to the people you listed. |
| 14 | | John Walter, is he still working for |
| 15 | CTI? | |
| 16 | A. | Yes. |
| 17 | Q. | William O'Donnell? |
| 18 | A. | Yes. |
| 19 | Q. | John Franzitta? |
| 20 | A. | Yes. |
| 21 | Q. | He's still working for CTI? |
| 22 | A. | (Witness nods head.) |
| 23 | Q. | Chris Depinto? |
| 24 | A. | Yes. |
| 25 | Q. | Brian Haughton? |

THOMAS SARANELLO

Page 78

1   A.        Yes.

2                    (Saranello Deposition Exhibit Number

3   1 was marked for identification.)

4   Q.        Let me know when you had a chance to review

5   it.

6                    You are done?

7   A.        Yes.

8   Q.        Do you recognize this document?

9   A.        Yes.

10  Q.        Could you tell me what it is?

11  A.        2001 year end performance review.

12  Q.        For Mr. Millan?

13  A.        Yes.

14  Q.        And under reviewer name it says Richard

15  Braunagel.

16                   Mr. Braunagel was Mr. Millan's

17  supervisor in December of 2001, is that correct?

18  A.        Yes.

19  Q.        If you could turn to page two of the

20  document, at the bottom of it, under overall

21  performance summary, do you see that?

22  A.        Yes.

23  Q.        It says, I believe that his being a part of

24  the infrastructure group is not utilizing his

25  experience yet most of his abilities, I believe that

THOMAS SARANELLO

Page 79

1    Carmelo may not feel challenged by the work within the

2    infrastructure structure group.  I find relocating him

3    to another group, whether it be integration or systems

4    admin, may be a little more beneficial to his needs.

5                    Do you know if that was the time

6    when he was transferred to your group?

7    A.        Yes.

8    Q.        And was that considered a lateral move or

9    promotion?

10   A.        Lateral move.

11   Q.        Was the work in your group more challenging

12   than the work in Mr. Braunagel's group?

13   A.        Pretty much the same.

14   Q.        So the technicians who worked in Mr.

15   Braunagel's group were pretty much doing the same work

16   as the technicians working in your group?

17   A.        Pretty much, yes.

18                    MS. BOUCHARD:  When you say

19   technicians, you mean including Mr. Millan?

20                    MS. WALSH: Yes.

21   A.        Yes.

22   Q.        Again, if you go back to the first page of

23   the report under key job responsibilities, the third

24   one there is provide neat and accurate cabling

25   documentation.

THOMAS SARANELLO

Page 80

1                          How would a technician -- at the

2     time, how did a technician provide cabling

3     documentation?

4     A.          When you install conductivity, you need to

5      follow up and document it and put it into a shared

6      database.

7     Q.          How do you do that?

8     A.          Open up the file and put your information

9      across.

10    Q.          So you physically type in the information?

11    A.          Yes.

12    Q.          Into something like an Excel spreadsheet?

13    A.          Excel or Access.

14    Q.          What information are you actually putting in

15     there?

16    A.          Depending if it's a server installation, you

17     are putting in all the interconnects that are from the

18     switch back to the server.  If it's a desktop

19     installation, you are putting your interconnects from

20     the desktop to the switch.

21                          When you are installing fiberoptic

22     interconnects, same concept, putting your interconnect

23     information.  When you are installing T 1 circuits,

24     ISDN circuits, POTS circuits, you are entering the

25     cable path.

THOMAS SARANELLO

Page 81

1    Q.        What is the interconnect information?

2    A.        Cross connect database, cable path from one

3    point to another point.

4    Q.        Is it a number, something else, how do you

5    track what the -- what are you actually typing in when

6    you put in the interconnect information?

7    A.        Panel number with the port number.

8    Q.        Where do you get that from?

9    A.        From the tech room that it's in.

10   Q.        So in the tech room, are you looking at the

11   specific device; what are you looking at to get this

12   information?

13   A.        Patch panel, switch port.

14   Q.        It's usually a series of numbers, letters

15   maybe?

16   A.        Yes.

17   Q.        The purpose of that is what?

18   A.        To insure your environment is documented.

19   Q.        Why is that?

20   A.        For trouble shooting purposes, just overall

21   best practices to keep documentation of your

22   infrastructure.

23   Q.        With respect to T 1 lines, what did you say

24   was the information you had to put in?

25   A.        Same, depending on where you -- where a T 1

THOMAS SARANELLO

Page 82

1    is coming from would be a circuit coming from the

2    street, and you would have to document that

3    information from where it comes in from the street all

4    the way across to its end point.

5    Q.        Is that inputting numbers from specific

6    devices?

7    A.        Yes.

8    Q.        The second item listed under key job

9    responsibilities, network engineering slash

10   integration deliverables to include all network

11   related projects, do you see where that is?

12   A.        Yes.

13   Q.        Can you explain what that is, what that

14   means?

15   A.        Basically what I explained earlier; our

16   interaction with network integration and network

17   engineering, working closely with that team to insure

18   projects are carried out properly.

19   Q.        I know we went over in detail the interaction

20   with network engineering.

21                   How is that different with the

22   network integration?

23   A.        Network integration is the team between us

24   and engineering.  Integration pretty much does the

25   ordering of the equipment.  They, along with us, QA

THOMAS SARANELLO

Page 83

1    configurations that engineering is passing down to

2    them for new build-outs.

3                    We work together, all three of us,

4    all three groups, to carry out projects.

5    Q.        Does your group, if there's a new floor being

6    installed, does your group physically install the

7    devices or does somebody else do that?

8    A.        We install the devices.

9    Q.        So if there's a CPU, printer --

10   A.        No.  Network related.

11   Q.        Only network related devices?

12   A.        Yes.  Printers are done by system

13   administrators.

14   Q.        List for me the network devices you

15   physically install.

16   A.        Yes.

17   Q.        Can you name them?

18   A.        Sisco, Adtran CSU's, multiple type of Sisco

19   devices.  I can't name them all, but mostly they are

20   Sisco routers and switches.

21   Q.        Could you break it down even more beyond

22   identifying the brand name?  You say routers and

23   switchers -- switch switches, sorry.

24   A.        Yes.

25   Q.        What else?  Cables presumably?

THOMAS SARANELLO

Page 84

1    A.         Probes, cabling, servers.  That's all I can

2      think of.

3    Q.         The integration department actually orders

4      the equipment?

5    A.         Yes, and they work on implementing the

6      network portion of the project.

7    Q.         What does that mean?

8    A.         That means if multiple switches or a switch

9      goes on line, the network integration team would be

10     involved in submitting a network change to get that

11     switch or router into production.  And we would work

12     hand in hand with them on it.

13   Q.         What would be your input into that?

14   A.         Same QA.  We would focus on the cabling

15     aspect and the configurations at the port level we are

16     going to need for our clients.

17                          And the network teams would focus on

18     the overall basic configuration of the device and the

19     network change coordination.

20                          MS. WALSH:  Let's take a break.

21                          (Lunch recess was had.)

22   Q.         Mr. Saranello, before the break, you gave me

23     the names of the other technicians who worked at the

24     same time -- who reported to you at the same time as

25     Mr. Millan.