THOMAS SARANELLO

Page 85

1                        Do you recall that?

2    A.        Yes.

3    Q.        With respect to each of those technicians,

4    did all of those respond to comtrack tickets?

5    A.        Yes.

6    Q.        Could they all perform the work that was

7    required that was assigned through the comtrack

8    system?

9    A.        Yes.  Not all, certain people would get

10   certain tasks, depending on whatever skill set I

11   noticed they had.

12   Q.        Can you identify for me which of the

13   technicians you named which couldn't do which

14   particular tasks?

15   A.        It's not that they couldn't do it.  It's

16   depending on the business they supported.  I may -- I

17   had one person supporting a certain business, which

18   would encompass a certain amount of floors.

19                        So that person that supported that

20   business wouldn't really be doing work in the data

21   center because of his dependency -- the building --

22   the business's dependency on his work that he does for

23   them.  So he wouldn't be in the data center.  In the

24   data center I had a couple of people that worked

25   pretty much in that data center all the time.

THOMAS SARANELLO

Page 86

1                              Again, when certain things were more

2     busier, we swung the resources around, whether

3     building related or data center related, but pretty

4     much everyone had their set businesses and floors they

5     supported or buildings they supported or data centers

6     they supported or function they supported.

7     Q.          It was more broken down by business center

8     with which they had the specific knowledge, rather

9     than like the task knowledge they had?

10    A.          It could have been a combination of both.  If

11    a person doesn't have skill set for a data center, he

12    would be more of a building type person.

13    Q.          Of the people you named, which did not have

14    the skill set for the data center?

15    A.          I wouldn't say he didn't have the skill set.

16    He did help on occasion, but John Walter was more of

17    the building side than the data center.

18    Q.          So are you saying he didn't have the skill

19    set to work on the data center?

20    A.          At that point he -- maybe he didn't, no.

21    Q.          Did he develop it at some point?

22    A.          Yes.

23                              MS. BOUCHARD:  I am going to object

24    based on this is a 30(b)6 deposition as to Mr.

25    Millan's job duties.  I am not really sure -- I will

THOMAS SARANELLO

Page 87

```
 1    give you leeway.  I am not sure why we are drilling
 2    into each person's skill set other than Mr. Millan.
 3                    MS. WALSH:  Off the record.
 4                    Stay on the record.  I am entitled
 5    to do a comparison with respect to what he did to
 6    other people.  I think that's a crucial aspect of the
 7    case.  I think it's relevant.  To the extent you said
 8    you will give me some leeway, I appreciate that.  If
 9    we get to questions you don't think are appropriate,
10    we will have a further discussion about it.
11                    MS. BOUCHARD:  Sure.
12    BY MS. WALSH:
13    Q.        Anyone other than John Walter who you believe
14     didn't have the skill set to work in the data center?
15    A.        I have to think of who I named.
16                    I didn't name one person, Kenneth
17     McMahon.
18                    Could you read the names back?
19    Q.        William O'Donnell, John Franzitta, Chris
20     Depinto, Brian Haughton, Kenneth McMahon.
21    A.        Kenneth McMahon probably wouldn't be one.
22    Q.        Any particular reason?
23    A.        No.
24    Q.        Was there any reason why John Walter didn't
25     have the skill set to work in the data center?
```

THOMAS SARANELLO

Page 88

1  A.        Again, it's the business he supported.  He

2   was mainly focussed on what he was supporting, and

3   when we needed help, we asked him for help to go into

4   the data center.

5              As far as day-to-day, he wasn't in

6   there.

7  Q.        What skills did he not have that he would

8   need to work in the --

9  A.        Network skills.

10  Q.        Explain again what specific networking

11   skills?

12  A.        Understanding the network architecture.

13  Q.        Explain what network architecture is?

14  A.        Basically the configurations we went through

15   earlier in understanding how the network works.

16  Q.        What was different about the data center to

17   the other business floor unit that he supported?

18  A.        Many more switches and routers are in the

19   data center.

20  Q.        More volume-wise or more types?

21  A.        More types, more volume, and pretty much all

22   network in the data center you need to understand the

23   network if you are connecting devices to it, a lot

24   better than you do on the floor side.

25  Q.        Did Mr. Millan's responsibilities, when he

THOMAS SARANELLO

Page 89

1    reported to you, change over the course of time?

2    A.        Yes.

3    Q.        How did they change?

4    A.        He became a key person for compliance.

5    Q.        Let's deal with that before we move on.

6              Explain how he became a key person

7    for compliance?

8    A.        He helped build the continuity of business

9    plan, the process and control manual as well, he had a

10   lot of input into that, attended meetings for, you

11   know, compliance, handled most of the deliverables for

12   anything required by compliance offices.

13   Q.        You said he helped build the continuity of

14   business plan.  Let's start with that.

15             What is the continuity of business

16   plan?

17   A.        It's a disaster recovery plan for emergency

18   situations, a document that dictates evacuation plans

19   and contact information, what to do during certain

20   situations.

21   Q.        Was the continue -- the COP, right?

22   A.        B.

23   Q.        Sorry.  Was the COB created just for your

24   department?

25   A.        No.

THOMAS SARANELLO

Page 90

1  Q.        Was there a COB for the entire company?

2  A.        I believe everyone had to create a COB.

3  Q.        Each different department had their own COB

4  plan?

5  A.        I believe so.

6  Q.        And did your group have its own COB plan?

7  A.        Yes.

8  Q.        And the one that Mr. Millan created was for

9  your specific group?

10 A.        Yes.

11 Q.        And that was your group, meaning you as team

12 leader plus your six people, or a wider group than

13 that?

14 A.        I believe it was -- also encompassed Rick

15 Braunagel as well.  I believe the manual -- the COB

16 and the manual was for both Rick Braunagel and myself

17 under Garfield Spence.

18 Q.        Did a directive come from somebody to create

19 a COB plan?

20 A.        Senior management.  I don't know --

21 Q.        How did you get the directive, or did you get

22 the directive?

23 A.        From Garfield.

24 Q.        When was it that Garfield Spence communicated

25 to you there was a need to integrate a COB plan?

THOMAS SARANELLO

Page 91

1    A.        I don't recall that.

2    Q.        Was it around September 11th, 2001?

3    A.        It was probably after that time.

4    Q.        Was that the impetus for the creation of it?

5    A.        I think so.  I believe so.

6    Q.        What did Garfield Spence tell you in terms of

7   integration of a COB plan, what was required?

8    A.        It was collaborative between Gary and the

9   compliance offices.

10   Q.        Who is Gary?

11   A.        Garfield Spence.

12   Q.        That's his nickname?

13   A.        (Witness nods head.)

14   Q.        Were you given any materials or documentation

15   to explain what was required to create the COB plan?

16   A.        Yes.

17   Q.        What were you given?

18   A.        I don't recall what it was.

19   Q.        Did it have information contained in there as

20   to what was required?

21   A.        Yes.  Again, Carmelo worked pretty much

22   directly with the compliance offices to get it done.

23                 When I got a request to add

24   something or remove something, we spoke about it or I

25   e-mailed him to input something new into the COB plan

THOMAS SARANELLO

Page 92

1      or manual, but pretty much worked directly with the

2      compliance offices in getting all deliverables

3      completed.

4      Q.        When you say the compliance offices, what

5      department is that?

6      A.        Compliance.

7      Q.        So there's a separate department called

8      compliance?

9      A.        Yes.

10     Q.        Was that for the entire CTI or for your group

11     specifically --

12     A.        Entire CTI.

13     Q.        So who determined Mr. Millan was going to be

14     assigned to do that?

15     A.        Me.

16     Q.        Did you provide him with the documents Mr.

17     Spence gave to you in connection with that?

18     A.        Early on we collaborated on it, but he pretty

19     much built it with compliance.

20     Q.        Was Rich Braunagel involved in that at all?

21     A.        I don't recall if he was.  I know he was

22     involved with the manual, but I don't recall about the

23     compliance, the COB plan.

24     Q.        What information was in the COB plan?

25                        MS. BOUCHARD:  Other than what he

THOMAS SARANELLO

Page 93

1    testified to?

2                   MS. WALSH:  Yes.  He said what the

3    purpose of it was.

4    Q.        I want to know what information was actually

5    in there.  I don't have it.

6    A.        Evacuation procedures, contact lists.  That's

7    really all I can think of, off the top of my head.

8    Q.        In addition to evacuation procedures and

9    contact lists, was there other information but you

10   just don't recall right now?

11   A.        I just don't recall.  Application testing

12   procedures, there are tests you need to conduct in

13   order to insure your unit will function in the event

14   of a disaster.  There's COB testing involved with

15   that.

16   Q.        Was there a template or master COB plan

17   distributed to assist in the process?

18   A.        I don't know.

19   Q.        Did you make any efforts to find that out?

20   A.        I don't remember that far back, whether we

21   received a template or if it was created from scratch.

22   Q.        Did you make efforts to find that out for

23   today?

24   A.        No.

25   Q.        When you say -- you testified you originally

THOMAS SARANELLO

Page 94

1    collaborated with Mr. Millan with respect to the

2    creation of the COB.

3                     What did you do specifically in that

4    regard?

5    A.        I pretty much gave -- I don't really recall

6    exactly what I did, but I know I got him engaged early

7    on to work with compliance to get it built.  So

8    compliance asked me.  I guess they asked Gary, and

9    Gary asked me, and I said have them work with Carmelo.

10   That was the collaboration, he was the key person for

11   it.

12                    If he needed -- if Carmelo needed

13   information, he would come to me, say, Tom, I am

14   updating, you know -- building this portion of it, I

15   need this information from you, and I would provide

16   it.

17   Q.        How would he find out what information needed

18   to go into it?

19   A.        Work with compliance.

20   Q.        Did he get that information from compliance?

21   A.        Yes.

22   Q.        And then he compiled the information into the

23   COB?

24   A.        Yes.

25   Q.        If he needed to know information that he

THOMAS SARANELLO

Page 95

1   didn't have, he would come and ask you for it?

2   A.        If he needed data.

3   Q.        How long did the project take, the creation

4   as opposed to the updating of it?

5   A.        I honestly don't know.  Couple months maybe.

6   I don't know.

7   Q.        Was Mr. Millan still working on his other

8   duties and responsibilities during that time?

9   A.        Yes.

10  Q.        Did he scale back on his other duties and

11  responsibilities to do this?

12  A.        No.  He was relied upon for a lot of network

13  stuff.  Network issues, he was pretty well versed at.

14  So he never relinquished that.  He may have done, you

15  know, less tasks at that point, because he was doing a

16  lot of compliance but, no, never relinquished his

17  duties totally.

18  Q.        Now, you testified that changes would need to

19  be made to the COB from time to time.

20                  What type of changes?

21  A.        Name changes, could have been phone numbers,

22  could have been business unit head changes.  We had

23  business contacts, business contacts for certain

24  departments.

25  Q.        When you say business unit head changes, you

THOMAS SARANELLO

Page 96

1    are talking about people's names again?

2    A.       People's names, departmental contacts.

3    Q.       Any other changes that would need to be made

4     to the COB over the course of time Mr. Millan was

5     working on it?

6    A.       Processes, maybe, to the facility depending

7     on, you know, power loads and UPS, any time new sites

8     were being built, they would be incorporated.

9    Q.       Did he work in any other capacity, other than

10    an evacuation plan or emergency --

11   A.       Call-tree testing.

12   Q.       Is that all one word or -- how do you --

13   A.       Call dash tree, T-R-E-E, testing.

14   Q.       One E?

15   A.       Two E's.

16   Q.       What is call-tree testing?

17   A.       It's where management initiates a call-tree

18    to get response from his team.

19   Q.       Like a phone chain?

20   A.       Yes.

21   Q.       Was it used for any other purpose?

22   A.       COB?

23   Q.       Yes.

24   A.       It was used for power downs, building power

25    downs, when buildings got shut down, they referred to

THOMAS SARANELLO

Page 97

1    the COB plan.

2    Q.        Any other function?

3    A.        I don't know off the top of my head without

4    looking at it.

5    Q.        And if changes needed to be made to the COB,

6    would Mr. Millan consult with you with respect to

7    those changes?

8    A.        Yes, he would let me know what changes he's

9    making, or if Gary or compliance came to me directly,

10   I would forward it to him.  We would keep each other

11   in the loop.  It worked out pretty well.

12   Q.        You communicated changes to him also?

13   A.        Yes.

14   Q.        Was there a system for tracking the time that

15   you worked or the time you spent on a specific project

16   when Mr. Millan reported to you?

17   A.        Time reporting system, as I spoke about

18   earlier.

19   Q.        Did you -- withdrawn.

20             When Mr. Millan first reported to

21   you, where were you physically located, where was your

22   office located or your desk located.

23   A.        388 Greenwich Street.

24   Q.        Which floor?

25   A.        Thirteen.

THOMAS SARANELLO

Page 98

1   Q.        Was that a data center?

2   A.        No.

3   Q.        Is that the only place where you had a desk

4    at that time?

5   A.        388 Greenwich, yes.

6   Q.        Where was Mr. Millan's desk at that time?

7   A.        388 Greenwich, 13th floor.

8   Q.        Over the course of time that he reported to

9    you, did that ever change?

10  A.        I don't remember -- no, it didn't.  He did

11   from time to time help out in support at 34th Street,

12   333 West 34th Street.  That was only to cover when

13   someone was out, Bill O'Donnell was out.  No, he was

14   always at 388 with me.

15  Q.        Was there a talk in, talk out system or

16   security system for getting into the building?

17  A.        There was a swipe to get in, not to get out.

18  Q.        Aside from the swipe system, was there any

19   type of clock in system --

20  A.        No.

21  Q.        -- that reported your time of coming and

22   leaving?

23  A.        No.

24  Q.        And the time reporting, what did you call it,

25   time reporting system?

THOMAS SARANELLO

Page 99

1    A.        Yes.

2    Q.        TRS it's referred to as?

3    A.        Yes.

4    Q.        Is that a system that's still in place

5    currently?

6    A.        No.

7    Q.        When was that done away with?

8    A.        I believe it was last year.

9    Q.        And was it in place the entire time Mr.

10   Millan reported to you?

11   A.        I don't know if it was.

12   Q.        How did the time reporting system work, how

13   would you record your time through it?

14   A.        Just enter your time next to the projects

15   that you were supporting and put your hours in.

16   Q.        How often was it done, weekly basis or

17   something else?

18   A.        Weekly.

19   Q.        And so you would enter your time, and you

20   would specify the specific project that you were

21   working on?

22   A.        The projects would be in there, they would be

23   assigned by the project manager.

24   Q.        TRS had the project in its system, and you

25   just went in and found that specific project and

THOMAS SARANELLO

Page 100

1    assigned your time to it?

2    A.        Yes, just put your hours against it.

3    Q.        So it would be as specific as, you know,

4    there's a move from this floor to this floor --

5    A.        Not that granular, no.

6    Q.        How granular was it?

7    A.        Project related, if we were doing a

8    build-out.  If the project managers decided it was big

9    enough to call it a project, they would assign us to

10   it, and then we would book our time.

11                  Other than that, there were request

12   buckets and problem manager buckets.

13   Q.        So it was more general than specific as to

14   place and location?

15   A.        Yes.

16   Q.        When Mr. Millan was working on the

17   maintaining or updating the COB, what would he assign

18   the time to?

19   A.        I believe at that point we may have had a

20   bucket for it, but I can't confirm.

21   Q.        If you didn't have a bucket for it, in your

22   opinion, what would have been the appropriate bucket

23   for him to put that time in?

24   A.        COB -- if we didn't have a COB bucket you

25   mean?

THOMAS SARANELLO

Page 101

1    Q.        Yes.

2    A.        I don't know, maybe BAU requests.  I don't

3     recall.

4    Q.        How many different project names were there

5     that time could be assigned to?

6    A.        I don't know.  Could have been two, ten.  I

7     don't know.

8    Q.        Are you familiar with the term infrastructure

9     integration base support?

10   A.        Yes.

11   Q.        What does that mean?

12   A.        That may have been for our daily MAC

13    activities, daily move activities.

14   Q.        I know you said it may have been.

15                      Are you not sure with respect to

16    that?

17   A.        Yes, I am not sure.  I think we used it for

18    BAU.

19   Q.        Was that a project name within TRS?

20   A.        Yes.

21   Q.        How about infrastructure integration

22    projects?

23   A.        I don't remember that one.

24   Q.        How about infrastructure CSR requests?

25   A.        That's where we booked our time to, I guess,

THOMAS SARANELLO

Page 102

1    for CSR's, comtrack requests.

2    Q.       What is CSR?

3    A.       Comtrack service request.

4    Q.       If you were doing a TAS project, what would

5    you bill that to or --

6             MS. PONTOSKI:  Objection to the form

7    of the question.

8    A.       I don't know.  Project manager created those

9    buckets.  I don't know.  I didn't create the project

10   buckets.

11   Q.       You said infrastructure CSR requests would

12   have been comtrack requests.

13            Would there have been a similar

14   bucket to deal with TAS requests?

15   A.       I don't recall that we had anything for TAS.

16   I am not sure.  At that time I didn't create -- I

17   believe Garfield was involved with that or the project

18   manager, but I can't say that I was.

19            (Saranello Deposition Exhibit Number

20   2 was marked for identification.)

21   Q.       I am going to show you, Mr. Saranello, what

22   has been marked as Exhibit 2, and just for

23   identification purposes it's a seven-page document

24   Bates stamped CTI 00001249 through 1255.  I am going

25   to ask you to have a look at it.

THOMAS SARANELLO

Page 103

1   A.        Okay.

2   Q.        Are you ready?

3   A.        Yes.

4   Q.        With respect to the first page of this, on

5   the bottom left-hand side on page one --

6                   MS. PONTOSKI:  Could we describe

7   this?

8   Q.        Well, the first page of the exhibit, there's

9   a -- there's a chart, and at the very bottom entry on

10  the left-hand side there's a number.

11                  Do you see the number --

12  A.        Um-humm.

13  Q.        -- at the very bottom on the left-hand side?

14  A.        (Witness nods head.)

15  Q.        Right to the right of the number there's a

16  code that reads WTC slash COB network integration.

17                  You testified earlier you thought

18  there might have been a project name that was created

19  specifically for the development of the COB?

20  A.        No.  This isn't it.

21  Q.        Tell me what this is.

22  A.        This was our disaster recovery efforts for

23  9/11 from what I remember.

24  Q.        Do you recognize the document I gave you?

25  A.        Yes.

THOMAS SARANELLO

Page 104

1   Q.          What is it?

2   A.          TRS.

3   Q.          When you say TRS?

4   A.          Time reporting system, I believe, or project

5   tracking system, which is what TRS feeds.

6   Q.          Is project tracking system a separate system?

7   A.          No.  It's part of -- one in the same.

8   Project tracking is where the projects are created

9   from, and then we would view them in TRS and put our

10  time in TRS.

11  Q.          And is this -- if you look at the employee

12  name in the third column in from the right, it says

13  Carmelo Millan.

14                    Do you see that?

15  A.          Um-humm.

16  Q.          Would these be the hours that Carmelo Millan

17  assigned to different projects when he worked for CTI?

18  A.          That's what he submitted.

19  Q.          Is there ever a situation where time isn't

20  submitted where it should be?

21                    MS. PONTOSKI:  Object to the form of

22  the question.

23  A.          Yes, I would think so.  I can't confirm that.

24  Q.          When Mr. Millan reported to you, were you

25  responsible for reviewing your technicians' time

THOMAS SARANELLO

Page 105

1    inputting records?

2    A.        The only time we reviewed them was when

3    someone didn't enter it, and we got a report back

4    saying their time wasn't entered.

5    Q.        And that would be where no time was entered?

6    A.        Right.

7    Q.        So if they entered partial time, would you --

8    would you be made aware of that?

9    A.        By management; management would make us aware

10   to enter time.

11   Q.        And what would you do when you were notified

12   that there was an issue with time?

13   A.        I would let someone know, complete your TRS.

14   Q.        Would there ever be a time you might miss

15   telling someone to complete their TRS?

16   A.        No.  Because the senior management would get

17   the report on Mondays, and they would come back to us

18   and tell us who didn't enter their time.

19   Q.        How would they know, for example, if someone

20   entered thirty hours for a week but were there for

21   fifty, how would they know there was a deficiency?

22             MS. PONTOSKI:  Objection to the form

23   of the question.

24   A.        They wouldn't.  I don't know the answer to

25   that.  It's a system you can go in and put hours

THOMAS SARANELLO

Page 106

1    against.  To confirm every hour without any time

2    clocking system, it's tough to do.

3    Q.         Did you keep a record of your time the same

4    way through the TRS?

5    A.         Record?  Print it out?

6    Q.         No.  Did you have to enter your time the same

7    way as everybody else?

8    A.         Yes.

9    Q.         Did everybody within your group have to use

10    this system for keeping track of their time?

11    A.         Yes.

12    Q.         Did the individual technicians determine

13    which project name to assign their time to, or were

14    they told which project name to assign their name to?

15    A.         They were assigned the projects by

16    management.

17    Q.         They didn't make the determination, they did

18    it based on what they were told?

19                    MS. PONTOSKI:  Objection.

20    A.         Can you ask it again?

21    Q.         If someone is entering their time, when they

22    go in to identify which hours they are going to assign

23    time to, which project, do they make the determination

24    as to which project they are assigning the time to --

25    A.         Yes.

THOMAS SARANELLO

Page 107

1   Q.          -- or have they been instructed which project

2   to use?

3   A.          No, they do it on their own, depending on

4   what they worked on that week.

5   Q.          If somebody misenters information in there,

6   how is that detected?

7                    MS. PONTOSKI:  Objection to the

8   form.

9   A.          I don't know.  I don't know.  The only thing

10  we got back from senior management was a time that

11  wasn't entered for that week.

12  Q.          So if there was no time entered for that

13  week?

14  A.          Yes.

15  Q.          When Mr. Millan started reporting to you, how

16  much vacation time did he have?

17  A.          I don't know.

18  Q.          Was there a standard number of weeks the

19  technicians in your group had at that time?

20  A.          There is an HR policy on vacation time, but I

21  don't recall what it was back then.

22  Q.          Did you make any efforts to find it out for

23  the deposition today?

24                   MS. PONTOSKI:  I am going to object

25  to this line of questioning.  I think this goes beyond

THOMAS SARANELLO

Page 108

1    the scope of what we produced this witness on; duties

2    and responsibilities of Carmelo Millan.  So he can

3    answer in his individual capacity but not as a 30(b)6

4    witness.

5    A.       I don't know.

6    Q.       We started talking about the additional

7    responsibilities Mr. Millan assumed.  The one we just

8    discussed was the continuity of business plan.  And

9    the second one you said was the process and control

10   manual.

11                    I want to ask you some questions

12   about that.  At the time Mr. Millan started to report

13   to you, did your group have a process and control

14   manual?

15   A.       Yes.  I believe that was the first directive

16   we received from compliance when compliance started

17   getting heavy at Citi.

18   Q.       What was the importance of doing all this for

19   compliance purposes?

20                    MS. PONTOSKI: Objection to the form

21   of the question.

22   A.       I can't comment on the importance, but we had

23   to make sure we had all our processes in the manual.

24   Q.       So I asked if there was a PC -- do you mind

25   if I refer to it as a PCM?

THOMAS SARANELLO

Page 109

```
 1   A.          Sure.

 2   Q.          I asked if there was a PCM in place at the

 3    time Mr. Millan came on board in your group.

 4                       I am not sure if you answered that.

 5   A.          I don't know if he was there while it was

 6    being created.  He may have already been working for

 7    me.  I am not sure.

 8   Q.          Was he involved in the creation of the

 9    original PCM?

10   A.          I don't recall.  I know that on the PCM he's

11    not listed as an originator.  But he did do the

12    maintenance of it afterwards.

13   Q.          Who was listed as an originator?

14   A.          I believe it was myself, John Franzitta and

15    Rick Braunagel.

16   Q.          Was that one of the documents you reviewed in

17    preparation for your deposition?

18                       MS. PONTOSKI:  I want to object.

19                       Are you asking if he reviewed them

20    with us?

21                       MS. WALSH:  I am entitled to know

22    what he reviewed for the deposition, with you or not.

23    I think he testified he did.

24   A.          Yes, I reviewed the manuals.

25   Q.          Do you recall the dates that were on there in
```

THOMAS SARANELLO

Page 110

1    terms of creation?

2    A.          I don't know.  I don't recall.

3    Q.          What is the PCM, or what was the PCM that --

4    the one created at that time?

5    A.          Process and control manual shows all your --

6    all the processes you use within the group, meaning

7    contract, TAS, LOIS, TAS, same thing.  TAS was called

8    LOIS before it was TAS.

9    Q.          L-O-I-S?

10   A.          Yes.  It lists the sites you support.  That's

11   pretty much it.  It's a document for -- process

12   document, shows what processes were used in our

13   department.

14   Q.          Does every group have -- within CTI have a

15   PCM?

16   A.          I can't answer that.  I don't know.

17   Q.          Do you know if any other group has a PCM,

18   other than your group at the time?

19   A.          I believe so, yes.

20   Q.          What was the purpose of the PCM?

21   A.          Directive from compliance.

22   Q.          Did you use it for any other purpose than

23   compliance issues?

24   A.          Just to document processes.

25   Q.          Did you use it for training purposes?

THOMAS SARANELLO

Page 111

1  A.       You can refer to it if you need to look

2   through it.

3  Q.       Do you give it to a new technicians when they

4   start to work with you?

5  A.       Yes.

6  Q.       Did you give a copy of the existing PCM to

7   Mr. Millan when he started to work with you?

8  A.       I don't recall.

9  Q.       Is it your practice to give it to new

10   technicians when they start to work with you?

11  A.       Yes.

12  Q.       Was it used for any other purposes than the

13   ones we have just gone through?

14  A.       Not that I know of.

15  Q.       In terms of updates, at some point in time

16   Mr. Millan took on responsibility for updating the

17   PCM.  Who assigned him that task?

18  A.       Me.

19  Q.       When was that?

20  A.       I don't recall.

21  Q.       Was there a reason you decided to assign it

22   to him?

23  A.       Yes.

24  Q.       Why?

25  A.       Because compliance was a little too much for

THOMAS SARANELLO

Page 112

1    me to handle with my management duties.  He was the

2    key point person, knowledgeable, intelligent and was

3    the best person for it.

4    Q.        John Franzitta you said worked on the

5    original creation of the PCM?

6    A.        Yes.

7    Q.        Is he still in your group at the time?

8    A.        I don't remember when John left my

9    department, but it may have been around that time.

10   Q.        Was he ever involved in doing the updates to

11   the PCM?

12   A.        John was one of the creators of it, so

13   myself, John, and Rick Braunagel were doing the

14   updates.

15   Q.        What's John Franzitta's position now?

16   A.        I don't know.  He works in network

17   integration.

18   Q.        What was involved in updating the PCM?

19   A.        Structure changes, process changes, anything

20   that may have been missing that compliance dictated to

21   us and said, you know, this is a new thing that came

22   down, and we need to put this in here.

23   Q.        Was the compliance department the department

24   that determined what information needed to be in the

25   PCM?

THOMAS SARANELLO

Page 113

1    A.          They were given the guidelines, and they

2     passed them down to us.

3    Q.          Where did the guidelines originate from?

4    A.          I don't know.  Senior management.

5    Q.          I asked what updates needed to be made to the

6     PCM.  You said structure changes.

7                          Can you explain what that is?

8    A.          Just the sections, the way they were phrased,

9     whether a process was under a change management or

10    problem management, just how the PCM looks pretty

11    much.

12   Q.          And how about process changes, what is that?

13   A.          Process change, process -- contract became

14    another program, you know, that would be a process

15    change, screen shots of the processes.

16   Q.          Could you estimate for me on a monthly basis

17    how many updates would need to be done to the PCM?

18                          MS. PONTOSKI:  Objection to the form

19    of the question.

20   A.          No.

21   Q.          Was it something that had to be maintained on

22    a weekly basis?

23   A.          Yes, weekly, daily, depending on when we got

24    a request from compliance.

25   Q.          So the changes were based on getting a

THOMAS SARANELLO

Page 114

1    request from compliance?

2    A.        Yes.  If somebody's name changed, phone

3    number changed, processes changed, we would take it

4    upon ourselves without compliance.

5    Q.        While Mr. Millan had the responsibility to

6    update the PCM and make the changes, did he also

7    continue to do his other duties and responsibilities?

8    A.        Yes.

9    Q.        While Mr. Millan reported to you, he didn't

10   supervise any other employees, did he?

11   A.        No.

12   Q.        He didn't have the ability to hire employees,

13   did he?

14   A.        No.

15   Q.        Did he have the ability to fire employees?

16   A.        No.

17   Q.        Was he in any way related with managing

18   employees, other employees?

19   A.        No.

20   Q.        Did he have any management responsibilities?

21             MS. PONTOSKI:  Objection to the form

22   of the question.

23   A.        It depends on what you consider management.

24   If you consider tasking a project to him and letting

25   him handle it himself, he's managing it.  He doesn't

THOMAS SARANELLO

Page 115

1    come to you every step of the way he is managing a

2    project.  So he definitely did manage on his own

3    pretty well when a task was given to him.  He attended

4    meetings..

5    Q.        We discussed the COB plan, process and

6    control manual, and another area you testified to that

7    Mr. Millan assumed responsibility for was attending

8    meetings for compliance.

9                      I just want to get again an

10   explanation as to what that entailed?

11   A.        Meetings regarding changes to compliance

12   activities.

13   Q.        Was that to do with the PCM or COB or

14   something different?

15   A.        Yes.  Or risk and control, self-assessments

16   he handled as well, which is questions pertaining to

17   each process that we as a group had to enter for

18   compliance, and that's a role he handled.

19   Q.        So compliance would present questions to you

20   with respect to processes?

21   A.        Compliance would say, here is the problem

22   management risk and control self-assessment.  You need

23   to complete it by such and such a date.  You need to

24   answer all questions, you need to provide all

25   evidence.

THOMAS SARANELLO

Page 116

1    Q.        How often were you given a project management

2    risk and control self-assessment?

3    A.        It could have been early on.  I don't know if

4    it was quarterly.  I don't know if it was semiannually

5    or annually, but he was handling them.

6    Q.        It could have been annually, it could have

7    been quarterly --

8    A.        It changed.

9    Q.        -- semiannually?

10              Did it get more frequent or less

11   frequent over the time he reported to you?

12   A.        It changes.  It could be first quarter we

13   would be doing change management and problem

14   management.  Second quarter would be vendor

15   management.  I can't be specific when we conducted

16   them, because they changed so frequently.

17   Q.        Did you attend those meetings?

18   A.        Several, but not -- I wasn't on every single

19   one of them, because he was taking care of that

20   function.

21   Q.        Now, what efforts did you make to determine

22   how often the project management risk and control

23   self-assessment was given?

24   A.        We took guidance from compliance.

25   Q.        For your deposition today did you make any

THOMAS SARANELLO

Page 117

1    efforts to determine how often the project management

2    risk and control self-assessment was issued?

3    A.        Problem management.

4    Q.        Sorry.

5    A.        I made no efforts.

6    Q.        How often, say over the course of the time

7    that Mr. Millan was reporting to you, how often were

8    their meetings that related to compliance issues?

9    A.        I don't know.

10   Q.        Did you make any efforts before your

11   deposition to find out that information?

12   A.        No.

13   Q.        Would there have been more than one a year?

14   A.        Yes.

15   Q.        Would there be more than one a month?

16   A.        I don't know.  I would say at least one a

17   month.

18   Q.        Now, you said that they would actually

19   issue -- was this a paper document, the problem

20   management risk and control self-assessment?

21   A.        Yes, paper and electronic.

22   Q.        Different ones dealt with different aspects

23   of the processes within your department?

24   A.        Yes, whatever pertained to our department we

25   had to complete a self-assessment form, and compliance

THOMAS SARANELLO

Page 118

1    would tell us, guide us, when to do them.

2    Q.        Did you make any efforts to obtain copies of

3    those self-assessment forms?

4    A.        No.

5    Q.        Did Mr. Millan complete the self-assessment

6    forms?

7    A.        He did a large portion of it, yes.

8    Q.        Who else worked on it?

9    A.        I worked on it with him, I believe.

10   Q.        Anyone else?

11   A.        I don't know.

12   Q.        What type of information needed to be given,

13   could you give me an example?

14   A.        We would have to make sure we had a certain

15   process in place for problem resolving, and we would

16   have to give evidence that we completed those

17   problems, and then they identify risks and how many

18   high risk problems do you complete, how many low risk

19   problems do you complete, questions just confirming

20   that you pretty much have a process and providing the

21   evidence you are using the system.

22   Q.        Did you use information that was contained in

23   the PCM to complete the self-assessments?

24   A.        Yes.

25   Q.        You also said that Mr. Millan handled most of

THOMAS SARANELLO

Page 119

1    the deliverables for the compliance office.

2                    Could you explain what that is?

3    A.        That's what we are speaking about, those are

4    the LOIS, RCSA --

5    Q.        Risk and control self-assessment, I could

6    have been saying RCSA all this time.

7    A.        Yes, COB, PCM, those are all compliance

8    deliverables.

9    Q.        Anything else that we haven't gone over

10   that's included in those functions?

11   A.        I'm sorry.

12   Q.        You listed four different responsibilities

13   that Mr. Millan took on while he reported to you.

14                   You said he helped build the

15   continuity of business plan.  We talked about that and

16   his involvement in that.  You said he helped maintain

17   the process and control manual.

18   A.        Yes.

19   Q.        We talked about that and everything he did

20   for that.

21                   You said he attended meetings for

22   compliance issues?

23   A.        Yes.

24   Q.        We reviewed what he did for that and talked

25   about that.

THOMAS SARANELLO

Page 120

1            You said he handled most of the

2    deliverables for the compliance office?

3    A.       Yes.

4    Q.       Any other additional responsibilities that

5    Mr. Millan took on over the course of the time

6    reporting to you?

7    A.       The only other thing, when we were -- when

8    there would be network issues, he would be one of the

9    people I refer to to work on a higher level issue

10   because of his network background.

11   Q.       Weren't all of your issues network issues?

12   A.       Network, cable, a lot of them are cable

13   issues.

14   Q.       What's the difference between a network and a

15   cable issue?

16   A.       Cabling is cabling, network is network.

17            (Discussion held off the record.)

18   A.       There are many layers to the network.  You

19   know what I mean.  Cabling is one of them, and network

20   layer is another one.  That's what he was good with,

21   which is why he moved to engineering.

22            (Saranello Deposition Exhibit Number

23   3 was marked for identification.)

24   Q.       I will give you what was marked as Exhibit 3.

25   For identification purposes, it's a four-page document

THOMAS SARANELLO

Page 121

1    that has Bates stamped CTI 000326 through 329.  And I

2    am going to give you a moment to review that document.

3                    Do you recognize Exhibit 3?

4    A.        Yes.

5    Q.        What is it?

6    A.        2002 year end performance review for Carmelo

7    Millan.

8    Q.        Did you create this performance review?

9    A.        Yes.

10   Q.        With respect to section two, assessment of

11   job related factors, is it correct with respect to all

12   but one of those categories, you marked him as a

13   consistent performer?

14   A.        Yes.

15   Q.        And in one of those categories, job

16   proficiency, knowledge, you marked him as a top --

17   strong performer?

18   A.        Yes.

19   Q.        You didn't mark him as a top performer with

20   respect to any of the categories, is that correct?

21   A.        Yes.

22   Q.        With respect to section three on the second

23   page, assessment of managerial factors, written in

24   there is not applicable?

25   A.        Yes.

THOMAS SARANELLO

Page 122

1    Q.        Is that because he wasn't responsible for any

2    of those managerial factors?

3    A.        Yes.

4    Q.        Under the overall performance summary at the

5    end of that page you have written, last sentence, he

6    has completed a total of 859 comtrack tasks for the

7    year.

8              Is that a typical number of comtrack

9    tasks for a technician to complete in a year?

10             MS. PONTOSKI:  Objection to the

11   form.

12   A.        That's a pretty good number.

13   Q.        So it would be higher than average number?

14   A.        Yes.

15   Q.        It also says in the same box, he's currently

16   assisting in the 388 Greenwich Street network security

17   directive?

18   A.        Yes.

19   Q.        What is that?

20   A.        That's a project to shut down unused network

21   ports.

22   Q.        That's the process we discussed earlier?

23   A.        This was a project.  This wasn't --

24   Q.        The process of shutting down unused network

25   ports, that's what we discussed earlier?

THOMAS SARANELLO

Page 123

1    A.        Yes.

2    Q.        Just explain -- this also refers to a human

3    resources restack.

4                   Could you tell me what a restack is?

5    A.        It was a move of 141 people.

6    Q.        What is a restack, is that what it is, a

7    move?

8    A.        Basically a business coming together

9    somewhere, because they are scattered maybe.

10   Q.        It's a different term than a regular move?

11   A.        Restack, relocation, move, they are all kind

12   of --

13   Q.        Interchangeable?

14   A.        Yes.

15   Q.        When you say he was the lead technician, what

16   does that mean?

17   A.        He ran with that project with little or no

18   direction from management.

19   Q.        Was there a particular site Mr. Millan was

20   assigned to more than any other site when he reported

21   to you?

22   A.        388 Greenwich Street and the 390 data center

23   when he did work in there.  333 West 34th Street at

24   times as well.

25   Q.        Was there a lab facility or something

THOMAS SARANELLO

Page 124

1    referred to as lab facility at 388 Greenwich?

2    A.        Yes.

3    Q.        What was that?

4    A.        The lab at 388 was the old data center at

5    388, which network engineering claimed for their space

6    and which we built.

7                   Carmelo I believe towards the end,

8    he was the lead building that.

9    Q.        Was it on a particular floor of 388

10   Greenwich?

11   A.        Twelfth floor.

12   Q.        Your desks were located on the 13th floor?

13   A.        Yes.

14   Q.        Was he the only technician who worked on that

15   project?

16   A.        Early on, I believe everyone was pitching in,

17   a little bit here and there.  But he wound up taking

18   it.

19   Q.        When did that project start?

20   A.        Towards the end of when he moved over to

21   network engineering.

22   Q.        Just to go back to the first page of Exhibit

23   3, under job title at the very top, it says analyst.

24                   Is that a title that was given to

25   the technicians who worked in your group?

THOMAS SARANELLO

Page 125

1    A.        I am not familiar with the titles back then.

2    Q.        Did you ever refer to technicians as

3    telecommunications analysts?

4    A.        No.

5    Q.        Or telecom analysts?

6    A.        No.  Techs, I call them techs.

7    Q.        So network engineering you said took over the

8    twelfth floor at 388 Greenwich Street?

9    A.        It was a lab for network engineering.

10   Q.        And what was the purpose of the lab?

11   A.        Testing new technologies, before going into

12   production.

13   Q.        New technology, was the new technology being

14   tested for CTI?

15   A.        I don't know.  It's a network engineering

16   function, I don't know.

17   Q.        How many people were working in the lab at

18   the time?

19   A.        No one.  The lab was being built.

20   Q.        When it was first in production, after it was

21   built, how many people were working there?

22   A.        When it was -- after it was built, the lab

23   was turned over to network engineering.  I don't know.

24   I can't answer that.

25   Q.        Before it was built, was it under your

THOMAS SARANELLO

Page 126

1    jurisdiction?

2    A.        We were pretty much just building it for

3    engineering like any other build-out, and then it's

4    supported by that department that lives in there.

5    Q.        So in terms of building it, you weren't

6    responsible for purchasing the items?

7    A.        No.

8    Q.        That was integration?

9    A.        Well, it could have been done like any other

10   project, but I don't recall exactly how it was done.

11   We built it like we built out any other space.

12             The only difference is whereas we

13   build a data center and then we support that data

14   center day two for moves, adds and changes, in a lab

15   environment we don't.

16   Q.        Why not?

17   A.        Because it's not production.  And the lab

18   owner supports it, and that's when it was turned over

19   to network engineering.

20   Q.        When you say not production, what do you mean

21   by that?

22   A.        For testing purposes.  It means not real

23   business going on in there.

24   Q.        It's not like there's traders or --

25   A.        No, it's a test lab.