AMEDEO DISCEPOLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - -

CARMELO MILLAN, Individually:
and on Behalf of All Other   :
Persons Similarly Situated, :
      Plaintiff,      :
                    :
      vs.          :
                    :
CITIGROUP, INC., and         :
CITIGROUP TECHNOLOGY, INC., :
      Defendants.    :  No. 07-CIV-3769

- - -

Wednesday, February 20, 2008

- - -

Oral deposition of

AMEDEO DISCEPOLO, taken at the Locks Law Firm,

110 East 55th Street, New York, New York,

commencing at 11:05 a.m., before Jennifer S.

Walker, a Federally Approved Registered

Professional Reporter and Notary Public.

- - -

VERITEXT NATIONAL COURT REPORTING COMPANY
Philadelphia, Pennsylvania
(215) 241-1000   (888) 777-6690

- - -

COPY

AMEDEO DISCEPOLO

Page 2

1    APPEARANCES:

2            LOCKS LAW FIRM
             BY:   JANET C. WALSH, ESQUIRE
3            110 East 55th Street
             New York, New York  10022
4            (212) 838-3333
             jwalsh@lockslawny.com
5            Representing the Plaintiff

6

7            MORGAN, LEWIS & BOCKIUS LLP
             BY:   SARAH E. BOUCHARD, ESQUIRE
8            BY:   SARAH E. PONTOSKI, ESQUIRE
             1701 Market Street
9            Philadelphia, Pennsylvania  19103-2921
             (215) 963-5000
10           sbouchard@morganlewis.com
             spontoski@morganlewis.com
11           Representing the Defendants

12                        - - -

13

14

15

16

17

18

19

20

21

22

23

24

AMEDEO DISCEPOLO

Page 3

1                          - - -

2                    I N D E X

3                          - - -

4    Testimony of:  AMEDEO DISCEPOLO

5    By Ms. Walsh .........................5

6                          - - -

7                       EXHIBITS

8    (All exhibits retained by Plaintiff's counsel)

9                          - - -

10   EXHIBIT NUMBER      DESCRIPTION       PAGE MARKED

11   Discepolo-1     "Network"              25
                     CTI00001247
12
     Discepolo-2     "Network"              30
13                   CTI00001248

14   Discepolo-3     Untitled document      96
                     CTI00001251-1255
15
     Discepolo-4     9/6/06 Discepolo       135
16                   Interoffice memo
                     CTI0000363-364
17
     Discepolo-5     1/29/07 Discepolo      142
18                   Interoffice memo
                     CTI0000365-366
19
     Discepolo-6     "CTI - Global          148
20                   Engineering Lab
                     Process Control
21                   Manual"
                     CTI00001167-177
22
     Discepolo-7     "CATE Engineering      153
23                   Lab Process Control
                     Manual"
24                   CTI00001238-246

AMEDEO DISCEPOLO

Page 4

1                           - - -

2                   EXHIBITS (Continued)

3                           - - -

4    EXHIBIT NUMBER       DESCRIPTION       PAGE MARKED

5    Discepolo-8       "Technology              157
                       Infrastructure 2005
6                      Year-End Performance
                       Review"
7                      CTI0000341-345

8    Discepolo-9       Untitled document        162
                       CTI0000352-355
9

     Discepolo-10      "07011000 - Global       167
10                     Engineering Lab
                       Manager"
11                     CTI00001357-359

12   Discepolo-11      "Administration"         174
                       CTI00001360-362
13

     Discepolo-12      Untitled document        178
14                     CTI00001369

15                          - - -

16

17

18

19

20

21

22

23

24

AMEDEO DISCEPOLO

Page 5

1          MS. BOUCHARD:  We're going to

2      waive read and sign.

3                    - - -

4          AMEDEO DISCEPOLO, after having

5      been first duly sworn, was examined

6      and testified as follows:

7                    - - -

8                EXAMINATION

9                    - - -

10  BY MS. WALSH:

11      Q.      Good morning, Mr. Discepolo.

12  My name is Janet Walsh.  I'm the attorney

13  representing the plaintiff in this action.  I

14  want to go over a couple ground rules with

15  you.

16          Firstly, have you ever given

17  testimony at a deposition before?

18      A.      Many years ago in a car

19  accident.

20      Q.      Were you the plaintiff or

21  defendant in that action?

22      A.      Defendant.

23      Q.      And that was the only time?

24      A.      Only time.

AMEDEO DISCEPOLO

Page 6

1          Q.      Have you ever testified in

2    court?

3          A.      Yes.

4          Q.      When was that?

5          A.      I take that back.  I never

6    testified in court.  I was on a grand jury and

7    jury duty.

8          Q.      Now, as you know, there's a

9    court reporter here who's taking down

10   everything.  You've been through it, but you

11   said many years ago.  I'm going to just review

12   the rules with you.

13              She's going to be taking down

14   everything we both say.  So from that

15   perspective, if you'll allow me to finish my

16   question before giving your response, I'll

17   give you the same courtesy and allow you to

18   finish your response.

19              She's not going to be able to

20   take down what we're saying if we're

21   overlapping.  It's a natural tendency to do

22   that.  If we find we're slipping into it, I'll

23   remind you.  And you can tell me the same.

24         A.      Okay.

AMEDEO DISCEPOLO

Page 7

1          Q.      I would appreciate it if you

2     could give verbal responses.  So, in other

3     words, a nod of the head or shake of the head

4     or "uh-huh," or whatever, she's not going to

5     be able to get it down or it won't necessarily

6     make sense.  So if you could give a "Yes" or

7     "No" response, that would be appreciated.

8          A.      Okay.

9          Q.      If you don't hear my question,

10    if you could ask me to repeat it.  If you

11    don't understand, I'll rephrase it for you.

12    If you don't indicate that you haven't heard

13    it or understood it, I'm going to assume that

14    you heard it and understood it.

15          A.      Okay.

16          Q.      We're not here to test your

17    memory today.  I'm sure there's going to be

18    information you won't remember.  I'd

19    appreciate it if you'd tell me you don't

20    recall.

21                  However, there will be times

22    where I'm going to ask you to give me an

23    estimate or an approximation with respect to

24    things.  And, again, I'd appreciate it if you

AMEDEO DISCEPOLO

Page 8

1    could provide that information, if you can.

2    And to the extent that you're giving it as an

3    approximation or an estimation, if you can let

4    me know that.

5          A.     Okay.

6          Q.     If you need a break at any

7    time, just let us know, or if you need

8    anything else, whatever.  I'm going to request

9    that if a question is pending and you haven't

10   given a response, if you can wait until you

11   have given a full and complete response before

12   you request a break.

13         A.     Okay.

14         Q.     Are you taking any medications

15   that would impair your ability to testify

16   today?

17         A.     No.

18         Q.     Any other reason why you cannot

19   testify truthfully today?

20         A.     No.

21         Q.     For the record, could you state

22   your full name?

23         A.     Amedeo Discepolo.

24         Q.     And what's your present home

AMEDEO DISCEPOLO

Page 9

1    address, Mr. Discepolo?

2         A.    32-03 163rd Street, Flushing,

3    New York, 11358.

4         Q.    And your present business

5    address?

6         A.    Sixty-eight South Service Road,

7    Melville, New York.  I don't recall the ZIP

8    code.

9         Q.    And how old are you currently?

10        A.    Fifty.

11        Q.    Did you attend college?

12        A.    Some college.

13        Q.    Okay.  Can you tell me where

14   you attended and the years?

15        A.    LaGuardia Community College.

16   '76.  1976.

17        Q.    And for just that one year?

18        A.    Um-hum.

19        Q.    And what did you study during

20   that year?

21        A.    Business.

22        Q.    Did you get any kind of a

23   diploma or a degree?

24        A.    No.

AMEDEO DISCEPOLO

Page 10

1          Q.      Have you attended any other

2    colleges?

3          A.      No.

4          Q.      Any other post high school

5    education?

6          A.      No.

7          Q.      Have you currently any

8    certifications?

9          A.      No.

10          Q.      Did you discuss this deposition

11    with anyone prior to coming here today?

12                 MS. BOUCHARD:  Other than your

13          attorneys.

14                 THE WITNESS:  Other than the

15          attorneys, no.

16    BY MS. WALSH:

17          Q.      Okay.  You did meet with your

18    attorneys today or this morning?

19          A.      This morning, um-hum.

20          Q.      For how long?

21          A.      About a half-hour.

22          Q.      Was anyone else present?

23          A.      No.

24          Q.      And any time before this

AMEDEO DISCEPOLO

Page 11

1    morning, have you met with your attorneys with

2    respect to the deposition?

3              A.    Yes.

4              Q.    When else was that?

5              A.    Yesterday.

6              Q.    For how long?

7              A.    About two hours.

8              Q.    Was there anyone else present?

9              A.    No.

10             Q.    Did you review any documents to

11   assist you in preparing for your deposition

12   today?

13             A.    I've reviewed a couple of

14   documents.

15             Q.    Can you tell me which documents

16   you've reviewed?

17             A.    The interrogatories.  I hate

18   that word, sorry.

19             MS. WALSH:  Off the record.

20                     - - -

21             (Discussion off the record.)

22                     - - -

23             THE WITNESS:  Reviewed some

24             performance reviews.

AMEDEO DISCEPOLO

Page 12

1    BY MS. WALSH:

2          Q.    Any other documents?

3          A.    No.

4          Q.    Okay.  And when you say, "the

5    interrogatories," are you referring to the

6    defendant's responses to interrogatories

7    served by the plaintiff, or do you know?

8          A.    I'm not sure.

9          Q.    Were they interrogatory

10   responses that Citi -- that CTI provided?

11              THE WITNESS:  Those were the

12         ones.  Right?

13              MS. BOUCHARD:  (Nodding.)

14              THE WITNESS:  Yes.

15   BY MS. WALSH:

16         Q.    And with respect to the

17   performance reviews, were those performance

18   reviews of Carmelo Millan?

19         A.    Yes.

20         Q.    And were those performance

21   reviews that you gave him, or were there

22   others included in that?

23         A.    It was the ones I gave him, as

24   well as there was one from Paul Holder when

AMEDEO DISCEPOLO

Page 13

1    Paul had management responsibility for

2    Carmelo.

3            Q.      So those were all the documents

4    that you reviewed?

5            A.      Yes.

6            Q.      Did you provide any documents

7    to your attorneys in connection with your

8    deposition today or in connection with this

9    case?

10           A.      Yes, I have.

11           Q.      What documents?

12           A.      Reviewed year-end reviews, some

13   e-mails related to various subjects, and I

14   believe we provided the attendance memos that

15   were sent as part of e-mails, um-hum.

16           Q.      Anything else?

17           A.      I think that's it.

18           Q.      With regard to the e-mails, did

19   you provide to your attorneys all e-mails that

20   you could track that you had received from

21   Carmelo Millan?

22           A.      I provided e-mails that were

23   dialogues between Carmelo and myself, yes.

24   The ones I could look at, the ones I had

AMEDEO DISCEPOLO

Page 14

1    saved.

2            Q.      When you say, "dialogues"

3    between yourself and Mr. Millan, those would

4    be all e-mails that Mr. Millan sent to you?

5            A.      And ones I responded.

6            Q.      You said all those you could

7    locate?

8            A.      Um-hum.

9            Q.      Tell me what you did in your

10   efforts to locate those e-mails.

11           A.      Went into my e-mail system,

12   went into my personal folders where I would

13   keep copies of e-mails from certain people or

14   certain topics, and I sorted out and looked

15   for anything I could find related to Carmelo

16   that included dialogue between him and myself.

17           Q.      Would there be any reason for

18   e-mails he sent to you not to be there?

19           A.      Yeah.  It's possible I could

20   have deleted quite a few over the years.

21           Q.      Did you check your "Deleted"

22   folders --

23           A.      Again, there's nothing in

24   there --

AMEDEO DISCEPOLO

Page 15

1          Q.      Just let me finish the

2    question.

3          A.      Sorry.

4          Q.      Did you check your "Deleted"

5    folders to see if you could locate any e-mails

6    from Mr. Millan to you?

7          A.      Yes.

8          Q.      What was the result of that?

9          A.      I keep my "Deleted" folder

10   clean because of memory size.

11         Q.      Did you check your "Sent Items"

12   folder to see if there were any e-mails sent

13   by you to Mr. Millan?

14         A.      Yes, I did.

15         Q.      And did you provide those

16   e-mails to your attorney?

17         A.      There were none in my "Sent"

18   folder.

19         Q.      With respect to obtaining

20   e-mails that were deleted from your system, is

21   there a way to do that?

22         A.      I'm not a hundred percent sure.

23         Q.      Did you make any efforts to

24   determine if there was a way to do that?

1     A.    No.

2     Q.    And also with respect to "Sent

3 Items," if there's nothing in your folder, is

4 there a way to determine -- is there a way to

5 retrieve e-mails that would have been sent by

6 you to Mr. Millan?

7     A.    I'm not sure.

8     Q.    Did you make any efforts to

9 determine if you could do that?

10    A.    No.

11    Q.    Did you talk to anybody at

12 Citigroup Technologies -- sorry, before we go

13 any further, I'm going to be referring to

14 Citigroup Technologies as "CTI" for the

15 purpose of the deposition.

16       Is that okay with you?

17    A.    That's fine.

18    Q.    If I refer to "Citigroup," I'm

19 referring to Citigroup, Inc.

20       Is that okay?

21    A.    Yup.

22    Q.    Did you talk to anybody at CTI

23 with respect to giving your deposition today?

24    A.    Just my immediate boss.

AMEDEO DISCEPOLO

Page 17

1          Q.      And who's that?

2          A.      Yesim Akdeniz.  Y-E-S-I-M

3    A-K-D-E-N-I-Z.

4          Q.      And when did you speak to

5    Mr. -- Ms. Akdeniz?

6          A.      Friday.  Friday the 15th.

7    February 15th.

8          Q.      And what was the purpose of

9    that conversation?

10         A.      Just to let her know I would

11   not be in the office, I'll be attending the

12   deposition hearings and, you know, if she

13   needed anything, I'd have to get back to her

14   later in the day.

15         Q.      Was she the only one at CTI who

16   you discussed your deposition with?

17         A.      Yes.

18         Q.      Do you keep a file relating to

19   this lawsuit?

20         A.      Yes, I do.

21         Q.      Where do you maintain that?

22         A.      E-mail.  It's on my e-mail

23   system.

24         Q.      So when you say it's on your

AMEDEO DISCEPOLO

Page 18

1    e-mail system, do you have a little subfolder

2    with respect to the case?

3              A.    Um-hum.

4              Q.    And any e-mails that you

5    receive or you send with respect to the case,

6    you keep in that folder?

7              A.    Yes.

8              MS. WALSH:  I'm going to

9         request copies of Mr. Discepolo's file

10        relating to this lawsuit be produced

11        to us.

12             MS. BOUCHARD:  I'm going to

13        object.

14             That file was -- was created

15        for the purposes of having

16        attorney-client-privilege

17        communications.  And any e-mails that

18        are nonprivileged have been produced.

19             MS. WALSH:  Okay.  So you're

20        representing that all e-mails that are

21        nonprivileged have been produced?

22             MS. BOUCHARD:  That's right.

23             MS. WALSH:  Were we given a

24        privilege log with respect to the

AMEDEO DISCEPOLO

Page 19

```
 1          other ones?
 2                MS. BOUCHARD:  Those were all
 3          set forth after the litigation.  I
 4          don't think it's necessary, unless you
 5          want every single communication and
 6          e-mail back and forth.  That's
 7          customarily not done.
 8                MS. WALSH:  Okay.  I'll think
 9          about that.  I won't necessarily make
10          that request, but we may make a
11          request with respect to the privilege
12          log.  We can deal with it --
13                MS. BOUCHARD:  Later, okay.
14                MS. WALSH:  -- later.
15     BY MS. WALSH:
16          Q.    Other than the e-mail folder
17     that you said you have in your e-mail, is
18     there any other file that you maintain with
19     respect to this lawsuit?
20          A.    No.
21          Q.    Do you know if Mr. Millan was
22     deposed in this case?
23          A.    I heard he has been.
24          Q.    Have you reviewed his
```

AMEDEO DISCEPOLO

Page 20

1    deposition testimony?

2         A.    No.

3         Q.    Do you know if Thomas Saranello

4    has been deposed in the case?

5         A.    Yes, I heard he has.

6         Q.    And have you reviewed his

7    testimony?

8         A.    I've seen bits and pieces, but

9    I have not reviewed, I guess, an entire

10   deposition or what constituted an entire

11   deposition.

12        Q.    But you've read some of his

13   testimony from his deposition?

14        A.    Yes.

15        Q.    Did you speak to Mr. Saranello

16   about his testimony?

17        A.    No.

18        Q.    Now, you gave me your address

19   earlier, your business address?

20        A.    Um-hum.

21        Q.    You're currently an employee of

22   CTI?

23        A.    Yes, I am.

24        Q.    And what's your current

AMEDEO DISCEPOLO

Page 21

1    position with CTI?

2          A.      Senior vice president in

3    network engineering.

4          Q.      And how long have you had that

5    position for?

6          A.      At least five years.  I don't

7    remember the exact date, but it was around

8    2002, 2003, that I was promoted to senior vice

9    president.

10          Q.      And back in 2002, 2003, when

11    you first started working as senior vice

12    president in network engineering, can you tell

13    me what your duties and responsibilities were?

14          A.      I've always been in network

15    engineering.  The only thing that's changed is

16    my corporate titles have changed as I've been

17    promoted.

18                  So back in 2002, 2003, I was

19    responsible for technology engineering related

20    to the network transport environment, as well

21    as some voice-over-IP technology.

22          Q.      And have those duties and

23    responsibilities changed over the years since

24    2002, 2003?

AMEDEO DISCEPOLO

Page 22

1          A.     Yes, they have.

2          Q.     And how have they changed?

3          A.     With a recent reorg, I've been

4    put in charge of what we call the business

5    office, and that has responsibility for

6    technical product management, as well as MIS

7    reporting for network engineering.

8          Q.     Prior to 2002, 2003, what was

9    your title?

10          A.     First vice president.

11          Q.     Were your duties and

12    responsibilities essentially the same as first

13    vice president?  It was just a title change?

14          A.     Yes.

15          Q.     And did you have a title or

16    position with CTI prior to being first vice

17    president?

18          A.     Yes.

19          Q.     And what was that?

20          A.     Vice president.

21          Q.     When were you made a first vice

22    president?

23          A.     Approximately 1998.

24          Q.     And when were you made a vice

AMEDEO DISCEPOLO

Page 23

1    president?

2            A.      Say, 1991, '92.

3            Q.      Did you have a position with

4    CTI prior to that?

5            A.      Assistant vice president.

6            Q.      When were you made assistant

7    vice president?

8            A.      Approximately 1988, '89.

9            Q.      And did you have a position

10   prior to that?

11           A.      Yes.

12           Q.      And what was your position with

13   CTI prior to that?

14           A.      Senior network engineer.

15           Q.      When were you made a senior

16   network engineer?

17           A.      I should have just printed it

18   out.  I would say around 1985, '86.

19           Q.      Okay.  And prior to being a

20   senior network engineer, did you have a

21   position with CTI?

22           A.      Technician.  Network

23   technician.

24           Q.      And when were you appointed as

AMEDEO DISCEPOLO

Page 24

1    a network technician?

2         A.    That's when I was hired in

3    1981.

4         Q.    So you've worked continuously

5    for CTI since 1981 up to the current time?

6         A.    I've worked in the company

7    since 1981.  Through many mergers and

8    acquisitions, the company's name has changed

9    and, you know, forms have changed, but I've

10   been employed by literally the same employer

11   since 1981.

12        Q.    Who did you actually work for

13   in 1981?

14        A.    Shearson Lobros.

15        Q.    And can you tell me the names

16   of the various entities that you worked for

17   since then?

18        A.    Shearson Loeb Rhoades, Shearson

19   EF Hutton, Shearson Lehman Brothers, Shearson

20   Smith Barney, Salomon Brothers, Travelers and

21   then Citigroup.

22        Q.    And that was all as a result a

23   of a series of mergers and acquisitions?

24        A.    Correct.

AMEDEO DISCEPOLO

Page 25

1          Q.     Now, as a network technician,

2    you worked in that position from 1981 to 1985?

3          A.     Yes.

4          Q.     Or '86?

5          A.     (Nodding.)

6          Q.     What did you do as a network

7    technician?

8          A.     Worked in the network

9    operations control center.  Main

10   responsibility was to identify, isolate and

11   repair or foster repair of network troubles.

12         Q.     And just to get back to your

13   position, your current position as senior VP

14   in network engineering --

15         A.     Um-hum.

16         Q.     -- is there a particular

17   department within CTI that you work in?

18         A.     It's networks.  It's called

19   networks.

20         Q.     And who is the head of that

21   department?

22         A.     Yesim Akdeniz.  Y-E-S-I-M

23   A-K-D-E-N-I-Z.

24                    - - -

AMEDEO DISCEPOLO

Page 26

1              (Whereupon, a document was

2              marked for identification purposes

3              as Discepolo-1.)

4                   -- - -

5    BY MS. WALSH:

6         Q.    Mr. Discepolo, I'm going to

7    give you a document that's being marked as an

8    exhibit.  It's being marked as Discepolo-1.

9    It's a one-page document Bates marked

10   CTI00001247.

11              I'm going to give you that and

12   ask you to take a quick look at it.

13        A.    Okay.

14              (Reviewing.)

15        Q.    Can you tell me if you can

16   identify that document?

17        A.    Yes.  It looks like Yesim's org

18   chart, organization chart.

19        Q.    And what does it identify?

20        A.    It identifies Yesim as the head

21   of global engineering for networks and the

22   subdomains or the technology domains within

23   her realm of control.

24        Q.    And on the second line of boxes

AMEDEO DISCEPOLO

Page 27

1    that's identified there, your name is under

2    "Business Office."  Is that correct?

3          A.      Correct.

4          Q.      Can you explain for me what

5    "Business Office" represents?

6          A.      Sure.  Business office

7    represents -- there's two functions within the

8    business office that I manage; one is product

9    management, and the other is MIS control

10   compliance reporting for the network team

11   under Yesim.

12         Q.      And with respect to product

13   management, can you explain in layman's terms

14   what that means?

15         A.      Sure.  The technology streams

16   that are shown on this chart develop and

17   standardize on certain technology products

18   that we use for Citigroup businesses.

19                 The product management team is

20   there to make sure that process and procedures

21   are followed related to those procs that are

22   used so the certification process is done

23   correctly, the control and compliance and risk

24   for security standards are followed.

AMEDEO DISCEPOLO

1          Q.     Do you know when this chart was

2     created?

3          A.     I'm not sure when the chart was

4     created, but the organization was formed in

5     the fourth quarter of '06.

6          Q.     When you say, "the organization

7     was formed," what do you mean by that?

8          A.     It was a -- there was a little

9     reorganization within Yesim's world, and she

10    set her organization up in this format.

11         Q.     So this would have been created

12    sometime around or after fourth quarter '06?

13         A.     Yes.

14         Q.     And is this the current

15    structure that's in place?

16         A.     Yes, it is.  Some of the names

17    have changed, but it's still the same

18    structure.

19         Q.     Okay.  And with respect to your

20    position in this grid under "Business Office,"

21    did that change in the fourth quarter of '06?

22         A.     That's when the business office

23    was created.

24         Q.     Okay.

AMEDEO DISCEPOLO

Page 29

1          A.      Um-hum.

2          Q.      And prior to that, what would

3    have been your role within the network?

4          A.      Prior to that, I would have

5    handled or managed the network transport, as

6    well as the product management.

7          Q.      And you also referred to MIS,

8    control, compliance?

9          A.      Um-hum.

10         Q.      Can you explain in layman's

11   terms what that means?

12         A.      MIS is purely management

13   reporting.  So we produce weekly metric

14   reports showing how the network engineering

15   team is doing with product technology,

16   standardization and certifications.

17                 So we would set up and create

18   the weekly, monthly and quarterly reports for

19   Yesim's review, as well as ensure that all of

20   our IS policies -- information security

21   policies -- risk policies are being adhered to

22   when the engineers certify their products.

23                 And if there are any gaps in

24   those certifications, ensure that the

AMEDEO DISCEPOLO

1    engineers are following the right process to

2    identify what the gaps are and to make

3    management aware of those gaps so that we know

4    what our risk in the environment is.

5                        - - -

6                (Whereupon, a document was

7                marked for identification purposes

8                as Discepolo-2.)

9                        - - -

10   BY MS. WALSH:

11        Q.      I'm going to give you a second

12   exhibit that's been marked as Discepolo-2,

13   Bates stamped CTI00001248.

14                And I'm going to ask you again,

15   if you could, please, to have a look at this.

16        A.      Okay.

17                (Reviewing.)

18                Okay.

19        Q.      Do you recognize this document?

20        A.      I recognize the functions on

21   the document, absolutely.

22        Q.      Do you know when the document

23   was created?

24        A.      Again, I would think it was

AMEDEO DISCEPOLO

Page 31

1    created sometime after the fourth quarter '06.

2         Q.    And why is that?

3         A.    That's when the reorganization

4    within the network division took place and the

5    business office was created.

6         Q.    Under lab -- "Products Lab

7    Management" is the name Les Kleinman?

8         A.    Um-hum.

9         Q.    Do you know when he was hired

10   by CTI?

11        A.    Not specifically, but

12   approximately '06, '05 -- approximately '04.

13   2004.

14        Q.    And I notice that

15   Naseer Ibrahim's name -- there's a name

16   Naseer Ibrahim underneath Les Kleinman's name?

17        A.    Yes.

18        Q.    Who is Naseer Ibrahim?

19        A.    A lab coordinator.

20        Q.    How long has he held that

21   position?

22        A.    Let me just think.  I took

23   management responsibility in the summer of '05

24   and Naseer was on board.  I believe, they

AMEDEO DISCEPOLO

Page 32

1   hired him approximately March or April of '05.

2          Q.     So when you took over -- when

3   you said you took over management

4   responsibilities, what are you referring to

5   specifically?

6          A.     In the summer of '05, Yesim

7   made a decision that Paul's team -- Paul, Les,

8   Carmelo and Naseer would no longer report

9   directly to Yesim, they would report up under

10  me in addition to my other duties.  So just

11  another reorganization.

12         Q.     So the function -- are the

13  functions that Naseer Ibrahim is doing in the

14  current category that he's listed in, are they

15  the same as what he was doing back in '05 when

16  you took over management responsibilities, or

17  have they changed?

18         A.     Same.

19         Q.     Who is Brett Cashen?

20         A.     Brett is an engineer that came

21  over from the voice team, and he supports the

22  product management piece of the environment

23  from the voice and video technology domain.

24         Q.     And what about James Rosario;

AMEDEO DISCEPOLO

1   who is he?

2          A.      James is another product

3   management person.  He handles the data side,

4   the network -- the data network and the

5   perimeter network environments for us.

6          Q.      And what are Naseer Ibrahim's

7   current duties and responsibilities?

8          A.      He is a lab coordinator

9   servicing the Warren, New Jersey, lab

10  infrastructure for us.

11         Q.      And can you break down for me

12  the specific duties and responsibilities that

13  are involved with that?

14         A.      Sure.  BAU responsibility

15  includes looking at requests that come in from

16  the different engineering groups for --

17         Q.      Can I interrupt you for one

18  second?  What does "BAU" stand for?

19         A.      Business as usual.

20         Q.      Sorry.  Go ahead.

21         A.      Sorry about that.

22                 His responsibilities include

23  servicing and working on requests from the

24  different engineering teams that utilize the

AMEDEO DISCEPOLO

Page 34

1    Warren lab facilities.

2              Those specific responsibilities

3    would include receiving of equipment,

4    unpacking of equipment, installing equipment,

5    providing connectivity from the equipment to

6    the network and to the management and

7    surveillance systems.

8              They would also review the

9    request to make sure it was complete, add in

10   anything that was missing, talk with the

11   engineers, work with the engineers on trying

12   to figure out exactly what the engineers are

13   trying to get done and ensure that it would

14   fit within the scope and space of the Warren

15   lab.  On top of that, they do inventory

16   control.

17        Q.    When you say, "they" --

18        A.    The lab coordinators --

19        Q.    Okay.

20        A.    -- provide --

21        Q.    I'm asking about Naseer

22   specifically, and then I'll ask further

23   questions, but if you can just focus on Naseer

24   for right now.

AMEDEO DISCEPOLO

Page 35

1          A.      Yup.   He provides inventory

2    control.  So he has a database that keeps

3    track of the equipment that comes in and out

4    of the lab and all of the connection points

5    for that equipment so that if there are any

6    issues, we can troubleshoot it.

7                  He also keeps track of the

8    value of the equipment for an annual insurance

9    questionnaire.  He also reviews the lab access

10   control list to ensure only authorized people

11   have access to the lab.  That's about it.

12         Q.      Okay.  Now, you said -- you

13   referenced lab coordinators.  Is Naseer the

14   only one who has these duties and

15   responsibilities, or does he share them with

16   others?

17         A.      There is -- you know, after

18   Carmelo left, we hired another person.  So

19   there are two lab coordinators out in Warren

20   right now.

21         Q.      Who have the same duties and

22   responsibilities you just listed?

23         A.      Yes.

24         Q.      Do they share those duties and

Page 36

1    responsibilities?

2         A.    Yes.

3         Q.    What is the name of the person

4    that was hired to replace Mr. Millan?

5         A.    Anthony Sorrentino.

6         Q.    And what is his title?

7         A.    I think it's just engineer.

8         Q.    Now, is there a reason that

9    he's not on Exhibit 2?

10        A.    Depending on when this exhibit

11   was created, Anthony wasn't hired until June

12   of '07, so -- no idea when this was created or

13   produced, but...

14        Q.    So if he's not on here, would

15   it be safe to assume that this was created

16   before June of '07?

17        A.    Yes.

18        Q.    Under James Rosario's name, it

19   says, "Open" --

20        A.    Um-hum.

21        Q.    -- with a number or code after

22   that?

23        A.    Yup.

24        Q.    What does that indicate?

AMEDEO DISCEPOLO

Page 37

1          A.      That number is a requisition

2     number in order for us to hire a replacement

3     req, a replacement person.  So it's just

4     tracking the open request within the hiring

5     system.

6          Q.      Okay.  And would that be an

7     indication that this was created after

8     Mr. Millan had already left the position?

9          A.      The number itself, no.  If you

10    looked in the record, you would see the create

11    date on when it was created.

12         Q.      Okay.  And what does "Open"

13    indicate?  That the position is open?

14         A.      That the position is open

15    within the organization.

16         Q.      And do you know when Mr. Millan

17    left CTI?

18         A.      It was March of '07.

19         Q.      So would that mean that this

20    document was created after March of '07?

21         A.      The req number?

22         Q.      No, the actual -- the fact that

23    it indicates there's an open position that

24    needs to be filled.

AMEDEO DISCEPOLO

Page 38

1          A.      Yes.  Yes.

2          Q.      Is Naseer -- is Mr. Ibrahim's

3    position one that's known in the industry as

4    network support?

5          A.      I don't know.

6          Q.      Do you know the term "network

7    support" as an industrywide term?

8          A.      No.

9          Q.      You're not familiar with that

10   term?

11         A.      No.

12         Q.      Are you familiar with level-one

13   network support?

14         A.      It -- that refers to an

15   operational role, which is an operational team

16   that is there to support and fix problems on a

17   day-in and day-out basis, and that's their

18   sole responsibility.

19               So within CTI's operational

20   team, they have level-one support, level-two

21   support, level-three support, but that's from

22   an operational point of view.

23         Q.      Okay.  Who performs the

24   operational role -- withdrawn.

AMEDEO DISCEPOLO

Page 39

1            You referred to a lab in

2   Warren, New Jersey.  Is that right?

3        A.    Yes.

4        Q.    What is that?  If you can

5   describe for me, what is the lab?

6        A.    That is a 4- to

7   5,000-square-feet data center facility that

8   houses various types of technology equipment

9   that the engineers utilize to create, develop

10  and perform standard product life-cycle

11  testing on their technology domains.

12       Q.    Now, is there an operational

13  team that supports the lab?

14       A.    No.  The team -- the lab is

15  supported by the lab coordinators.

16       Q.    So the lab coordinators perform

17  the functions of an operational team?

18            MS. BOUCHARD:  Objection to

19       form.

20            MS. WALSH:  You can answer.

21            THE WITNESS:  I can --

22            MS. WALSH:  Yes, unless she

23       tells you not to answer.

24            MS. BOUCHARD:  Sorry.

AMEDEO DISCEPOLO

Page 40

1           THE WITNESS:  They provide a

2           service to the engineering community.

3           That service says they ensure that

4           everything's working to what they

5           installed.

6               If, after they install

7           something, it's not working properly,

8           the engineers would contact them and

9           say, "This does not work," and they

10          would go in and try to troubleshoot it

11          and try to figure out what wasn't

12          working.  Did they have the cabling

13          wrong, you know.  Did they have a

14          mismatch in speed, something like

15          that.

16  BY MS. WALSH:

17      Q.    So any functions in

18  responsibility which are known as level-one

19  functions for network support would be

20  performed by the lab coordinators?

21          MS. BOUCHARD:  Objection to

22          form.

23              I don't think that there's been

24          any definition of level-one support,

AMEDEO DISCEPOLO

Page 41

1          because he said that there weren't any

2          operational people.

3                    MS. WALSH:  Okay.  Let's get

4          back to -- hold on.

5                    (Reviewing.)

6    BY MS. WALSH:

7          Q.     You testified that there

8    were -- there was no operational team that

9    supported the lab other than the lab

10   coordinator.  Is that correct?

11         A.     Correct.

12         Q.     So the lab coordinator is the

13   one who performs the operational role in

14   support of the lab?

15                   MS. BOUCHARD:  Objection.

16                   He testified to what they

17         performed.  He didn't use the word

18         "operational role" at all.

19   BY MS. WALSH:

20         Q.     I asked you a question with

21   respect to operations, right, and the

22   operational role.  Correct?

23         A.     You asked me a question about

24   network support.

AMEDEO DISCEPOLO

Page 42

1          Q.     Right.  And you testified

2    specifically that the operational role with

3    respect to the lab was done by the lab

4    coordinator?

5               MS. BOUCHARD:  Objection.

6               That's not what he testified to

7         at all.

8    BY MS. WALSH:

9          Q.     I asked you, is there an

10   operational team that supports the lab, and

11   you said, "No, the team" -- "the lab is

12   supported by the lab coordinators."  Is that

13   correct?

14         A.     Yes.

15         Q.     Now, specifically with respect

16   to -- you said you identified the term -- or

17   you recognized the term "level one" as an

18   industrywide term with respect to an

19   operational team or operational functions that

20   are performed in support of network.  Is that

21   correct?

22         A.     Yes.

23         Q.     Okay.  Tell me what your

24   understanding is of a level-one

AMEDEO DISCEPOLO

Page 43

1    network-support person and what their duties

2    and responsibilities are.

3                    MS. BOUCHARD:  Other than what

4            he already told you?

5                    MS. WALSH:  He hasn't told me.

6                    MS. BOUCHARD:  Yes, he did.  He

7            went through and explained exactly

8            what a level-one operational person

9            does.

10                    MS. WALSH:  Your last objection

11            was that he hadn't told me, so I

12            couldn't ask him the question.

13                    MS. BOUCHARD:  No.  You had

14            said that he was an operational --

15            that he had attributed operations to

16            the lab coordinators.

17                    What he did describe is what

18            operational support does outside the

19            lab environment.  If you want him to

20            answer it again --

21                    MS. WALSH:  I want him to

22            answer because it's not there.  You're

23            welcome to take a break and find it

24            for me.

AMEDEO DISCEPOLO

Page 44

1          Can you read back the question
2      that was asked?
3          REPORTER:  "QUESTION:  Tell me
4      what your understanding is of a
5      level-one network-support person
6      and what their duties and
7      responsibilities are."
8          MS. WALSH:  If you want to go
9      back and find it, that's fine.  We can
10     take a break.  Want to do that?
11         MS. BOUCHARD:  That's okay.
12     I'm sure he'll be consistent.
13         THE WITNESS:  Level-one
14     support, from an operational point of
15     view, is there to field calls, do some
16     basic diagnostic work to identify a
17     problem and repair a problem.
18 BY MS. WALSH:
19     Q.    And this is all to do with
20 network connectivity or something else?
21     A.    It's to do with networks in
22 general from an operational point of view.
23     Q.    So other than network
24 connectivity, what is it to do with?