AMEDEO DISCEPOLO

Page 45

1          A.      They work on everything.  It

2     could deal with applications, could deal with

3     system configurations.  You know, I haven't

4     been in an operational role in, you know, 25

5     years.  So I'm not sure what else has changed.

6               MS. BOUCHARD:  Again, he's not

7               here as a 30(b)(6) deponent to testify

8               to general industry standards.

9               MS. WALSH:  I'm not asking him

10              about general industry standards.  I'm

11              just laying a foundation with respect

12              to questions specific to Mr. Millan.

13              MS. BOUCHARD:  Well, he said he

14              hasn't worked in that environment in

15              20 years.

16              MS. WALSH:  I'm going to ask

17              him questions.  If he can't answer

18              them, I've already told him he can

19              tell me that he doesn't know.

20     BY MS. WALSH:

21          Q.      Is there an industrywide term

22     that you recognize as a level-two

23     network-support person?

24          A.      We have a level two in

AMEDEO DISCEPOLO

Page 46

1    operations.  It's just a higher skill set than

2    level one.

3        Q.    Okay.  What's the higher skill

4    set?  What additional skills do they have

5    above level-one personnel?

6        A.    I'm not a hundred percent sure.

7            MS. BOUCHARD:  And, again, I'm

8        going to object to this line of

9        questioning.  If he hasn't been in

10       this role in 20 years, his --

11           MS. WALSH:  You have that on

12       the record.  I understand.

13           MS. BOUCHARD:  Okay.  Well,

14       it's a continuing objection.

15   BY MS. WALSH:

16       Q.    Do you recognize what a

17   level-three support person is with respect to

18   network technology?

19       A.    Again, just like level two,

20   it's an even higher skill set in the

21   operations environment.

22       Q.    And, again, do you know what

23   higher skill set level threes would have over

24   level twos?

AMEDEO DISCEPOLO

Page 47

1           A.      No, not specifically.

2           Q.      To get back to the lab

3    coordinator position at the lab that Naseer

4    currently has with Anthony Sorrentino --

5    correct?

6           A.      Correct.

7           Q.      -- are either -- are they both

8    on the same level in terms of title, or is one

9    above the other?

10          A.      I would -- Anthony's above

11   Naseer.

12          Q.      Does Naseer report to Anthony?

13          A.      No, he does not.

14          Q.      Do they have different titles?

15          A.      Yes, they do.

16          Q.      What are their different

17   titles?

18          A.      I believe Anthony's classified

19   as an engineer, and I'm not a hundred percent

20   sure what Naseer's title is.

21          Q.      And other than their titles

22   being different, is there anything else that

23   indicates that Mr. Sorrentino is above

24   Mr. Ibrahim?

AMEDEO DISCEPOLO

Page 48

1        A.      No.   The only difference there

2    is Anthony is seasoned.   He's got years of

3    experience, and he could provide additional

4    guidance, support to Naseer.

5        Q.      Are there any qualifications

6    that Mr. Sorrentino has above Mr. Ibrahim?

7        A.      Just experience.

8        Q.      Are there any certifications he

9    has that Mr. Ibrahim does not have?

10       A.      Not that I'm aware of.

11       Q.      Are there any duties and

12   responsibilities of the ones you listed for

13   lab coordinator that Mr. Sorrentino has, but

14   Mr. Ibrahim does not have?

15       A.      No.

16       Q.      So there's nothing that

17   Mr. Ibrahim can't do that Mr. Sorrentino can

18   do?

19       A.      Correct.   They both share full

20   responsibility of the lab.   Both work on all

21   the same stuff.

22       Q.      Now, you testified that one of

23   the duties and responsibilities that

24   Mr. Ibrahim and Mr. Sorrentino -- I'm going to

AMEDEO DISCEPOLO

Page 49

1    include the two of them now -- as lab

2    coordinators --

3        A.    Okay.

4        Q.    -- is receiving equipment.  Can

5    you tell me what's involved in that?

6        A.    Yes.  If an engineer is going

7    to evaluate or certify new products, those new

8    products get delivered from the vendor to our

9    shipping dock.  The mailroom will then deliver

10   them to the lab, and the lab coordinator's

11   role is to receive that equipment, place it in

12   a storage room and then work with the engineer

13   to deploy and install that equipment in the

14   right fashion.

15       Q.    Okay.  So you said install and

16   deploy the equipment.  What's specifically

17   involved, in layperson's terms, in installing

18   and deploying the equipment?

19       A.    What they would do is unpack it

20   if they need to, install it in a cabinet or

21   freestanding frame, plug it in, connect up the

22   network cables, the management cables and the

23   surveillance cables that would allow the

24   engineers to gain access to the equipment from

AMEDEO DISCEPOLO

1    either outside the lab or from their desk.

2          Q.      What are the management cables?

3          A.      Just an Ethernet cable that

4    connects the equipment to another device that

5    allows engineers to gain access to the

6    equipment.

7          Q.      And you also said surveillance

8    cables?

9          A.      Same stuff.  It's another

10   Ethernet RJ45 cable that connects from the

11   equipment to a different management box that

12   will -- again, allows the engineers remote

13   access into the device.

14         Q.      And is that all that's involved

15   in installing or deploying the equipment for

16   engineers, or is there something else involved

17   in that?

18         A.      They would have to configure

19   the surveillance system or the management

20   system in order to accept the additional

21   equipment cables.  They would also supply IP

22   addresses or, you know -- IP addresses to the

23   equipment, and they have to do some basic

24   configuration on the lab infrastructure to

AMEDEO DISCEPOLO

Page 51

1    ensure that it is set up properly to

2    communicate with the technology devices.

3            Q.      What's involved, in layperson's

4    terms, in configuring the surveillance and

5    management systems?

6            A.      Just installing the system,

7    powering it on and then logging on to it from

8    a management console and configuring the

9    device.

10           Q.      And, again, what's actually

11   involved in supplying an IP address to the

12   equipment?

13           A.      Going to a database -- we have

14   a set range of IP addresses that are assigned

15   to engineers or engineering teams within the

16   lab.  They would just go to a database that

17   was created to track those and assign the

18   next, you know, logical IP address for that

19   engineering team.

20           Q.      You also said that they do some

21   basic configuration on the lab infrastructure

22   to ensure that it's set up properly to

23   communicate with the technology devices?

24           A.      Yes.

AMEDEO DISCEPOLO

Page 52

1          Q.     Again, if you can explain it to
2     me in layperson's terms.
3          A.     So in a lab, we have a set of
4     devices that are used to connect lab equipment
5     to the production network.  That set of
6     devices needs to be configured; how many ports
7     we're using, what the card type is, what the
8     speed of the ports are so that it matches up
9     to the equipment that's being installed or
10    accessed.
11               So if we have any problems
12    where it's not configured properly -- we don't
13    have the ports enabled, we don't have the card
14    enabled -- we can't provide connections or
15    service to the engineers.
16         Q.     Currently, how many shipments
17    are received on a weekly basis by the lab
18    coordination team?
19         A.     Offhand, a handful.  Not a
20    great deal.  Approximately, I'll guess, three
21    to five, at this point.
22         Q.     You testified "at this point."
23    Has it reduced over the course of the last few
24    years?

AMEDEO DISCEPOLO

Page 53

1          A.      I think it's reduced

2   dramatically since we moved into Warren when

3   we first built -- when we were in the process

4   of building the Warren lab, there were a lot

5   of shipments and receiving coming in in order

6   to get the lab built.

7                  Once we built the lab out, and

8   we moved everyone in, it's really only as the

9   engineers are certifying new technology.  So,

10  yes, it has -- has decreased.

11         Q.      When did the lab move to

12  Warren?

13         A.      It started in late '05, 2005,

14  and we completed it third quarter 2006.

15         Q.      Prior to moving to Warren,

16  where was the lab located?

17         A.      There were labs located in

18  various locations in Manhattan and one site in

19  New Jersey.

20         Q.      Where was the Manhattan

21  location?

22         A.      Manhattan was located at 388

23  Greenwich Street, 111 Wall Street and 250 West

24  Street.  I think that's all of them.

AMEDEO DISCEPOLO

Page 54

1          Q.      And you said there was a

2    New Jersey location as well?

3          A.      Yes.

4          Q.      Where is that?

5          A.      745 -- it was at the Rutherford

6    Data Center.  They changed the name of the

7    address, so...

8          Q.      Was the purpose of the move to

9    Warren to consolidate all of those labs?

10          A.      Yes.  It was to consolidate,

11   provide a central lab facility for all the

12   different engineering groups and to provide

13   control over the labs.

14          Q.      Prior to the move to Warren,

15   how many engineers were working at the 388

16   Greenwich Street facility?

17          A.      I'll estimate there were 250 to

18   300 engineers.

19          Q.      And how about at the Wall

20   Street location prior to the move to Warren?

21          A.      That was a small setting.  Ten.

22          Q.      The West Street location?

23          A.      A handful.  Not a lot.  Ten,

24   15.

AMEDEO DISCEPOLO

Page 55

1        Q.     And the Rutherford location?

2        A.     Same thing, ten to 15.  The

3   majority were in Greenwich Street.

4        Q.     And currently at the lab

5   facility in Warren, how many engineers are

6   employed?

7        A.     I don't have exact numbers

8   anymore.

9        Q.     Can you estimate?

10       A.     I would say there's still 250

11   to 300 sitting out in Warren.

12       Q.     Now, you said your current

13   address is where?

14       A.     Sixty-eight South Service Road

15   in Melville, New York.

16       Q.     Okay.  So are you -- do some of

17   your duties and responsibilities still relate

18   to the Warren lab facility or no?

19       A.     No.

20       Q.     When did that end?

21       A.     December 31st, 2007.

22       Q.     Up until that point, were you

23   actually located at the Warren lab facility?

24       A.     No.

AMEDEO DISCEPOLO

Page 56

1          Q.      You were still located in
2    Melville?
3          A.      Yes.
4          Q.      At any point in time, were you
5    located at the Warren lab facility?
6          A.      No.
7          Q.      So from the time it moved
8    there, you said the move was complete the
9    third quarter of 2006?
10         A.      Yes.
11         Q.      From the time it moved there,
12   you've never been actually physically located
13   for work at the lab facility?
14         A.      We -- I would go out there once
15   a week, once every couple of weeks just to
16   check in with the lab team, as well as part of
17   my other team that was sitting out in Warren,
18   but I did not occupy a full-time spot in
19   Warren.
20         Q.      How long have you been in the
21   Melville location?
22         A.      A year and a half.
23         Q.      And where were you located
24   before that?

AMEDEO DISCEPOLO

Page 57

1           A.      There was a site in Uniondale,

2     Long Island, that we were sitting at.

3           Q.      For how long were you located

4     there?

5           A.      I was there for about a year.

6           Q.      And prior to that, where was

7     your office?

8           A.      388 Greenwich.

9           Q.      Was there a specific floor

10    where your office was located?

11          A.      Thirteen.

12          Q.      And you just had one desk?

13          A.      I had an office.

14          Q.      You had an office?

15          A.      Um-hum.

16          Q.      And when did you -- when were

17    you first located at the 388 Greenwich Street

18    location?

19          A.      I think in 1993.

20          Q.      And was that always on the

21    13th floor?

22          A.      Yes.

23          Q.      You testified that another

24    responsibility of a lab coordinator currently

AMEDEO DISCEPOLO

Page 58

1    is unpacking equipment?

2          A.      Um-hum, yes.

3          Q.      That, I think we've gone over

4    with respect to the receiving equipment part

5    of it.

6                  Is there anything else with

7    respect to unpacking equipment that you

8    haven't testified to?

9          A.      No.

10          Q.      You also testified that one of

11   their responsibilities is installing

12   equipment.  Again, other than what you've

13   testified to with respect to the installation,

14   is there anything else that you left out

15   there?

16          A.      No.

17          Q.      You testified that the lab

18   coordinator also reviews requests to ensure

19   that they're complete.  What's involved with

20   that?

21          A.      The engineers would submit a

22   lab request form.  And on that request form,

23   it would give a description of what the

24   engineer was trying to accomplish, whether

AMEDEO DISCEPOLO

Page 59

1    that's installing new equipment, needs

2    additional network connectivity, is changing

3    speeds, anything related to his lab

4    environment.

5              So the lab coordinators would

6    review that and make sure that they could

7    service or fulfill that requirement.  And that

8    included all the information that we need from

9    a control compliance point of view.

10         Q.    So those types of requests,

11   would they include requests for new equipment?

12         A.    Yes.

13         Q.    And they'd include requests for

14   changes to the environment that the engineer's

15   working in?

16         A.    Yes.

17         Q.    Now, if you can explain to me

18   the specific different types of requests that

19   can be made, if you can break it down for me.

20         A.    I would -- I would categorize

21   it as three different types.  One is for new

22   installs.  Second one would be to deinstall or

23   remove equipment from the lab.  Third would be

24   to implement changes to existing environments

AMEDEO DISCEPOLO

Page 60

1   within the lab.

2        Q.     Under the third category, can

3   you tell me the types of changes to the

4   existing environment?

5        A.     Yeah.  A couple of the changes

6   could be if an engineer has a server

7   installed, and it only has one network

8   connection today, and they're going to upgrade

9   that server, and it requires two, four or

10  eight connections, the engineers would have to

11  ensure that they've got the IP address, they

12  have the port capacity, they have the cable

13  capacity to make those additional connections.

14       Q.     You just said that the

15  engineers would have to ensure that they

16  had --

17       A.     I'm sorry, the lab

18  coordinators.

19       Q.     Lab coordinators?

20       A.     Yes.  Sorry about that.

21       Q.     You also said that one of their

22  functions was to talk to engineers to ensure

23  that the scope and space at the Warren lab was

24  sufficient for what they wanted to do.

AMEDEO DISCEPOLO

Page 61

1           If you can explain to me what

2    that means in layperson's terms.

3           A.     So if a engineer has a request

4    that says, "I want to install Box A," the lab

5    coordinators would review that request and

6    say, "Okay.  One, do we really understand what

7    this is?  Do we have the full dimension of the

8    equipment listed here?  How big is it?"  You

9    know, "What's the footprint that it's going to

10   take up?  Is it a standalone cabinet?  Is it a

11   rack-mountable device?  What type of power

12   does it need?  Do we have to ask for any

13   specific or special power requirements for

14   that device?  What type of network connections

15   and management connections, and do we have all

16   of the capacity that we need to service that

17   request from the user?"

18          Q.     Just to get back to the move to

19   Warren, I think you testified that currently

20   there's only a handful of shipments that come

21   into the lab, about three to five per week.

22   You said that that has been reduced

23   dramatically since the move?

24          A.     (Nodding.)



AMEDEO DISCEPOLO

Page 62

1          Q.      During the period of the move

2     from late 2005 to third quarter 2006, how many

3     shipments would have been received at the

4     Warren lab?

5          A.      I don't have that answer.  We

6     tried doing them in bulk shipments so that

7     when we were moving stuff from the city or

8     Jersey into Warren, they packed it up on a

9     Friday night.  The movers came in, took

10    everything and moved it in one shot.

11              But as the lab was being built,

12    things were missed, things had to get shipped

13    in, stuff had to get replaced, I don't have

14    the exact numbers.

15         Q.      And then after the move was

16    complete, was there an immediate reduction, or

17    did that take a while in terms of the number

18    of shipments that were coming in?

19         A.      As the phases were completed,

20    it started to go down.  If I only moved a

21    small lab, not a lot of after -- after-moving

22    shipments came in, but when we moved the big

23    lab, like, 388 Greenwich, there was always

24    some residual follow-up shipments that had to

AMEDEO DISCEPOLO

Page 63

1    come in.

2             Q.       And how long did that go on

3    for?

4             A.       That probably went on for a

5    couple months after the move.

6             Q.       And when the equipment was

7    received, were the lab coordinators

8    responsible for installing the equipment?

9             A.       Yes.  I take that back.  They

10   were responsible, but because there was so

11   much work going on at the time, we actually

12   had some of the engineers doing the

13   installations alongside of the lab

14   coordinators in order to fulfill all of the

15   work that had to get done.

16            Q.       Is there currently a specific

17   request form that's used for different types

18   of requests from the engineers to the lab

19   coordinators?

20            A.       There is a lab request form

21   that is used, and that could be used for any

22   one of the requirements.

23            Q.       So any of the three different

24   types --

AMEDEO DISCEPOLO

Page 64

1          A.      Yes.

2          Q.      -- of requests you testified to

3    earlier, you're using the same lab request

4    form?

5          A.      Yes.

6          Q.      When was the lab request form

7    created?

8          A.      It was definitely created when

9    we moved into Warren because that was one of

10   the control pieces that we wanted to wrap

11   around the Warren lab to keep -- keep it clean

12   and pristine, if you will.

13         Q.      At the 388 Greenwich Street

14   site prior to the move, was there something

15   similar to a lab request form or a different

16   type of method for keeping track of the

17   requests that would come from the engineers?

18         A.      I'm not a hundred percent sure.

19   I really didn't have a lot of ownership for it

20   at that point in time, but I would assume

21   that, you know, the lab coordinator role was

22   in effect so that, you know, they would have

23   been following similar processes.

24         Q.      Is the lab request form an

AMEDEO DISCEPOLO

Page 65

1  electronic form, or is it a paper form?

2      A.    It's electronic, and they could

3  produce paper copies.

4      Q.    And are all of the lab requests

5  maintained in a database or some other form?

6      A.    Yes.

7      Q.    How long are they maintained

8  for?

9      A.    I'm aware that we were using

10  them as part of -- once we got to Warren.  So

11  they should go back to at least March,

12  February of '06.

13      Q.    If you wanted to obtain that

14  request form for the Warren lab, how would you

15  go about doing that?

16      A.    There is a -- do you want --

17  excuse me.  Do you want a brand-new request

18  form in order to submit a request, or do you

19  want to get copies of...

20      Q.    For copies of old requests,

21  say, going back to March of 2006.  If you want

22  to get copies of old requests, how would you

23  go about doing that?

24      A.    I would log on to the shared

AMEDEO DISCEPOLO

Page 66

1    server, go to the subdomain that was created

2    for the Warren lab and look at the -- I

3    believe it's the BAU file that handles all of

4    the lab request forms that came in.

5          Q.    Currently, how many lab request

6    forms would be completed on a weekly basis at

7    the Warren lab?

8          A.    It depends what the nature of

9    the requests are.  If they're simple, you

10   know, add one connection, you can do a lot of

11   them.  If it's installing and deploying

12   equipment, new equipment, new power, you

13   wouldn't get that many completed.

14              I think -- I believe the SLA

15   is, you know, four-hour -- I think it's a

16   four-hour turnaround time on a one-server

17   install.  That's based on log queue and

18   everything else, so...

19         Q.    You said, "SLA."  What is that?

20         A.    Service level agreement that

21   we've implemented with the engineering teams

22   in order to provide them, you know, some

23   efficient or quality services so that they

24   have an idea of how long it's going to take to

AMEDEO DISCEPOLO

Page 67

1   get something implemented.

2          Q.      You're saying four hours would

3   be the time that it would take to do what

4   specifically?

5          A.      That would be to implement and

6   deploy one server with all of the network

7   connections.

8          Q.      So you testified, depending on

9   the nature of the requests, the lab

10  coordinator can get a certain number done in a

11  brief period of time and others take a more

12  significant period of time.

13                 Can you give me an estimate of

14  the average number of requests -- aside from

15  what they can get done, the average number of

16  requests that would come in on a weekly basis

17  currently at the Warren lab?

18         A.      Currently, I don't know since I

19  haven't had responsibility for it for the last

20  two months.

21                 Again, prior to that, it could

22  peak and flow depending on what's going on in

23  the engineering space.

24         Q.      So you said two -- I'm sorry,

AMEDEO DISCEPOLO

Page 68

1    were you finished?

2            A.      Go ahead.

3            Q.      You said two months ago you

4    stopped having responsibility for that.  Who

5    currently has responsibility for it?

6            A.      Yun Wang, Y-U-N W-A-N-G.

7            Q.      And the last time you had

8    responsibility two months ago, can you give me

9    an estimate or an average of the number of

10   requests that would come in a week?

11           A.      I'll guesstimate.  You know,

12   five to seven.

13           Q.      If you wanted to find out the

14   number of requests, again, you could go to

15   that database you referred to and you could

16   find that information.  Correct?

17           A.      Yes.

18           Q.      Other than having a lab request

19   form going back to when the lab was at

20   Greenwich Street, was there any other way of

21   tracking requests from engineers to the lab

22   coordinator?

23           A.      They may have used e-mail.

24   Again, I'm not a hundred percent sure, but,

AMEDEO DISCEPOLO

Page 69

1  again, I would think, you know, they were

2  using similar processes that were put in place

3  for Warren.

4       Q.     You testified that another

5  responsibility of the lab coordinators

6  currently is inventory control?

7       A.     Yes.

8       Q.     Can you explain to me, in

9  layperson's terms, what inventory control is?

10       A.     Sure.  What that means is, when

11  equipment comes into the lab and they install

12  it or they have to remove equipment, they go

13  into a database and they update that database

14  with the information.

15            If it's new equipment coming

16  in, who requested it, what type of equipment,

17  what's the value of the equipment and

18  information like that, as well as the

19  connectivity information.

20            And if they remove it, same

21  thing; they pull it out and clear up the

22  databases so that we can keep an accurate

23  inventory of what's in the lab.

24       Q.     What's the purpose of that?

AMEDEO DISCEPOLO

Page 70

1          A.      A couple of purposes.  One is

2     to adhere to an annual insurance questionnaire

3     that we need to fill out in order to

4     approximate how much dollar value is within

5     the lab and if something happened to that lab,

6     what it would take to replace all of that

7     equipment.

8               And the other key point is

9     really to make sure we have capacity planning

10    for the lab so that we know how much space is

11    there, how much infrastructure is available,

12    how much power we're using.

13              And the third part is to be

14    able to service and assist the engineers if

15    something is breaking and they need help.

16         Q.      Now, are the lab coordinators

17    responsible for troubleshooting with respect

18    to the network?

19         A.      With respect to the core lab

20    network -- there's two pieces to the network.

21    There's -- on the left side, you got the

22    production network.  On the right side, you

23    have the lab network.  They are responsible

24    for the lab network.

AMEDEO DISCEPOLO

Page 71

1                      So they configure the network,

2      they run the cables that connect the devices

3      to that network.  And if something isn't

4      working, they will assist the engineers in

5      figuring out what's wrong, reconfiguring the

6      network, reconfiguring the management

7      stations, replacing a cable, stuff like that.

8           Q.      What's the difference between

9      the production network and the lab network?

10          A.      Lab network is, you know,

11     strictly on the right side of a firewall,

12     which is a device to keep the network safe so

13     that we can't get viruses or bad programs from

14     the lab out onto the production network.  The

15     production network is where Citigroup and its

16     businesses transact their daily work.

17          Q.      So the lab coordinators are

18     responsible for troubleshooting the lab

19     network only?

20          A.      Yes.

21          Q.      Is there anyone else involved

22     in troubleshooting with respect to the lab

23     network?

24          A.      Some of the engineers would

AMEDEO DISCEPOLO

Page 72

1    assist, if needed.

2         Q.      Anybody else?

3         A.      Engineers, maybe the firewall

4    ops team -- operations team.

5         Q.      Is there a firewall ops team at

6    the Warren lab facility?

7         A.      No.  It's centrally managed out

8    of one location, and they keep changing it, so

9    I really can't tell you exactly where.

10        Q.      You also testified that the lab

11   coordinators currently are responsible for

12   keeping track of equipment and the value of

13   equipment?

14        A.      Um-hum.

15        Q.      Other than what you just

16   testified, is there anything else that's

17   involved in doing that?

18        A.      No.

19        Q.      What do the lab coordinators

20   currently spend most of their time doing?

21        A.      Servicing the lab requests that

22   come in from the engineers.  So deploying new

23   equipment, removing equipment, making changes.

24        Q.      And do you consider

AMEDEO DISCEPOLO

Page 73

1    troubleshooting a separate category to those

2    three?

3              A.      Yeah, I would.

4              Q.      And how much time would they

5    currently spend troubleshooting?

6              A.      If I had to estimate, I would

7    say the first three I gave you, the

8    implementing, the removing and the changing to

9    the BAU request probably takes up 60 to

10   70 percent of their time.  Twenty percent to

11   25 percent would be doing the inventory and

12   database updates related to those requests.

13   And the remainder would -- you know, five,

14   ten, maybe 15 percent may be troubleshooting.

15             Q.      You testified that another of

16   their duties and responsibilities was

17   providing connectivity to the engineers?

18             A.      Um-hum.

19             Q.      Is what -- did you already

20   include in what you testified about that

21   specific function?

22             A.      Yes.

23             Q.      Is there anything else involved

24   in that that you haven't already testified to?

AMEDEO DISCEPOLO

Page 74

1          A.     No, I testified to it.

2          Q.     Now, the duties and

3    responsibilities -- the current duties and

4    responsibilities of the lab coordinator, were

5    they the same duties and responsibilities at

6    the time that the lab was located or at least

7    one of the labs was located in Greenwich

8    Street?

9          A.     I believe they were.  They were

10   there to handle requests and service requests

11   from the engineers.  We may not have had as

12   many of the capacity reports or the database

13   reports built the way we do now, but, in

14   spirit, it was the same, same sort of

15   functionality.

16         Q.     And during the course of the

17   migration from the Greenwich Street facility

18   to the Warren facility, were the duties and

19   responsibilities of a lab coordinator any

20   different to what they were at Greenwich

21   Street or what they currently are at the

22   Warren lab?

23         A.     No.

24         Q.     The insurance documentation

AMEDEO DISCEPOLO

Page 75

1    that you were testifying to, is that just done

2    once a year?

3            A.      Once a year.

4            Q.      How long -- I'm sorry.  Go

5    ahead.

6            A.      Annual insurance questionnaire.

7            Q.      Now, who signs the insurance

8    questionnaire, or does it need to be signed?

9            A.      We turn that over to a COB, or

10   continuity of business coordinator.  We do not

11   sign it; we just give them the information.

12           Q.      And how long does it take to

13   compile the information?

14           A.      Now, with the processes that

15   were put in place, after we got to Warren, it

16   should be relatively quick because, as new

17   BAUs come in, the value of that is estimated

18   and put on a spreadsheet.  So what we have to

19   do is run a report against that spreadsheet,

20   and I've got my total dollar number.  So, now,

21   I assume it should take an hour tops, you

22   know.

23           Q.      Prior to that system being

24   implemented at Warren, do you know how long it

AMEDEO DISCEPOLO

Page 76

1    would take?

2            A.      If someone needed to inventory

3    and get in contact with all the engineers and

4    figure out what that equipment was valued at,

5    it could take a week to two weeks just based

6    on sheer volume.

7            Q.      I'm not sure if this question

8    makes sense or not -- and I'm sure you'll be

9    able to let me know -- but how many devices

10   are currently at the Warren lab facility?

11           A.      Between 900 and 1,000.

12           Q.      And prior to the move of the

13   lab from Greenwich Street, how many devices

14   were at the lab at Greenwich Street?

15           A.      Purely an estimate right now, I

16   think there were about 400 devices at

17   Greenwich.

18           Q.      So it's almost doubled over the

19   course of time from prior to the move to the

20   current time?

21           A.      It's doubled because we brought

22   in the other labs.  So the other four or five

23   labs make up a lot of that other equipment

24   that's there now, as well as we brought some

AMEDEO DISCEPOLO

Page 77

1    other departments' lab equipment into that

2    lab.

3            Q.      In terms of the duties and

4    responsibilities of the lab coordinator that

5    we've just gone through -- and I think that

6    covered all of the different categories that

7    you testified to earlier -- is there anything

8    else that we haven't covered that the lab

9    coordinator is currently responsible for?

10           A.      Just to make sure, do they

11   have -- did I put down configuration of the

12   lab core equipment, the lab core network?

13           Q.      You could have, but I can't

14   read my writing.

15           A.      Hate when that happens.

16           Q.      Let's go over that.

17                   You said configuration of the

18   lab?

19           A.      Core network.

20           Q.      Core network.  Can you explain

21   to me what that is?

22           A.      I think I did now that I

23   recall, but, yes, again, in the lab, there is

24   a set of devices that is used to connect all

AMEDEO DISCEPOLO

Page 78

1    of the engineer's test equipment to the

2    production network.

3              Those devices -- Cisco

4    switches, Cisco routers -- have to get

5    configured with the proper cards, with the

6    configuration files.  They've got to load them

7    up and bring them online and test them out.

8              MS. WALSH:  Just off the record

9         for a minute.

10                   - - -

11              (Discussion off the record.)

12                   - - -

13              (Recess 12:28-12:36 p.m.)

14                   - - -

15   BY MS. WALSH:

16        Q.    At some point in time,

17   Mr. Millan reported to you in his job

18   function.  Is that correct?

19        A.    Yes.

20        Q.    When was that?

21        A.    Specifically reporting to me

22   would have been June, July of '06 through

23   March '07.

24        Q.    And did he report directly to

AMEDEO DISCEPOLO

Page 79

1    you as of June, July '06, or was there an

2    intermediary?

3            A.      That was directly.

4            Q.      And prior to that, who did he

5    report to?

6            A.      Paul Holder, who reported to

7    me.  And that was summer of '05.

8            Q.      And what was the reason for the

9    change?

10           A.      Paul decided to move out of the

11   engineering group into a security role.  And

12   at that point in time, I decided to have the

13   lab coordinators report directly to me.

14           Q.      So nobody replaced Paul Holder

15   in that position?

16           A.      No.

17           Q.      What was his title prior to the

18   move into surveillance or security?

19           A.      He was a senior network

20   engineer, and his corporate title may have

21   been classified as a manager.

22           Q.      So he was reporting to you, and

23   Mr. Millan was reporting to him?

24           A.      Yes.

AMEDEO DISCEPOLO

Page 80

1          Q.      From the summer of '05?

2          A.      Mr. Millan was reporting to

3     Paul prior to the summer of '05, but they

4     moved Paul's team under me in the summer of

5     '05.

6          Q.      So from the summer of '05 to

7     June, July '06, Mr. Millan was reporting to

8     Mr. Holder who, in turn, was reporting to you?

9          A.      Yes.

10          Q.      What type of direct

11     responsibilities, duties, if any, did you have

12     over Mr. Millan during that time?

13                MS. BOUCHARD:  During what

14          time?

15                MS. WALSH:  Summer of 2005 to

16          June, July 2006.

17                THE WITNESS:  Loose

18          responsibility.  I funneled most of my

19          management stuff through Paul.  The

20          only specific thing I talked with

21          Carmelo about was the lab migration

22          project and stuff related to it.

23     BY MS. WALSH:

24          Q.      Where was Mr. Millan's office

AMEDEO DISCEPOLO

Page 81

1    or desk located at the time?

2         A.      He was at 388 Greenwich.

3         Q.      Was the summer of '05 the first

4    time that you met Mr. Millan or came in

5    contact with him, or were you familiar with

6    him prior to that?

7         A.      That was the first time.

8         Q.      With respect to the lab

9    migration, can you tell me the specific

10   interaction you would have with him?

11        A.      Yeah, after that team was moved

12   under me, I understood from Yesim that the

13   migration was a major thing, and I needed to

14   become familiar with it.

15             So I met with Paul and Carmelo

16   to have them bring me up to speed with what

17   was going on, where the project plan was and

18   how we're doing on the project.

19        Q.      What was Carmelo's role with

20   respect to the lab migration?

21        A.      It was his responsibility to

22   handle the migration to Warren.  It was his

23   role to develop the plan, to work with the

24   other engineering teams to make sure we

AMEDEO DISCEPOLO

Page 82

1    understood all the equipment that was going

2    out there.  He laid out or configured the

3    Warren lab space and all the connectivity.  It

4    was his game to win.  It was all his.

5          Q.    So the first thing you said

6    was, his role was to develop the plan.  What

7    was involved with that?

8          A.    He was utilizing Microsoft

9    Projects, I believe, to identify all of the

10   major deliverables and all of the tasks

11   associated with those deliverables, what the

12   start/end dates were, what their current

13   status comments were and who owned the

14   responsibility.

15         Q.    When you say, "major

16   deliverables," is that the delivery of the

17   equipment out to Warren?

18         A.    It could have been broken into

19   a few different things such as equipment

20   inventory, shipping and receiving of equipment

21   from the labs to Warren.  Floor layout --

22   floor diagrams, floor layouts for the cabinet

23   or the infrastructure within Warren, the

24   connectivity to's and from's or the

AMEDEO DISCEPOLO

Page 83

1    interconnections of all of their pieces of

2    equipment within the Warren lab.

3         Q.    Did he do the floor layouts and

4    floor diagrams, or did somebody else do those?

5         A.    I believe he did those.  He may

6    have had help from one other team.

7         Q.    Which team was that?

8         A.    That would have been the data

9    center planning team, we call it -- or we

10   called it at that point in time.

11        Q.    Were they engineers or --

12        A.    They were engineers, but they

13   did not report to Yesim; they were a separate

14   organization.

15        Q.    So aside from developing the

16   plan for the move, which you just testified

17   about, you said to work with the other

18   engineering teams.

19             What was involved specifically

20   in Mr. Millan working with other engineering

21   teams as it related to the move to Warren?

22        A.    That would have been to ensure

23   that he gets a coordinator assigned from the

24   other team.

AMEDEO DISCEPOLO

Page 84

1        Q.      Which other team?

2        A.      Any of the engineering teams,

3   you know.

4        Q.      So there was a coordinator for

5   each of the engineering teams that was kind of

6   assigned to cover the move to Warren?

7        A.      Yes, to work with Carmelo on

8   the move to Warren.

9        Q.      So he had to ensure he had a

10   coordinator from each of those teams to work

11   with him?

12        A.      They would get a coordinator,

13   they would supply the current inventory of the

14   labs, Carmelo would review the inventory, pose

15   questions back to engineers if something was

16   missing, make sure he had all the information

17   he needed so that when that equipment showed

18   up in Warren, he knew where it belonged, who

19   it goes to, what connections, what power, all

20   that stuff that we've talked about.

21        Q.      So he would get that inventory

22   from the coordinator from each of the

23   different engineering teams?

24        A.      Yes.  Let me just clarify that.

AMEDEO DISCEPOLO

Page 85

1    From the -- from the remote -- the 250 West,

2    the 111 Wall and Rutherford labs, the 388

3    Greenwich lab, he had responsibility for that

4    inventory and everything there.

5        Q.    You also said that he was

6    responsible for laying out or configuring the

7    Warren lab space and all connectivity?

8        A.    Yes.

9        Q.    Can you tell me, in layperson's

10   terms, what that involved?

11       A.    Yup.  So you have a room like

12   this, he's going to figure out where the

13   cabinets get placed in the room.  He's going

14   to figure out what equipment goes in what

15   cabinet and what cable connectivity has to

16   come back from that equipment to the main

17   central patching frame.

18       Q.    Did he determine where people

19   were going to sit?

20       A.    He determined where the

21   equipment would go in the cabinets.  There

22   were no people out there.

23       Q.    Just what you testified to with

24   respect to the Warren lab migration and

AMEDEO DISCEPOLO

Page 86

1    Mr. Millan's job responsibilities with respect

2    to that, anything else that he had

3    responsibility for that you haven't testified

4    to?

5          A.     Assembling the equipment

6    purchases.  And what that entailed was making

7    sure that we had all the equipment we needed

8    in order to build out the Warren lab.

9                So identifying how many

10   cabinets, how many shelves, what type of

11   cables, how much core infrastructure equipment

12   was needed, whether they were routers,

13   switches, management platforms, stuff of that

14   nature, tools that you could use.

15         Q.     Anything else?

16         A.     I think that's it for the

17   migration.

18         Q.     Now, during the migration, was

19   Mr. Ibrahim already an employee within that

20   department?

21         A.     Yes.

22         Q.     Did he -- was he responsible

23   for any -- or did he perform any of the duties

24   and responsibilities with respect to the

AMEDEO DISCEPOLO

Page 87

1    Warren lab migration that you just testified

2    to?

3          A.       For the most part, it was

4    Carmelo.  Naseer was hired, again, in March or

5    April of '05, so he was pretty new.  And

6    Carmelo was actually, you know, training and

7    giving him some oversight as to how the lab

8    works, what to do, how to handle a request.

9          Q.       Did Naseer report to -- did

10   Mr. Ibrahim report to Mr. Millan?

11         A.       Not officially, no.

12         Q.       Who did he report to?

13         A.       Initially, to Paul.  And then

14   in June, July of '06, through '07, they both

15   reported to me.

16         Q.       Did Mr. Millan have any hiring

17   responsibilities?

18         A.       Not that I'm aware of.

19         Q.       Did he -- sorry.

20         A.       Go ahead.

21         Q.       Did he have the power to

22   discipline an employee?

23         A.       Not from the time they came

24   under my management control, no.

AMEDEO DISCEPOLO

Page 88

1          Q.      Before that, did he have that

2     responsibility?

3          A.      Not that I'm aware of.

4          Q.      Could he fire an employee?

5          A.      I don't believe so.

6          Q.      Was he considered a manager?

7          A.      I believe he was considered an

8     engineer or an analyst.

9          Q.      Prior to you taking direct

10    managerial responsibility for Mr. Millan, who

11    was responsible for completing employment

12    evaluations for him?

13         A.      Paul Holder.  Again, from when

14    I took responsibility in '05, Paul did the

15    performance review for '05, Paul did the

16    midyear review in '06, and I did year-end in

17    '07 -- I mean, in '06.

18         Q.      When Paul had the

19    responsibility for doing the reviews midyear,

20    year-end reviews, did you have any input with

21    respect to those reviews?

22         A.      Yes, I did.

23         Q.      What was your input?

24         A.      Just making sure I agreed with

AMEDEO DISCEPOLO

Page 89

1    what Paul put down, if I noticed any

2    improvement areas that would benefit Carmelo

3    or anyone else.  So time management, project

4    management, classes, you know, recommended

5    that he take a few of those.

6          Q.      Was there a reason specifically

7    that you recommended that he take a

8    time-management class?

9          A.      Primarily just -- we like to

10   have all of the engineers run through that so

11   that they get a better understanding of how to

12   do time management as it relates to all the

13   projects that come in.  We have a lot of work

14   that comes in, and you really have to figure

15   out how to handle the load.

16         Q.      At the time Mr. Millan started

17   reporting to you directly, how many hours per

18   week was he working?

19         A.      I would -- based on the reports

20   that I eventually started pulling in August

21   and I believe October, I would think, you

22   know, from what I saw, he was working 35,

23   37 hours a week.

24         Q.      And that was from June 2006?