AMEDEO DISCEPOLO

Page 90

1          A.      Definitely from August.

2          Q.      Were you ever aware, when he

3    reported directly to you, working more than

4    that number of hours a week?

5          A.      Not from the reports I saw, no.

6          Q.      What about when he reported

7    directly to Mr. Holder and Mr. Holder reported

8    to you; are you aware of the hours that

9    Mr. Millan was working during that period?

10         A.      Not specifically, no.

11         Q.      Generally, were you aware of

12   it?

13         A.      Um-hum.

14         Q.      Generally, what was your

15   understanding with the type of hours he was

16   working during that period?

17         A.      During the migration period, I

18   came to understand that he was putting in, you

19   know, 50-, 60-hour weeks in order to get the

20   job done.

21         Q.      How did you come to that

22   understanding?

23         A.      It was either a conversation

24   with Paul or a conversation that Paul and I

AMEDEO DISCEPOLO

Page 91

1    had with Carmelo.

2           Q.      What was the sum and substance

3    of the conversation?

4           A.      Repeat that, I'm sorry.

5           Q.      What was the sum and substance

6    of the conversation; in other words, what did

7    you say to Paul or Carmelo, what did they say

8    to you?

9           A.      I don't recall specifically

10   what Paul and Carmelo said, but I believe my

11   comments were we need to figure out how we can

12   get him some additional help in order to make

13   this happen.

14          Q.      When did this conversation take

15   place?

16          A.      That would not have taken place

17   probably until September or October of '05

18   after I started coming up to speed on what was

19   going on with the migration plan.

20          Q.      Were you the one who initiated

21   that conversation, or did Mr. Holder and

22   Mr. Millan come to you to discuss it?

23          A.      I initiated that based on the

24   project plan and review of the project plan,

AMEDEO DISCEPOLO

Page 92

1    trying to understand what was going on.

2          Q.      So you felt that additional

3    help was required for what purpose?

4          A.      It was a big move.  It took a

5    lot of detail to get the stuff done that we

6    wanted to get done.  And Carmelo was -- there

7    were two things he was trying to do; the

8    migration plan, as well as handle some of the

9    day-to-day work that was going on in the

10   Greenwich Street lab.

11               So one of the things we did

12   was, in order to focus Carmelo on the

13   migration plan, was to get Naseer up to speed

14   as fast as possible so he could handle the

15   day-to-day work in the Greenwich lab and

16   Carmelo could focus his efforts on the lab

17   migration plan.

18         Q.      So you felt that you needed

19   somebody else to help with the lab migration?

20         A.      When I looked at the plan and

21   the state of affairs that we were in, based on

22   the timelines that were originally projected,

23   yes.

24         Q.      One person or more than one

AMEDEO DISCEPOLO

Page 93

1    person?

2           A.      Originally, I was just going

3    for one additional person to help out.

4           Q.      And did that change?

5           A.      We didn't get the one person.

6           Q.      Did you get anybody?

7           A.      Not initially, no.

8           Q.      At some point, did you get

9    somebody?

10          A.      Yes, we did.

11          Q.      When was that?

12          A.      I believe it was April of '06

13   and then June of '06.

14          Q.      So you got two separate people?

15          A.      We brought on some consultants

16   to help out.

17          Q.      Were they being paid on an

18   hourly basis?

19          A.      They were being paid on a

20   consultant rate, yes.  An hourly basis.

21          Q.      What were their names?

22          A.      Anthony Sorrentino is one and

23   Thomas Newcomen, N-E-W-C-O-M-E-N.

24          Q.      Which one was brought on in

AMEDEO DISCEPOLO

Page 94

1    April of 2006?

2              A.       Anthony.

3              Q.       And, ultimately, Mr. Sorrentino

4    was the one who took over in Mr. Millan's role

5    when he left?

6              A.       Yes.

7              Q.       Was he still working for CTI at

8    the time the position came up, or had his

9    consultancy position ended?

10             A.       It had ended.

11             Q.       When did it end?

12             A.       September 30th.

13             Q.       Of 2006?

14             A.       Yes.

15             Q.       And why did it end?

16             A.       Most of the migrations were

17   done, and the funding for the consultants ran

18   out.

19             Q.       And what about Mr. Newcomer?

20             A.       Newcomen.

21             Q.       Newcomen.  Did his contract

22   also end at the same time?

23             A.       Same time.

24             Q.       And was that always the plan?

AMEDEO DISCEPOLO

Page 95

1        A.      Yes.   And the plan was just to

2   bring them on board to get us through the

3   migrations.

4        Q.      From April of 2006 to September

5   of 2006, what were Mr. Sorrentino's duties and

6   responsibilities with respect to the

7   migration?

8        A.      They were assisting -- two

9   things.  To the migration, Anthony was

10  assisting Carmelo in making sure the

11  migrations happened.  So he was working hand

12  in hand with Carmelo on getting the Warren lab

13  ready for all the equipment that was coming

14  in.

15            So the exact same duties and

16  responsibilities that I explained for the lab

17  coordinators before and for Carmelo's

18  migration responsibilities.

19       Q.      Mr. Sorrentino was doing the

20  same thing?

21       A.      Yup.

22       Q.      And what about Mr. Newcomen?

23       A.      Tom was handling a lot of the

24  day-to-day work with Naseer.

AMEDEO DISCEPOLO

Page 96

1           MS. WALSH:  I'm just going to

2       do one exhibit, and then we can take a

3       break.

4           MS. BOUCHARD:  Sure.

5               - - -

6       (Whereupon, a document was

7       marked for identification purposes

8       as Discepolo-3.)

9               - - -

10  BY MS. WALSH:

11      Q.    Mr. Discepolo, I'm going to

12  hand you a document that's been marked as

13  Discepolo-3.

14      A.    Okay.

15      Q.    And for identification

16  purposes, it is a five-page document that has

17  been Bates stamped CTI00001251 through 1255.

18      A.    Okay.

19      Q.    And I'm going to ask you to

20  take your time and look at that document, and

21  then I have some questions for you.

22      A.    (Reviewing.)

23          Okay.

24      Q.    Do you recognize the documents

AMEDEO DISCEPOLO

Page 97

1    that are being marked as Discepolo Exhibit 3?

2         A.    They look like the time

3    reporting from a number of systems we could

4    have used.

5         Q.    Do you know what system they're

6    from?

7         A.    Looks like it's from TRS.

8         Q.    And is that Time Reporting

9    System?

10         A.    Yes.

11         Q.    Is that the current system

12    that's in place for tracking time?

13         A.    No.

14         Q.    When was TRS in place?

15         A.    From exactly when to when, I

16    don't have the exact answers, but it was in

17    place up until -- I think it was February of

18    last year, of 2006.

19         Q.    Okay.  And do you know if it

20    was in place in 2003?

21         A.    I'm sure it was.

22              MS. BOUCHARD:  Just note for

23         the record, it says, "TRS" on 2003

24         documents.  "Hours," "TRS hours."

AMEDEO DISCEPOLO

Page 98

```
 1                   THE WITNESS:  Oh.

 2                   MS. WALSH:  Okay.

 3                   MS. BOUCHARD:  Just -- not

 4          trying to testify, just trying to get

 5          a softball out of there.

 6                   THE WITNESS:  Yeah.

 7   BY MS. WALSH:

 8          Q.     Okay.  I'm going to refer you

 9   to the last page of the exhibit.

10          A.     Um-hum.

11          Q.     And there's -- in the columns

12   right across the top, particularly the ones

13   more over to the right side, it says, "Hours,"

14   dash, "TRSHRS."  And then it has an

15   abbreviation of a month, and it has hours and

16   then the year 2006?

17          A.     Yup.

18          Q.     Are these the hours --

19   withdrawn.

20                   Also in the third column from

21   the left, it says, "Employee."  And under

22   that, it has Carmelo Millan's name.

23                   Do you see where it says that?

24          A.     Yes.
```

AMEDEO DISCEPOLO

Page 99

1          Q.      Are these the hours that are

2     entered into the TRS System for Carmelo Millan

3     for the year 2006?

4          A.      Appears to be, yes.

5          Q.      If you look at the September

6     column --

7          A.      For '06?

8          Q.      -- for '06.

9          A.      Okay.

10         Q.      And if you look underneath

11    that, every column down there has a zero in

12    it?

13         A.      Correct.

14         Q.      What is your understanding from

15    that with respect to the number of hours that

16    Mr. Millan worked in September of 2006?

17         A.      All it indicates is that he did

18    not put any time into the TRS System for that

19    month.

20         Q.      Could he have worked hours in

21    September without putting time into the TRS

22    System?

23         A.      Yes.

24         Q.      Is that something that happens

AMEDEO DISCEPOLO

Page 100

1    on a regular basis?

2          A.    It's happened, yes.

3          Q.    Okay.  So in --

4          A.    Even to me.

5          Q.    Even to you?

6          A.    Yes.

7          Q.    So if we looked through your

8    records, we might find some months where you

9    have zero hours recorded in TRS, but you would

10   have worked those months?

11         A.    Um-hum.  Yes.

12         Q.    And would it happen where a

13   certain number of hours would be entered in

14   the TRS System and the employee could have

15   worked more hours than that, and it wouldn't

16   be recorded in the TRS System?

17         A.    It's possible.  That's up to

18   the employee.  Right?  It's an employee-based

19   system.  It's up to them to put in the hours

20   they worked against any initiatives assigned

21   to them.

22         Q.    Okay.

23         A.    All right?  So if they only put

24   in 40, and they worked 60, you know, I

Page 101

1    wouldn't know that.

2           Q.      Who -- if an employee puts in

3    hours, is there somebody responsible for

4    checking that in the TRS System?

5           A.      Very loose oversight on the TRS

6    System.  There was no set rules that we would

7    go in and check to see that, one, people put

8    time in, or, two, they put too much time in

9    and we've got to figure out why.

10          Q.      What was the purpose of

11   tracking hours through the TRS System?

12          A.      The primary purpose, as I know

13   it, is that there were certain work efforts

14   that were billable back to Citigroup

15   businesses and, you know, the financial people

16   would do an extract monthly to make sure we

17   recoup the dollars that are due to engineering

18   for work that we did, and it's not all the

19   work, it's only certain -- certain pieces of

20   work.

21              MS. WALSH:  I want to go

22              through some more questions on this,

23              but we're going past 1 o'clock, so why

24              don't we break now.

AMEDEO DISCEPOLO

Page 102

1          MS. BOUCHARD:  You can go

2     through them.

3          MS. WALSH:  It will take me

4     another five minutes.

5          THE WITNESS:  No problem.

6  BY MS. WALSH:

7          Q.    Now, on the left-hand side,

8  there's two columns, the first one is "Project

9  ID" and the second one is "Project Name"?

10         A.    Um-hum.

11         Q.    And underneath that, there's

12  various numbers and also descriptions, and I

13  want to just go through each of those with

14  you.

15              The first one under "Project

16  Name," is "Audit & Compliance Activity."  And

17  it says, "Infrastruc."  I assume that's an

18  abbreviation for "infrastructure"?

19         A.    Um-hum.

20         Q.    What type of work would be

21  inputted onto that description?

22         A.    You're talking the 2003 sheet?

23         Q.    Yes.

24         A.    Specifically for these

AMEDEO DISCEPOLO

Page 103

1    categories, I didn't have control.  I was at a

2    different organization, but, you know, we

3    handle audit and compliance activities as

4    well, so that would be -- you know, from an

5    engineering point of view, audit and

6    compliance is -- we have an internal audit

7    department that is going to audit the

8    environment to make sure we're doing what we

9    say we do on a day-to-day business.  So you

10   would get involved in audit activity.

11                Compliance is making sure that

12   whatever products we certify for deployment in

13   the Citigroup network meet our security

14   requirements, meet our IS policy requirements,

15   things of that nature.

16        Q.    Let's turn to the final page of

17   it, the 2006 page.

18        A.    Okay.

19        Q.    The first entry there under

20   "Project Name" is "C1 CTI Global Engineering

21   Lab Management"?

22        A.    Yup.

23        Q.    What type of work would be put

24   into that category?

AMEDEO DISCEPOLO

Page 104

1          A.      That's all the work I kind of

2     talked about earlier where the lab

3     coordinators would be responsible for

4     servicing the requests from the engineers,

5     getting their BAU requests and doing all of

6     that type of work, managing the lab.

7          Q.      Is that category of work work

8     that's charged out?

9          A.      No.

10         Q.      The second category is "NE

11    Control Processes and Procedures"?

12         A.      Um-hum.

13         Q.      What type of work would be

14    charged to that?

15         A.      That would be creating the

16    PCMs, Process Control Manuals, that were

17    created for either a technology or, in this

18    case, a lab domain, stuff like that.

19         Q.      Anything else under that?

20         A.      Again, you know, things keep

21    morphing and changing, so control processes

22    and procedures, that could go into making sure

23    the compliance aspect, the IS security, the

24    risk is all identified properly.

AMEDEO DISCEPOLO

Page 105

1          Q.      Is that something that can be

2     charged out?

3          A.      Normally, we don't.  We don't

4     charge that out.  That's -- that's an internal

5     expense we take up right now.

6          Q.      How about the next one, "GVCC

7     Warren Lab Development"?

8          A.      Okay.  So what that would be is

9     that would be one of the engineering

10    disciplines or departments, global voice.  So

11    it looks like we had a couple of projects

12    opened to ensure that the Warren lab could

13    support and handle the global voice

14    engineering domain's requirements.

15         Q.      It seems that there's four

16    categories with the same description, but if

17    you look over to the next column --

18         A.      Different phase.

19         Q.      -- the fifth column over, the

20    first one says, "Infrastructure."  The next

21    one says, "Project Management."  The next one

22    says, "SME Support."  And the next one says,

23    "Testing Support"?

24         A.      Yes.

AMEDEO DISCEPOLO

Page 106

1          Q.      So they're all different

2    functions --

3          A.      Yes.

4          Q.      -- within the same criteria?

5          A.      Yes.

6          Q.      Did Mr. Millan have any

7    responsibilities vis-a-vis the voice control?

8          A.      Specifically for voice control,

9    no, but to ensure that whatever the voice team

10   needed in order to make their lab environment

11   work, he would have responsibility.

12         Q.      So in terms of making sure that

13   they have the equipment that they needed?

14         A.      The equipment, if they

15   needed -- you know, if the voice team ordered

16   phone lines into the lab so that they can do

17   their testing, Carmelo would get them extended

18   to the proper location within the lab so that

19   these guys can do their testing.

20         Q.      The last entry is "NE Lab

21   Support."  What is that?

22         A.      It's actually, you know, the

23   same as the first one.  Again, different

24   points in time, different record IDs,

AMEDEO DISCEPOLO

Page 107

1    duplicate records, but it's really managing

2    the lab.

3            Q.      Okay.  Were the GVCC

4    categories -- were those ones that could be

5    charged out?

6            A.      No.

7            Q.      And what about the NE lab

8    support?

9            A.      No.  They were all internal

10   engineering work.

11           Q.      There's a few different ones on

12   the 2005 page, and I just wanted to go over

13   the ones that are a little bit different.

14           A.      Okay.

15           Q.      The first one appears to be the

16   same, "Global Engineering Lab Management"?

17           A.      Um-hum.

18           Q.      The second one is "C1 CTI GNE

19   Lab Testing Standards."  What is that?

20           A.      That was -- I believe what they

21   were trying to set up there was, when an

22   engineering team came in and said -- with a

23   business request -- "I want to test this new

24   environment, and it included X, Y and Z,"

AMEDEO DISCEPOLO

Page 108

1    Carmelo would help build that environment for

2    that lab, and that's where he would charge

3    that time to.

4         Q.    And when you say, "build that

5    environment," specifically what are you

6    referring to?

7         A.    What we talked about earlier.

8    If new equipment came in, he would help get it

9    unpacked, install it in the cabinet, provide

10   the network connectivity.

11        Q.    Okay.  And the next entry is

12   "C4 CTI GNE Audit Activities"?

13        A.    Um-hum.

14        Q.    What does that relate to?

15        A.    Again, that could be anything

16   from being involved in an audit.  That could

17   be making sure that the lab access control is

18   in place so that we know who has access to the

19   lab and who doesn't.  It's all part of that

20   whole oversight or management of the lab.

21             Again, we get run-through

22   audits, internal audits, internal control

23   procedures to make sure we're doing what we

24   say we're doing.

AMEDEO DISCEPOLO

Page 109

1          Q.     Of those first two categories

2     that we just talked about from 2005, the

3     testing standards and the audit activities,

4     are either of those charged out?

5          A.     No.

6          Q.     The next one, "NE Control

7     Processes and Procedures"?

8          A.     That's the same as --

9          Q.     We talked about that already?

10          A.     That's the same as '06, um-hum.

11          Q.     Okay.  The next one, I don't

12     think we have.  "C4 CTI GNE Compliance

13     Deliverables"?

14          A.     To me, that goes hand in hand

15     with the one right above it, which is the

16     control process and procedures.  Why

17     additional work efforts were created to track

18     time against that, I'm not a hundred percent

19     sure.

20          Q.     Okay.  The next one, "E1 CTI

21     GNE Product Development QA"?

22          A.     Um-hum.

23          Q.     What is that?

24          A.     Looking at the name, that would

AMEDEO DISCEPOLO

Page 110

1   be similar to the lab testing standards.  So

2   ensuring that, you know, what the engineers

3   want to test out is built properly and they've

4   done their testing.

5            Q.     And the final one, "C4 CTI GNE

6   Self-Assessment"?

7            A.     Just related to performance

8   feedback.  So we allowed -- you know, the

9   company allows the employees to provide their

10  self-assessment.

11           Q.     And just going back to the

12  2004 --

13           A.     Okay.

14           Q.     -- the first one there is "Core

15  BAU Lab Testing/Standards"?

16           A.     Um-hum.  Same as...

17           Q.     The second one on 2005 is "Lab

18  Testing Standards."  That's the same --

19           A.     That's the same.  Again, we

20  love to change names of things, but it's

21  really the same stuff.

22           Q.     And then the second one there

23  is "Core BAU Lab Testing Standards," but one

24  is identified as infrastructure under "Phase

AMEDEO DISCEPOLO

Page 111

1    Name," and the other is identified as "Testing

2    Support"?

3            A.      Yup.

4            Q.      What's the difference between

5    those two?

6            A.      I would think the first one is

7    them building out the infrastructure in the

8    lab to support what they want.  So if an

9    engineer comes in and says, "I want to test X,

10   Y and Z," if we don't have it in the lab

11   already, they have to build it new.

12           Q.      Okay.

13           A.      And that's the first one.  And

14   the testing support would be if, you know,

15   when the engineers start testing on that new

16   environment, if something wasn't working

17   right, they would ask Carmelo to double-check

18   what they built in the system.

19           Q.      Okay.  And then the final one,

20   "4 BAU Bandwidth Analysis"?

21           A.      That actually looks like a

22   carryover probably from a previous role that

23   he had.  What that would be, in today's terms

24   is, just looking at network bandwidth or

AMEDEO DISCEPOLO

Page 112

1    network circuits that are installed in the

2    network and just figuring out, are they being

3    used, are they being used too much, are they

4    being underutilized and can we either

5    eliminate some or have to upgrade a few.

6    That's all that is.

7         Q.    I'm just going to ask you one

8    more from 2003, the first page.  Third one

9    down says, "Tech Req (CSR) Infrastructure

10   Integration"?

11        A.    Um-hum.

12        Q.    What does that entail?

13        A.    What that would have been --

14   and, again, I guess this is when he was in his

15   previous role -- if users needed something

16   done, they would create a CSR record or a CSR

17   request --

18              MS. BOUCHARD:  And I'm just

19              going to -- he can finish the question

20              (sic), but he wasn't -- he was an

21              analyst in 2003.

22              MS. WALSH:  Not in

23              December 2003.  There were numerous

24              hours charged to this one thing, so

AMEDEO DISCEPOLO

Page 113

```
 1        that's why I'm asking just for this

 2        one.

 3               MS. BOUCHARD:  Okay.  Just for

 4        that?

 5               MS. WALSH:  Yeah.

 6               THE WITNESS:  Again, what that

 7        would be -- as far as I know, what

 8        that would be is, users would send in

 9        a request for work to be done, and he

10        would act on that request and make

11        sure it gets completed.

12               MS. WALSH:  Okay.  We'll take a

13        break.

14                      -  -  -

15               (Luncheon recess 1:19-2:22

16          p.m.)

17                      -  -  -

18  BY MS. WALSH:

19        Q.    Mr. Discepolo, before the

20  break, we talked about the duties and

21  responsibilities of the lab coordinator at the

22  lab both at 388 Greenwich Street and at the

23  Warren facility.

24               Prior to Mr. Ibrahim being
```

AMEDEO DISCEPOLO

Page 114

1    hired to work as lab coordinator with

2    Mr. Millan, was Mr. Millan the only employee

3    who has those duties and responsibilities as

4    lab coordinator?

5         A.    I would assume so since they

6    hired -- again, it was prior to them coming

7    under my management control.  So when they

8    came over, Naseer and Carmelo were both in the

9    group already.

10        Q.    So you have no knowledge with

11   respect to that period of time before you

12   became the manager of Mr. Holder?

13        A.    No.

14        Q.    Presumably, Mr. Holder would

15   have that information?

16        A.    He should, yes.

17        Q.    Did you make any effort to find

18   out from him that information before coming to

19   the deposition?

20        A.    No, I didn't.

21        Q.    Again, this is prior to the

22   time when you became Mr. Holder's manager, but

23   I just want to try to determine what you knew

24   with respect to certain things when Mr. Millan

AMEDEO DISCEPOLO

Page 115

1    was hired.  It may be nothing, and if you

2    don't know, it's fine for you to tell me that.

3           A.    Okay.

4           Q.    Do you know who filled the role

5    of lab coordinator, if anyone, prior to

6    Mr. Millan being hired?

7           A.    No, I don't.

8           Q.    Did you make any efforts to

9    find that out?

10          A.    No.

11          Q.    Do you know if the position

12   of -- if the position that Mr. Millan took

13   when he moved over to the lab was a position

14   that was created specifically at that time?

15          A.    I don't know.

16          Q.    Did you make any efforts to

17   find that out?

18          A.    No.

19          Q.    When an internal position is

20   available, is there some kind of a database or

21   system within CTI for advertising those

22   positions?

23          A.    Yes.

24          Q.    And how long has that

AMEDEO DISCEPOLO

Page 116

1    existed -- withdrawn.

2                    Did it exist in December 2003?

3           A.      I'm sure there was a system.

4           Q.      Okay.

5                    MS. BOUCHARD:  And just for the

6           record, he's not an HR professional,

7           he's not here to talk about job

8           postings.  He'll testify to what he

9           knows in his individual capacity.

10                   MS. WALSH:  Okay.

11   BY MS. WALSH:

12          Q.      So if the position of lab

13   coordinator -- or the position that Mr. Millan

14   filled in December of 2003 was available,

15   there would have been some type of an internal

16   posting to advertise that position?

17          A.      There should have been, yes.

18          Q.      And if you wanted to go about

19   getting that information, how would you do

20   that?

21          A.      I think you'd have to talk to

22   HR, to be quite honest with you.  And I don't

23   know what -- I can't recall what specific

24   system was available in '03 and where the

AMEDEO DISCEPOLO

Page 117

1    repository for that information is.

2            Q.      Okay.

3            A.      All right.

4                    MS. BOUCHARD:  Just for the

5            record, we produced the job posting.

6                    MS. WALSH:  Off the record.

7                         - - -

8                    (Discussion off the record.)

9                         - - -

10   BY MS. WALSH:

11           Q.      You earlier testified that

12   Mr. Anthony --

13           A.      Sorrentino.

14           Q.      -- Sorrentino.  I get him

15   confused with Mr. Saranello.

16                   You said that he was brought on

17   on a contract basis and that the contract

18   ended in September 2006?

19           A.      Yes.

20           Q.      And he was hired back on

21   subsequently to replace Mr. Millan.  Is that

22   correct?

23           A.      Correct.

24           Q.      Did he work for Citigroup in

AMEDEO DISCEPOLO

Page 118

1    the intervening period?

2                    MS. BOUCHARD:   Objection to

3           form as to Citigroup versus CTI.

4                    MS. WALSH:   Thanks.

5    BY MS. WALSH:

6           Q.     Did he work for CTI in the

7    intervening period?

8           A.     No.

9           Q.     Did somebody from CTI contact

10   him specifically to come -- to apply for that

11   post?

12          A.     I did.

13          Q.     And why did you contact him?

14          A.     Because, when he was here as a

15   contractor, there was a good -- very good

16   results from the work he did, and the people

17   he serviced and supported thought he did a

18   great job.  So when the position opened up, I

19   thought of him and said, "See if he'd be

20   interested."

21          Q.     Do you know what position

22   Mr. Millan had prior to coming to work for the

23   lab?

24          A.     No, I don't.

AMEDEO DISCEPOLO

Page 119

1          Q.      Prior to Mr. Millan coming to

2   work for the lab, do you know who or what

3   position filled the role of lab coordinator

4   vis-a-vis support for the network?

5          A.      No, I don't.

6          Q.      Did you make any efforts to

7   find that out?

8          A.      No.

9          Q.      We talked about the system used

10  for tracking requests or for making requests

11  for work.  Was there a system used within the

12  lab called ComTrac?

13         A.      There was a system called

14  ComTrac.  I don't know if they -- we

15  definitely didn't use it in Warren.  I don't

16  know if they used it in 388 or any of the

17  other labs.

18         Q.      Did Mr. Millan undergo any

19  training when he first came to work for the

20  lab?

21         A.      I don't know.  When he first

22  came over, I'm not sure.

23         Q.      Did you make any efforts to

24  find that out?

AMEDEO DISCEPOLO

Page 120

1        A.      No.

2        Q.      Who would know how network

3   support was performed -- or who performed

4   network support for the lab prior to the

5   position of lab coordinator?

6               MS. BOUCHARD:  Has it been

7               established that there was -- there

8               wasn't a position of lab coordinator?

9               I don't think there's been any

10              foundation for that either way.

11              MS. WALSH:  Okay.  Okay.

12              Clearly, there's a gap here.  And in

13              terms of --

14              MS. BOUCHARD:  How so?

15              MS. WALSH:  Well, Mr. Saranello

16              has testified when he moved to the

17              lab.  Mr. Discepolo can only testify

18              with respect to certain aspects of it.

19              There's a lag here in terms of

20              time where you haven't produced

21              anybody who can testify with respect

22              to certain information during that

23              first period.

24              MS. BOUCHARD:  Well, he was a

AMEDEO DISCEPOLO

Page 121

1    lab coordinator, though.  There's no

2    dispute during that period.

3         MS. WALSH:  No, I understand

4    that.

5         MS. BOUCHARD:  But your

6    question goes to prior -- it's

7    suggesting that there was not a lab

8    coordinator position, and we know

9    there's no lag with respect to we know

10    that Mr. Millan was an analyst and

11    then a lab coordinator.

12         MS. WALSH:  Will you stipulate

13    to the fact that the lab coordinator

14    position was created at the time

15    Mr. Millan came over?

16         MS. BOUCHARD:  I don't know.  I

17    mean --

18         MS. WALSH:  I don't know if

19    there's a dispute with respect to it,

20    but there's clearly some testimony

21    that I'd like to get with respect to

22    that time period that neither

23    Mr. Saranello nor Mr. Discepolo can

24    testify to.  If you guys are willing

AMEDEO DISCEPOLO

Page 122

1          to stipulate to that, then...

2              MS. BOUCHARD:  And just for the

3          record, we can determine whether that

4          can be stipulated to.  I think it goes

5          beyond the scope of what the court

6          wanted in these depositions.

7              That would be important for a

8          class-based issue as to whether this

9          position was created or not, but as to

10         whether Mr. Millan is exempt from

11         overtime based on the job duties that

12         he performed, that's not really an

13         issue for that inquiry.

14             MS. WALSH:  Well, I disagree

15         with that to the extent that there's a

16         lot of similarities between the work

17         he was doing before and the work he

18         was doing subsequent.

19             So even though you're correct

20         that it does absolutely relate to the

21         class issues, I think it also relates

22         to his specific tasks and

23         responsibilities.

24             MS. BOUCHARD:  How so?  I mean,

AMEDEO DISCEPOLO

Page 123

1          are you suggesting that there was just

2          a label put on him?  Because he was

3          doing different functions.

4                    MS. WALSH:  Well, we can argue

5          about that.

6                    MS. BOUCHARD:  Okay.  Let's

7          leave that stipulation if and when we

8          need to get into those class issues.

9                    MS. WALSH:  Okay.

10   BY MS. WALSH:

11          Q.    Do you know if the lab ever

12   used a help center with respect to technical

13   issues?

14          A.    Warren, definitely not.  388, I

15   don't believe so.  And, you know, from the

16   time I took management responsibility, we

17   definitely did not use any centralized help

18   center.  And I can't attest to anything with

19   the other labs.

20          Q.    Are the lab coordinators

21   required to have any certifications to perform

22   their job functions?

23          A.    It's not required, but

24   certifications are always a benefit or a plus.

AMEDEO DISCEPOLO

Page 124

1          Q.      What type of certifications are

2    beneficial?

3          A.      Could be a couple in the lab;

4    networking, Cisco-related networking and, you

5    know, server-related Windows or UNIX

6    certifications would be a benefit to them so

7    that they could really dialogue and have good

8    conversations with the engineers.

9          Q.      Does Mr. Ibrahim have any of

10   those certifications?

11         A.      I'm not sure if he has a

12   certification, but we -- he did attend

13   technical training last year in pursuit of a

14   certification.

15         Q.      For which certification?

16         A.      It would be one of the Cisco

17   tracks, whether it's the CCNA or the CCNP.

18         Q.      And what about Mr. Sorrentino?

19         A.      As far as I know, he does not

20   have any certifications.

21         Q.      Did Mr. Millan ever complain to

22   you that he was overworked in his position as

23   lab coordinator?

24         A.      I believe the discussions we

AMEDEO DISCEPOLO

Page 125

1    had, when I first took over the group, we

2    talked about the workload.  And that's where I

3    said I would try to get additional help for

4    the lab.

5           Q.      And you testified that the

6    additional help specifically was to

7    accommodate the move to the Warren facility?

8           A.      It was to supply help in the

9    lab and that could have been used, you know,

10   for BAU or day-to-day work and in support of

11   the migration.

12          Q.      Was it specifically with a view

13   to the migration that the additional staff.

14   were being taken on or no?

15          A.      No, it would have been both

16   aspects.

17          Q.      So did you recognize that

18   Mr. Millan was overworked?

19          A.      I recognize from what he was

20   telling me that he was putting in a lot of

21   hours, he was working a couple of weekends in

22   order to get things done.  And, again, based

23   on my experience and the scope of the project

24   that was taking place, it looked like we could

AMEDEO DISCEPOLO

Page 126

1    use some additional support on that.

2         Q.      If it wasn't for the migration

3    to the Warren facility, would you have

4    considered hiring additional support staff?

5         A.      No.

6         Q.      So that was the motivating

7    factor?

8         A.      (Nodding.)

9         Q.      Did you have any other

10   conversations with him at any stage about him

11   being overworked?

12        A.      Not that I recall.

13        Q.      Now, you testified to certain

14   duties and responsibilities that Mr. Millan

15   had vis-a-vis the lab migration to Warren.

16             Once the lab migration was

17   completed, did he still have those duties and

18   responsibilities, or did they end?

19        A.      They would end once the

20   migrations were completed, and he would go

21   back into a day-to-day lab environment.

22        Q.      So those specific duties and

23   responsibilities that you testified to being

24   associated with the lab migration were

AMEDEO DISCEPOLO

Page 127

1    temporary?

2         A.     Yup.  Related to that project.

3         Q.     At the Warren facility, is

4    there a swipe-in/swipe-out method of keeping

5    track of people's hours?

6         A.     There is a swipe-in/swipe-out

7    in order to gain access to the facility.  I

8    utilized that to figure out what hours he was

9    showing up and leaving every day.

10        Q.     So the swipe-in/swipe-out

11   system does show the hours that an employee is

12   coming and going?

13        A.     It time stamps when they swipe

14   in and swipe out.

15        Q.     Can you only get access to the

16   building by swiping in and swiping out?

17        A.     As far as I know, all of the

18   doors have readers on them.

19        Q.     So if you leave for lunch, it

20   would have a record of when you're leaving the

21   the building?

22        A.     It should, unless they're

23   piggybacking on someone else walking out ahead

24   of them.

AMEDEO DISCEPOLO

Page 128

1          Q.      Now, you said you checked the

2    records at the Warren facility to see what

3    time Mr. Millan was coming and going?

4          A.      When I noticed that we were

5    having attendance issues, I worked with HR to

6    figure out how to handle it, and they

7    suggested that -- we came to an agreement that

8    I could use the swipe-in/swipe-out methodology

9    and have him specifically use the main

10   swipe-in/swipe-out when he enters and leaves

11   the building so that we have a clear track

12   record.

13         Q.      So did you instruct him at some

14   point to use the main swipe-in/swipe-out?

15         A.      Yes.

16         Q.      When did it come about that you

17   noticed that there were attendance issues?

18         A.      Definitely in August of '06.  I

19   believe that's when we issued the first

20   warning, but I would think, you know, the

21   month or two, you know, the June/July time

22   frame when he started reporting to me

23   directly, I started noticing or hearing things

24   that no one can find anyone, no one's around,

AMEDEO DISCEPOLO

Page 129

1     so...

2             Q.     Who reported that to you?

3             A.     It could have been any one of

4     the engineers out in Warren.  You know, people

5     looking to get stuff done in the lab, work

6     done, service in the lab.  We couldn't find

7     any of the lab coordinators.

8             Q.     So you went to human resources

9     and asked them if you could mandate him using

10    the swipe-in/swipe-out through the main

11    entrance?

12            A.     I spoke with human resources

13    explaining the issue I had, and here's what I

14    wanted to do, and that was use the

15    swipe-in/swipe-out.  They reviewed it, they

16    said it was okay and just instructed him to

17    use the main one and also to send an e-mail

18    when he comes in and when he leaves.

19            Q.     Did you speak to Mr. Millan in

20    addition with respect to attendance issues?

21            A.     Yes.

22            Q.     What was the sum and substance

23    of the conversation you had with him?

24            A.     I went out to Warren one day,

AMEDEO DISCEPOLO

Page 130

1    called him into a spare office, told him we're

2    having some attendance issues.  You know, he's

3    a professional, he should be here the minimum

4    eight hours a day doing his job.

5              I told him, you know, "If

6    8 o'clock in the morning is not right, I'm

7    flexible.  Let me know what hours work for

8    you, 8:00 to 5:00, 8:30 to 5:30, 9:00 to 6:00,

9    but I need to know you're going to be here for

10   that block of time."

11             I showed him or I gave him a

12   copy of the memo I wrote up with -- I believe

13   it's the August time frames from the

14   swipe-in/swipe-out system, showed him what

15   we've noticed, told him what he needs to do to

16   correct it, and he agreed, he understood.  He

17   signed it, and that was it.

18        Q.    Prior to you having that

19   conversation with him, did you talk to him

20   about his attendance?

21        A.    No, I did not.

22        Q.    So when you went to human --

23   sorry.

24        A.    I'm just thinking.  I think it

AMEDEO DISCEPOLO

Page 131

1  was August.  May have been October.  I'd have

2  to go back and look at the file.

3          Q.      Did you tell him he'd have to

4  have e-mail -- prior to you having this

5  conversation with him, did you tell him that

6  he had to e-mail you or somebody else when he

7  got in?

8          A.      No.

9          Q.      Was that only after you had

10  this meeting with him?

11          A.      After I had the conversation

12  with HR, the memo was drafted, and I had the

13  meeting with Carmelo.

14          Q.      I'm trying to establish -- you

15  said at some point he was requested to use the

16  main swipe-in/swipe-out system?

17          A.      Um-hum.

18          Q.      Was that just from the time you

19  met with him, or was it before that?

20          A.      Yes.  From the time I met with

21  him.

22          Q.      Okay.  And also him being

23  required to e-mail somebody, was that from the

24  time you met with him forward?

AMEDEO DISCEPOLO

Page 132

1          A.     Yes.

2          Q.     And who was he required to

3    e-mail when he got in?

4          A.     Me.

5          Q.     What did Mr. Millan say to you

6    during the course of that conversation?

7          A.     He understood, you know -- as

8    far as I could recall, he understood that, you

9    know, he needed to be here for the amount of

10   time.  He knows there have been issues, and he

11   agreed to it.

12         Q.     Was there anything else he said

13   to you during the course of that conversation?

14         A.     Not that I recall.

15         Q.     Did you have any subsequent

16   conversations with him with respect to

17   attendance?

18         A.     The next time was, I believe,

19   in February of '07.

20         Q.     And what communication did you

21   have with him in February of '07 with respect

22   to attendance?

23         A.     The same thing as the previous

24   one.  Had a memo drafted about his latest

AMEDEO DISCEPOLO

Page 133

1    attendance issues, reviewed it with HR and

2    then went out to Warren and met with Carmelo

3    about it.

4          Q.      Between August 2007 and

5    February -- sorry, August 2006 and

6    February 2007, had the matter -- had the

7    attendance improved at all?

8          A.      It improved slightly, but not

9    to the -- not to the extent that he was

10   putting in a full eight hours a day.

11         Q.      And between August 2006 and

12   February 2007 aside from the meeting in

13   February, did you have any e-mail

14   communication with him or other communication

15   regarding his attendance?

16         A.      Just him sending me e-mails

17   when he came in and when he left.

18         Q.      Did you instruct anybody else

19   who worked in the department to have

20   conversations with him with respect to

21   attendance during that period?

22         A.      No.

23         Q.      When you met with him in

24   February --

AMEDEO DISCEPOLO

Page 134

1        A.     I'm sorry.  I take that back.

2   In January of '07, I actually -- we did a

3   small reorg, and Les Kleinman started to

4   fulfill the old Paul Holder role and Carmelo

5   and Naseer reported into Les who reported to

6   me.  So at that point in time, Les would be

7   involved in the attendance/time-off requests

8   from Carmelo.

9        Q.     Did you instruct Les Kleinman

10  at any point to have a conversation -- or a

11  communication with Mr. Millan with respect to

12  attendance?

13       A.     No.

14       Q.     And the meeting of

15  February 2007, can you give me the sum and

16  substance of the conversation you had with

17  Mr. Millan?

18       A.     It was basically the same as

19  the previous one.  We talked about everything,

20  he understood, he agreed, and that was it.

21       Q.     And was there anything in

22  addition that he said to you during that

23  conversation?

24       A.     Not that I recall.