AMEDEO DISCEPOLO

Page 135

1                          - - -

2              (Whereupon, a document was

3              marked for identification purposes

4              as Discepolo-4.)

5                          - - -

6   BY MS. WALSH:

7          Q.     Mr. Discepolo, I'm going to

8   give you an exhibit that's being marked as

9   Discepolo-4.  And for identification purposes,

10  it is a two-page document Bates stamped

11  CTI0000363 to 364.

12         A.     Okay.

13         Q.     I'm going to ask you to take a

14  look at that document, so let me know when

15  you're ready.

16         A.     (Reviewing.)

17                Okay.

18         Q.     Do you recognize this document?

19         A.     Yes, I do.

20         Q.     What is it?

21         A.     It's a document I wrote up to

22  address Carmelo's attendance issues.

23         Q.     Is this the document you

24  testified to that you prepared in -- I think

AMEDEO DISCEPOLO

Page 136

1    you said August of 2006.  Is that correct?

2          A.      Yes, it is.

3          Q.      And the date on it is

4    September 6th, 2006?

5          A.      Um-hum.

6          Q.      Would that refresh your

7    recollection with respect to the specific time

8    frame wherein you met with Mr. Millan?

9          A.      Yes.  Yes.

10         Q.      And would -- would the date on

11   this memo be the same date that you met with

12   him or a different date?

13         A.      It may have been a day later or

14   a couple days later as I wrote this in my

15   office.  And by the time I got out to see him

16   in Warren, it could have been a day or two

17   later.

18         Q.      In the -- in the first

19   paragraph of the memo, it says, "The purpose

20   of this formal written warning is to address

21   your overall attendance over the past few

22   months which affects your performance and our

23   team's efforts.  This issue has been discussed

24   with you on several occasions."

AMEDEO DISCEPOLO

Page 137

1           You testified that you had not

2    discussed it with him prior to meeting him

3    regarding this memo.  Correct?

4          A.      Yeah, that's what I did

5    testify.  Obviously, I was wrong about

6    recalling that because I stated here that I

7    did.

8          Q.      Does this refresh your

9    recollection with respect to any conversations

10   you had with him prior to that meeting?

11         A.      Specifically for dates or when

12   and what was said, no, but if I put it down in

13   black and white, I'm sure I had conversations

14   with him.

15         Q.      And it says, "This issue has

16   been discussed with you on several occasions."

17   It doesn't say specifically that you were the

18   one.

19           Could there have been somebody

20   else who had discussions with him regarding

21   his attendance, or would it have been you?

22         A.      More than likely, it would have

23   been me.

24         Q.      Okay.  The times that are

AMEDEO DISCEPOLO

Page 138

1    indicated on this memo where Mr. Millan

2    arrived late or left early, the dates start

3    August 1st.  That's August 1st, 2006.

4    Correct?

5            A.    Yes.

6            Q.    And did you have a record

7    through the swipe-in/swipe-out system that you

8    described of months prior to that?

9            A.    I believe I did, yes.

10           Q.    And any reason why they weren't

11   included in the memo?

12           A.    Just to highlight the one

13   month, that's all.  Honestly, it was a lot of

14   work just cutting and pasting everything out.

15   So I figured one month showed more than enough

16   history.

17           Q.    Now, what was the difference

18   with using the main turnstile and another

19   method of entering the building in terms of

20   recording the time?

21           A.    I'm not sure if there was one,

22   but we were told to use the main turnstile,

23   that's all.

24           Q.    But these dates were based on

AMEDEO DISCEPOLO

Page 139

1    not reading the main turnstile, but whatever

2    other system of access --

3           A.     No, these come from the main

4    turnstile report.

5           Q.     Okay.  The memo says, "You must

6    use the main turnstile in Building A when you

7    arrive and leave work each day as I will be

8    monitoring the turnstile reports."

9           A.     Um-hum.

10          Q.     Was there a different method he

11   was using prior to this date for entering and

12   exiting?

13          A.     Not that I'm aware of.  Again,

14   every door out in Warren has badge readers on

15   it, so you've got to swipe in and swipe out.

16                 Maybe to make it easier on the

17   security folks that had to pull the reports,

18   it was easier to say, "Use the main

19   turnstile," and that's the only one they had

20   to pull versus pulling the entire complex.

21          Q.     In the third paragraph on the

22   second page, you said, "If there are any

23   special circumstances that affect your

24   performance, I'm available to discuss these.

AMEDEO DISCEPOLO

Page 140

1    Should these be of a personal nature, you're

2    encouraged to contact the Firm's Employee

3    Assistance Program (E.A.P.), a confidential

4    employee counseling service to discuss the

5    problem or seek assistance."

6              Firstly, did Mr. Millan discuss

7    with you any personal issues that were

8    affecting his attendance?

9         A.    Not at this meeting.  Not

10   related to this, but, you know, earlier in

11   2006, he had some personal issues where he

12   took some time off, and he went on disability

13   for a few weeks.

14        Q.    When was that?

15        A.    I'm going to say the end of

16   March, April, May time frame.

17        Q.    2006?

18        A.    Yes.

19        Q.    And for how many weeks did he

20   go on disability?

21        A.    I believe it was at least two.

22        Q.    And what -- sorry.

23        A.    Go ahead.

24        Q.    What was the reason for that?

AMEDEO DISCEPOLO

Page 141

1          A.     Couldn't -- stressed out,

2     couldn't deal with the job, needed some time

3     off.

4          Q.     Did he have any conversation

5     with you with respect to that?

6          A.     Just a brief one.

7          Q.     When was that?

8          A.     Probably right before he went

9     on disability.

10         Q.     So sometime in the March to May

11    time frame?

12         A.     Yeah, I don't have the exact

13    dates.

14         Q.     And what did he say to you

15    during that conversation?

16         A.     Just at a high level that,

17    again, he was stressed out and needed some

18    time off.

19         Q.     Did he tell you it was

20    specifically to do with work, or was it to do

21    with some personal issues?

22         A.     I don't recall.  I know it was

23    stress.

24         Q.     And what did you tell him or

AMEDEO DISCEPOLO

Page 142

1    say to him during the conversation?

2          A.      "Take the time you need.  Take

3    your time.  Use the employee services.  Get

4    the help, whatever it is that you think you

5    need to straighten out."

6                        - - -

7                (Whereupon, a document was

8                marked for identification purposes

9                as Discepolo-5.)

10                       - - -

11   BY MS. WALSH:

12         Q.      I'm going to give you another

13   exhibit, Mr. Discepolo.  This one is being

14   marked as Discepolo-5.  And for identification

15   purposes, it's a two-page document that's been

16   Bates stamped CTI0000365 to 6.

17               I'm going to ask you to look at

18   that document and let me know when you're

19   ready.

20         A.      (Reviewing.)

21               Okay.

22         Q.      Do you recognize that document?

23         A.      Yes, I do.

24         Q.      What is it?

AMEDEO DISCEPOLO

Page 143

1          A.      It's a formal written warning

2    notice that I gave to Carmelo in January of

3    '07 -- or dated January '07 -- for his

4    attendance issues.

5          Q.      And was this -- does this

6    refresh your recollection with respect to the

7    second meeting you had with Mr. Millan as to

8    the time frame?

9          A.      Yeah.  This one actually didn't

10   go to Carmelo until late February, I believe

11   it was.

12         Q.      Why was that?

13         A.      I don't think there was any

14   specific reason.  Him being out days, me being

15   out days, just time to get together.  Also

16   probably getting HR to review it and agree to

17   it.

18         Q.      Now, this one, the "Re" in this

19   one is "Final Formal Written Warning"?

20         A.      Um-hum.

21         Q.      What is your understanding with

22   respect to that description of the memo?

23         A.      My understanding was that this

24   is the final warning he would get and that if

AMEDEO DISCEPOLO

Page 144

1   he didn't straighten out his attendance issue,

2   it could lead up to dismissal.

3           Q.      And did Mr. Millan sign and

4   acknowledge this memo in your presence?

5           A.      He acknowledged it.  I don't

6   believe he signed this one.

7           Q.      Any reason why?

8           A.      Not that I recall, but I

9   don't -- I don't know if I have a signed copy

10  of this one.

11          Q.      Subsequent to you meeting with

12  him in February of '07 to discuss this memo,

13  did you have any subsequent conversations with

14  him regarding attendance?

15          A.      No.

16          Q.      Did you have any subsequent

17  conversations with him regarding him being

18  overworked?

19          A.      No.

20          Q.      Did you have any other

21  conversations with him at any time regarding

22  his stress level?

23          A.      No.

24          Q.      Did his attendance improve

AMEDEO DISCEPOLO

Page 145

1   after you meeting with him in February of

2   2007?

3          A.      Honestly, if I recall properly,

4   this was given to him late in February and,

5   within a day or two, he announced his

6   resignation.

7          Q.      How did he announce his

8   resignation?

9          A.      If I remember correctly, he let

10  us know that he resigned, and then there was a

11  small e-mail exchange, I guess, between him

12  and I where I asked him to put it in black and

13  white.  And then he wanted to know about his

14  vacation time, and I told him I'd get back to

15  him or HR would have to get back to him with

16  that information.

17         Q.      Did you have a conversation

18  with him after he tendered his resignation?

19         A.      I'm sure I did.  It was

20  probably a real brief conversation, just him

21  explaining that he couldn't -- couldn't work

22  within the company anymore.

23         Q.      At some point in time, was

24  Mr. Millan involved in the drafting of a

AMEDEO DISCEPOLO

Page 146

1    Process Control Manual for global engineering?

2        A.    Yes, he was.

3        Q.    When was that?

4        A.    I think he initially drafted

5    the PCM when he was working for Paul prior to

6    my management responsibility, but as I became

7    familiar with that environment, we were always

8    looking to improve the PCM and bring it up to

9    date and make sure it really described what

10   they did in the lab.

11       Q.    What was the purpose of the

12   PCM?

13       A.    Just a general process manual

14   for lab coordinators to understand what their

15   roles and responsibilities are in the lab,

16   govern or give a set of rules that should be

17   followed when you're performing work in the

18   lab.

19       Q.    Did a PCM exist for the lab

20   prior to Mr. Millan drafting it, or do you

21   know?

22       A.    I don't know.  I think that's

23   the first one I ever saw, so...

24       Q.    Were Process Control Manuals

Page 147

1   mandated throughout CTI in every department at

2   a certain point in time?

3          A.     I can't attest to the other

4   departments.  Within engineering, there were

5   certain PCMs created for different aspects of

6   engineering work.

7          Q.     And beyond having general

8   processes documented, what was the purpose of

9   doing that?

10         A.     Just -- again, just to ensure

11  that all of the engineers or personnel

12  involved in certain aspects are following the

13  same guidelines and rules when they do their

14  work.  And if you bring new people on board,

15  it gives them a point to start to understand

16  how things are done within the environment.

17         Q.     So is it used for training

18  purposes?

19         A.     Not training, but just to give

20  them -- give a new employee a guideline as to

21  how things get done for what they --

22         Q.     Sorry.  Go ahead.

23         A.     Go ahead.

24         Q.     To familiarize them with the

AMEDEO DISCEPOLO

Page 148

1    rules and responsibilities?

2         A.      Um-hum.  Or certain processes

3    that would have to get followed.

4                        - - -

5                 (Whereupon, a document was

6             marked for identification purposes

7             as Discepolo-6.)

8                        - - -

9    BY MS. WALSH:

10        Q.      I'm going to show you another

11   exhibit.  This one is being marked as

12   Discepolo-6, and it is a -- an 11-page

13   document that's Bates stamped for

14   identification purposes CTI00001167 through

15   77.

16        A.      Okay.

17        Q.      And I'm going to ask you to

18   have a look at that and let me know when

19   you're ready.

20        A.      (Reviewing.)

21                Okay.

22        Q.      Do you recognize what's being

23   marked as Exhibit 6?

24        A.      I recognize it in the format

AMEDEO DISCEPOLO

Page 149

1    that's been created here.  This was actually

2    the basis for the PCMs that I am more familiar

3    with, updated versions of it.

4         Q.     On the second page of the

5    document, there's a revision history, and

6    there's a date indicated there of April 18th,

7    2005?

8         A.     Yup.

9         Q.     Do you see that?

10        A.     Yes.

11        Q.     That was prior to you

12   supervising Mr. Millan.  Is that correct?

13        A.     Correct.

14        Q.     And it indicates "Initial

15   Draft."  Is that correct?

16        A.     Yes.

17        Q.     If you turn to Page 7 of the

18   document, the first paragraph there is headed

19   "Lab Coordination Team."  Is that correct?

20        A.     Yes, it is.

21        Q.     And does lab coordination team

22   refer to -- at the time in '05, did it refer

23   to Mr. Millan and Mr. Ibrahim?

24        A.     Yes.

AMEDEO DISCEPOLO

Page 150

1          Q.      And the listing of

2    responsibilities there, is that an accurate

3    reflection of the responsibilities that

4    Mr. Millan and Mr. Ibrahim would have had as

5    lab coordinators at the time?

6          A.      Yes.

7          Q.      What is loaner equipment?

8          A.      If an engineer is going to

9    evaluate a new piece of technology from Compaq

10   or HP, HP or Compaq would give them demo gear

11   or loaner hardware for them to do the

12   evaluation and then ship it back to them after

13   they finished their evaluation.

14         Q.      Physical lab access control, I

15   know you testified earlier that relates to the

16   actual personnel who were allowed to have

17   access to the lab?

18         A.      Yes.

19         Q.      What's yearly reconciliation

20   with respect to that?  What does that involve?

21         A.      That involves getting a report

22   from security for the badge reader assigned to

23   the lab doors and showing a list of who has

24   access to that badge reader and then just

AMEDEO DISCEPOLO

Page 151

1      running through it and saying, "I know these

2      people, I know these people, they're good,

3      they're good.  Look, we've got HR people with

4      access to the lab.  They don't belong here.

5      Take them off the list."

6               Q.      Okay.

7               A.      Okay?

8               Q.      What is inter-engineering

9      discipline liaison?

10              A.      I would take that as a

11     consultant-type role to work with different

12     engineering groups that are trying to test

13     something, and the lab coordinators would

14     facilitate or help those groups come together

15     and make sure that the product that they want

16     to test is going to work in the lab.

17              Q.      And, specifically, how would

18     they do that?

19              A.      They would see a lab request

20     come in, it says, you know, the voice team is

21     going to work with the storage team or they

22     have a requirement for storage, yet they

23     haven't spoken to the storage team yet.

24                      So Carmelo, Naseer or any of

AMEDEO DISCEPOLO

Page 152

1    the lab coordinators would review that, get in

2    touch with both parties and say, "Let's get

3    together.  Let's have a quick meeting.  Let's

4    figure out what we're doing here," and try to

5    bring that to closure.

6              Q.      And overall lab caretakes,

7    gatekeepers.  What does that entail?

8              A.      I think that's a general catch

9    bucket there that says they are responsible

10   for the lab, no one should be doing anything

11   within the lab, except for the lab

12   coordinators.  They do all the work in the

13   lab, no one else should be doing it.

14             Q.      And what is SME peer group?

15             A.      SME is a -- an engineering --

16   it's a label we give to an engineer.  It's --

17   it's really dictating that he's the expert in

18   that field or in that technology.

19             Q.      Do you know what "SME" stands

20   for?

21             A.      Got a block right now.

22             MS. BOUCHARD:  Subject matter

23        expert.

24             THE WITNESS:  Thank you.

AMEDEO DISCEPOLO

Page 153

1           MS. BOUCHARD:  Is that okay?

2           THE WITNESS:  Subject matter

3      expert.

4           MS. BOUCHARD:  Just a smidgen

5      of information.

6           THE WITNESS:  Yup.  A SME.

7  BY MS. WALSH:

8      Q.   So "SME peer group interaction

9  when necessary," what does that mean?

10     A.   I'm not a hundred percent sure

11  what that means here.

12           - - -

13           (Whereupon, a document was

14         marked for identification purposes

15         as Discepolo-7.}

16           - - -

17  BY MS. WALSH:

18     Q.   I'm going to show you another

19  document.  This one's being marked as

20  Discepolo-7.  And for identification purposes,

21  it is a nine-page document Bates stamped

22  CTI00001238 through 46.

23     A.   Okay.

24     Q.   Again, I'm just going to ask

AMEDEO DISCEPOLO

Page 154

1    you to have a look at it and let me know when

2    you're ready.

3            A.    (Reviewing.)

4                  Okay.

5            Q.    Do you recognize that document?

6            A.    Yes, I do.

7            Q.    And can you tell me what it is?

8            A.    It's the PCM for the Warren

9    lab.

10           Q.    And on the cover, it has a

11   date, May 15th, 2007?

12           A.    Correct.

13           Q.    Is this the version that was

14   created or updated on May 15th, 2007?

15           A.    Should be, yes.

16           Q.    And if you turn to the second

17   page, which talks about "Revision History"?

18           A.    Um-hum.

19           Q.    Is it apparent from this that

20   this is a revised version of the original PCM

21   that Mr. Millan created?

22           A.    Yes, it is.

23           Q.    And on Page 5 of the document,

24   there's a table there.  And the second box in

AMEDEO DISCEPOLO

Page 155

1    white down has "Lab Coordination Team"?

2        A.    Yup.

3        Q.    And under "Responsible," it has

4    "Anthony Sorrentino" and "Naseer Ibrahim"?

5        A.    Okay.

6        Q.    Under "Function," it has eleven

7    different functions listed there?

8        A.    Yup.

9        Q.    Can you have a look at those

10   functions and tell me if that's an accurate

11   reflection of the responsibilities of the lab

12   coordination team?

13       A.    (Reviewing.)

14             It is with the same caveat as

15   before with relation to Item 10 of the SME

16   peer group; I'm not a hundred percent sure

17   what that really means.  It looks like all we

18   did was cut and paste it from the previous

19   documents and carry it forward, but the other

20   responsibilities are pretty accurate.

21       Q.    And with respect to Number 11,

22   "Responsible for management segment," in

23   quotes, "IP address management."  What is

24   that?

AMEDEO DISCEPOLO

Page 156

1          A.      Again, when we install

2    equipment in the lab, we have to give it an IP

3    address in order for it to talk on a network.

4                 So, as I stated before, we

5    assign blocks of addresses to the different

6    engineering teams.  As they put more and more

7    equipment in, we pick out IP addresses to

8    assign to the next.

9          Q.      So it's the assignment of the

10   IP addresses and the keeping of that

11   information in the database?

12         A.      Yes.

13         Q.      Just to go back to Exhibit 7,

14   the same page, Page 5, under Number 4, it

15   says, "Responsible for lab environmentals"?

16         A.      Um-hum.

17         Q.      What does that mean?

18         A.      So that means within that lab

19   space, we have electrical and cooling

20   requirements.  So we had some monitors built

21   into the lab so that we can measure how much

22   electricity is being used within the lab.  And

23   we have a threshold; can't go above that

24   threshold or we have issues.

AMEDEO DISCEPOLO

Page 157

1                And the cooling we have built

2    on top of each cabinet is a monitor.  And the

3    cabinet shouldn't go above 75 degrees

4    Fahrenheit.  If it does, equipment can start

5    failing and all that stuff.  They do a

6    walk-through once a day just to check the

7    environment out and make sure it's okay.

8            Q.     And make sure they haven't

9    exceeded those levels?

10           A.     Yes.

11           Q.     Sir, you testified earlier that

12   when Mr. Holder was responsible for doing

13   performance evaluations that you would have

14   certain input to it when you were manager.

15               Back in 2004, before you had

16   supervisory responsibilities over Mr. Holder

17   and Mr. Millan, I assume you would not have

18   any input into the performance evaluations

19   that Mr. Holder was doing at the time?

20           A.     Correct.

21           Q.     But by year end, 2005, by then,

22   you would have had input into it?

23           A.     Yes.

24                        -  -  -

AMEDEO DISCEPOLO

Page 158

1              (Whereupon, a document was

2          marked for identification purposes

3          as Discepolo-8.)

4              - - -

5    BY MS. WALSH:

6          Q.    I'm going to show you a

7    document being marked as Exhibit 8.  For

8    identification purposes, it is a five-page

9    document Bates stamped CTI0000341 through 345.

10         A.    Okay.

11         Q.    And if you'd take a minute to

12   look at that, I'm going to ask you some

13   questions when you're ready.

14         A.    (Reviewing.)

15               Okay.

16         Q.    Do you recognize this document?

17         A.    Yes, I do.

18         Q.    What is it?

19         A.    It's the 2005 year-end

20   performance review for Carmelo.

21         Q.    And did you specifically review

22   this performance evaluation with Mr. Holder?

23         A.    At a high level, yes, I did.

24         Q.    And did you give any input to

AMEDEO DISCEPOLO

Page 159

1    Mr. Holder specifically with respect to this

2    performance evaluation?

3            A.      Bear with me one moment.

4                    MS. BOUCHARD:  Do you need to

5            read --

6                    THE WITNESS:  I just want to

7            look at the overall performance

8            summary here.

9                    I think the only input I really

10           gave on this one was in the "2006

11           Goals" section where we talked about

12           completing the migrations, migrating a

13           new division into the Warren lab

14           facility and, you know, stressing that

15           we need to find ways to automate all

16           the processes these guys were doing

17           manually in order to improve

18           efficiencies.  That's it.

19   BY MS. WALSH:

20           Q.      You testified earlier with

21   respect to Mr. Millan's attendance issues as

22   of approximately the middle part of 2006.

23   Correct?

24           A.      Yes.

AMEDEO DISCEPOLO

Page 160

1          Q.      Prior to that, did he have any

2    attendance issues, to your knowledge?

3          A.      Not that I'm aware of.

4          Q.      Did he work long hours, beyond

5    the hours required for him to work?

6                  MS. BOUCHARD:  Prior to when?

7                  MS. WALSH:  Prior to the middle

8              of 2006 when you identified that there

9              were attendance issues.

10                 THE WITNESS:  Well, based on

11             the TRS report and that one

12             conversation I had with him when he

13             first came over to me, it seemed like

14             he was working long hours.

15   BY MS. WALSH:

16         Q.      Under the "Overall Performance

17   Summary" for 2005 -- and that's Page 3 of this

18   document?

19         A.      Yes.

20         Q.      -- the third line says, "In

21   addition to his overwhelming day-to-day

22   responsibilities, he assumed total

23   responsibility for the build-out for the

24   Warren lab facility"?

AMEDEO DISCEPOLO

Page 161

1          A.      Um-hum.

2          Q.      Did you have any issues with

3   Mr. Holder putting that in there?

4          A.      No, not at all.

5          Q.      Did you think that was

6   accurate?

7          A.      From what -- if Paul put it in

8   and Paul was managing him, then, yes, I would

9   think it's accurate.  I did not have, you

10  know, day-to-day interaction with the folks.

11         Q.      And in terms of day-to-day

12  responsibilities, what's your understanding of

13  what Mr. Holder is referring to?

14         A.      Just the overall amount of work

15  the engineers were doing in the labs in 388

16  Greenwich.

17         Q.      Is that aside from the Warren

18  lab responsibilities?

19         A.      Yes, because 388 was one of the

20  biggest labs we had where all the day-to-day

21  work and certification work was taking place

22  in 388.  And then the challenge was -- or the

23  project was to move all of that over to

24  Warren, so...

AMEDEO DISCEPOLO

Page 162

1          Q.      And did you agree that his

2    day-to-day responsibilities at Greenwich were

3    overwhelming?

4          A.      Again, I only had him for, you

5    know, three months or a quarter of the year,

6    four months out of that year.  And I really

7    didn't understand the environment well enough

8    to figure out if they were overwhelming or

9    not, but, you know, I trusted Paul and Carmelo

10   on that piece.

11         Q.      On Page 2 of the document under

12   Section 3, it has "Assessment and Managerial

13   Factors If Applicable."  That's not completed.

14   Is there a reason that's not completed?

15         A.      Most of that is based on if you

16   were a manager.  It applies if you were a

17   manager.

18         Q.      And he wasn't a manager?

19         A.      He wasn't a manager.

20                     -  -  -

21              (Whereupon, a document was

22              marked for identification purposes

23              as Discepolo-9.)

24                     -  -  -

AMEDEO DISCEPOLO

Page 163

1    BY MS. WALSH:

2         Q.    I'm going to give you a

3    document being marked as Discepolo-9.  And for

4    identification purposes, it is a ten-page

5    document being Bates stamped CTI0000346

6    through 355.

7         A.    Um-hum.

8         Q.    Again, I'm going to ask you to

9    have a look at that document and let me know

10   when you're ready.

11        A.    Okay.

12              (Reviewing.)

13              I'm ready.

14        Q.    Do you recognize Exhibit 9?

15        A.    Yes, I do.

16        Q.    What is it?

17        A.    It's a year-end assessment for

18   2006 for Carmelo.

19        Q.    Who prepared this?

20        A.    I did.

21        Q.    Had the format of the year-end

22   assessment changed between 2005, 2006?

23        A.    Yes, it had.

24        Q.    And in this assessment, could

AMEDEO DISCEPOLO

Page 164

1   employees provide their own feedback with

2   respect to how they're performing?

3          A.      Yes, they can.

4          Q.      At the time that you performed

5   this assessment, were you happy with

6   Mr. Millan in his role as lab coordinator at

7   the Warren facility or otherwise?

8          A.      I was not happy based on the

9   attendance issues and some of the other work

10  that did not get done or took too long to get

11  done.

12         Q.      What was your perception as to

13  why certain work did not get done?

14         A.      A lot of it probably had to do

15  with the attendance issues, follow-through,

16  time management, delivering on required asks,

17  requests.

18         Q.      Did you meet with Mr. Millan at

19  the time of the year-end assessment?

20         A.      Yes, I did.

21         Q.      And that was a separate meeting

22  to the other two we talked about --

23         A.      Correct.

24         Q.      -- where you had given him

AMEDEO DISCEPOLO

Page 165

1    written notice?

2         A.    (Nodding.)

3         Q.    What was the sum and substance

4    of the conversation you had with him with

5    regard to his year-end assessment?

6         A.    Basically, I sat him down and

7    explained to him what my feelings were and why

8    I was rating him the way I did, listened to

9    his feedback, gave him the electronic copy or

10   the soft copy of the report and asked him to

11   think about it, and if he wants to provide any

12   feedback on it, he's more than entitled to.

13        Q.    What did he say to you during

14   the course of the conversation?

15        A.    If I remember correctly, he

16   wasn't too thrilled with it, he wasn't happy

17   that he was rated what he was rated, and

18   that's about it.

19        Q.    Did he make any complaints to

20   you with respect to the amount of work that

21   had to be performed in that function?

22        A.    Not at that meeting, no.

23        Q.    You testified at some point

24   Mr. Millan told you -- or you found out that

AMEDEO DISCEPOLO

Page 166

1    he had resigned.  Correct?

2            A.      Yes.

3            Q.      And there was an effort to

4    replace him as lab coordinator.  Correct?

5            A.      Yes.

6            Q.      And you said that, at some

7    point, you contacted Mr. Sorrentino with

8    respect to the position.  Correct?

9            A.      Yes.

10           Q.      What else was done following

11   Mr. Millan's leaving to find a replacement for

12   him?

13           A.      The first thing that happens

14   is, you have to go in and create a replacement

15   requisition within the proper HR system.  That

16   entails justifying why you need that.  Then it

17   has to go up the chain of command for

18   approval.  So it goes up to my boss's boss and

19   HR to get approval.  And once that is

20   approved, then the req is posted, and then we

21   start looking for candidates.

22           Q.      So did you prepare a

23   replacement requisition for Mr. Millan's

24   position?

AMEDEO DISCEPOLO

Page 167

1        A.      Yes, I did.

2        Q.      How soon was that after he

3   tendered his resignation?

4        A.      I don't remember the exact

5   date, but -- I'm sure I started a replacement

6   req, you know, probably a week after Carmelo

7   left because it was a function that needed to

8   be filled and replaced, but it did take, you

9   know, two months, two and a half months before

10  we were able to bring someone in and get them

11  to fulfill that job.

12       Q.      And that was just because it

13  had to be approved?

14       A.      Had to be approved.  You've got

15  to run through the cycle, you've got to go

16  through the interview process, you have to go

17  through the HR process.

18                  - - -

19               (Whereupon, a document was

20           marked for identification purposes

21           as Discepolo-10.)

22                  - - -

23  BY MS. WALSH:

24       Q.      I'm going to show you another

AMEDEO DISCEPOLO

Page 168

1    exhibit that's being marked as Discepolo-10,

2    and for identification purposes, it's a

3    three-page document Bates stamped CTI00001357

4    through 59.

5         A.    Yup.

6         Q.    And I'm going to ask you to

7    take a look at that document.

8         A.    (Reviewing.)

9               Okay.

10        Q.    Do you recognize this document?

11        A.    Yes, I do.

12        Q.    What is it?

13        A.    It is the replacement

14   requisition form for Carmelo Millan.

15        Q.    Is there anything on the

16   document that would indicate when it was

17   created?

18        A.    That's what I was just looking

19   for.

20              (Reviewing.)

21              I don't see anything.

22        Q.    I know, at the very bottom, it

23   says on the right-hand side, "August 20th,

24   2007," but I think that might have been when

AMEDEO DISCEPOLO

Page 169

1    it was -- when we requested it.

2            A.      Sent over, yeah.  Because I

3    hired Anthony in June of '07, so the req was

4    open, the hiring process done and Anthony on

5    board in June, so...

6            Q.      Okay.  Did you create this

7    document?

8            A.      Yes, I did.

9            Q.      And you created the -- on

10   Page 2 under "Justification Reason/Additional

11   Information," did you create the specific

12   information contained in there?

13           A.      Yes, I did.

14           Q.      It says, "When Carmelo leaves

15   the firm, this will leave only 1 FTE (junior)

16   to support almost 300 engineers across the

17   CATE organization and product development

18   efforts as they relate to the Warren Lab"?

19           A.      Um-hum.

20           Q.      What is "FTE"?

21           A.      Full-time employee.

22           Q.      And who was the full-time

23   employee junior that you're referring to

24   there?

AMEDEO DISCEPOLO

Page 170

1          A.      Naseer.

2          Q.      It says -- below that, it says,

3     "BAU responsibilities include the following,"

4     and it has a list.  It says, "Space Allocation

5     and planning Equipment Installs - Because of

6     the ongoing evaluations in the Lab, on average

7     there are about 15 installs per week, in some

8     instances as high as 40 per week."

9          A.      Okay.

10         Q.      Was that accurate at the time?

11         A.      Yeah, that could have been

12    because that's when we were just coming off

13    of -- no, I take that back.  Those were the

14    numbers we used in order to justify getting

15    the req filled.

16         Q.      So are you saying you put

17    incorrect information in here?

18         A.      Sometimes.  Not -- not -- not

19    incorrect, may have just expanded it a little

20    bit in order to get the req through the

21    process quicker.

22         Q.      So are you saying the numbers

23    here are incorrect?

24         A.      The 40 may be high.

AMEDEO DISCEPOLO

Page 171

1         Q.      Would it have been as high as

2    40 per week at any time?

3         A.      When we first moved into

4    Warren, it could have been 40 a week.

5         Q.      This would have been created

6    sometime after Mr. Millan's resignation.

7    Correct?

8         A.      Yes.

9         Q.      And that was -- you refer to

10   that -- it says Mr. Millan resigned on

11   March 14th, 2007.  Correct?

12        A.      Correct.

13        Q.      So it would have been sometime

14   after March 14th, 2007, and before

15   Mr. Sorrentino was hired?

16        A.      Yes.

17        Q.      And you're saying -- you listed

18   here that the "Responsibilities" -- which,

19   presumably, are the current responsibilities.

20   Correct?

21        A.      Yes.

22        Q.      -- "include the following."

23               So as of March 2007, was the

24   number of 40 installs per week not accurate?

AMEDEO DISCEPOLO

Page 172

1          A.     It may -- I don't believe I
2    went back and looked at the BAU system to see
3    how many were actually done on an average
4    week.  It was just a ballpark number, 15 to 40
5    on average, peaks and flows depending on
6    what's going on in the environment.
7          Q.     So you're saying, on average,
8    about 15 per week and, in some instances, as
9    high as 40?  You were estimating at the time?
10          A.     Yeah.
11          Q.     And do you believe it was an
12   accurate estimate that you put in at the time?
13              MS. BOUCHARD:  He's already
14          testified to that.
15              THE WITNESS:  I believe it is,
16          but if you want accuracy, we'd have to
17          go back and look at the system and
18          pull out weekly stats.
19   BY MS. WALSH:
20          Q.     You didn't purposely put in an
21   incorrect number there, did you?
22          A.     No.  No.  That was put in to
23   the best of my ability at the time I created
24   this.

AMEDEO DISCEPOLO

Page 173

1          Q.      It says, "Managing the build of

2   tests topologies"?

3          A.      Um-hum.

4          Q.      Can you tell me what that is?

5          A.      Yeah.  So, again, if an

6   engineer comes in, and they put in a lab

7   request form, and they want to build out an

8   environment that includes servers, network

9   connections, SAN storage equipment, right, the

10  lab coordinator would get that request, and he

11  would build out that topology.

12          Sometimes it's just a one-unit

13  device that the person is testing.  Sometimes

14  they're testing a network configuration which

15  includes many different things, and that's

16  what we would refer to as a topology or a

17  network assembly.  So that's what they would

18  build out.

19          Q.      What is CATE, C-A-T-E?

20          A.      CATE is Citigroup architecture

21  and technology engineering organization.

22          Q.      Is the Warren lab the only

23  facility that's part of CATE, or is it a

24  broader network?

AMEDEO DISCEPOLO

Page 174

1          A.     It's a broader network.

2          Q.     On Page 2 of the document, it

3    says -- under "Education Level," it says,

4    "Associate's Degree."

5                 Do you see that?

6          A.     Yes.

7          Q.     And that was the level of

8    education required to fill the position?

9          A.     It's -- that could be a

10   misclassification.  It would usually either go

11   with degrees or -- brain cramp -- experience,

12   job-related experience.

13         Q.     So did you -- did you not need

14   an associate's degree?

15         A.     You did not need it.

16                     - - -

17                (Whereupon, a document was

18             marked for identification purposes

19             as Discepolo-11.)

20                     - - -

21   BY MS. WALSH:

22         Q.     I've given you a document

23   that's being identified as Discepolo-11, and

24   it is a three-page document that's Bates

AMEDEO DISCEPOLO

Page 175

1    stamped CTI00001360 through 62 for

2    identification purposes.

3                      And just off the record for a

4    second.

5                              - - -

6                      (Discussion off the record.)

7                              - - -

8    BY MS. WALSH:

9          Q.      Take a minute to look at that.

10         A.      Yup.

11                  (Reviewing.)

12                  It is 4 of 12.

13                  MS. WALSH:  Off the record.

14                          - - -

15                  (Discussion off the record.)

16                          - - -

17   BY MS. WALSH:

18         Q.      Do you recognize this

19   three-page document?

20         A.      Looks like it's part of the

21   requisition process.

22         Q.      Was this something that you

23   created at the same time as Exhibit 10?

24         A.      Let me just take a look,

AMEDEO DISCEPOLO

Page 176

1    please.

2                    (Reviewing.)

3                    Yes, it does (sic).  Um-hum.

4        Q.      And on the third page of the

5    document under "Description," was this a

6    description that you created that described

7    the position that was being advertised to

8    replace Mr. Millan?

9        A.      Yes.

10       Q.      What was Mr. Millan's salary

11   prior to him resigning?

12       A.      I believe it was 61, 62,000

13   base salary.

14       Q.      And was there a bonus that was

15   allocated to his position?

16       A.      Bonuses are never guaranteed.

17   It's based on performance throughout the year.

18       Q.      Did he get a bonus at the end

19   of 2006?

20       A.      No.

21       Q.      Did he get a bonus at the end

22   of 2005?

23       A.      Yes, he did.

24       Q.      What was his bonus at the end

AMEDEO DISCEPOLO

Page 177

1    of 2005?

2            A.       Tough question.  I think it was

3    10 or 12,000.  I don't recall exactly.

4            Q.       Who determined the bonus at the

5    end of 2005?

6            A.       That was a combination of

7    myself and Yesim.

8            Q.       What bonus did Mr. Ibrahim get

9    at the end of 2005?

10           A.       Zero.

11           Q.       Were there any other bonuses

12   given out during the course of the year?

13           A.       No.

14           Q.       When was the 2005 bonus

15   determined?  When were the numbers determined?

16           A.       The annual comp cycle starts in

17   October, and it really can run right up until

18   the week before the bonuses are given out.  So

19   changes can happen.  So that's, you know,

20   January of the following year.

21           Q.       Do you know at what point in

22   time Mr. Millan's bonus was determined in that

23   cycle?

24           A.       Again, it would have started

AMEDEO DISCEPOLO

Page 178

1   somewhere in the October time frame and, as

2   the process is revised from corporate, whether

3   it goes up or down or things change, it would

4   happen any time through that cycle.  I think

5   they tell us there's no guarantee until you

6   get the check in your hand, so...

7                         - - -

8                 (Whereupon, a document was

9                 marked for identification purposes

10                as Discepolo-12.)

11                        - - -

12  BY MS. WALSH:

13         Q.      I gave you an exhibit that's

14  been marked as Exhibit 12.  And for

15  identification purposes, it's a one-page

16  document that's Bates stamped CTI00001369 and,

17  again, I'm just going to ask you to have a

18  look at that document.

19         A.      (Reviewing.)

20                 Okay.

21         Q.      Do you recognize it?

22         A.      No.

23         Q.      The first paragraph says, "TIE

24  is building a main technology laboratory at

AMEDEO DISCEPOLO

Page 179

1    its 388 Greenwich Street, NY location."

2              Do you know when the lab at 388

3    Greenwich Street was created?

4         A.    No.

5              MS. BOUCHARD:  Off the record.

6                   - - -

7              (Discussion off the record.)

8                   - - -

9              MS. WALSH:  Let's take a

10         five-minute break.  I don't have a

11         whole lot more to go through, and I

12         just want to go through my notes and

13         make sure I have everything.  I do

14         have some more, but not a ton.

15                   - - -

16              (Recess 3:41-3:48 p.m.)

17                   - - -

18    BY MS. WALSH:

19         Q.    Does Mr. Ibrahim still work in

20    the same position?

21         A.    Yes, he does.

22         Q.    And do you know what a computer

23    systems analyst is?

24         A.    Programmer.