1      Q.     A programmer?
2      A.     That's how I would equate it.
3      Q.     Did Mr. Millan ever work as a
4  computer systems analyst?
5      A.     I have no idea.
6      Q.     Under you, did he ever work in
7  the lab as a computer systems analyst?
8      A.     Not in that term I wouldn't use
9  it, no.
10     Q.     Did he ever do any computer
11 programming when he reported to you?
12     A.     If we considered creating
13 databases and spreadsheet files to keep track
14 of the inventory and the elevation drawings
15 and the connectivity database, yes, I would
16 consider that.
17     Q.     Did he actually create the
18 database, or did he enter information into an
19 already existing database?
20     A.     As far as I know, he built the
21 database.
22     Q.     What kind of a database was it?
23     A.     Just an Excel database.  He
24 laid out the field structure, he figured

AMEDEO DISCEPOLO

Page 181

1   out -- he put in the fields that were
2   required, and then he put in all the data
3   related to all the equipment.
4          Q.    So was it an Excel document or
5   something more complicated than that?
6          A.    For the most part, it's an
7   Excel document with some links.
8          Q.    So it's not like an Access
9   database?
10         A.    It's not Access, it's Excel.
11         Q.    But it's a document as opposed
12  to a database?
13         A.    We use the terms
14  interchangeably with Excel and Access.  You
15  can do some key stuff with Excel now with all
16  the tables and the pivots and the feature
17  functionality that they've built into it.
18         Q.    You said there were some links?
19         A.    Yeah.  They -- you know,
20  Carmelo and Naseer were able to figure out
21  ways to embed text into the Word doc where you
22  click on a Word doc or click on the Excel file
23  or click on the elevation diagram, and it
24  would show you the pertinent information

AMEDEO DISCEPOLO

Page 182

```
 1   related to that equipment.
 2          Q.    So, like, a link to another
 3   document?
 4          A.    Yup.
 5          Q.    Do you consider that to be
 6   computer programming?
 7          A.    It is if you don't know how to
 8   do it.  Right?  Not being coy.  Yes, I would
 9   consider it -- I mean, some of it is -- you
10   know, I can't do it.
11          Q.    Did he work for you as a
12   software engineer?
13          A.    No.
14          Q.    When he worked for you, did his
15   job involve the application of systems analyst
16   techniques, analysis techniques?
17          A.    Yeah.
18          Q.    What specifically?
19          A.    Analyzing a request that came
20   in, making sure the capacity in the
21   environment within the lab could support it,
22   making sure that what the engineers think they
23   want done is really going to work from a
24   network infrastructure and connectivity point
```

KNIPES-COHEN-VERITEXT COURT REPORTING
400 MARKET STREET        215-928-9300        WWW.KNIPESCOHEN.COM

```
 1   of view.
 2        Q.     Nothing beyond what you already
 3   testified to earlier.  Correct?
 4        A.     Correct.
 5        Q.     And was he involved in
 6   designing computer systems?
 7        A.     I would consider the whole
 8   build-out or design of the lab and all its
 9   interconnectivity a system, its topology and
10   assembly.  You've got to make sure all the
11   piece parts work together seemlessly in order
12   for it to work.
13        Q.     So the build-out of the Warren
14   facility you would consider falling into the
15   category of design of computer systems?
16        A.     I would.
17               MS. WALSH:  I don't have any
18          other questions.
19               MS. BOUCHARD:  I don't have any
20          questions.
21                    - - -
22               (Witness excused.)
23                    - - -
24               (Deposition concluded at 3:52
```

1        p.m.)
2                    - - -
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

AMEDEO DISCEPOLO

Page 185

1                    C E R T I F I C A T E

2              I hereby certify that the

3    witness was duly sworn by me and that the

4    deposition is a true record of the testimony

5    given by the witness.

6

7

8                    *Jennifer Walker CA* (signature)
                     Jennifer S. Walker, RPR
9                    Dated:  February 21, 2008

10

11   (The foregoing certification of this

12   transcript does not apply to any reproduction

13   of the same by any means, unless under the

14   direct control and/or supervision of the

15   certifying shorthand reporter.)

16

17

18

19

20

21

22

23

24

## 07011000 — Global Engineering Lab Manager/Coord...

| | | | | | |
|---|---|---|---|---|---|
| Status | **Filled** | Recruiter | **D. Morrissey** | Department | **Business Office** |
| Status Details | **Unposted** | Hiring Manager | **A. Discepolo** | Primary Location | **Warren** |
| Previous Status | **Open** | | | | |
| Hired | **0 out of 1** | Offers | **1 accepted out of 1** | | |

### Logistics

**Identification**

Requisition Number: **07011000**
Justification: **Replacement**
Number of Openings: **1**

Title: **Global Engineering Lab Manager/Coordinator**

Title (by Manager): **Global Engineering Lab Manager/Coordinator**

**Structure**

Owners

User Group: **NAM**

Recruiter (ID and Name): **0002029766—Daniel J Morrissey**
Hiring Manager (ID and Name): **0002601725—Amedeo R Discepolo**

Recruiter Assistant (ID and Name): **Not Specified**
Hiring Manager Assistant (ID and Name): **Not Specified**

Collaborators

| Name | Email Address | Title |
|---|---|---|
| No frequent collaborators have been defined. | | |

Job

Function: **Technology**

Department (Number and Name): **CB00028946 - Business Office**

Organization

- Level 1   Citigroup - CTGHR
- Level 2   CORPORATE CENTER - CORPORATE
- Level 3   CORPORATE OPS & TECHNOLOGY - CB00003921
- Level 4   Chief Information Office - CB00035504
- Level 5   Citigroup Arch and Tech Eng - CB00200030
- Level 6   Voice and Data Networks - CB00200249
- Level 7   Not Specified
- Level 8   Not Applicable
- Level 9   Not Applicable
- Level 10  Not Applicable
- Level 11  Not Applicable
- Level 12  Not Applicable
- Level 13  Not Applicable

EXHIBIT
Discepolo-10
2/20/08 JW

CTI00001357
CONFIDENTIAL

Level 14  Not Applicable
Level 15  Not Applicable
Level 16  Not Applicable
Level 17  Not Applicable
Level 18  Not Applicable
Level 19  Not Applicable
Level 20  Not Applicable

Primary Location
World Region              North America
Country                   United States
Region/State/Province     New Jersey
County/City               Warren

Template Used (Code and Job Title)
CB6586—Manager

Profile
Employee Status    Schedule
Regular            Full-time

Shift
Day Job

Education Level
Associate's Degree

Travel
No

Target Start Date (mm/dd/yyyy)
Not Specified

Citi Fields
Account/Expense Code (not used for APAC and EMEA)    Local Dept ID
CB0000007737                                         CB00028946-COMMN Business Office    Relocation
Business Area                                                                            No
42500 Citi Operations & Technology — Citi Information and Technology Services    Grade
                                                                                  T

Approval Routing Information    Budget Information
Not Specified                   Not Applicable

Justification Reason/Additional Information

Carmelo Millan has resigned from Citigroup effective 3/14/07. This req is required to hire a replacement FTE for him. When Carmelo leaves the firm, this will leave only 1 FTE (junior) to support almost 300 engineers across the CATE Organization product development efforts as they relate to the Warren Lab. This person will act as the focal point to provide day to day oversight for lab activities.

BAU responsibilities include the following:
-Receiving, tracking and return shipping of all CTI GE evaluation equipment
-Space Allocation and planning Equipment Installs — Because of the on-going evaluations in the Lab, on average there about 15 installs per week, in some instances as high as 40 per week
-Infrastructure requirements, cabinets, power, cable plant infrastructure
-Patching and configuration of all lab equipment
-Device configuration and IP address assignment
-Managing the build of test topologies
-Maintaining lab inventory / Completion of annual Insurance Questionnaire
-Procurement of core lab infrastructure equipment for Lab (e.g. term servers, test equipment, diagnostic

CTI00001358
CONFIDENTIAL

equipment)
-Maintenance of patching / cabling databases
-Troubleshooting and resolution of connectivity / configuration problems in test topologies

Location Code | Office Location / Address
CBNJ28041 283 KING GEORGE ROAD | 283 King George Road, Warren NJ

Brief Description of the Organization

Cate Networks is responsible for product development and standards that can be implemented globally in a consistenet manner. As such the Warren Lab is key component in the organization as approx. 300 engineers utilize this lab on a dialy basis to develop and certify products for deployment.