Site Map | Contact Us

Terms, conditions, caveats, and small print
Copyright © 1998 - 2008 Citigroup

http://www.citigroup.com/citigroup/about/
This site is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.