

# MicroScanner² Cable Verifier
*Raising cable verification to a higher power*

For more than a decade, cabling installation and maintenance technicians have relied on MicroScanner to verify terminations and troubleshoot continuity faults. A lot has changed in the cabling world since the original MicroScanner was introduced. Industry economics require that installations be done fast and accurately with no callbacks. And converging voice, data, and video technologies have given rise to new requirements for service testing and multimedia support.

MicroScanner² recognizes these trends and presents a much-needed revolution to the way testing is done. It streamlines every aspect of the verification job. From its time-saving user interface and integrated multimedia support to its expanded service detection capabilities, MicroScanner² gives technicians the power to perform their jobs faster and more accurately than ever.

High power vision to verify voice/data/video cabling and services. That's Network SuperVision.™ That's Fluke Networks' promise to you.

### Reduce test time and user error
Yesterday's cable verification testers force users to toggle between different modes (up to four) to view all test results. This not only slows the test process, but also causes user frustration and error. MicroScanner² has defied this convention by displaying key test results – wiremap, pair lengths, distance to fault, cable ID, and far-end devices – all on one screen.

### Eliminate awkward test adapters
Tired of losing or breaking all the adapters needed for testing the various voice, data, and video media types? MicroScanner² makes these adapters things of the past with built-in RJ11, RJ45, and coax support. Both the main unit and the far-end identifiers can be used to test telephone jacks, Ethernet jacks, and CATV outlets right out of the box.

### Rule out service problems fast
Today's communications technicians have more problems to deal with than just the cabling. They have to rule out a whole host of cable and service issues before determining the cause of a connectivity problem. Is there telephone voltage? What's the polarity? Is there a switch at the far end? Is PoE available? MicroScanner² gives technicians high power vision to verify today's most common voice, data, and video services.

### Locate elusive cables in seconds
MicroScanner² features built-in IntelliTone digital and analog toning to precisely locate



virtually any cable or wire pair, regardless of work environment. Use digital mode to locate high-grade data cabling (Cat 5e/6/6a) in bundles, or at switches, patch panels, or wall outlets. Or, use analog mode on voice-grade cabling (Cat 3 and below), as well as coax, security/alarm, and speaker wiring.

### Repair or replace tools less often
With all the abuse you put your tools through, you can't afford for them to be delicate. MicroScanner² features a rubber wrap-around holster that makes it the right tool for even the toughest jobs. Toss it into your toolbox. Drop it from a ladder. It can handle it. Plus, it now comes standard with a vinyl carry pouch for enhanced protection and convenience.

**Technical Data**

**High power vision into voice/data/video cabling**



## MicroScanner² Cable Verifier



- **Coax connector** for video and audio testing
- **Rubber holster** enhances durability and grip
- **Digital toning** is safe and effective on active networks
- **Length meter** shows distance to termination, open, or short
- **PoE detection** rules out insufficient power as source of problems
- **Detail mode** gives additional test status information
- **Wiremap adapter** doubles as protective cap
- **Modular port** accepts RJ45 and RJ11 plugs
- **Oversized LCD** is backlit for crystal clear results
- **Intuitive icons** show what's at the far end of any cable (10/100/1000 switch, POTS service, short, cable ID)
- **Graphical wiremap** shows type and location of fault (miswires, reversals, split pairs, shorts, breaks)

### Ordering Information

| Model | Description |
|---|---|
| MS2-100 | MicroScanner² Cable Verifier |
| MS2-KIT | MicroScanner² Professional Kit |

| Accessories | Description |
|---|---|
| MS2-IDK27 | MicroScanner² Remote Identifier Kit #2-7 |
| MT-8200-63A | IntelliTone Pro 200 Probe |
| CLIP-SET | RJ45 to 8 – Clip Test Lead |
| CIQ-RJA | RJ45/11 Modular Adapter |
| CIQ-COAX | Coax Adapter Kit for RCA, BNC |
| MS2-CPK | MicroScanner² Professional Kit Carry Case |

*Specifications and availability subject to change.*

### Specifications

| | |
|---|---|
| Test Connectors | Twisted-pair: UTP, FTP, SSTP 8-pin modular jack accepts RJ45 and RJ11<br>Coax: F-connector for 75 Ω, 50 Ω, 93 Ω cables |
| Cable Tests | Length (460 m or 1500 ft), wiremap to TIA-568A/B standards, remote ID locators |
| Tone Generator | IntelliTone digital tone: [500 KHz]; analog tones: [400Hz, 1KHz] |
| PoE Detection | Solicits and detects the presence of 802.3af compatible PoE devices |
| Ethernet Port Test | Advertised speed of 802.3 Ethernet ports (10/100/1000) |
| Power Source | Battery type: 2 AA alkaline batteries |
| Dimensions | 3 in x 6.4 in x 1.4 in (7.6 cm x 16.3 cm x 3.6 cm) |
| Weight | 13 ounces; 363 grams (batteries included) |
| Warranty | One year |

**NETWORKSUPERVISION**

Fluke Networks
P.O. Box 777, Everett, WA USA 98206-0777

Fluke Networks operates in more than 50 countries worldwide. To find your local office contact details, go to www.flukenetworks.com/contact.

©2007 Fluke Corporation. All rights reserved.
Printed in U.S.A. 3/2007 2798526 D-ENG-N Rev A