# EXHIBIT B

THOMAS SARANELLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK


CARMELO MILLAN,                    : NO. 07CIV3769
Individually and on                :
Behalf of All Other                :
Persons Similarly                  :
Situated,                          :
          Plaintiff                :
                                   :
          vs.                      :
                                   :
CITIGROUP, INC., and               :
CITIGROUP TECHNOLOGY,              :
INC.,                              :
          Defendants               :


DEPOSITION OF THOMAS G. SARANELLO


          Taken in the Locks Law Firm, 110

East 55th Street, 12th Floor, New York, New York, on

Thursday, February 7, 2008, commencing at 11:30 a.m.

before Sally A. Slifer, CSR, Registered Merit

Reporter, Certified Realtime Reporter.


APPEARANCES:


          LOCKS LAW FIRM

          By: JANET C. WALSH, ESQ.

          110 East 55th Street, 12th Floor

          New York, NY  10022

          -- For the Plaintiff

THOMAS SARANELLO

Page 2

APPEARANCES:    (Continued)


MORGAN LEWIS

By: SARAH E. BOUCHARD, ESQ.

     SARAH E. PONTOSKI, ESQ.

1701 Market Street

Philadelphia, PA  19103

  -- For the Defendant

THOMAS SARANELLO

Page 21

1   A.         Migrated to, ran out of space, closed the

2   data center down and moved everything over.

3   Q.         When was that?

4   A.         I believe the migration started as early

5   as '98 and finished up in 2000 sometime.

6   Q.         What is a data center?

7   A.         Data center is a central point of

8   communications, from what I understand.  My

9   definition, it is a distribution for voice and data

10  services, houses file servers, network routers and

11  switches and circuits.

12  Q.         Is it network support?

13  A.         It is not considered support.  It's pretty

14  much -- it's a service we provide.  We do

15  installations for other departments and work with

16  multiple teams.

17  Q.         When you say installations, could you go

18  through with me the specifics of what installations

19  you provide?

20  A.         Taking a server request that's submitted by a

21  system administrator, working with the engineering,

22  network engineering teams on proper placement and

23  installation, configuration of network ports,

24  submission of network changes for those network ports.

25  That's a server installation pretty much.

THOMAS SARANELLO

Page 22

1                    For network installations, we work

2     directly with either network engineering or network

3     integration; and work off a design provided, which we

4     QA the infrastructure portions.

5     Q.        What did you say?

6     A.        QA the design, work with engineering to make

7     sure their design is going to work in our environment.

8     Q.        When you started as a team lead in

9     approximately 2000, how many people did you have

10    reporting to you?

11    A.        I think it was five or six.

12    Q.        Were you a vice president at the time --

13    A.        No.

14    Q.        -- or something else?

15    A.        Eventually I was promoted to assistant vice

16    president, but I don't remember when.

17    Q.        When you started you weren't?

18    A.        No.

19    Q.        What were the titles of the people reporting

20    to you?

21    A.        Titles?

22    Q.        Did they have a title?

23    A.        Not that I remember, no.

24    Q.        Prior to working as a team lead, did you have

25    another position with CTI?

THOMAS SARANELLO

Page 24

1  A.        Yes.

2  Q.        What was your position when you first started

3   to work there?

4  A.        I don't recall.  I was a technician, we were

5   techs.

6  Q.        In what department did you work?

7  A.        I worked for the same structure as I gave you

8   before, the -- under network integration, we were the

9   network infrastructure site support, whatever it was

10   called.  I don't recall.  We were called

11   infrastructure at the time.  That's what it was before

12   we became NISS, which was under CGTI infrastructure.

13  Q.        What did you do as a technician on a

14   day-to-day basis?

15  A.        On a day-to-day basis I supported all moves,

16   adds and changes.

17  Q.        Before we go any further, what does that

18   mean, if you could explain in layman's terms?

19  A.        That means attending meetings for move

20   relocation.

21  Q.        When you say a move relocation -- can you

22   explain what that is?

23  A.        They are taking 25 people from one floor and

24   moving them to another floor.  Our role is to insure

25   there's network capacity, availability of ports to

THOMAS SARANELLO

Page 25

1    house those users coming over, so we have to survey

2    the tech room to insure there's proper port capacity.

3                    We would have to submit network

4    changes to configure those ports appropriately to

5    however those users are relocating as far as speed

6    duplex and VLAN goes.

7                    If capacity was needed, we needed to

8    engage the network integration team to either supply

9    us with a line card for additional capacity, or if we

10   had one on our own, we would install it ourselves and

11   handle the configurations.

12                   Then we handled the physical wiring

13   from the tech room out to the desktops, which would

14   include network testing, once all the wiring was

15   complete, and insure we established a session.

16   Q.        I want to review this in more specific

17   detail.  So if you had 25 people who were moving from

18   one floor to another floor, you said you would have to

19   determine the network capacity, is that correct?

20   A.        (Witness nods head.)

21   Q.        Explain what that means, how would you

22   determine network capacity?

23   A.        If a switch, a network switch, had at that

24   time 24 port cards in it, and you were able to put in

25   up to 11 cards on that switch, so you would have 24

THOMAS SARANELLO

Page 29

1    A.          Yes.

2    Q.          Typically one person at a desk at that time,

3    how many ports would they be taking up?

4    A.          Depending on the business they were, it would

5    be either one, two, or three, could be as much as four

6    if they were a technology business.

7    Q.          One to four?

8    A.          Yes.

9    Q.          So you would go and you would look at the

10   Sisco switch, you would look at the number of ports,

11   you would make a count of how many ports were being

12   used, and you would record that information somewhere?

13   A.          We go by our database.  We take our database,

14   which is whatever it showed us, and we would match it

15   to the switch, and install conductivity where we

16   needed to, remove conductivity if needed.  You are

17   managing capacity.

18   Q.          And when you say managing capacity, explain

19   to me what you mean.

20   A.          Managing capacity is having control of your

21   network switch and your capacity pretty much.  It's --

22   if you had a business that was in a corner and they

23   took up fifty ports, and now you are moving a business

24   in that only needs one connection per your downsizing

25   to 25 ports, you are taking those ports back and now

THOMAS SARANELLO

Page 30

1    you have the additional capacity if anyone else moves

2    in.

3                    It's pretty much being proactive so

4    that you don't always have to purchase a card.

5    Q.        And when you say removing ports, you are

6    actually removing the piece of hardware?

7    A.        Removing cables pretty much.

8    Q.        Is a port a cable?

9    A.        No.

10   Q.        Or a cable connects to a port?

11   A.        A cable connects to a port.

12   Q.        So when you say removing ports, in addition

13   to removing the cable, are you actually removing

14   something else?

15   A.        You are reclaiming ports.  You are removing

16   cables.

17   Q.        The port stays there?

18   A.        Yes.

19   Q.        The cable is removed?

20   A.        Yes.

21   Q.        So when you are moving people, presumably you

22   are taking away the conductivity, you are ending the

23   connectivity to the network?

24   A.        Yes.

25   Q.        That's the first step of it?

THOMAS SARANELLO

Page 31

1  A.        Yes.

2  Q.        In addition to actually taking out the

3  cables, what else is physically involved in removing

4  that connectivity?

5  A.        Logically you need to shut down that port.

6  You are not supposed to have a port that has nothing

7  plugged into it.  It's not supposed to be live.  So

8  that port needs to be disabled.  We would submit

9  network changes to make that happen.

10 Q.        So essentially you have to shut down the

11 port, and you said you have to submit network changes

12 to do that?

13 A.        Yes.

14 Q.        What does that mean physically, how do you

15 submit a network change, who do you submit it to?

16 A.        Physically it's called a layer two MAC

17 request that is sent to network control.  At the time

18 we had access to switches prior to -- I don't remember

19 which year it was, but before the MAC requests, we

20 were able to shut down ports on our own pretty much.

21 We had privileges to logically telnet to a switch,

22 which means from a computer you could log into a

23 switch, look at the ports, and figure out what you

24 need to configure.  We were able to do that.

25 Q.        You were able to go onto a computer and turn

THOMAS SARANELLO

Page 32

1    off, through the computer, turn off the live feeds to

2    the port?

3    A.        Yes.

4    Q.        And that was -- you weren't allowed to do

5    that at some point?

6    A.        At some point we were -- our write access was

7    taken away for compliance reasons, so the network

8    control group was the only group allowed to make the

9    changes going forward.

10            They set up a layer two MAC system

11   for us, which still meant we managed the capacity.

12   And we submitted the actual changes that the control

13   group had to make, pretty much typing up everything

14   for them, and then they would execute the change.

15   Q.        You created some kind of spreadsheet or other

16   document, and you submitted either by e-mail or

17   physical piece of paper a request to that department?

18   A.        No, it's an actual system.  It was an actual

19   system, layer two MAC system.

20   Q.        Does that mean you are going into a computer

21   and doing it on a computer?

22   A.        Virtual, yes.

23   Q.        So you go into the computer, you enter the

24   information, you make the request, it goes to somebody

25   else, and somebody else is actually in charge of

THOMAS SARANELLO

Page 33

1    switching off the live connection?

2    A.        Yes.

3    Q.        So essentially you are making the request,

4    whereas before you were actually switching off the

5    connection yourself?

6    A.        Yes.

7    Q.        You said the reason it was changed to that

8    system was for compliance --

9    A.        Yes.

10   Q.        -- issues?

11   A.        Yes.

12   Q.        Why was that?

13   A.        I don't really know.

14   Q.        Was that change implemented when you were

15   still a technician?

16   A.        No.  It was, I believe, around 2003.

17   Q.        You were a team lead at that point?

18   A.        Yes.

19   Q.        So up to 2003, part of that process of what

20   we are going through here with moving was actually

21   disconnecting or turning off the live feed to the

22   port?

23   A.        Yes, and also configurations of the port,

24   virtual LAN configurations to the port.

25   Q.        Explain what you mean by that.

THOMAS SARANELLO

Page 34

1    A.         Virtual LAN is attached to a network segment

2    where that segment can hold 255 devices on.  We need

3    to make sure that we don't exceed that limit.  And you

4    also need to understand how the VLAN works and how it

5    matches up to that address.  So each network has a

6    virtual LAN number associated with it.

7    Q.         What would you physically do with respect to

8    working out the configurations for the port, what was

9    physically involved?

10                   MS. BOUCHARD:  I am making a

11   standing objection.  You have been using the word

12   physical a lot.  Do you mean body motions, or do you

13   mean --

14                   MS. WALSH:  Yes.  Physically did you

15   have to go and remove something, did you have to

16   create a document, did you have to put in a request,

17   physically what did you do?

18   A.         Physically you would have to telnet to the

19   switch.

20   Q.         What does that mean, how do you telnet to the

21   switch?

22   A.         From a computer.  Once you verify the port

23   you are going to be touching, you telnet to the

24   switch, establish a session from a computer, from a

25   telnet prompt.  Then you would connect to that switch

THOMAS SARANELLO

Page 35

1    via IP address.

2    Q.        What was the purpose of doing that?

3    A.        To turn the port on or off and to change the

4    VLAN if necessary.

5    Q.        Why would you have to change the VLAN?

6    A.        If the other VLAN is full and if it has a

7    second VLAN on it, that's why the VLAN would need to

8    be changed.

9    Q.        So you would have to determine if the VLAN

10   was full?

11   A.        Yes.

12   Q.        How would you do that?

13   A.        By telnetting through the router to see how

14   many addresses are actually being used.

15   Q.        Is there a number, is there a maximum

16   capacity that a VLAN has?

17   A.        It depends on how the VLAN's are structured.

18   It's all -- it's the way it's designed from

19   engineering, whether it's 255 addresses, whether 125

20   addresses, it's laid out according to how the floor is

21   designed.

22   Q.        Who determines that?

23   A.        Network engineering.

24   Q.        You don't have any input into that?

25   A.        Absolutely we do.

THOMAS SARANELLO

1   Q.        What's your input?

2   A.        If it's a new build-out.  I don't want to get

3   away from a move.  A move is 25 people going from here

4   to there, insuring capacity and making the

5   configuration changes you need, and add the additional

6   cabling.

7              If we are building out a new floor,

8   where we are adding new switches, we absolutely have

9   the input.

10  Q.        What input do you have?

11  A.        We work with engineering and pretty much give

12  them the amount of people that are going to be

13  occupying the floor, what type of business it is, to

14  determine the capacity.

15  Q.        What impact does the type of business have on

16  determining the capacity?

17  A.        If it's trading, it could be, you know, for

18  our five connections per desk.  If it's back office,

19  it will be one.

20  Q.        It's determining how many connections each

21  person would have to have potentially?

22  A.        Yes.

23  Q.        And communicating that to --

24  A.        Depending on -- it's very important to

25  determine what you need to purchase, because the

THOMAS SARANELLO

Page 37

1    equipment is very expensive.

2    Q.       So we talked about your input with -- I'm

3    sorry, what did you -- network engineering, right?

4    A.       Yes.

5    Q.       Your input to network engineering would be

6    able to communicate to them the number of people on

7    the floor, and the number of devices that each of

8    those people would have?

9    A.       We would have input on it.

10   Q.       Is that your input?

11   A.       That's some of our input.

12   Q.       Go through the rest of your input.

13   A.       The other input is depending on what type of

14   network equipment is being purchased.

15   Q.       What's your input with respect to that?

16   A.       Whether our cable plant can handle what's

17   being ordered, the proper --

18   Q.       Your cable plan or plant?

19   A.       Plant.  Pretty much determining the distance

20   between the end point router and where the local

21   switch is going to be placed.

22              That's something that engineering

23   cannot determine without us pretty much measuring and

24   putting a tester on that infrastructure and telling

25   them this distance is too great, you shouldn't be

THOMAS SARANELLO

Page 38

1    ordering this part, you should be ordering this part.

2                    So that's part of our QA for a new

3    build of a network switch.

4    Q.        To review that again, you would need to

5    determine the distance between the end point router?

6    A.        Yes.

7    Q.        What's the end point router?

8    A.        That's where the switch connects to.  That's

9    pretty much where the network starts.

10   Q.        The end point router is the starting point

11   for the network?

12   A.        Yes.

13   Q.        You have to determine the distance between

14   the end point router and what else?

15   A.        And the local switch, layer two switch.

16   Q.        What is that?

17   A.        That's the switch that's going in a tech room

18   to support the end users.

19   Q.        That switch is in the tech room?

20   A.        Yes.

21   Q.        Where is the tech room, or where would it be

22   in relation to --

23   A.        On a user floor.

24   Q.        On a user floor?

25   A.        Yes.

THOMAS SARANELLO

Page 40

1  Q.        You referred to the microscanner, is that

2   something you physically connect?

3  A.        Yes.

4  Q.        Describe it for me.

5  A.        It's a tester that goes through all the

6   parameters of a cable, whether it's good or not.  It's

7   a cable tester that used to test network cabling.

8  Q.        What do you actually hook it up to?

9  A.        Cable, Ethernet cable or unshielded twisted

10  pair.

11 Q.        Where is the cable, under the floor, behind

12  the walls, is it evident on the user floor, where is

13  it?

14 A.        The cable is not a direct connection, so we

15  have to install interconnectivity between multiple

16  junctions.

17                  Largely a tech room may, on a

18  drawing, may say this tech room connects to this data

19  center, but physically there could be multiple pieces

20  of cable that we have to tie together to get from one

21  point to another.

22                  You need to have a good

23  understanding of cable plant to carry out those

24  interconnect.

25 Q.        What is cable plant?

THOMAS SARANELLO

Page 41

1    A.        Cable plant is premises wiring.  It's a

2    combination of fiberoptic and copper cable wiring.

3    Q.        Where did you develop your knowledge of cable

4    plant?

5    A.        I started out in an assembly house when

6    network cabling was becoming very popular.  So I have

7    an understanding of how to assemble cables and how to

8    get devices to talk to each other through multiple

9    types of media.

10   Q.        When you started to work for Salomon Smith

11   Barney, was there a training program you went through

12   as a technician?

13   A.        Training program, no.

14   Q.        Did you receive any on-the-job training at

15   Salomon Smith Barney?

16   A.        Yes.

17   Q.        When was that?

18   A.        Cable certifications that I gave you earlier.

19   Q.        You took cable certifications while you

20   worked for Salomon Smith Barney?

21   A.        Yes.

22   Q.        Were they a requirement for your job?

23   A.        I don't know.

24   Q.        Were there technicians who worked with you

25   that didn't have those certifications --

THOMAS SARANELLO

Page 42

1          MS. PONTOSKI:  Objection to the form

2    of the question.

3    Q.       -- back when you started at Salomon Smith

4    Barney?

5    A.       What was the question?

6    Q.       Were there technicians working with you when

7    you got your certifications, were there technicians

8    working with you who didn't have their certifications?

9    A.       I don't know.

10   Q.       To get back to what you described as doing

11   the network testing to determine the appropriate

12   distance between the local switch and tech room, the

13   microscanner you actually connect to a cable, is it

14   one connection that determines it or multiple

15   connections to multiple cables?

16   A.       You have to interconnect multiple cables.

17   You have to have an understanding of the cable plant

18   from how to go from one piece to another piece, make

19   sure, if it's an eight wire connection, all your wires

20   come out end to end the same way, so you can get an

21   accurate reading.

22   Q.       Do you put the microscanner on each different

23   part of the cable, or you do all that connection first

24   and then you put the microscanner on to make sure it's

25   correct?

THOMAS SARANELLO

Page 43

1  A.        Yes.  It's got two pieces, one goes on one

2   end, one goes on the other.

3  Q.        The first thing you do before doing the

4   microscanning, you have to make sure the cable plant

5   is correct?

6  A.        Yes.

7  Q.        To make sure that's correct, essentially you

8   need to insure that the correct pieces of cable are

9   connected in a correct manner to the next piece of

10  cable --

11  A.        Yes.

12  Q.        -- so on and so forth?

13  A.        Yes.

14  Q.        Are there plans you follow with respect to

15  this?

16  A.        Plans?

17  Q.        Yes.

18  A.        No, just the knowledge of the building and a

19  knowledge of cabling infrastructure, understanding the

20  pairing, understanding 568 B and 568 A configurations,

21  basically understanding pin outs and wiring.

22  Q.        What are pin outs?

23  A.        A pin out is a configuration of a cable to

24  work with a certain technology, so an Ethernet

25  connection has a certain pin out.  A token ring

THOMAS SARANELLO

Page 44

1   connection has a certain pin out.  It's a wiring

2   schematic.

3   Q.        Are there any books or manuals that explain

4   to you what the different pairings are or different

5   configurations are that you rely on at CTI?

6                MS. PONTOSKI:  Objection to the form

7   of the question.

8   A.        That we rely on, we have configurations in

9   our manual, but it is a requirement to understand the

10  wiring specifications and pin configurations as part

11  of being a technician.

12  Q.        So if you are hired as a technician, it would

13  be expected you would already know what the wiring

14  configurations are?

15  A.        Yes.

16  Q.        I am going to get back to some of this, but I

17  want to move on to when you started to work with Mr.

18  Millan.

19                (Brief recess was had.)

20  Q.        At some point Mr. Millan reported directly to

21  you?

22  A.        Yes.

23  Q.        When was that?

24  A.        I believe it was 2001 through 2003.

25  Q.        When he started to report to you, was he a

THOMAS SARANELLO

Page 49

1    A.          At the very beginning, he was a technician.

2    Q.          What were his duties and responsibilities as

3    a technician?

4    A.          Same as I listed earlier.

5    Q.          Could you go over them for me again, as you

6    listed with respect to what --

7    A.          All the duties --

8    Q.          -- that you had?

9    A.          -- my group performed.

10   Q.          Specifically I wanted to go over the duties

11   and responsibilities that he had as opposed to the

12   group that he had.

13   A.          When you asked before I became a team lead

14   and what my duties were, it's those same duties.

15   Q.          What about the rest of the technicians, they

16   all had the same duties?

17   A.          Yes.

18   Q.          Not just for your group --

19   A.          I really can't speak for them, because I

20   don't know how they operated.

21   Q.          How was work assigned to your specific group?

22   A.          Work would be filtered down through me.

23   Q.          Where did you -- who assigned work to you?

24   A.          Project managers, engineers, integration,

25   system administrators.

THOMAS SARANELLO

Page 54

1    segments required for that server.

2    Q.        Tell me what QA is, is it questions and

3    answers?

4    A.        QA is reviewing what an engineer is giving

5    you.  If an engineer tells you, you will put this box

6    in this cabinet and the network that's requested is in

7    a cabinet on the other side, you have to go back to

8    the engineer and say, you need to give me a cabinet in

9    this area, because the network segment is in this

10   room, not in this room.

11                   Determining the cable system is too

12   great to go from one cabinet to where the network

13   switch is, submittal of network changes to insure the

14   ports are configured as per request.

15   Q.        The TAS system is separate to the comtrack

16   system?

17   A.        Yes.

18   Q.        What I wanted to know, we will get back to

19   the TAS system, through the comtrack system of the

20   moves, adds or changes, move would be the most

21   significant of those three?

22   A.        Yes.

23   Q.        You just testified that aside from that

24   comtrack system, the TAS system was more significant

25   work or greater work --

THOMAS SARANELLO

Page 55

1    A.          Yes.

2    Q.          -- than what came through comtrack?

3    A.          Yes.

4    Q.          On a weekly basis, if you could break down

5    for your group, if you could give me an estimation of

6    percentage of time spent on TAS projects as compared

7    to comtrack projects as compared to GPMS projects as

8    compared to e-mails for network requests, those four

9    different things you testified where you got work

10   from; could you break down by percentage which was the

11   most significant?

12                    MS. PONTOSKI:  Objection to form of

13   the question.

14   A.          Very hard to determine.  I don't know, it's

15   very hard to determine that.  The data center had

16   multiple requests weekly as well.

17   Q.          Could you give me an average on a weekly

18   basis, I know you said 150 from comtrack?

19   A.          Anywhere between 25 and 60 installs a week.

20   And coordinating a service install is a lot more

21   cumbersome than coordinating a move because of the

22   multiple departments that you need to work with.

23                    You need to work with the

24   administrators to insure they deliver the equipment to

25   you properly, that they provide the necessary network

THOMAS SARANELLO

Page 56

1    information in the TAS system, and you need to work

2    with the engineering folks to insure that you have the

3    proper space.

4                    You also need to work with critical

5    systems to insure that there's proper power and

6    cooling; that you are not exceeding any air

7    limitations or any power limitations.

8    Q.        Critical systems is --

9    A.        Power and cooling.

10   Q.        How would you work with critical systems in

11   doing that?

12   A.        If you get a request from an engineer that

13   says put it in this cabinet, and you already have

14   three or four devices in that cabinet, at times you

15   need to check with critical systems to insure you can

16   put a new box in there so that you don't blow a

17   cabinet or, you know, hurt the cooling in the area.

18   Q.        So you would call somebody in critical

19   systems or communicate somehow?

20   A.        Communicate by e-mail, whatever would work

21   with the critical systems folks.

22   Q.        You would tell them there are X number of

23   unit or devices in this cabinet and we want to put in

24   another one, is that okay?

25   A.        Yes.

THOMAS SARANELLO

Page 57

1    Q.          They would tell you whether --

2    A.          Yes.

3    Q.          -- whether it would work or not?

4    A.          Yes.

5    Q.          You said 25 to 60 server install requests for

6    the data center a week.  That's just through the TAS

7    system?

8    A.          Yes.

9    Q.          In terms of e-mails for network requests,

10   again, if you can give me an estimate per week as to

11   how many of those you would get?

12   A.          It would depend on the time frame.  If we

13   were upgrading a building where we were physically

14   taking the equipment out of a communication room and

15   putting in new equipment, I mean, to do forty floors

16   is a huge project, and you would be, you know, doing

17   several installs a week.

18   Q.          Between 2001 and 2003, how many building

19   moves like that would you say occurred?

20   A.          I don't know.  But we did a lot of upgrades

21   to newer versions of Sisco chassis which involved lots

22   of weekend cut-overs, no down times allowed to the

23   businesses, so we would have to cut over after hours.

24                        A lot of preparation work, creating

25   new databases for old or new devices going in and a

THOMAS SARANELLO

Page 64

1  A.        Yes.

2  Q.        -- when talking about the TAS system?

3  A.        Working with engineering and critical systems

4   and system administrators, yes, that's a server

5   installation.

6  Q.        What would be the first thing you would have

7   to do with respect to a  server install?

8  A.        QA the space portion, where it's going.

9  Q.        When you say QA the space portion, what would

10  you specifically have to do with respect to working

11  out where it was going?

12  A.        The steps I reviewed earlier; working with

13  critical systems, working with network engineering to

14  QA where they put it on the diagram.

15           MS. BOUCHARD:  Does everyone know

16  for the record what QA is?

17           MS. WALSH:  I asked him.

18  Q.        You referred to a diagram.  Who generated a

19  diagram and what did the diagram consist of?

20  A.        Network engineering generated an acrobat PDF

21  file for us, which shows the cabinet layout and the

22  placement of the server.

23           Being we had multiple data centers

24  on the same floor, depending on the segment requested,

25  engineering may have placed it in the wrong room,

THOMAS SARANELLO

Page 65

1    wrong cabinet, wrong area.  And that, in turn, is why

2    we QA the engineering portion of a server

3    installation.

4    Q.        So you take the diagram you get from network

5    engineering, and you do what you say QA.

6              What does that actually involve?

7    A.        Visiting the cabinet, understanding where

8    your network is, where the physical Sisco switches are

9    that house the network that the system administrator

10   is requesting, and insuring that it does not exceed

11   the Ethernet distance limitations.

12             Just because an engineer says it

13   goes in this cabinet doesn't mean it goes in that

14   cabinet because; A, it can either exceed the cooling

15   and power requirements of that cabinet; or B, not be

16   near the network segment  that is requested; C, exceed

17   the cable distance limitations.

18   Q.        They are the three things you could have a

19   problem with?

20   A.        Yes.

21   Q.        We talked about exceeding the cooling and

22   heating requirements not near the network segment.

23             What was the network segment?

24   A.        Sisco switches that house the actual network

25   that those servers are going to be plugged into.

THOMAS SARANELLO

Page 66

1    Q.          Not physically near it?

2    A.          Not physically close enough.

3    Q.          Was there a requirement it be a certain

4    distance?

5    A.          330 feet is the Ethernet distance limitation.

6    As I said earlier, we had three data centers on the

7    same floor, pretty big area, and if we were told to

8    put something in one room and the subnet segment was

9    in another room, it doesn't work.

10   Q.          Why not?

11   A.          Because of the distance, it exceeds the

12   distance limitations.

13   Q.          It exceeds the 350 feet --

14   A.          330.

15   Q.          330 feet limitation.  Okay.

16                   Is that actually, say, as the crow

17   flies, or is that cable distance, the length of cable?

18   A.          It is the cable distance and the network

19   dependency.  The network will be latent.  It won't

20   properly function if you exceed those distance

21   limitations.

22   Q.          I am trying to figure out, when you are

23   determining the 330 feet, is it a straight measurement

24   in terms of as the crow flies, or is it a measurement

25   as it goes through cables, turns, and bends?

THOMAS SARANELLO

Page 67

1    A.        It's a measurement with a cable tester,

2    microtest.  Once you install your interconnects

3    between that switch that's connected and the server

4    cabinet, that's where you determine your distance.

5    Q.        So the microscanner tells you the distance?

6    A.        Yes. End to end.

7    Q.        You don't go out and measure it?

8    A.        With a stick, no.  You install your

9    interconnects from your switch to your server.  Then

10   the cable hangs on either side; you put one end of

11   your tester on one end, the smart end on the other

12   end, and you run your cable test to insure they pass.

13   Q.        Do you have to set the microscanner?

14   A.        Yes.

15   Q.        Is there a setting mechanism?

16   A.        Yes.

17   Q.        How do you do that?

18   A.        Through menus on the tester.

19   Q.        What types of information go into determining

20   how you set it?

21   A.        Distance parameters, capacity, loop

22   resistance, impedance.

23   Q.        Go through those a little slower.  Start

24   again, distance parameters?

25   A.        Distance parameters, capacity, loop

THOMAS SARANELLO

Page 68

1   resistance, near and cross talk.

2   Q.      Near and cross talk?

3   A.      Yes.

4   Q.      Anything else?

5   A.      There are a few more, but these are the

6   critical ones, these are the ones we pay attention to.

7   Near and cross talk is how pairs interfere with each

8   other electrically.

9   Q.      Pairs of what?

10  A.      Of wire.  So if our cables, which are four

11  pair cables, eight wire cables, the pairs that are

12  twisted cannot interfere with the other pairs.  As you

13  exceed distances, they tend to interfere and you get

14  failures.

15  Q.      Capacity, you are talking about port

16  capacity?

17  A.      No.

18  Q.      What capacity?

19  A.      Capacity -- I don't know the definition of

20  capacity, but it's another parameter that's tested on

21  cabling.  I don't know if it's the ohms -- no, the

22  impedance is the ohms of the cable to insure it's a

23  hundred ohm or 75 ohm.

24              Capacitance is a test that pretty

25  much tests the tunnel from end to end to make sure

THOMAS SARANELLO

Page 69

1    that you have the capacitance for that signal to pass

2    through.  That's my definition of capacitance.  I

3    don't know the exact way to define it.

4    Q.        Distance parameters, is that what we already

5    discussed?

6    A.        The 330 feet.

7    Q.        Did you have a system whereby you assigned

8    work to the five to six people that reported to you?

9    A.        Yes, I used every system that we had to

10   re-assign a MAC, basically put the MAC under the

11   technician's name, send them an e-mail to let them

12   know that this ticket has been placed under your name,

13   please proceed.

14   Q.        Did you always re-assign the tasks, or did

15   you do any of them yourself?

16   A.        I did some myself as well, but I did

17   re-assign most of them.

18   Q.        Any particular reason you would keep specific

19   tasks to do yourself?

20   A.        No, just to help with the workload.

21   Q.        It wasn't that you kept more difficult ones

22   and assigned easier ones?

23   A.        No.

24   Q.        So if they were particularly busy, you might

25   chip in?

THOMAS SARANELLO

Page 80

1              How would a technician -- at the

2    time, how did a technician provide cabling

3    documentation?

4    A.        When you install conductivity, you need to

5    follow up and document it and put it into a shared

6    database.

7    Q.        How do you do that?

8    A.        Open up the file and put your information

9    across.

10   Q.        So you physically type in the information?

11   A.        Yes.

12   Q.        Into something like an Excel spreadsheet?

13   A.        Excel or Access.

14   Q.        What information are you actually putting in

15   there?

16   A.        Depending if it's a server installation, you

17   are putting in all the interconnects that are from the

18   switch back to the server.  If it's a desktop

19   installation, you are putting your interconnects from

20   the desktop to the switch.

21                   When you are installing fiberoptic

22   interconnects, same concept, putting your interconnect

23   information.  When you are installing T 1 circuits,

24   ISDN circuits, POTS circuits, you are entering the

25   cable path.

THOMAS SARANELLO

Page 81

1    Q.        What is the interconnect information?

2    A.        Cross connect database, cable path from one

3    point to another point.

4    Q.        Is it a number, something else, how do you

5    track what the -- what are you actually typing in when

6    you put in the interconnect information?

7    A.        Panel number with the port number.

8    Q.        Where do you get that from?

9    A.        From the tech room that it's in.

10   Q.        So in the tech room, are you looking at the

11   specific device; what are you looking at to get this

12   information?

13   A.        Patch panel, switch port.

14   Q.        It's usually a series of numbers, letters

15   maybe?

16   A.        Yes.

17   Q.        The purpose of that is what?

18   A.        To insure your environment is documented.

19   Q.        Why is that?

20   A.        For trouble shooting purposes, just overall

21   best practices to keep documentation of your

22   infrastructure.

23   Q.        With respect to T 1 lines, what did you say

24   was the information you had to put in?

25   A.        Same, depending on where you -- where a T 1

THOMAS SARANELLO

Page 89

1     reported to you, change over the course of time?

2     A.        Yes.

3     Q.        How did they change?

4     A.        He became a key person for compliance.

5     Q.        Let's deal with that before we move on.

6               Explain how he became a key person

7     for compliance?

8     A.        He helped build the continuity of business

9     plan, the process and control manual as well, he had a

10    lot of input into that, attended meetings for, you

11    know, compliance, handled most of the deliverables for

12    anything required by compliance offices.

13    Q.        You said he helped build the continuity of

14    business plan.  Let's start with that.

15              What is the continuity of business

16    plan?

17    A.        It's a disaster recovery plan for emergency

18    situations, a document that dictates evacuation plans

19    and contact information, what to do during certain

20    situations.

21    Q.        Was the continue -- the COP, right?

22    A.        B.

23    Q.        Sorry.  Was the COB created just for your

24    department?

25    A.        No.

THOMAS SARANELLO

Page 90

1   Q.        Was there a COB for the entire company?

2   A.        I believe everyone had to create a COB.

3   Q.        Each different department had their own COB

4    plan?

5   A.        I believe so.

6   Q.        And did your group have its own COB plan?

7   A.        Yes.

8   Q.        And the one that Mr. Millan created was for

9    your specific group?

10  A.        Yes.

11  Q.        And that was your group, meaning you as team

12   leader plus your six people, or a wider group than

13   that?

14  A.        I believe it was -- also encompassed Rick

15   Braunagel as well.  I believe the manual -- the COB

16   and the manual was for both Rick Braunagel and myself

17   under Garfield Spence.

18  Q.        Did a directive come from somebody to create

19   a COB plan?

20  A.        Senior management.  I don't know --

21  Q.        How did you get the directive, or did you get

22   the directive?

23  A.        From Garfield.

24  Q.        When was it that Garfield Spence communicated

25   to you there was a need to integrate a COB plan?

THOMAS SARANELLO

Page 91

1    A.        I don't recall that.

2    Q.        Was it around September 11th, 2001?

3    A.        It was probably after that time.

4    Q.        Was that the impetus for the creation of it?

5    A.        I think so.  I believe so.

6    Q.        What did Garfield Spence tell you in terms of

7     integration of a COB plan, what was required?

8    A.        It was collaborative between Gary and the

9     compliance offices.

10    Q.        Who is Gary?

11    A.        Garfield Spence.

12    Q.        That's his nickname?

13    A.        (Witness nods head.)

14    Q.        Were you given any materials or documentation

15     to explain what was required to create the COB plan?

16    A.        Yes.

17    Q.        What were you given?

18    A.        I don't recall what it was.

19    Q.        Did it have information contained in there as

20     to what was required?

21    A.        Yes.  Again, Carmelo worked pretty much

22     directly with the compliance offices to get it done.

23              When I got a request to add

24     something or remove something, we spoke about it or I

25     e-mailed him to input something new into the COB plan

THOMAS SARANELLO

Page 92

1    or manual, but pretty much worked directly with the

2    compliance offices in getting all deliverables

3    completed.

4    Q.        When you say the compliance offices, what

5    department is that?

6    A.        Compliance.

7    Q.        So there's a separate department called

8    compliance?

9    A.        Yes.

10   Q.        Was that for the entire CTI or for your group

11   specifically --

12   A.        Entire CTI.

13   Q.        So who determined Mr. Millan was going to be

14   assigned to do that?

15   A.        Me.

16   Q.        Did you provide him with the documents Mr.

17   Spence gave to you in connection with that?

18   A.        Early on we collaborated on it, but he pretty

19   much built it with compliance.

20   Q.        Was Rich Braunagel involved in that at all?

21   A.        I don't recall if he was.  I know he was

22   involved with the manual, but I don't recall about the

23   compliance, the COB plan.

24   Q.        What information was in the COB plan?

25             MS. BOUCHARD:  Other than what he

THOMAS SARANELLO

Page 93

1    testified to?

2                    MS. WALSH:  Yes.  He said what the

3    purpose of it was.

4    Q.        I want to know what information was actually

5    in there.  I don't have it.

6    A.        Evacuation procedures, contact lists.  That's

7    really all I can think of, off the top of my head.

8    Q.        In addition to evacuation procedures and

9    contact lists, was there other information but you

10   just don't recall right now?

11   A.        I just don't recall.  Application testing

12   procedures, there are tests you need to conduct in

13   order to insure your unit will function in the event

14   of a disaster.  There's COB testing involved with

15   that.

16   Q.        Was there a template or master COB plan

17   distributed to assist in the process?

18   A.        I don't know.

19   Q.        Did you make any efforts to find that out?

20   A.        I don't remember that far back, whether we

21   received a template or if it was created from scratch.

22   Q.        Did you make efforts to find that out for

23   today?

24   A.        No.

25   Q.        When you say -- you testified you originally

THOMAS SARANELLO

Page 94

1    collaborated with Mr. Millan with respect to the

2    creation of the COB.

3                    What did you do specifically in that

4    regard?

5    A.        I pretty much gave -- I don't really recall

6    exactly what I did, but I know I got him engaged early

7    on to work with compliance to get it built.  So

8    compliance asked me.  I guess they asked Gary, and

9    Gary asked me, and I said have them work with Carmelo.

10   That was the collaboration, he was the key person for

11   it.

12                   If he needed -- if Carmelo needed

13   information, he would come to me, say, Tom, I am

14   updating, you know -- building this portion of it, I

15   need this information from you, and I would provide

16   it.

17   Q.        How would he find out what information needed

18   to go into it?

19   A.        Work with compliance.

20   Q.        Did he get that information from compliance?

21   A.        Yes.

22   Q.        And then he compiled the information into the

23   COB?

24   A.        Yes.

25   Q.        If he needed to know information that he

THOMAS SARANELLO

Page 111

1    A.        You can refer to it if you need to look

2     through it.

3    Q.        Do you give it to a new technicians when they

4     start to work with you?

5    A.        Yes.

6    Q.        Did you give a copy of the existing PCM to

7     Mr. Millan when he started to work with you?

8    A.        I don't recall.

9    Q.        Is it your practice to give it to new

10    technicians when they start to work with you?

11   A.        Yes.

12   Q.        Was it used for any other purposes than the

13    ones we have just gone through?

14   A.        Not that I know of.

15   Q.        In terms of updates, at some point in time

16    Mr. Millan took on responsibility for updating the

17    PCM.  Who assigned him that task?

18   A.        Me.

19   Q.        When was that?

20   A.        I don't recall.

21   Q.        Was there a reason you decided to assign it

22    to him?

23   A.        Yes.

24   Q.        Why?

25   A.        Because compliance was a little too much for

THOMAS SARANELLO

Page 114

1    request from compliance?

2    A.        Yes.  If somebody's name changed, phone

3    number changed, processes changed, we would take it

4    upon ourselves without compliance.

5    Q.        While Mr. Millan had the responsibility to

6    update the PCM and make the changes, did he also

7    continue to do his other duties and responsibilities?

8    A.        Yes.

9    Q.        While Mr. Millan reported to you, he didn't

10   supervise any other employees, did he?

11   A.        No.

12   Q.        He didn't have the ability to hire employees,

13   did he?

14   A.        No.

15   Q.        Did he have the ability to fire employees?

16   A.        No.

17   Q.        Was he in any way related with managing

18   employees, other employees?

19   A.        No.

20   Q.        Did he have any management responsibilities?

21              MS. PONTOSKI:  Objection to the form

22   of the question.

23   A.        It depends on what you consider management.

24   If you consider tasking a project to him and letting

25   him handle it himself, he's managing it.  He doesn't

THOMAS SARANELLO

Page 115

1    come to you every step of the way he is managing a

2    project.  So he definitely did manage on his own

3    pretty well when a task was given to him.  He attended

4    meetings..

5    Q.        We discussed the COB plan, process and

6    control manual, and another area you testified to that

7    Mr. Millan assumed responsibility for was attending

8    meetings for compliance.

9                   I just want to get again an

10   explanation as to what that entailed?

11   A.        Meetings regarding changes to compliance

12   activities.

13   Q.        Was that to do with the PCM or COB or

14   something different?

15   A.        Yes.  Or risk and control, self-assessments

16   he handled as well, which is questions pertaining to

17   each process that we as a group had to enter for

18   compliance, and that's a role he handled.

19   Q.        So compliance would present questions to you

20   with respect to processes?

21   A.        Compliance would say, here is the problem

22   management risk and control self-assessment.  You need

23   to complete it by such and such a date.  You need to

24   answer all questions, you need to provide all

25   evidence.

THOMAS SARANELLO

Page 116

1    Q.         How often were you given a project management

2    risk and control self-assessment?

3    A.         It could have been early on.  I don't know if

4    it was quarterly.  I don't know if it was semiannually

5    or annually, but he was handling them.

6    Q.         It could have been annually, it could have

7    been quarterly --

8    A.         It changed.

9    Q.         -- semiannually?

10              Did it get more frequent or less

11   frequent over the time he reported to you?

12   A.         It changes.  It could be first quarter we

13   would be doing change management and problem

14   management.  Second quarter would be vendor

15   management.  I can't be specific when we conducted

16   them, because they changed so frequently.

17   Q.         Did you attend those meetings?

18   A.         Several, but not -- I wasn't on every single

19   one of them, because he was taking care of that

20   function.

21   Q.         Now, what efforts did you make to determine

22   how often the project management risk and control

23   self-assessment was given?

24   A.         We took guidance from compliance.

25   Q.         For your deposition today did you make any

THOMAS SARANELLO

Page 117

1    efforts to determine how often the project management

2    risk and control self-assessment was issued?

3    A.        Problem management.

4    Q.        Sorry.

5    A.        I made no efforts.

6    Q.        How often, say over the course of the time

7    that Mr. Millan was reporting to you, how often were

8    their meetings that related to compliance issues?

9    A.        I don't know.

10   Q.        Did you make any efforts before your

11   deposition to find out that information?

12   A.        No.

13   Q.        Would there have been more than one a year?

14   A.        Yes.

15   Q.        Would there be more than one a month?

16   A.        I don't know.  I would say at least one a

17   month.

18   Q.        Now, you said that they would actually

19   issue -- was this a paper document, the problem

20   management risk and control self-assessment?

21   A.        Yes, paper and electronic.

22   Q.        Different ones dealt with different aspects

23   of the processes within your department?

24   A.        Yes, whatever pertained to our department we

25   had to complete a self-assessment form, and compliance

THOMAS SARANELLO

Page 121

1   that has Bates stamped CTI 000326 through 329.  And I

2   am going to give you a moment to review that document.

3                    Do you recognize Exhibit 3?

4   A.       Yes.

5   Q.       What is it?

6   A.       2002 year end performance review for Carmelo

7   Millan.

8   Q.       Did you create this performance review?

9   A.       Yes.

10  Q.       With respect to section two, assessment of

11  job related factors, is it correct with respect to all

12  but one of those categories, you marked him as a

13  consistent performer?

14  A.       Yes.

15  Q.       And in one of those categories, job

16  proficiency, knowledge, you marked him as a top --

17  strong performer?

18  A.       Yes.

19  Q.       You didn't mark him as a top performer with

20  respect to any of the categories, is that correct?

21  A.       Yes.

22  Q.       With respect to section three on the second

23  page, assessment of managerial factors, written in

24  there is not applicable?

25  A.       Yes.

THOMAS SARANELLO

Page 123

1    A.        Yes.

2    Q.        Just explain -- this also refers to a human

3    resources restack.

4              Could you tell me what a restack is?

5    A.        It was a move of 141 people.

6    Q.        What is a restack, is that what it is, a

7    move?

8    A.        Basically a business coming together

9    somewhere, because they are scattered maybe.

10   Q.        It's a different term than a regular move?

11   A.        Restack, relocation, move, they are all kind

12   of --

13   Q.        Interchangeable?

14   A.        Yes.

15   Q.        When you say he was the lead technician, what

16   does that mean?

17   A.        He ran with that project with little or no

18   direction from management.

19   Q.        Was there a particular site Mr. Millan was

20   assigned to more than any other site when he reported

21   to you?

22   A.        388 Greenwich Street and the 390 data center

23   when he did work in there.  333 West 34th Street at

24   times as well.

25   Q.        Was there a lab facility or something

THOMAS SARANELLO

Page 130

1    A.        Just whenever he needed connectivity extended

2     to that extent.  We had personal e-mails, sure, how

3     are you doing, how are things.  He was a good worker.

4     I treat him like anybody else that respected me.  And

5     he always respected me.

6                    (Saranello Deposition Exhibit Number

7     4 was marked for identification.)

8    Q.        For identification purposes what has been

9     marked as Saranello 4 is a four-page document Bates

10    stamped CTI 0000330 through 333.

11   A.        Pretty nice review, I would say.

12   Q.        You are a nice boss.

13   A.        I hope he told you the same thing.

14                    (Discussion held off the record.)

15   Q.        Can you identify this document?

16   A.        Yes.

17   Q.        What is it?

18   A.        Carmelo Millan's 2003 year end performance

19    review.

20   Q.        And did you prepare this?

21   A.        Yes.

22   Q.        And at the time you were an assistant vice

23    president?

24   A.        Yes.

25   Q.        If you turn to page three of the document on

THOMAS SARANELLO

Page 142

1    A.        Off the top of my head, I can't answer that.

2     I am sure he did.

3    Q.        Did any other technicians who reported to you

4     undergo any training?

5    A.        Yes, training is available.

6    Q.        At the time Mr. Millan reported to you, what

7     type of training was available for him to take?

8    A.        Training is available on a large scale.  You

9     can take whatever training you are interested in.

10   Q.        Is it required?

11   A.        No.  There are some mandatory human resource

12    training courses.

13   Q.        Were there any certifications required to do

14    the job of a technician?

15   A.        I would look for people with networking

16    backgrounds and cabling certifications for

17    infrastructure.  ICND was something that I

18    recommended, interconnecting Sisco network devices.

19   Q.        Did all of the technicians who work for you

20    have ICND certification?

21   A.        Most.

22   Q.        Some didn't?

23   A.        Off the top of my head, I don't know if

24    anyone doesn't go.

25   Q.        Was it required for the job?

THOMAS SARANELLO

Page 150

1   Q.        Did he ever get a raise when he reported to

2   you?

3   A.        Yes.

4   Q.        Do you know what raise he got when he

5   reported to you?

6   A.        Last year I believe it was like 18 percent

7   increase.  I don't know how much it was.

8   Q.        Where did you get that information from?

9   A.        From Garfield Spence.  Garfield handed it to

10  us to give out.

11  Q.        What was the reason Mr. Millan got an 18

12  percent increase?

13            Which year was that, by the way?

14  A.        2003.  You can tell by his review.

15  Q.        Was it based on his review?

16  A.        I would think so, yes.

17  Q.        But you don't know?

18  A.        I put the review in, and Gary assumed --

19  handled the money.

20  Q.        Mr. Millan never did computer programming

21  when he reported to you, did he?

22  A.        Not that I am aware of.

23  Q.        He wasn't a software engineer, was he?

24  A.        Not that I know of.

25  Q.        He wasn't working for you as a software

THOMAS SARANELLO

Page 153

```
 1                    EXAMINATION

 2    BY MS. BOUCHARD:

 3    Q.        I have a few questions for you.

 4                    Did you ever talk to Gary about

 5    having him consider giving Mr. Millan more money based

 6    on the work he was doing for you in 2003?

 7    A.        Yes.

 8    Q.        And can you just explain what you remember

 9    telling him?

10    A.        Basically everything in his review, he went

11    above and beyond in a lot of areas.  He helped with

12    the compliance duties.  He was network savvy.  He

13    helped with any network issues that arose, you know.

14    He probably would be the first guy to contact from my

15    team to get involved in something that was technical.

16    Q.        Did anyone else on your team get an 18

17    percent bonus?

18                    MS. WALSH:  Raise.

19                    MS. BOUCHARD:  Raise.  Thanks.

20    A.        No.

21    Q.        Now, what would happen if a person on your

22    team made a mistake and did not establish connectivity

23    in the correct way, what would be the consequences to

24    the business?

25    A.        It would be critical to the business.
```

THOMAS SARANELLO

Page 154

1    Q.          Can you give me some examples of what could

2     happen?

3    A.          If you go into a data center and you put a

4     device on the network and you don't know what you are

5     doing, you could get a duplicate IP -- you could

6     duplicate an IP address on a device and it could take

7     a production device down, so you need to understand

8     what you are doing before you put anything on the

9     network.

10   Q.          Could it impact a trader or trader's

11    abilities to transact business on the trading floor?

12   A.          Yes.

13   Q.          Did you instruct your team about the

14    consequences of their actions?

15   A.          Yes.

16   Q.          Because the consequences could be so high,

17    how does that relate to documentation?

18                    MS. WALSH:  Objection to the form.

19   A.          Documentation is critical.

20   Q.          Can you explain why?

21   A.          Because within the data center you have

22    multiple paths on one connection, multiple

23    interconnect points, and as you build a room and a

24    data center, as it grows your cable and infrastructure

25    gets very, very packed, packed meaning big, bundles of

THOMAS SARANELLO

Page 155

1    cable.

2                    If you don't have documentation and

3    something does break, you know, you are going to be

4    driving yourself crazy to find that connection.  If

5    you have it, if you have the database in front of you,

6    you can run to the end points and pretty much match up

7    the cable ID's that are on, and that will help you

8    troubleshoot the link much quicker than if you didn't

9    have documentation.

10                    MS. BOUCHARD:  I think that's it.

11                          *   *   *

12                    RE-EXAMINATION

13   MS. WALSH:

14   Q.        One follow-up question.  You said that nobody

15   else in the group got as high a raise as Mr. Millan in

16   2003.

17                    Do you know what raises the other

18   technicians got in the group, if anything?

19   A.        I don't think anything was higher than 18.

20   Q.        Do you know what the others got?

21   A.        Off the top of my head, no, I don't.

22   Q.        Did you make any efforts to find that out?

23   A.        No.

24                          *   *   *

25                    RE-EXAMINATION

# DEPOSITION
# EXHIBIT 3



citigroup

### Technology
### 2002 Year-End Performance Review

| Name (Last, First, MI)<br>Millan, Carmelo | Job Title<br>Analyst | Social Security # |
|---|---|---|
| Organizational Name/Project Team:<br>Network Integration Services / Infrastructure Group | | Review Period<br>From: 1/1/02 To: 12/31/02 |
| Reviewer Name/Job Title<br>Tom Saranello / AVP | | |

## Ratings Key                                           REDACTED

(1)  **Top Performer** – Exceptional performance; role model for others in the group
(2)  **Strong Performer**: High performance; one of the stronger performers in the group
(3)  **Consistent Performer**: Consistent performance; responds to coaching and direction.
(4)  **Inconsistent Performer**: Average to below average performance; performance is below the group average
(5)  **Under Performer**: Below average performance; must improve significantly to retain position; performance is at the lowest level of the group

## Section 1 – Key job responsibilities:

| | |
|---|---|
| 1. | Facilitate all network related issues at 388 Greenwich Street. |
| 2. | Facilitate and maintain all day to day network requests to include MAC's, CSR's, GPMS trouble tickets and database management. |
| 3. | SOE network implementation and support. |

## Section 2 – Assessment of job-related factors:

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| Job proficiency/knowledge | ☐ | ☒ | ☐ | ☐ | ☐ |
| Supporting comments | Carmelo has a good understanding of networking and infrastructure. His knowledge brings value to the group when network issues arise. | | | | |
| Quality of work | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has shown improvement in quality by getting more involved in data center installations. | | | | |
| Productivity/efficiency | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo accepts projects and completes them in a timely manner. Also, his projects are completed without any issues and with very limited guidance from management. | | | | |
| SILC compliance/testing | N/A | | | | |
| Supporting comments | N/A | | | | |
| Teamwork/interpersonal skills | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has displayed good teamworking skills by assisting others with MAC's and trouble tickets. | | | | |
| Service | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has shown improvement in customer service by following up on tasks assigned. | | | | |
| Initiative | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comment | Carmelo has taken the initiative to assist others in the 390 Data Center 4 build out and the Long Island City SOE conversion. | | | | |
| Communication | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supporting comments | Carmelo has always communicated properly with others and management. I have received positive feedback from peers and customers regarding his assistance. | | | | |

CTI0000326

## Section 3 – Assessment of Managerial Factors (if applicable):

| | Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|---|
| **FINANCIALS** | | | | | |
| Job Actual vs. Forecast | N/A | N/A | N/A | N/A | N/A |
| Cost Per FTE | N/A | N/A | N/A | N/A | N/A |
| Recruiting (Cost per hire) | N/A | N/A | N/A | N/A | N/A |
| Expense Management Initiative | N/A | N/A | N/A | N/A | N/A |
| **PEOPLE** | | | | N/A | N/A |
| Turnover | N/A | N/A | N/A | N/A | N/A |
| Internal Mobility | N/A | N/A | N/A | N/A | N/A |
| Staff Development/Training | N/A | N/A | N/A | N/A | N/A |
| Staff Morale | N/A | N/A | N/A | N/A | N/A |
| **PROJECT DELIVERY** | | | | | |
| Completion on Time | N/A | N/A | N/A | N/A | N/A |
| Completion on Budget | N/A | N/A | N/A | N/A | N/A |
| Project Impact (Revenue/Cost Returns) | N/A | N/A | N/A | N/A | N/A |
| **CUSTOMER SATISFACTION** | | | | | |
| Survey Results | N/A | N/A | N/A | N/A | N/A |
| **CONTROLS** | | | | | |
| Major Business Issues | N/A | N/A | N/A | N/A | N/A |
| Business Issues | N/A | N/A | N/A | N/A | N/A |
| Project Issues | N/A | N/A | N/A | N/A | N/A |
| **WELLNESS/OUTAGES** | N/A | N/A | N/A | N/A | N/A |
| Production Support Costs | N/A | N/A | N/A | N/A | N/A |
| Production Problems | N/A | N/A | N/A | N/A | N/A |
| Production Assessment | N/A | N/A | N/A | N/A | N/A |

## OVERALL PERFOMANCE ASSESSMENT 1/1/02 TO 12/31/02

| Top Performer | Strong Performer | Consistent Performer | Inconsistent Performer | Under Performer |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

## OVERALL PERFORMANCE SUMMARY FOR 1/1/02 TO 12/31/02:

Carmelo has played a major role in various large scale moves throughout the year. He was the lead technician in the Human Resources Restack which involved the relocation of 141 users from various metro sites to 388 Greenwich Street. He was also the lead technician in the Stock Plan Services, E-Business and General Services Restacks. Carmelo has also assisted in larger scale projects such as the Long Island City SOE Conversion and 390 Distributed Data Center 4 buildout. He has completed a total of 859 Comtrack tasks for the year and is currently assisting in the 388 Greenwich Street Network Security Directive.

2

CTI0000327

**PRIMARY AREAS FOR IMPROVEMENT/SKILL ENHANCEMENT:**

I would like to see Carmelo continue to assist data center buildouts and remote SOE conversions. I would like to see him continue to support daily MAC's and Trouble Tickets at 388 Greenwich Street and provide assistance in Communication Room maintenance.

**APPRAISEE'S COMMENTS:**

Employee Signature and Date: _____

(Signature acknowledges that a discussion of this document has taken place, but does not indicate that I necessarily agree with this appraisal of my performances.)

Manager Signature and Date: _____

Next Level Management and Date: _____

3

CTI0000328

**Description of job factors:**

**Job proficiency/Knowledge:** Technical knowledge and ability is commensurate with job title and level of experience. Applies technical skills to the job. Understands technical environment and businesses supported.

**Quality of work:** Work is thorough, accurate, and complete. Develops appropriate test plans and executes them successfully. Adheres to standards, high level of client satisfaction.

**Productivity/efficiency:** Produces required amount of work within planned timeframes.... meets deadlines. Uses corporate resources effectively. Utilizes appropriate tools. Leverages existing assets.

**Teamwork/interpersonal skills:** Successfully works with others to achieve goals. Shares information. Maintains positive working relationships. Lends support and assistance readily.

**Service:** Responsive to client needs and those of others in the firm. Involves other in improving processes. Participates as a partner.

**Initiative:** Takes action beyond requirements. Anticipated and addresses issues directly. Resourceful. Self-starting.

**SILC:** Understands and adheres to SILC policy and good practices.

**Communication:** Expresses thoughts logically, clearly, and concisely. Listens well and respond appropriately.

4

CTI0000329

# DEPOSITION EXHIBIT 5



**Saranello, Thomas G [CCC-OT_IT]**

| | |
|---|---|
| **From:** | Saranello, Thomas G [IT] |
| **Sent:** | Tuesday, September 09, 2003 6:17 PM |
| **To:** | Millan, Carmelo [IT] |
| **Subject:** | RE: The COB Plan and Facilities TRAM |
| **Attachments:** | Ins Ques_14Wall.doc; Ins Ques_34th.doc; Ins Ques_388.doc; Ins Ques_AMEX.doc; Ins Ques_BAT.doc; Ins Ques_JSQ.doc; Ins Ques_NYSE.doc; Insurance14Wall.xls; Insurance34th.xls; Insurance388.xls; InsuranceAMEX.xls; InsuranceAMEX.xls; InsuranceBAT.xls; InsuranceJSQ.xls; InsuranceNYSE.xls |

Regards,
Tom Saranello

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials
should be reproduced, published in any form by any means, electronic or mechanical including
photocopy or any information storage or retrieval system nor should the materials be
disclosed to third parties without the express written authorization of Citigroup.

-----Original Message-----
From: Millan, Carmelo [IT]
Sent: Tuesday, September 09, 2003 3:53 PM
To: Spence, Garfield C [IT]
Cc: Saranello, Thomas G [IT]; Braunagel, Richard J [IT]
Subject: The COB Plan and Facilities TRAM


Garry, the COB Plan is basically finished. I'm just waiting on two or three phone numbers
before I can send out a final copy to you, Tommy, and Rick. Once you guys approve it we
should send out a copy to all the staff and schedule a meeting for next Thursday. I need the
rest of this week to finish the Facility Tram.

As far as the Facility TRAM (due date 9/15) is concerned we really only have a few major;
issues.

I need to know wether you or the business control access to the closets at the BAT. The
cipherlocks are a big issue when it come to compliance and I'm trying to figure out how to
proceed on this.

We need to get an e-mail from Jim Carney stating that the 34th Street data center is above a
sub-basement and is to expensive to relocate. Patti also mentioned there might be a similar
issue with 250 West.

The Insurance Questionnaire needs to be filled out by Rick and Tommy again this year.

I need to do a walk-through of all the sites.

And finally, we need to be discuss the possibility of bringing the voice guys over to the
Tel-Key process for the sites you do own, which would probably requires having all the locks
re-keyed.

1

Thank you,

Carmelo Millan

Citigroup Technology Infrastructure
Network Integration Services
Office: (212) 816-1506
Pager:  (917) 820-4994

Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials
should be reproduced, published in any form by any means, electronic or mechanical including
photocopy or any information storage or retrieval system nor should the materials be
disclosed to third parties without the express written authorization of Citigroup.

**Tracking:**

2

| Recipient | Read |
|---|---|
| Millan, Carmelo [IT] | Read: 9/9/2003 6:17 PM |

CONFIDENTIAL

CTI00001478

CONFIDENTIAL

CTI00001479