# EXHIBIT C

AMEDEO DISCEPOLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - -

CARMELO MILLAN, Individually:
and on Behalf of All Other   :
Persons Similarly Situated,  :
          Plaintiff,         :
                             :
     vs.                     :
                             :
CITIGROUP, INC., and         :
CITIGROUP TECHNOLOGY, INC.,  :
          Defendants.        :   No. 07-CIV-3769

- - -

Wednesday, February 20, 2008

- - -

Oral deposition of

AMEDEO DISCEPOLO, taken at the Locks Law Firm,

110 East 55th Street, New York, New York,

commencing at 11:05 a.m., before Jennifer S.

Walker, a Federally Approved Registered

Professional Reporter and Notary Public.

- - -

VERITEXT NATIONAL COURT REPORTING COMPANY
Philadelphia, Pennsylvania
(215) 241-1000   (888) 777-6690

- - -

AMEDEO DISCEPOLO

Page 2

```
 1   APPEARANCES:

 2           LOCKS LAW FIRM
             BY:  JANET C. WALSH, ESQUIRE
 3           110 East 55th Street
             New York, New York  10022
 4           (212) 838-3333
             jwalsh@lockslawny.com
 5           Representing the Plaintiff

 6

 7           MORGAN, LEWIS & BOCKIUS LLP
             BY:  SARAH E. BOUCHARD, ESQUIRE
 8           BY:  SARAH E. PONTOSKI, ESQUIRE
             1701 Market Street
 9           Philadelphia, Pennsylvania  19103-2921
             (215) 963-5000
10           sbouchard@morganlewis.com
             spontoski@morganlewis.com
11           Representing the Defendants

12                     - - -

13

14

15

16

17

18

19

20

21

22

23

24
```

AMEDEO DISCEPOLO

Page 12

1   BY MS. WALSH:

2       Q.    Any other documents?

3       A.    No.

4       Q.    Okay.  And when you say, "the

5   interrogatories," are you referring to the

6   defendant's responses to interrogatories

7   served by the plaintiff, or do you know?

8       A.    I'm not sure.

9       Q.    Were they interrogatory

10  responses that Citi -- that CTI provided?

11           THE WITNESS:  Those were the

12      ones.  Right?

13           MS. BOUCHARD:  (Nodding.)

14           THE WITNESS:  Yes.

15  BY MS. WALSH:

16      Q.    And with respect to the

17  performance reviews, were those performance

18  reviews of Carmelo Millan?

19      A.    Yes.

20      Q.    And were those performance

21  reviews that you gave him, or were there

22  others included in that?

23      A.    It was the ones I gave him, as

24  well as there was one from Paul Holder when

AMEDEO DISCEPOLO

Page 13

1    Paul had management responsibility for

2    Carmelo.

3            Q.      So those were all the documents

4    that you reviewed?

5            A.      Yes.

6            Q.      Did you provide any documents

7    to your attorneys in connection with your

8    deposition today or in connection with this

9    case?

10            A.      Yes, I have.

11            Q.      What documents?

12            A.      Reviewed year-end reviews, some

13    e-mails related to various subjects, and I

14    believe we provided the attendance memos that

15    were sent as part of e-mails, um-hum.

16            Q.      Anything else?

17            A.      I think that's it.

18            Q.      With regard to the e-mails, did

19    you provide to your attorneys all e-mails that

20    you could track that you had received from

21    Carmelo Millan?

22            A.      I provided e-mails that were

23    dialogues between Carmelo and myself, yes.

24    The ones I could look at, the ones I had

AMEDEO DISCEPOLO

Page 16

1          A.     No.

2                 Q.     And also with respect to "Sent

3    Items," if there's nothing in your folder, is

4    there a way to determine -- is there a way to

5    retrieve e-mails that would have been sent by

6    you to Mr. Millan?

7          A.     I'm not sure.

8                 Q.     Did you make any efforts to

9    determine if you could do that?

10         A.     No.

11                Q.     Did you talk to anybody at

12   Citigroup Technologies -- sorry, before we go

13   any further, I'm going to be referring to

14   Citigroup Technologies as "CTI" for the

15   purpose of the deposition.

16                Is that okay with you?

17         A.     That's fine.

18                Q.     If I refer to "Citigroup," I'm

19   referring to Citigroup, Inc.

20                Is that okay?

21         A.     Yup.

22                Q.     Did you talk to anybody at CTI

23   with respect to giving your deposition today?

24         A.     Just my immediate boss.

AMEDEO DISCEPOLO

Page 17

1          Q.      And who's that?

2          A.      Yesim Akdeniz.  Y-E-S-I-M

3    A-K-D-E-N-I-Z.

4          Q.      And when did you speak to

5    Mr. -- Ms. Akdeniz?

6          A.      Friday.  Friday the 15th.

7    February 15th.

8          Q.      And what was the purpose of

9    that conversation?

10         A.      Just to let her know I would

11   not be in the office, I'll be attending the

12   deposition hearings and, you know, if she

13   needed anything, I'd have to get back to her

14   later in the day.

15         Q.      Was she the only one at CTI who

16   you discussed your deposition with?

17         A.      Yes.

18         Q.      Do you keep a file relating to

19   this lawsuit?

20         A.      Yes, I do.

21         Q.      Where do you maintain that?

22         A.      E-mail.  It's on my e-mail

23   system.

24         Q.      So when you say it's on your

AMEDEO DISCEPOLO

Page 20

1    deposition testimony?

2          A.     No.

3          Q.     Do you know if Thomas Saranello

4    has been deposed in the case?

5          A.     Yes, I heard he has.

6          Q.     And have you reviewed his

7    testimony?

8          A.     I've seen bits and pieces, but

9    I have not reviewed, I guess, an entire

10   deposition or what constituted an entire

11   deposition.

12         Q.     But you've read some of his

13   testimony from his deposition?

14         A.     Yes.

15         Q.     Did you speak to Mr. Saranello

16   about his testimony?

17         A.     No.

18         Q.     Now, you gave me your address

19   earlier, your business address?

20         A.     Um-hum.

21         Q.     You're currently an employee of

22   CTI?

23         A.     Yes, I am.

24         Q.     And what's your current

AMEDEO DISCEPOLO

Page 21

1    position with CTI?

2          A.      Senior vice president in

3    network engineering.

4          Q.      And how long have you had that

5    position for?

6          A.      At least five years.  I don't

7    remember the exact date, but it was around

8    2002, 2003, that I was promoted to senior vice

9    president.

10         Q.      And back in 2002, 2003, when

11   you first started working as senior vice

12   president in network engineering, can you tell

13   me what your duties and responsibilities were?

14         A.      I've always been in network

15   engineering.  The only thing that's changed is

16   my corporate titles have changed as I've been

17   promoted.

18                 So back in 2002, 2003, I was

19   responsible for technology engineering related

20   to the network transport environment, as well

21   as some voice-over-IP technology.

22         Q.      And have those duties and

23   responsibilities changed over the years since

24   2002, 2003?

AMEDEO DISCEPOLO

Page 25

1        Q.      Now, as a network technician,

2    you worked in that position from 1981 to 1985?

3        A.      Yes.

4        Q.      Or '86?

5        A.      (Nodding.)

6        Q.      What did you do as a network

7    technician?

8        A.      Worked in the network

9    operations control center.  Main

10   responsibility was to identify, isolate and

11   repair or foster repair of network troubles.

12       Q.      And just to get back to your

13   position, your current position as senior VP

14   in network engineering --

15       A.      Um-hum.

16       Q.      -- is there a particular

17   department within CTI that you work in?

18       A.      It's networks.  It's called

19   networks.

20       Q.      And who is the head of that

21   department?

22       A.      Yesim Akdeniz.  Y-E-S-I-M

23   A-K-D-E-N-I-Z.

24               - - -

AMEDEO DISCEPOLO

Page 32

1    hired him approximately March or April of '05.

2         Q.    So when you took over -- when

3    you said you took over management

4    responsibilities, what are you referring to

5    specifically?

6         A.    In the summer of '05, Yesim

7    made a decision that Paul's team -- Paul, Les,

8    Carmelo and Naseer would no longer report

9    directly to Yesim, they would report up under

10   me in addition to my other duties.  So just

11   another reorganization.

12        Q.    So the function -- are the

13   functions that Naseer Ibrahim is doing in the

14   current category that he's listed in, are they

15   the same as what he was doing back in '05 when

16   you took over management responsibilities, or

17   have they changed?

18        A.    Same.

19        Q.    Who is Brett Cashen?

20        A.    Brett is an engineer that came

21   over from the voice team, and he supports the

22   product management piece of the environment

23   from the voice and video technology domain.

24        Q.    And what about James Rosario;

AMEDEO DISCEPOLO

Page 33

1    who is he?

2            A.        James is another product

3    management person.  He handles the data side,

4    the network -- the data network and the

5    perimeter network environments for us.

6            Q.        And what are Naseer Ibrahim's

7    current duties and responsibilities?

8            A.        He is a lab coordinator

9    servicing the Warren, New Jersey, lab

10   infrastructure for us.

11           Q.        And can you break down for me

12   the specific duties and responsibilities that

13   are involved with that?

14           A.        Sure.  BAU responsibility

15   includes looking at requests that come in from

16   the different engineering groups for --

17           Q.        Can I interrupt you for one

18   second?  What does "BAU" stand for?

19           A.        Business as usual.

20           Q.        Sorry.  Go ahead.

21           A.        Sorry about that.

22                     His responsibilities include

23   servicing and working on requests from the

24   different engineering teams that utilize the

AMEDEO DISCEPOLO

Page 34

1    Warren lab facilities.

2                    Those specific responsibilities

3    would include receiving of equipment,

4    unpacking of equipment, installing equipment,

5    providing connectivity from the equipment to

6    the network and to the management and

7    surveillance systems.

8                    They would also review the

9    request to make sure it was complete, add in

10   anything that was missing, talk with the

11   engineers, work with the engineers on trying

12   to figure out exactly what the engineers are

13   trying to get done and ensure that it would

14   fit within the scope and space of the Warren

15   lab.  On top of that, they do inventory

16   control.

17          Q.      When you say, "they" --

18          A.      The lab coordinators --

19          Q.      Okay.

20          A.      -- provide --

21          Q.      I'm asking about Naseer

22   specifically, and then I'll ask further

23   questions, but if you can just focus on Naseer

24   for right now.

AMEDEO DISCEPOLO

Page 35

1          A.      Yup.  He provides inventory

2     control.  So he has a database that keeps

3     track of the equipment that comes in and out

4     of the lab and all of the connection points

5     for that equipment so that if there are any

6     issues, we can troubleshoot it.

7                    He also keeps track of the

8     value of the equipment for an annual insurance

9     questionnaire.  He also reviews the lab access

10    control list to ensure only authorized people

11    have access to the lab.  That's about it.

12          Q.      Okay.  Now, you said -- you

13    referenced lab coordinators.  Is Naseer the

14    only one who has these duties and

15    responsibilities, or does he share them with

16    others?

17          A.      There is -- you know, after

18    Carmelo left, we hired another person.  So

19    there are two lab coordinators out in Warren

20    right now.

21          Q.      Who have the same duties and

22    responsibilities you just listed?

23          A.      Yes.

24          Q.      Do they share those duties and

AMEDEO DISCEPOLO

Page 40

1          THE WITNESS:  They provide a

2          service to the engineering community.

3          That service says they ensure that

4          everything's working to what they

5          installed.

6              If, after they install

7          something, it's not working properly,

8          the engineers would contact them and

9          say, "This does not work," and they

10         would go in and try to troubleshoot it

11         and try to figure out what wasn't

12         working.  Did they have the cabling

13         wrong, you know.  Did they have a

14         mismatch in speed, something like

15         that.

16  BY MS. WALSH:

17     Q.    So any functions in

18  responsibility which are known as level-one

19  functions for network support would be

20  performed by the lab coordinators?

21         MS. BOUCHARD:  Objection to

22         form.

23             I don't think that there's been

24         any definition of level-one support,

AMEDEO DISCEPOLO

Page 49

1    include the two of them now -- as lab

2    coordinators --

3           A.      Okay.

4           Q.      -- is receiving equipment.  Can

5    you tell me what's involved in that?

6           A.      Yes.  If an engineer is going

7    to evaluate or certify new products, those new

8    products get delivered from the vendor to our

9    shipping dock.  The mailroom will then deliver

10   them to the lab, and the lab coordinator's

11   role is to receive that equipment, place it in

12   a storage room and then work with the engineer

13   to deploy and install that equipment in the

14   right fashion.

15          Q.      Okay.  So you said install and

16   deploy the equipment.  What's specifically

17   involved, in layperson's terms, in installing

18   and deploying the equipment?

19          A.      What they would do is unpack it

20   if they need to, install it in a cabinet or

21   freestanding frame, plug it in, connect up the

22   network cables, the management cables and the

23   surveillance cables that would allow the

24   engineers to gain access to the equipment from

AMEDEO DISCEPOLO

Page 50

1    either outside the lab or from their desk.

2         Q.    What are the management cables?

3         A.    Just an Ethernet cable that

4    connects the equipment to another device that

5    allows engineers to gain access to the

6    equipment.

7         Q.    And you also said surveillance

8    cables?

9         A.    Same stuff.  It's another

10   Ethernet RJ45 cable that connects from the

11   equipment to a different management box that

12   will -- again, allows the engineers remote

13   access into the device.

14        Q.    And is that all that's involved

15   in installing or deploying the equipment for

16   engineers, or is there something else involved

17   in that?

18        A.    They would have to configure

19   the surveillance system or the management

20   system in order to accept the additional

21   equipment cables.  They would also supply IP

22   addresses or, you know -- IP addresses to the

23   equipment, and they have to do some basic

24   configuration on the lab infrastructure to

AMEDEO DISCEPOLO

Page 51

1    ensure that it is set up properly to

2    communicate with the technology devices.

3          Q.      What's involved, in layperson's

4    terms, in configuring the surveillance and

5    management systems?

6          A.      Just installing the system,

7    powering it on and then logging on to it from

8    a management console and configuring the

9    device.

10          Q.      And, again, what's actually

11    involved in supplying an IP address to the

12    equipment?

13          A.      Going to a database -- we have

14    a set range of IP addresses that are assigned

15    to engineers or engineering teams within the

16    lab.  They would just go to a database that

17    was created to track those and assign the

18    next, you know, logical IP address for that

19    engineering team.

20          Q.      You also said that they do some

21    basic configuration on the lab infrastructure

22    to ensure that it's set up properly to

23    communicate with the technology devices?

24          A.      Yes.

AMEDEO DISCEPOLO

Page 52

1          Q.      Again, if you can explain it to

2     me in layperson's terms.

3          A.      So in a lab, we have a set of

4     devices that are used to connect lab equipment

5     to the production network.  That set of

6     devices needs to be configured; how many ports

7     we're using, what the card type is, what the

8     speed of the ports are so that it matches up

9     to the equipment that's being installed or

10    accessed.

11              So if we have any problems

12    where it's not configured properly -- we don't

13    have the ports enabled, we don't have the card

14    enabled -- we can't provide connections or

15    service to the engineers.

16         Q.      Currently, how many shipments

17    are received on a weekly basis by the lab

18    coordination team?

19         A.      Offhand, a handful.  Not a

20    great deal.  Approximately, I'll guess, three

21    to five, at this point.

22         Q.      You testified "at this point."

23    Has it reduced over the course of the last few

24    years?

AMEDEO DISCEPOLO

Page 55

1          Q.      And the Rutherford location?

2          A.      Same thing, ten to 15.  The

3     majority were in Greenwich Street.

4          Q.      And currently at the lab

5     facility in Warren, how many engineers are

6     employed?

7          A.      I don't have exact numbers

8     anymore.

9          Q.      Can you estimate?

10         A.      I would say there's still 250

11     to 300 sitting out in Warren.

12         Q.      Now, you said your current

13     address is where?

14         A.      Sixty-eight South Service Road

15     in Melville, New York.

16         Q.      Okay.  So are you -- do some of

17     your duties and responsibilities still relate

18     to the Warren lab facility or no?

19         A.      No.

20         Q.      When did that end?

21         A.      December 31st, 2007.

22         Q.      Up until that point, were you

23     actually located at the Warren lab facility?

24         A.      No.

AMEDEO DISCEPOLO

Page 56

```
 1          Q.     You were still located in
 2    Melville?
 3          A.     Yes.
 4          Q.     At any point in time, were you
 5    located at the Warren lab facility?
 6          A.     No.
 7          Q.     So from the time it moved
 8    there, you said the move was complete the
 9    third quarter of 2006?
10          A.     Yes.
11          Q.     From the time it moved there,
12    you've never been actually physically located
13    for work at the lab facility?
14          A.     We -- I would go out there once
15    a week, once every couple of weeks just to
16    check in with the lab team, as well as part of
17    my other team that was sitting out in Warren,
18    but I did not occupy a full-time spot in
19    Warren.
20          Q.     How long have you been in the
21    Melville location?
22          A.     A year and a half.
23          Q.     And where were you located
24    before that?
```

AMEDEO DISCEPOLO

Page 57

1          A.      There was a site in Uniondale,

2    Long Island, that we were sitting at.

3          Q.      For how long were you located

4    there?

5          A.      I was there for about a year.

6          Q.      And prior to that, where was

7    your office?

8          A.      388 Greenwich.

9          Q.      Was there a specific floor

10   where your office was located?

11         A.      Thirteen.

12         Q.      And you just had one desk?

13         A.      I had an office.

14         Q.      You had an office?

15         A.      Um-hum.

16         Q.      And when did you -- when were

17   you first located at the 388 Greenwich Street

18   location?

19         A.      I think in 1993.

20         Q.      And was that always on the

21   13th floor?

22         A.      Yes.

23         Q.      You testified that another

24   responsibility of a lab coordinator currently

Page 58

1    is unpacking equipment?

2          A.      Um-hum, yes.

3          Q.      That, I think we've gone over

4    with respect to the receiving equipment part

5    of it.

6                  Is there anything else with

7    respect to unpacking equipment that you

8    haven't testified to?

9          A.      No.

10         Q.      You also testified that one of

11   their responsibilities is installing

12   equipment.  Again, other than what you've

13   testified to with respect to the installation,

14   is there anything else that you left out

15   there?

16         A.      No.

17         Q.      You testified that the lab

18   coordinator also reviews requests to ensure

19   that they're complete.  What's involved with

20   that?

21         A.      The engineers would submit a

22   lab request form.  And on that request form,

23   it would give a description of what the

24   engineer was trying to accomplish, whether

AMEDEO DISCEPOLO

Page 59

1    that's installing new equipment, needs

2    additional network connectivity, is changing

3    speeds, anything related to his lab

4    environment.

5                So the lab coordinators would

6    review that and make sure that they could

7    service or fulfill that requirement.  And that

8    included all the information that we need from

9    a control compliance point of view.

10            Q.    So those types of requests,

11   would they include requests for new equipment?

12            A.    Yes.

13            Q.    And they'd include requests for

14   changes to the environment that the engineer's

15   working in?

16            A.    Yes.

17            Q.    Now, if you can explain to me

18   the specific different types of requests that

19   can be made, if you can break it down for me.

20            A.    I would -- I would categorize

21   it as three different types.  One is for new

22   installs.  Second one would be to deinstall or

23   remove equipment from the lab.  Third would be

24   to implement changes to existing environments

AMEDEO DISCEPOLO

Page 60

1    within the lab.

2          Q.    Under the third category, can

3    you tell me the types of changes to the

4    existing environment?

5          A.    Yeah.  A couple of the changes

6    could be if an engineer has a server

7    installed, and it only has one network

8    connection today, and they're going to upgrade

9    that server, and it requires two, four or

10   eight connections, the engineers would have to

11   ensure that they've got the IP address, they

12   have the port capacity, they have the cable

13   capacity to make those additional connections.

14         Q.    You just said that the

15   engineers would have to ensure that they

16   had --

17         A.    I'm sorry, the lab

18   coordinators.

19         Q.    Lab coordinators?

20         A.    Yes.  Sorry about that.

21         Q.    You also said that one of their

22   functions was to talk to engineers to ensure

23   that the scope and space at the Warren lab was

24   sufficient for what they wanted to do.

AMEDEO DISCEPOLO

Page 61

1           If you can explain to me what

2    that means in layperson's terms.

3         A.     So if a engineer has a request

4    that says, "I want to install Box A," the lab

5    coordinators would review that request and

6    say, "Okay.  One, do we really understand what

7    this is?  Do we have the full dimension of the

8    equipment listed here?  How big is it?"  You

9    know, "What's the footprint that it's going to

10   take up?  Is it a standalone cabinet?  Is it a

11   rack-mountable device?  What type of power

12   does it need?  Do we have to ask for any

13   specific or special power requirements for

14   that device?  What type of network connections

15   and management connections, and do we have all

16   of the capacity that we need to service that

17   request from the user?"

18        Q.     Just to get back to the move to

19   Warren, I think you testified that currently

20   there's only a handful of shipments that come

21   into the lab, about three to five per week.

22   You said that that has been reduced

23   dramatically since the move?

24        A.     (Nodding.)

AMEDEO DISCEPOLO

Page 69

1    again, I would think, you know, they were

2    using similar processes that were put in place

3    for Warren.

4           Q.      You testified that another

5    responsibility of the lab coordinators

6    currently is inventory control?

7           A.      Yes.

8           Q.      Can you explain to me, in

9    layperson's terms, what inventory control is?

10          A.      Sure.  What that means is, when

11   equipment comes into the lab and they install

12   it or they have to remove equipment, they go

13   into a database and they update that database

14   with the information.

15                  If it's new equipment coming

16   in, who requested it, what type of equipment,

17   what's the value of the equipment and

18   information like that, as well as the

19   connectivity information.

20                  And if they remove it, same

21   thing; they pull it out and clear up the

22   databases so that we can keep an accurate

23   inventory of what's in the lab.

24          Q.      What's the purpose of that?

AMEDEO DISCEPOLO

Page 70

1          A.      A couple of purposes.  One is

2     to adhere to an annual insurance questionnaire

3     that we need to fill out in order to

4     approximate how much dollar value is within

5     the lab and if something happened to that lab,

6     what it would take to replace all of that

7     equipment.

8                  And the other key point is

9     really to make sure we have capacity planning

10     for the lab so that we know how much space is

11     there, how much infrastructure is available,

12     how much power we're using.

13                  And the third part is to be

14     able to service and assist the engineers if

15     something is breaking and they need help.

16          Q.      Now, are the lab coordinators

17     responsible for troubleshooting with respect

18     to the network?

19          A.      With respect to the core lab

20     network -- there's two pieces to the network.

21     There's -- on the left side, you got the

22     production network.  On the right side, you

23     have the lab network.  They are responsible

24     for the lab network.

AMEDEO DISCEPOLO

Page 71

1                   So they configure the network,

2    they run the cables that connect the devices

3    to that network.  And if something isn't

4    working, they will assist the engineers in

5    figuring out what's wrong, reconfiguring the

6    network, reconfiguring the management

7    stations, replacing a cable, stuff like that.

8          Q.     What's the difference between

9    the production network and the lab network?

10         A.     Lab network is, you know,

11   strictly on the right side of a firewall,

12   which is a device to keep the network safe so

13   that we can't get viruses or bad programs from

14   the lab out onto the production network.  The

15   production network is where Citigroup and its

16   businesses transact their daily work.

17         Q.     So the lab coordinators are

18   responsible for troubleshooting the lab

19   network only?

20         A.     Yes.

21         Q.     Is there anyone else involved

22   in troubleshooting with respect to the lab

23   network?

24         A.     Some of the engineers would

AMEDEO DISCEPOLO

Page 77

1  other departments' lab equipment into that

2  lab.

3           Q.       In terms of the duties and

4  responsibilities of the lab coordinator that

5  we've just gone through -- and I think that

6  covered all of the different categories that

7  you testified to earlier -- is there anything

8  else that we haven't covered that the lab

9  coordinator is currently responsible for?

10          A.       Just to make sure, do they

11  have -- did I put down configuration of the

12  lab core equipment, the lab core network?

13          Q.       You could have, but I can't

14  read my writing.

15          A.       Hate when that happens.

16          Q.       Let's go over that.

17                   You said configuration of the

18  lab?

19          A.       Core network.

20          Q.       Core network.  Can you explain

21  to me what that is?

22          A.       I think I did now that I

23  recall, but, yes, again, in the lab, there is

24  a set of devices that is used to connect all

AMEDEO DISCEPOLO

Page 78

1    of the engineer's test equipment to the

2    production network.

3                    Those devices -- Cisco

4    switches, Cisco routers -- have to get

5    configured with the proper cards, with the

6    configuration files.  They've got to load them

7    up and bring them online and test them out.

8                    MS. WALSH:  Just off the record

9          for a minute.

10                       - - -

11                    (Discussion off the record.)

12                       - - -

13                    (Recess 12:28-12:36 p.m.)

14                       - - -

15    BY MS. WALSH:

16          Q.      At some point in time,

17    Mr. Millan reported to you in his job

18    function.  Is that correct?

19          A.      Yes.

20          Q.      When was that?

21          A.      Specifically reporting to me

22    would have been June, July of '06 through

23    March '07.

24          Q.      And did he report directly to

AMEDEO DISCEPOLO

Page 79

1    you as of June, July '06, or was there an

2    intermediary?

3            A.      That was directly.

4            Q.      And prior to that, who did he

5    report to?

6            A.      Paul Holder, who reported to

7    me.  And that was summer of '05.

8            Q.      And what was the reason for the

9    change?

10           A.      Paul decided to move out of the

11   engineering group into a security role.  And

12   at that point in time, I decided to have the

13   lab coordinators report directly to me.

14           Q.      So nobody replaced Paul Holder

15   in that position?

16           A.      No.

17           Q.      What was his title prior to the

18   move into surveillance or security?

19           A.      He was a senior network

20   engineer, and his corporate title may have

21   been classified as a manager.

22           Q.      So he was reporting to you, and

23   Mr. Millan was reporting to him?

24           A.      Yes.

AMEDEO DISCEPOLO

Page 80

1        Q.      From the summer of '05?

2        A.      Mr. Millan was reporting to

3    Paul prior to the summer of '05, but they

4    moved Paul's team under me in the summer of

5    '05.

6        Q.      So from the summer of '05 to

7    June, July '06, Mr. Millan was reporting to

8    Mr. Holder who, in turn, was reporting to you?

9        A.      Yes.

10        Q.      What type of direct

11    responsibilities, duties, if any, did you have

12    over Mr. Millan during that time?

13              MS. BOUCHARD:  During what

14        time?

15              MS. WALSH:  Summer of 2005 to

16        June, July 2006.

17              THE WITNESS:  Loose

18        responsibility.  I funneled most of my

19        management stuff through Paul.  The

20        only specific thing I talked with

21        Carmelo about was the lab migration

22        project and stuff related to it.

23    BY MS. WALSH:

24        Q.      Where was Mr. Millan's office

AMEDEO DISCEPOLO

Page 81

1    or desk located at the time?

2         A.      He was at 388 Greenwich.

3         Q.      Was the summer of '05 the first

4    time that you met Mr. Millan or came in

5    contact with him, or were you familiar with

6    him prior to that?

7         A.      That was the first time.

8         Q.      With respect to the lab

9    migration, can you tell me the specific

10   interaction you would have with him?

11        A.      Yeah, after that team was moved

12   under me, I understood from Yesim that the

13   migration was a major thing, and I needed to

14   become familiar with it.

15              So I met with Paul and Carmelo

16   to have them bring me up to speed with what

17   was going on, where the project plan was and

18   how we're doing on the project.

19        Q.      What was Carmelo's role with

20   respect to the lab migration?

21        A.      It was his responsibility to

22   handle the migration to Warren.  It was his

23   role to develop the plan, to work with the

24   other engineering teams to make sure we

AMEDEO DISCEPOLO

Page 82

1    understood all the equipment that was going

2    out there.  He laid out or configured the

3    Warren lab space and all the connectivity.  It

4    was his game to win.  It was all his.

5          Q.    So the first thing you said

6    was, his role was to develop the plan.  What

7    was involved with that?

8          A.    He was utilizing Microsoft

9    Projects, I believe, to identify all of the

10   major deliverables and all of the tasks

11   associated with those deliverables, what the

12   start/end dates were, what their current

13   status comments were and who owned the

14   responsibility.

15         Q.    When you say, "major

16   deliverables," is that the delivery of the

17   equipment out to Warren?

18         A.    It could have been broken into

19   a few different things such as equipment

20   inventory, shipping and receiving of equipment

21   from the labs to Warren.  Floor layout --

22   floor diagrams, floor layouts for the cabinet

23   or the infrastructure within Warren, the

24   connectivity to's and from's or the

AMEDEO DISCEPOLO

Page 83

1   interconnections of all of their pieces of

2   equipment within the Warren lab.

3          Q.      Did he do the floor layouts and

4   floor diagrams, or did somebody else do those?

5          A.      I believe he did those.  He may

6   have had help from one other team.

7          Q.      Which team was that?

8          A.      That would have been the data

9   center planning team, we call it -- or we

10  called it at that point in time.

11         Q.      Were they engineers or --

12         A.      They were engineers, but they

13  did not report to Yesim; they were a separate

14  organization.

15         Q.      So aside from developing the

16  plan for the move, which you just testified

17  about, you said to work with the other

18  engineering teams.

19                 What was involved specifically

20  in Mr. Millan working with other engineering

21  teams as it related to the move to Warren?

22         A.      That would have been to ensure

23  that he gets a coordinator assigned from the

24  other team.

AMEDEO DISCEPOLO

Page 84

1          Q.      Which other team?

2          A.      Any of the engineering teams,

3    you know.

4          Q.      So there was a coordinator for

5    each of the engineering teams that was kind of

6    assigned to cover the move to Warren?

7          A.      Yes, to work with Carmelo on

8    the move to Warren.

9          Q.      So he had to ensure he had a

10   coordinator from each of those teams to work

11   with him?

12         A.      They would get a coordinator,

13   they would supply the current inventory of the

14   labs, Carmelo would review the inventory, pose

15   questions back to engineers if something was

16   missing, make sure he had all the information

17   he needed so that when that equipment showed

18   up in Warren, he knew where it belonged, who

19   it goes to, what connections, what power, all

20   that stuff that we've talked about.

21         Q.      So he would get that inventory

22   from the coordinator from each of the

23   different engineering teams?

24         A.      Yes.  Let me just clarify that.

AMEDEO DISCEPOLO

Page 85

1    From the -- from the remote -- the 250 West,

2    the 111 Wall and Rutherford labs, the 388

3    Greenwich lab, he had responsibility for that

4    inventory and everything there.

5           Q.     You also said that he was

6    responsible for laying out or configuring the

7    Warren lab space and all connectivity?

8           A.     Yes.

9           Q.     Can you tell me, in layperson's

10   terms, what that involved?

11          A.     Yup.  So you have a room like

12   this, he's going to figure out where the

13   cabinets get placed in the room.  He's going

14   to figure out what equipment goes in what

15   cabinet and what cable connectivity has to

16   come back from that equipment to the main

17   central patching frame.

18          Q.     Did he determine where people

19   were going to sit?

20          A.     He determined where the

21   equipment would go in the cabinets.  There

22   were no people out there.

23          Q.     Just what you testified to with

24   respect to the Warren lab migration and

AMEDEO DISCEPOLO

Page 86

1    Mr. Millan's job responsibilities with respect

2    to that, anything else that he had

3    responsibility for that you haven't testified

4    to?

5            A.       Assembling the equipment

6    purchases.  And what that entailed was making

7    sure that we had all the equipment we needed

8    in order to build out the Warren lab.

9                    So identifying how many

10   cabinets, how many shelves, what type of

11   cables, how much core infrastructure equipment

12   was needed, whether they were routers,

13   switches, management platforms, stuff of that

14   nature, tools that you could use.

15           Q.       Anything else?

16           A.       I think that's it for the

17   migration.

18           Q.       Now, during the migration, was

19   Mr. Ibrahim already an employee within that

20   department?

21           A.       Yes.

22           Q.       Did he -- was he responsible

23   for any -- or did he perform any of the duties

24   and responsibilities with respect to the

AMEDEO DISCEPOLO

Page 87

1    Warren lab migration that you just testified

2    to?

3           A.      For the most part, it was

4    Carmelo.  Naseer was hired, again, in March or

5    April of '05, so he was pretty new.  And

6    Carmelo was actually, you know, training and

7    giving him some oversight as to how the lab

8    works, what to do, how to handle a request.

9           Q.      Did Naseer report to -- did

10   Mr. Ibrahim report to Mr. Millan?

11          A.      Not officially, no.

12          Q.      Who did he report to?

13          A.      Initially, to Paul.  And then

14   in June, July of '06, through '07, they both

15   reported to me.

16          Q.      Did Mr. Millan have any hiring

17   responsibilities?

18          A.      Not that I'm aware of.

19          Q.      Did he -- sorry.

20          A.      Go ahead.

21          Q.      Did he have the power to

22   discipline an employee?

23          A.      Not from the time they came

24   under my management control, no.

AMEDEO DISCEPOLO

Page 88

1          Q.      Before that, did he have that

2   responsibility?

3          A.      Not that I'm aware of.

4          Q.      Could he fire an employee?

5          A.      I don't believe so.

6          Q.      Was he considered a manager?

7          A.      I believe he was considered an

8   engineer or an analyst.

9          Q.      Prior to you taking direct

10  managerial responsibility for Mr. Millan, who

11  was responsible for completing employment

12  evaluations for him?

13         A.      Paul Holder.  Again, from when

14  I took responsibility in '05, Paul did the

15  performance review for '05, Paul did the

16  midyear review in '06, and I did year-end in

17  '07 -- I mean, in '06.

18         Q.      When Paul had the

19  responsibility for doing the reviews midyear,

20  year-end reviews, did you have any input with

21  respect to those reviews?

22         A.      Yes, I did.

23         Q.      What was your input?

24         A.      Just making sure I agreed with

AMEDEO DISCEPOLO

Page 89

1    what Paul put down, if I noticed any

2    improvement areas that would benefit Carmelo

3    or anyone else.  So time management, project

4    management, classes, you know, recommended

5    that he take a few of those.

6        Q.    Was there a reason specifically

7    that you recommended that he take a

8    time-management class?

9        A.    Primarily just -- we like to

10   have all of the engineers run through that so

11   that they get a better understanding of how to

12   do time management as it relates to all the

13   projects that come in.  We have a lot of work

14   that comes in, and you really have to figure

15   out how to handle the load.

16       Q.    At the time Mr. Millan started

17   reporting to you directly, how many hours per

18   week was he working?

19       A.    I would -- based on the reports

20   that I eventually started pulling in August

21   and I believe October, I would think, you

22   know, from what I saw, he was working 35,

23   37 hours a week.

24       Q.    And that was from June 2006?

AMEDEO DISCEPOLO

Page 123

1           are you suggesting that there was just

2           a label put on him?  Because he was

3           doing different functions.

4                   MS. WALSH:  Well, we can argue

5           about that.

6                   MS. BOUCHARD:  Okay.  Let's

7           leave that stipulation if and when we

8           need to get into those class issues.

9                   MS. WALSH:  Okay.

10   BY MS. WALSH:

11           Q.     Do you know if the lab ever

12   used a help center with respect to technical

13   issues?

14           A.     Warren, definitely not.  388, I

15   don't believe so.  And, you know, from the

16   time I took management responsibility, we

17   definitely did not use any centralized help

18   center.  And I can't attest to anything with

19   the other labs.

20           Q.     Are the lab coordinators

21   required to have any certifications to perform

22   their job functions?

23           A.     It's not required, but

24   certifications are always a benefit or a plus.

AMEDEO DISCEPOLO

Page 124

1          Q.     What type of certifications are

2    beneficial?

3          A.     Could be a couple in the lab;

4    networking, Cisco-related networking and, you

5    know, server-related Windows or UNIX

6    certifications would be a benefit to them so

7    that they could really dialogue and have good

8    conversations with the engineers.

9          Q.     Does Mr. Ibrahim have any of

10   those certifications?

11         A.     I'm not sure if he has a

12   certification, but we -- he did attend

13   technical training last year in pursuit of a

14   certification.

15         Q.     For which certification?

16         A.     It would be one of the Cisco

17   tracks, whether it's the CCNA or the CCNP.

18         Q.     And what about Mr. Sorrentino?

19         A.     As far as I know, he does not

20   have any certifications.

21         Q.     Did Mr. Millan ever complain to

22   you that he was overworked in his position as

23   lab coordinator?

24         A.     I believe the discussions we

AMEDEO DISCEPOLO

Page 128

1          Q.      Now, you said you checked the

2    records at the Warren facility to see what

3    time Mr. Millan was coming and going?

4          A.      When I noticed that we were

5    having attendance issues, I worked with HR to

6    figure out how to handle it, and they

7    suggested that -- we came to an agreement that

8    I could use the swipe-in/swipe-out methodology

9    and have him specifically use the main

10   swipe-in/swipe-out when he enters and leaves

11   the building so that we have a clear track

12   record.

13         Q.      So did you instruct him at some

14   point to use the main swipe-in/swipe-out?

15         A.      Yes.

16         Q.      When did it come about that you

17   noticed that there were attendance issues?

18         A.      Definitely in August of '06.  I

19   believe that's when we issued the first

20   warning, but I would think, you know, the

21   month or two, you know, the June/July time

22   frame when he started reporting to me

23   directly, I started noticing or hearing things

24   that no one can find anyone, no one's around,

AMEDEO DISCEPOLO

Page 135

1                      - - -

2                 (Whereupon, a document was

3            marked for identification purposes

4            as Discepolo-4.)

5                      - - -

6  BY MS. WALSH:

7        Q.     Mr. Discepolo, I'm going to

8  give you an exhibit that's being marked as

9  Discepolo-4.  And for identification purposes,

10  it is a two-page document Bates stamped

11  CTI0000363 to 364.

12        A.     Okay.

13        Q.     I'm going to ask you to take a

14  look at that document, so let me know when

15  you're ready.

16        A.     (Reviewing.)

17               Okay.

18        Q.     Do you recognize this document?

19        A.     Yes, I do.

20        Q.     What is it?

21        A.     It's a document I wrote up to

22  address Carmelo's attendance issues.

23        Q.     Is this the document you

24  testified to that you prepared in -- I think

AMEDEO DISCEPOLO

Page 136

1    you said August of 2006.  Is that correct?

2           A.      Yes, it is.

3           Q.      And the date on it is

4    September 6th, 2006?

5           A.      Um-hum.

6           Q.      Would that refresh your

7    recollection with respect to the specific time

8    frame wherein you met with Mr. Millan?

9           A.      Yes.  Yes.

10          Q.      And would -- would the date on

11   this memo be the same date that you met with

12   him or a different date?

13          A.      It may have been a day later or

14   a couple days later as I wrote this in my

15   office.  And by the time I got out to see him

16   in Warren, it could have been a day or two

17   later.

18          Q.      In the -- in the first

19   paragraph of the memo, it says, "The purpose

20   of this formal written warning is to address

21   your overall attendance over the past few

22   months which affects your performance and our

23   team's efforts.  This issue has been discussed

24   with you on several occasions."

AMEDEO DISCEPOLO

Page 140

1    Should these be of a personal nature, you're

2    encouraged to contact the Firm's Employee

3    Assistance Program (E.A.P.), a confidential

4    employee counseling service to discuss the

5    problem or seek assistance."

6                    Firstly, did Mr. Millan discuss

7    with you any personal issues that were

8    affecting his attendance?

9            A.      Not at this meeting.  Not

10   related to this, but, you know, earlier in

11   2006, he had some personal issues where he

12   took some time off, and he went on disability

13   for a few weeks.

14           Q.      When was that?

15           A.      I'm going to say the end of

16   March, April, May time frame.

17           Q.      2006?

18           A.      Yes.

19           Q.      And for how many weeks did he

20   go on disability?

21           A.      I believe it was at least two.

22           Q.      And what -- sorry.

23           A.      Go ahead.

24           Q.      What was the reason for that?

AMEDEO DISCEPOLO

Page 142

1    say to him during the conversation?

2         A.      "Take the time you need.  Take

3    your time.  Use the employee services.  Get

4    the help, whatever it is that you think you

5    need to straighten out."

6                      - - -

7                  (Whereupon, a document was

8              marked for identification purposes

9              as Discepolo-5.)

10                     - - -

11   BY MS. WALSH:

12        Q.      I'm going to give you another

13   exhibit, Mr. Discepolo.  This one is being

14   marked as Discepolo-5.  And for identification

15   purposes, it's a two-page document that's been

16   Bates stamped CTI0000365 to 6.

17                I'm going to ask you to look at

18   that document and let me know when you're

19   ready.

20        A.      (Reviewing.)

21                Okay.

22        Q.      Do you recognize that document?

23        A.      Yes, I do.

24        Q.      What is it?

AMEDEO DISCEPOLO

Page 143

1        A.      It's a formal written warning

2    notice that I gave to Carmelo in January of

3    '07 -- or dated January '07 -- for his

4    attendance issues.

5        Q.      And was this -- does this

6    refresh your recollection with respect to the

7    second meeting you had with Mr. Millan as to

8    the time frame?

9        A.      Yeah.  This one actually didn't

10   go to Carmelo until late February, I believe

11   it was.

12       Q.      Why was that?

13       A.      I don't think there was any

14   specific reason.  Him being out days, me being

15   out days, just time to get together.  Also

16   probably getting HR to review it and agree to

17   it.

18       Q.      Now, this one, the "Re" in this

19   one is "Final Formal Written Warning"?

20       A.      Um-hum.

21       Q.      What is your understanding with

22   respect to that description of the memo?

23       A.      My understanding was that this

24   is the final warning he would get and that if

AMEDEO DISCEPOLO

Page 144

1    he didn't straighten out his attendance issue,

2    it could lead up to dismissal.

3            Q.       And did Mr. Millan sign and

4    acknowledge this memo in your presence?

5            A.       He acknowledged it.  I don't

6    believe he signed this one.

7            Q.       Any reason why?

8            A.       Not that I recall, but I

9    don't -- I don't know if I have a signed copy

10    of this one.

11            Q.       Subsequent to you meeting with

12    him in February of '07 to discuss this memo,

13    did you have any subsequent conversations with

14    him regarding attendance?

15            A.       No.

16            Q.       Did you have any subsequent

17    conversations with him regarding him being

18    overworked?

19            A.       No.

20            Q.       Did you have any other

21    conversations with him at any time regarding

22    his stress level?

23            A.       No.

24            Q.       Did his attendance improve

AMEDEO DISCEPOLO

Page 145

1    after you meeting with him in February of

2    2007?

3            A.      Honestly, if I recall properly,

4    this was given to him late in February and,

5    within a day or two, he announced his

6    resignation.

7            Q.      How did he announce his

8    resignation?

9            A.      If I remember correctly, he let

10   us know that he resigned, and then there was a

11   small e-mail exchange, I guess, between him

12   and I where I asked him to put it in black and

13   white.  And then he wanted to know about his

14   vacation time, and I told him I'd get back to

15   him or HR would have to get back to him with

16   that information.

17           Q.      Did you have a conversation

18   with him after he tendered his resignation?

19           A.      I'm sure I did.  It was

20   probably a real brief conversation, just him

21   explaining that he couldn't -- couldn't work

22   within the company anymore.

23           Q.      At some point in time, was

24   Mr. Millan involved in the drafting of a

AMEDEO DISCEPOLO

Page 146

1    Process Control Manual for global engineering?

2           A.       Yes, he was.

3           Q.       When was that?

4           A.       I think he initially drafted

5    the PCM when he was working for Paul prior to

6    my management responsibility, but as I became

7    familiar with that environment, we were always

8    looking to improve the PCM and bring it up to

9    date and make sure it really described what

10   they did in the lab.

11          Q.       What was the purpose of the

12   PCM?

13          A.       Just a general process manual

14   for lab coordinators to understand what their

15   roles and responsibilities are in the lab,

16   govern or give a set of rules that should be

17   followed when you're performing work in the

18   lab.

19          Q.       Did a PCM exist for the lab

20   prior to Mr. Millan drafting it, or do you

21   know?

22          A.       I don't know.  I think that's

23   the first one I ever saw, so...

24          Q.       Were Process Control Manuals

AMEDEO DISCEPOLO

Page 147

1  mandated throughout CTI in every department at

2  a certain point in time?

3          A.      I can't attest to the other

4  departments.  Within engineering, there were

5  certain PCMs created for different aspects of

6  engineering work.

7          Q.      And beyond having general

8  processes documented, what was the purpose of

9  doing that?

10          A.      Just -- again, just to ensure

11  that all of the engineers or personnel

12  involved in certain aspects are following the

13  same guidelines and rules when they do their

14  work.  And if you bring new people on board,

15  it gives them a point to start to understand

16  how things are done within the environment.

17          Q.      So is it used for training

18  purposes?

19          A.      Not training, but just to give

20  them -- give a new employee a guideline as to

21  how things get done for what they --

22          Q.      Sorry.  Go ahead.

23          A.      Go ahead.

24          Q.      To familiarize them with the

AMEDEO DISCEPOLO

Page 148

1    rules and responsibilities?

2         A.    Um-hum.  Or certain processes

3    that would have to get followed.

4                   - - -

5               (Whereupon, a document was

6          marked for identification purposes

7          as Discepolo-6.)

8                   - - -

9    BY MS. WALSH:

10        Q.    I'm going to show you another

11   exhibit.  This one is being marked as

12   Discepolo-6, and it is a -- an 11-page

13   document that's Bates stamped for

14   identification purposes CTI00001167 through

15   77.

16        A.    Okay.

17        Q.    And I'm going to ask you to

18   have a look at that and let me know when

19   you're ready.

20        A.    (Reviewing.)

21             Okay.

22        Q.    Do you recognize what's being

23   marked as Exhibit 6?

24        A.    I recognize it in the format

AMEDEO DISCEPOLO

Page 150

1          Q.      And the listing of

2   responsibilities there, is that an accurate

3   reflection of the responsibilities that

4   Mr. Millan and Mr. Ibrahim would have had as

5   lab coordinators at the time?

6          A.      Yes.

7          Q.      What is loaner equipment?

8          A.      If an engineer is going to

9   evaluate a new piece of technology from Compaq

10  or HP, HP or Compaq would give them demo gear

11  or loaner hardware for them to do the

12  evaluation and then ship it back to them after

13  they finished their evaluation.

14         Q.      Physical lab access control, I

15  know you testified earlier that relates to the

16  actual personnel who were allowed to have

17  access to the lab?

18         A.      Yes.

19         Q.      What's yearly reconciliation

20  with respect to that?  What does that involve?

21         A.      That involves getting a report

22  from security for the badge reader assigned to

23  the lab doors and showing a list of who has

24  access to that badge reader and then just

AMEDEO DISCEPOLO

Page 151

1    running through it and saying, "I know these

2    people, I know these people, they're good,

3    they're good.  Look, we've got HR people with

4    access to the lab.  They don't belong here.

5    Take them off the list."

6          Q.    Okay.

7          A.    Okay?

8          Q.    What is inter-engineering

9    discipline liaison?

10          A.    I would take that as a

11    consultant-type role to work with different

12    engineering groups that are trying to test

13    something, and the lab coordinators would

14    facilitate or help those groups come together

15    and make sure that the product that they want

16    to test is going to work in the lab.

17          Q.    And, specifically, how would

18    they do that?

19          A.    They would see a lab request

20    come in, it says, you know, the voice team is

21    going to work with the storage team or they

22    have a requirement for storage, yet they

23    haven't spoken to the storage team yet.

24                So Carmelo, Naseer or any of

AMEDEO DISCEPOLO

Page 152

1    the lab coordinators would review that, get in

2    touch with both parties and say, "Let's get

3    together.  Let's have a quick meeting.  Let's

4    figure out what we're doing here," and try to

5    bring that to closure.

6           Q.     And overall lab caretakes,

7    gatekeepers.  What does that entail?

8           A.     I think that's a general catch

9    bucket there that says they are responsible

10   for the lab, no one should be doing anything

11   within the lab, except for the lab

12   coordinators.  They do all the work in the

13   lab, no one else should be doing it.

14          Q.     And what is SME peer group?

15          A.     SME is a -- an engineering --

16   it's a label we give to an engineer.  It's --

17   it's really dictating that he's the expert in

18   that field or in that technology.

19          Q.     Do you know what "SME" stands

20   for?

21          A.     Got a block right now.

22                 MS. BOUCHARD:  Subject matter

23          expert.

24                 THE WITNESS:  Thank you.

AMEDEO DISCEPOLO

Page 156

1          A.      Again, when we install

2    equipment in the lab, we have to give it an IP

3    address in order for it to talk on a network.

4                 So, as I stated before, we

5    assign blocks of addresses to the different

6    engineering teams.  As they put more and more

7    equipment in, we pick out IP addresses to

8    assign to the next.

9          Q.      So it's the assignment of the

10   IP addresses and the keeping of that

11   information in the database?

12         A.      Yes.

13         Q.      Just to go back to Exhibit 7,

14   the same page, Page 5, under Number 4, it

15   says, "Responsible for lab environmentals"?

16         A.      Um-hum.

17         Q.      What does that mean?

18         A.      So that means within that lab

19   space, we have electrical and cooling

20   requirements.  So we had some monitors built

21   into the lab so that we can measure how much

22   electricity is being used within the lab.  And

23   we have a threshold; can't go above that

24   threshold or we have issues.

Page 157

1                And the cooling we have built

2     on top of each cabinet is a monitor.  And the

3     cabinet shouldn't go above 75 degrees

4     Fahrenheit.  If it does, equipment can start

5     failing and all that stuff.  They do a

6     walk-through once a day just to check the

7     environment out and make sure it's okay.

8          Q.    And make sure they haven't

9     exceeded those levels?

10         A.    Yes.

11         Q.    Sir, you testified earlier that

12    when Mr. Holder was responsible for doing

13    performance evaluations that you would have

14    certain input to it when you were manager.

15                Back in 2004, before you had

16    supervisory responsibilities over Mr. Holder

17    and Mr. Millan, I assume you would not have

18    any input into the performance evaluations

19    that Mr. Holder was doing at the time?

20         A.    Correct.

21         Q.    But by year end, 2005, by then,

22    you would have had input into it?

23         A.    Yes.

24                    - - -

AMEDEO DISCEPOLO

Page 176

1    please.

2                    (Reviewing.)

3                    Yes, it does (sic).  Um-hum.

4         Q.      And on the third page of the

5    document under "Description," was this a

6    description that you created that described

7    the position that was being advertised to

8    replace Mr. Millan?

9         A.      Yes.

10        Q.      What was Mr. Millan's salary

11   prior to him resigning?

12        A.      I believe it was 61, 62,000

13   base salary.

14        Q.      And was there a bonus that was

15   allocated to his position?

16        A.      Bonuses are never guaranteed.

17   It's based on performance throughout the year.

18        Q.      Did he get a bonus at the end

19   of 2006?

20        A.      No.

21        Q.      Did he get a bonus at the end

22   of 2005?

23        A.      Yes, he did.

24        Q.      What was his bonus at the end

AMEDEO DISCEPOLO

Page 177

1    of 2005?

2         A.      Tough question.  I think it was

3    10 or 12,000.  I don't recall exactly.

4         Q.      Who determined the bonus at the

5    end of 2005?

6         A.      That was a combination of

7    myself and Yesim.

8         Q.      What bonus did Mr. Ibrahim get

9    at the end of 2005?

10        A.      Zero.

11        Q.      Were there any other bonuses

12   given out during the course of the year?

13        A.      No.

14        Q.      When was the 2005 bonus

15   determined?  When were the numbers determined?

16        A.      The annual comp cycle starts in

17   October, and it really can run right up until

18   the week before the bonuses are given out.  So

19   changes can happen.  So that's, you know,

20   January of the following year.

21        Q.      Do you know at what point in

22   time Mr. Millan's bonus was determined in that

23   cycle?

24        A.      Again, it would have started

AMEDEO DISCEPOLO

Page 180

1          Q.    A programmer?

2          A.    That's how I would equate it.

3          Q.    Did Mr. Millan ever work as a

4    computer systems analyst?

5          A.    I have no idea.

6          Q.    Under you, did he ever work in

7    the lab as a computer systems analyst?

8          A.    Not in that term I wouldn't use

9    it, no.

10         Q.    Did he ever do any computer

11   programming when he reported to you?

12         A.    If we considered creating

13   databases and spreadsheet files to keep track

14   of the inventory and the elevation drawings

15   and the connectivity database, yes, I would

16   consider that.

17         Q.    Did he actually create the

18   database, or did he enter information into an

19   already existing database?

20         A.    As far as I know, he built the

21   database.

22         Q.    What kind of a database was it?

23         A.    Just an Excel database.  He

24   laid out the field structure, he figured

AMEDEO DISCEPOLO

Page 181

1    out -- he put in the fields that were

2    required, and then he put in all the data

3    related to all the equipment.

4            Q.    So was it an Excel document or

5    something more complicated than that?

6            A.    For the most part, it's an

7    Excel document with some links.

8            Q.    So it's not like an Access

9    database?

10           A.    It's not Access, it's Excel.

11           Q.    But it's a document as opposed

12   to a database?

13           A.    We use the terms

14   interchangeably with Excel and Access.  You

15   can do some key stuff with Excel now with all

16   the tables and the pivots and the feature

17   functionality that they've built into it.

18           Q.    You said there were some links?

19           A.    Yeah.  They -- you know,

20   Carmelo and Naseer were able to figure out

21   ways to embed text into the Word doc where you

22   click on a Word doc or click on the Excel file

23   or click on the elevation diagram, and it

24   would show you the pertinent information

AMEDEO DISCEPOLO

Page 182

1    related to that equipment.

2           Q.      So, like, a link to another

3    document?

4           A.      Yup.

5           Q.      Do you consider that to be

6    computer programming?

7           A.      It is if you don't know how to

8    do it.  Right?  Not being coy.  Yes, I would

9    consider it -- I mean, some of it is -- you

10   know, I can't do it.

11          Q.      Did he work for you as a

12   software engineer?

13          A.      No.

14          Q.      When he worked for you, did his

15   job involve the application of systems analyst

16   techniques, analysis techniques?

17          A.      Yeah.

18          Q.      What specifically?

19          A.      Analyzing a request that came

20   in, making sure the capacity in the

21   environment within the lab could support it,

22   making sure that what the engineers think they

23   want done is really going to work from a

24   network infrastructure and connectivity point

AMEDEO DISCEPOLO

Page 183

1    of view.

2         Q.    Nothing beyond what you already

3    testified to earlier.  Correct?

4         A.    Correct.

5         Q.    And was he involved in

6    designing computer systems?

7         A.    I would consider the whole

8    build-out or design of the lab and all its

9    interconnectivity a system, its topology and

10   assembly.  You've got to make sure all the

11   piece parts work together seemlessly in order

12   for it to work.

13        Q.    So the build-out of the Warren

14   facility you would consider falling into the

15   category of design of computer systems?

16        A.    I would.

17             MS. WALSH:  I don't have any

18        other questions.

19             MS. BOUCHARD:  I don't have any

20        questions.

21                  - - -

22             (Witness excused.)

23                  - - -

24             (Deposition concluded at 3:52