# EXHIBIT D

**Saranello, Thomas G [CCC-OT_IT]**

**From:** Saranello, Thomas G [IT]
**Sent:** Thursday, July 17, 2003 4:54 PM
**To:** Millan, Carmelo [IT]
**Cc:** Boggio, Carmen R
**Subject:** FW: Move for GTS Restack- Neeraj Sahai (CSR# 343109)

Carmelo,

Please take care of this.

Regards,
Tom Saranello

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

-----Original Message-----
**From:** Boggio, Carmen R
**Sent:** Thursday, July 17, 2003 4:24 PM
**To:** Saranello, Thomas G [IT]; Dulan, Terry [IT]; Cemenja, Sophia [IT]; Egan, Mark
**Cc:** Penzell, Gary [ADMN]; Loretoni, Albert; Valente, Shari [IT]; Cook, Timothy; Dispenza, Thanne L
**Subject:** Move for GTS Restack- Neeraj Sahai (CSR# 343109)

All,

Please see attached spreadsheet (open all 6 tabs) for 46 users moving within 388 Greenwich & 3 users moving from 111Wall st. Please let me know if you can support for Tuesday July 29th time TBD. Also there is an "extra" person who needs to move tomorrow morning, he only has a laptop and will need a network connection and new phone at his "To" location.

**Mark Gurfinkle** Moving from 23-CBG to 22-CAH.

Thank You,
Carmen Boggio
212-723-9415



Consolidated To
From Neeraj Sa...

**Tracking:**

1

CONFIDENTIAL                                                                                                      CTI00001486