# EXHIBIT E

**Saranello, Thomas G [CCC-OT_IT]**

| | |
|---|---|
| **From:** | Saranello, Thomas G |
| **Sent:** | Wednesday, July 27, 2005 1:07 PM |
| **To:** | Millan, Carmelo; Smith, Brad M; Walter, John |
| **Subject:** | RE: Global Engineering Warren Migration Move dates for Phase 1 - Moves 1&2 |

Carmelo,
Rick Braunagel supports all of Rutherford.

John,
Please get engaged for the decommission of equipment at 388G.

Regards,
Tom Saranello
Vice President
Citigroup Technology Infrastructure
Tel 212-291-2995
Fax 212-801-2655

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

-----Original Message-----
| | |
|---|---|
| **From:** | Millan, Carmelo |
| **Sent:** | Wednesday, July 27, 2005 12:50 PM |
| **To:** | *GT Global Engineering Warren Migration |
| **Cc:** | Saranello, Thomas G; Smith, Brad M; Walter, John; *GT Global Engineering Lab Support; Waddell, James |
| **Subject:** | Global Engineering Warren Migration Move dates for Phase 1 - Moves 1&2 |

All, below are the Warren Migration dates for the various Metro area labs. At this point everyone in the 388G/Rutherford Labs should start reaching out to vendors if we require their assistance to breakdown and move equipment. Lab installs here at 388G should also be delayed till Warren if at all possible installation request subsequent to 8/15 will require approval from your direct to Meredith. Owners for deliverables are listed in **bold**. Please contact me if you have any questions/concerns. A subsequent e-mail will be sent out at a later date with the pertinent dates for 250 West and 111 Wall Phase 2 - Moves 3&4.

James, please arrange buy in for support from the Site Support teams at 388G, Rutherford, and Warren. Contacts for 388G and Warren are cc'ed on this email. We will need at least 2 FTE's at each site for the dates/deliverables specified.

Tommy/Brad, is there a Site Support Team at Rutherford?

## 388G

*7/26-8/12*

Compile Move Sheets and Engage vendors if necessary, the earlier the better (**GE Engineering Teams**)

*8/15*

Freeze Move Sheets and submit to lab coordination team only critical installs will be accepted after this date (**GE Engineering Teams**)

Handoff patching schedules to Warren Site Support Team for pre-patching (**Lab team** will handoff to **Warren Site Support**)

4

CONFIDENTIAL

CTI00001377

*8/16-9/16*

Tag equipment (**GE Engineering Teams, Lab team, Movers**)

*9/19-9/22*

Start reconfiguring IP's and uninstalling equipment that is not critical in preparation for move (**GE Engineering Teams, Lab team, and 388G Site Support**)

Reconfigure and uninstall critical equipment as close to physical move as possible. (**GE Engineering Teams, Lab team, and 388G Site Support**)

*9/19-9/22*

Move equipment to Warren. (**Movers**)

*9/22-10/5*

Rack, stack, interconnect, critical equipment first then balance of equipment (**GE Engineering Teams, Lab team, and Warren Site support**)

*10/6*

Checkout (**GE Engineering Teams, Lab team, and Warren Site support**)

# Rutherford

*7/26-9/7*

Compile Move Sheets and Engage vendors if necessary, the earlier the better (**GE Engineering Teams**)

*9/8*

Freeze Move Sheets and submit to lab coordination team only critical installs will be accepted after this date (**GE Engineering Teams**)

Handoff patching schedules to Warren Site Support for pre-patching (**Lab team** will handoff to **Warren Site Support**)

*9/9-9/23*

Tag equipment (**GE Engineering Teams, Lab team, Movers**)

*9/26-9/30*

Start reconfiguring IP's and uninstalling equipment that is not critical in preparation for move (**GE Engineering Teams and Rutherford Site Support**)

Reconfigure and uninstall critical equipment as close to physical move as possible (**GE Engineering Teams and Rutherford Site Support**)

5

CONFIDENTIAL

CTI00001378

*10/3-10/4*

Move equipment to Warren. (**Movers**)

*9/23-10/7*

Rack, stack, interconnect, critical equipment first then balance of equipment (**GE Engineering Teams, Lab team, and Warren Site support**)

*10/6*

Checkout (**GE Engineering Teams, Lab team, and Warren Site support**)

Carmelo Millan
Lab Coordinator
Citigroup Technology Infrastructure
Global Engineering
212-816-1506/1889
carmelo.millan@citigroup.com

CONFIDENTIAL

CTI00001379