# EXHIBIT F

**Saranello, Thomas G [CCC-OT_IT]**

**From:** Saranello, Thomas G
**Sent:** Thursday, September 29, 2005 1:51 PM
**To:** Millan, Carmelo
**Subject:** 125B - T1

Carmelo,
Any idea what the T1 connected to s125ss01 is servicing? We are upgrading to 6509's and we cannot figure out what the T1 is for and what it will impact. Any info would be appreciated.

Regards,
Tom Saranello
Vice President
Citigroup Technology Infrastructure
Tel 212-291-2995
Fax 212-801-2655

Notice of Proprietary Property Copyright © 2003 by Citigroup. All rights reserved.
FOR INTERNAL USE ONLY
These materials are confidential and proprietary to Citigroup, and no part of these materials should be reproduced, published in any form by any means, electronic or mechanical including photocopy or any information storage or retrieval system nor should the materials be disclosed to third parties without the express written authorization of Citigroup.

CONFIDENTIAL                                                                                                    CTI00001435