# EXHIBIT G

**Discepolo, Amedeo [CCC-OT_IT]**

**From:** Millan, Carmelo
**Sent:** Thursday, August 24, 2006 11:07 AM
**To:** Discepolo, Amedeo
**Subject:** RE: Where are you? We're having the weekly meeting

Was busy catching up with my e-mail's and didn't realize the meeting request go off sorry.
Did I miss anything in particular?

Thank you,

Carmelo Millan
Citigroup Global Engineering
Warren Technology Campus
Building A - Lab #10
283 King George Rd.
Warren, NJ 07059
908-563-6057

-----Original Message-----
From: Discepolo, Amedeo
Sent: Thursday, August 24, 2006 9:34 AM
To: Millan, Carmelo
Subject: Where are you? We're having the weekly meeting

CTI00001886
CONFIDENTIAL