AMEDEO DISCEPOLO

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - -

CARMELO MILLAN, Individually :
and on Behalf of All Other :
Persons Similarly Situated, :
    Plaintiff, :
     :
vs. :
     :
CITIGROUP, INC., and :
CITIGROUP TECHNOLOGY, INC., :
    Defendants. : No. 07-CIV-3769

- - -

Wednesday, February 20, 2008

- - -

Oral deposition of

AMEDEO DISCEPOLO, taken at the Locks Law Firm,

110 East 55th Street, New York, New York,

commencing at 11:05 a.m., before Jennifer S.

Walker, a Federally Approved Registered

Professional Reporter and Notary Public.

- - -

VERITEXT NATIONAL COURT REPORTING COMPANY
Philadelphia, Pennsylvania
(215) 241-1000   (888) 777-6690

- - -

AMEDEO DISCEPOLO

Page 2

1    APPEARANCES:
2            LOCKS LAW FIRM
             BY:  JANET C. WALSH, ESQUIRE
3            110 East 55th Street
             New York, New York  10022
4            (212) 838-3333
             jwalsh@lockslawny.com
5            Representing the Plaintiff
6
7            MORGAN, LEWIS & BOCKIUS LLP
             BY:  SARAH E. BOUCHARD, ESQUIRE
8            BY:  SARAH E. PONTOSKI, ESQUIRE
             1701 Market Street
9            Philadelphia, Pennsylvania  19103-2921
             (215) 963-5000
10           sbouchard@morganlewis.com
             spontoski@morganlewis.com
11           Representing the Defendants
12                        - - -
13
14
15
16
17
18
19
20
21
22
23
24

AMEDEO DISCEPOLO

Page 180

```
1        Q.      A programmer?
2        A.      That's how I would equate it.
3        Q.      Did Mr. Millan ever work as a
4   computer systems analyst?
5        A.      I have no idea.
6        Q.      Under you, did he ever work in
7   the lab as a computer systems analyst?
8        A.      Not in that term I wouldn't use
9   it, no.
10       Q.      Did he ever do any computer
11  programming when he reported to you?
12       A.      If we considered creating
13  databases and spreadsheet files to keep track
14  of the inventory and the elevation drawings
15  and the connectivity database, yes, I would
16  consider that.
17       Q.      Did he actually create the
18  database, or did he enter information into an
19  already existing database?
20       A.      As far as I know, he built the
21  database.
22       Q.      What kind of a database was it?
23       A.      Just an Excel database.  He
24  laid out the field structure, he figured
```