UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO MILLAN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC. and CITIGROUP TECHNOLOGY, INC.,<br><br>Defendants. | Civ. Action No. 07-CIV-3769 (AKH) |

**TABLE OF CONTENTS OF EXHIBITS**
(In accordance with Judge Hellerstein's Individual Practices)

Plaintiff's Memorandum in Opposition to Defendants'
Motion to Strike the Declaration of Peter Garza

| **Exhibit No.** | **Exhibit** |
|---|---|
| 1 | Amended Declaration of Peter Garza |
| 2 | Curriculum Vitae of Peter Garza |
| 3 | Extract from Deposition of Thomas Saranello |
| 4 | Extract from Deposition of Amadeo Discepolo |