## CERTIFICATION OF SERVICE

Millan v. Citigroup, Inc., et al.
United States District Court
Southern District of New York
Index No. *07 cv 3769 (AKH)*

I am over the age of 18 years, employed in the county of New York, and not a party to the within action; my business address is 110 East 55th Street, New York, NY 10022.

On May 12, 2008, I caused to be served the within:

1. Plaintiff Carmelo Millan's Memorandum in Opposition to Defendants' Motion to Strike the Declaration of Peter Garza

on the parties in said action via ECF by electronically filing as set forth below:

Morgan Lewis & Bockius LLP
Sarah E. Bouchard
Sarah E. Pontoski
1701 Market Street
Philadelphia, PA 19103

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008 at New York, New York.

_____
ANDREA MAIORANA