UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMELO MILLAN,

              Plaintiff,

    -against-

CITIGROUP, INC., CITIGROUP TECHNOLOGY
INC.,

              Defendants.
-----------------------------------------------------------X

07 CIVIL 3769 (AKH)

**JUDGMENT**

SCANNED

    Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Alvin K Lowenstein, United States District Judge, and the Court, on May 14, 2008, having rendered its Order granting defendant's motion for summary judgment and dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May14, 2008, defendant's motion for summary judgment is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         May 23, 2008

                                              J. MICHAEL McMAHON
                                              Clerk of Court
                          BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____