Seth R. Lesser (SL5560)
Fran L. Rudich (FR7577)
Janet Walsh (JW 8658)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022



| | |
|---|---|
| CARMELO MILLAN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC. and CITIGROUP TECHNOLOGY, INC.,<br><br>                  Defendants. | Civ. Action No. 07-CIV-3769 (AKH)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiff Carmelo Millan, individually and on behalf of all other similarly situated, and by his attorneys, Locks Law Firm PLLC, hereby appeals to the United States District Court of Appeals for the Second Circuit from the Memorandum of Decision and Order dismissing this action pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, entered in this action on May 14, 2008, a copy of which is annexed hereto as Exhibit A. Final judgment was entered by the Court on May 23, 2008.

Dated: New York, New York
        June 18, 2008

                                      LOCKS LAW FIRM PLLC

                                      By: _____
                                            Fran L. Rudich (FR7577)
                                            Attorneys for Plaintiffs
                                            110 East 55th Street
                                            New York, New York 10022
                                            (212) 838-3333