UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARMELO MILLAN, Individually and on Behalf
of All Other Persons Similarly Situated,

                    Plaintiffs,                **07 CIVIL 3769**

     -against-

CITIGROUP, INC.

                    Defendants.
-----------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Fran L. Rudich_____

[x] *Attorney*

    [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __FR7577_____

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x] *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x] *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_ _____

[x]  *E-Mail Address:* _____FRudich@lockslawny.com_____ __ _____

Dated:  ___July 31, 2008_____   /s/  Fran L. Rudich_____