UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARMELO MILLAN, Individually and on Behalf
of All Other Persons Similarly Situated,

                           Plaintiffs,                    **07 CIVIL 3769**

      -against-

CITIGROUP, INC.

                           Defendants.
-----------------------------------------------------------------x

## AMENDED NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Fran L. Rudich_____

[x] *Attorney*

    [x]   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __FR7577_____

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From:    _____LOCKS LAW FIRM PLLC_____

    To:    _____KLAFTER, OLSEN & LESSER LLP_____

[x]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]   *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]   *Telephone Number:* ____(914) 997 - 5656_____

[x]   *Fax Number:* _____(914) 997 - 2444_____

[x]   *E-Mail Address:* _____FRudich@klafterolsen.com_____ _____

Dated:  ___July 31, 2008_____   /s/  Fran L. Rudich_____