UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMELO MILLAN, Individually and on Behalf
of All Other Persons Similarly Situated,

                      Plaintiffs,

                                                                      07 CIVIL 3769

        -against-

CITIGROUP, INC.

                      Defendant.
-----------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Seth R. Lesser_____

[x] *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SL5560_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

    [x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]    *Telephone Number:* ____(914) 997 - 5656_____

[x]    *Fax Number:* _____(914) 997 - 2444_ _____

[x]   *E-Mail Address:* _____SLesser@klafterolsen.com_____ __ _____

Dated:  ___July 31, 2008_____    /s/  Seth R. Lesser_____